# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

KATHRYN TOWNSEND GRIFFIN, ET. AL., Plaintiff,

-v-

EDWARD CHRISTOPHER SHEERAN, ET. AL., Defendant.

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for PLAINTIFFS KATHRYN GRIFFIN, HELEN MCDONALD AND THE ESTATE OF CHERRIGALE TOWNSEND (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

KATHRYN GRIFFIN TOWNSEND (PLAINTIFF)
HELEN MCDONALD (PLAINTIFF)
THE ESTATE OF CHERRIGALE TOWNSEND (PLAINTIFF)
EDWARD CHRISTOPHER SHEERAN (DEFENDANT)
SONY/ATV MUSIC PUBLISHING, LLC (DEFENDANT)
WARNER MUSIC GROUP CORPORATION, d/b/a ASYLUM RECORDS (DEFENDANT)
ATLANTIC RECORDING CORPORATION (DEFENDANT)

Date: 6/24/17

Signature of Attorney

Attorney Bar Code: 0642770

Form Rule7_1.pdf  SDNY Web 10/2007