UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHRYN TOWNSEND GRIFFIN,
HELEN McDONALD, the
Estate of CHERRIGALE TOWNSEND,

Plaintiffs,

vs.                                           CASE NO:

                                              **Motion for Admission**
EDWARD CHRISTOPHER SHEERAN, *p/k/a*           *Pro Hac Vice*
ED SHEERAN, SONY/ATV MUSIC PUBLISHING,
LLC, ATLANTIC RECORDING CORPORATION
*d/b/a*, ATLANTIC RECORDS, WARNER MUSIC
GROUP CORPORATION, *d/b/a* ASYLUM
RECORDS,

Defendants.
_____/

    **PURSUANT TO RULE 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Patrick R. Frank, Esq.,** hereby moves this Court for the entry of an Order for admission to practice *Pro Hac Vice* to appear as counsel(s) for Kathryn Townsend Griffin, Helen McDonald, and the Estate of Cherrigale Townsend in the above-captioned action.

    I am in good standing of the bar(s) for the State of Florida and there are no pending disciplinary proceedings against me in any state or federal court.  (A true copy of the certificate of good standing being appended immediately hereto).

    Dated:   June 24, 2017

FRANK & RICE, P.A.
Attorneys for Plaintiffs

By: _____/s/_____

Patrick R. Frank, Esq.
Florida Bar Number: 0642770
Keisha D. Rice, Esq.
Katherine L. Viker, Esq.
Frank & Rice, P.A.
325 West Park Avenue
Tallahassee, Florida 32301
Telephone: (850) 629-4168
Facsimile: (850) 629-4184
Attorney(s) for Plaintiffs

# Supreme Court of Florida
## Certificate of Good Standing

I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### PATRICK RYAN FRANK

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on May 15, 2003, is presently in good standing, and that the private and professional character of the attorney appear to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this June 23, 2017.

Clerk of the Supreme Court of Florida.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHRYN TOWNSEND GRIFFIN,
HELEN McDONALD, the
Estate of CHERRIGALE TOWNSEND,

Plaintiffs,

vs.                                         CASE NO:

                                            Order for Admission
EDWARD CHRISTOPHER SHEERAN, *p/k/a*         *Pro Hac Vice*
ED SHEERAN, *et.al.*,

Defendants.
_____/

      The Motion for Patrick R. Frank, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

      Applicant has declared that he/she is in good standing of the bar(s) of the State of Florida; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Patrick R. Frank |
| Firm Name: | Frank & Rice, P.A. |
| Address: | 325 West Park Avenue, Tallahassee, Florida  32301 |
| Telephone: | (850) 629-4168 |
| Facsimile: | (850) 629-4184 |

      Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel(s) for Kathryn Townsend Griffin, Helen McDonald, and the Estate of Cherrigale Townsend in the above-captioned action.

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the

above-captioned case in the United States District Court of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June ____, 2017

_____
United States District/Magistrate Judge