UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHRYN TOWNSEND GRIFFIN,
HELEN McDONALD, the
Estate of CHERRIGALE TOWNSEND,

Plaintiffs,

vs.            CASE NO:          1:17-CV-05221

**Motion to Appear**
*Pro Hac Vice*

EDWARD CHRISTOPHER SHEERAN, *p/k/a*
ED SHEERAN, SONY/ATV MUSIC PUBLISHING,
LLC, ATLANTIC RECORDING CORPORATION
*d/b/a*, ATLANTIC RECORDS, WARNER MUSIC
GROUP CORPORATION, *d/b/a* ASYLUM
RECORDS,

Defendants.
_____/

      PURSUANT TO RULE 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Katherine L. Viker, Esq., hereby moves this Court for the entry of an Order for admission to practice *Pro Hac Vice* to appear as counsel(s) for Kathryn Townsend Griffin, Helen McDonald, and the Estate of Cherrigale Townsend in the above-captioned action.

      I am in good standing of the bar(s) for the State of Florida and there are no pending disciplinary proceedings against me in any state or federal court. (A true copy of the certificate of good standing being appended immediately hereto).

      Dated:    July 18, 2017

FRANK & RICE, P.A.
Attorneys for Plaintiffs

By: _/s/ Katherine L. Viker_____

Katherine L. Viker, Esq.
Frank & Rice, P.A.
325 West Park Avenue
Tallahassee, Florida  32301
Telephone: (850) 629-4168
Facsimile:  (850) 629-4184
Attorney(s) for Plaintiffs

# Supreme Court of Florida
## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### KATHERINE LANIER VIKER

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **November 30, 2001**, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this June 23, 2017.*

**Clerk of the Supreme Court of Florida.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHRYN TOWNSEND GRIFFIN,
HELEN McDONALD, the
Estate of CHERRIGALE TOWNSEND,

Plaintiffs,

vs.                                           CASE NO:        1:17-CV-05221

                                                              Declaration of Attorney
                                                              in Support of
                                                              Motion to Appear
                                                              *Pro Hac Vice*

EDWARD CHRISTOPHER SHEERAN, *p/k/a*
ED SHEERAN, SONY/ATV MUSIC PUBLISHING,
LLC, ATLANTIC RECORDING CORPORATION
*d/b/a*, ATLANTIC RECORDS, WARNER MUSIC
GROUP CORPORATION, *d/b/a* ASYLUM
RECORDS,

Defendants.
_____/

## ATTORNEY AFFIDAVIT/DECLARATION IN SUPPORT
## OF MOTION TO APPEAR *PRO HAC VICE*

**STATE OF FLORIDA**
**COUNTY OF LEON**

PURSUANT TO RULE 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Katherine L. Viker, Esq., hereby states/declares/affirms as follows:

a.) I, the undersigned counsel(s)/applicant, have never been convicted of a felony;
b.) I, the undersigned counsel(s)/applicant, have never been censured, suspended, disbarred, or denied admission or readmission by any Court;
c.) I, the undersigned counsel(s)/applicant, affirm that I currently have a pending complaint before the Florida Bar;

Page 1 of 2

d.) Not applicable.

Under penalty of perjury, the undersigned counsel(s)/applicant/Affiant verifies that all of the information contained herein is true and correct to the best of his information and/or belief.

Dated:   July 18, 2017

By: _____
Katherine L. Viker, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHRYN TOWNSEND GRIFFIN,
HELEN McDONALD, the
Estate of CHERRIGALE TOWNSEND,

Plaintiffs,

vs.                                              CASE NO:        1:17-CV-05221

                                                                 Order on
                                                                 Motion to Appear
EDWARD CHRISTOPHER SHEERAN, *p/k/a*                              *Pro Hac Vice*
ED SHEERAN, SONY/ATV MUSIC PUBLISHING,
LLC, ATLANTIC RECORDING CORPORATION
*d/b/a*, ATLANTIC RECORDS, WARNER MUSIC
GROUP CORPORATION, *d/b/a* ASYLUM
RECORDS,

**Defendants.**
_____/

    The Motion for Katherine L. Viker, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

    Applicant has declared that he/she is in good standing of the bar(s) of the State of Florida; and that his contact information is as follows:

    Applicant's Name:    Katherine L. Viker

    Firm Name:    Frank & Rice, P.A.

    Address:    325 West Park Avenue, Tallahassee, Florida  32301

    Telephone:    (850) 629-4168

    Facsimile:    (850) 629-4184

    E-Mail:    lawatf@aol.com

    Applicant having requested admission *Pro Hac Vice* to appear for all purposes as

counsel(s) for Kathryn Townsend Griffin, Helen McDonald, and the Estate of Cherrigale Townsend in the above-captioned action,

**IT IS HEREBY ORDERED** that Applicant is admitted to appear *Pro Hac Vice* in the above-captioned case in the United States District Court of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July 18, 2017

_____
**United States District/Magistrate Judge**