UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KATHRYN TOWNSEND GRIFFIN, HELEN McDONALD, the Estate of CHERRIGALE TOWNSEND,

          Plaintiffs,

-v-

EDWARD CHRISTOPHER SHEERAN, p/k/a ED SHEERAN, ATLANTIC RECORDING CORP., d/b/a ATLANTIC RECORDS, SONY/ATV MUSIC GROUP CORP., d/b/a ASYLUM RECORDS,

          Defendants.

No. 17-cv-5221 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/17

---

RICHARD J. SULLIVAN, District Judge:

    The above-entitled matter has been assigned to my docket. Because three of the four defendants have waived service, pursuant to Federal Rule of Civil Procedure 4(d)(3) their answers are not due until September 18, 2017. Accordingly, IT IS HEREBY ORDERED THAT the parties shall appear for an initial conference on Friday, October 6, 2017 at 11:30 a.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

    IT IS FURTHER ORDERED THAT by September 29, 2017 the parties shall jointly submit a letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

(1) A brief statement of the nature of the action and the principal defenses thereto;

(2) A brief explanation of why jurisdiction and venue lie in this Court;

(3) A brief description of all outstanding motions and/or outstanding requests to file motions;

(4)   A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

(5)   A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(6)   The estimated length of trial; and

(7)   Any other information that the parties believe may assist this Court in resolving this action.

IT IS FURTHER ORDERED THAT, by September 29, 2017, the parties shall submit to the Court a proposed case management plan and scheduling order. A template for the order is available at: http://www.nysd.uscourts.gov/judge/Sullivan.

The status letter and the proposed case management plan should be filed on ECF and emailed to my chambers at the following address: sullivanNYSDchambers@nysd.uscourts.gov. Please consult my Individual Rules with respect to communications with chambers and related matters.

SO ORDERED.

Dated:   July 24, 2017
         New York, New York

                                                    _____
                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE