UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHRYN TOWNSEND GRIFFIN,
HELEN McDONALD, the
Estate of CHERRIGALE TOWNSEND,

Plaintiffs,

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/17

vs.

CASE NO: 1:17-CV-05221

Order on
Motion to Appear
*Pro Hac Vice*

EDWARD CHRISTOPHER SHEERAN, *p/k/a*
ED SHEERAN, SONY/ATV MUSIC PUBLISHING,
LLC, ATLANTIC RECORDING CORPORATION
*d/b/a*, ATLANTIC RECORDS, WARNER MUSIC
GROUP CORPORATION, *d/b/a* ASYLUM
RECORDS,

Defendants.
_____/

The Motion for Katherine L. Viker, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he/she is in good standing of the bar(s) of the State of Florida; and that his contact information is as follows:

Applicant's Name:   Katherine L. Viker

Firm Name:   Frank & Rice, P.A.

Address:   325 West Park Avenue, Tallahassee, Florida 32301

Telephone:   (850) 629-4168

Facsimile:   (850) 629-4184

E-Mail:   lawatf@aol.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as

counsel(s) for Kathryn Townsend Griffin, Helen McDonald, and the Estate of Cherrigale Townsend in the above-captioned action,

**IT IS HEREBY ORDERED** that Applicant is admitted to appear *Pro Hac Vice* in the above-captioned case in the United States District Court of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July 24, 2017

_____
United States District/Magistrate Judge