UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHRYN TOWNSEND GRIFFIN, HELEN MCDONALD, and CHERRIGALE TOWNSEND,

*Plaintiffs*,

-against-

EDWARD CHRISTOPHER SHEERAN, p/k/a ED SHEERAN, ATLANTIC RECORDING CORPORATION d/b/a ATLANTIC RECORDS, SONY/ATV MUSIC PUBLISHING, LLC WARNER MUSIC GROUP CORPORATION, d/b/a ASYLUM RECORDS

*Defendants.*

ECF CASE

17-CV-5221

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WARNER MUSIC GROUP CORPORATION, d/b/a ASYLUM RECORDS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE**, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs Kathryn Townsend Griffin, Helen McDonald and the Estate of Cherrigale Townsend, hereby gives notice that the above-captioned action is voluntarily dismissed as against defendant Warner Music Group Corporation, d/b/a Asylum Records.

Dated: August 3, 2017
       Tallahassee, Florida

FRANK & RICE, P.A.

By: /s/ Patrick R. Frank
Patrick R. Frank, Esq.
Keisha D. Rise, Esq.
Katherine L. Viker, Esq.
Frank & Rice, P.A.
325 West Park Avenue
Tallahassee, Florida 32301
Telephone: 850-629-4168
Facsimile: 850-629-4184

*Attorneys for Plaintiffs*