Harper/Harper S1 SCAN '17/8/25 A00K010003430 8051

Sullivan, R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/17
```

KATHRYN TOWNSEND GRIFFIN,
HELEN McDONALD, the
Estate of CHERRIGALE TOWNSEND,

Plaintiffs,

vs.                                             CASE NO:   1:17-CV-05221

EDWARD CHRISTOPHER SHEERAN, *p/k/a*
ED SHEERAN, ATLANTIC RECORDING
CORPORATION, *d/b/a* ATLANTIC RECORDS,
SONY/ATV MUSIC PUBLISHING, LLC,

Defendants.

_____/

## JOINT STIPULATION TO DISMISS CLAIMS THREE (3), FOUR (4), AND FIVE (5) OF PLAINTIFFS' COMPLAINT

COME NOW, the enumerated Plaintiffs and Defendants, collectively, who, by and through their respective counsel(s), and pursuant to the *Federal Rules of Civil Procedure*, *Rule 41(1)(a)*, proffer the instant joint stipulation to dismiss Counts Three (3), Four (4), and Five (5) of the Plaintiffs' Complaint with the Parties bearing their respective fees and costs attendant hereto.

By: _____
Ilene S. Farkas, Esq.
Pryor Cashman, LLP
7 Times Square
New York, New York  10036
Telephone: (212) 326-0108
Facsimile: (212) 798-6306
Attorney(s) for Defendants

Respectfully Submitted:

By: _____
Patrick R. Frank, Esq.
Florida Bar Number:  0642770
Keisha D. Rice, Esq.
Katherine L. Viker, Esq.
Frank & Rice, P.A.
325 West Park Avenue
Tallahassee, Florida  32301
Telephone: (850) 629-4168
Facsimile: (850) 629-4184
Attorney(s) for Plaintiffs

Page 1 of 1

SO ORDERED:

_____
U.S.D.J.
9/15/17