UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHRYN TOWNSEND GRIFFIN, HELEN McDONALD, the Estate of CHERRIGALE TOWNSEND,

          Plaintiffs,

-v-

EDWARD CHRISTOPHER SHEERAN, p/k/a ED SHEERAN, ATLANTIC RECORDING CORP., d/b/a ATLANTIC RECORDS, SONY/ATV MUSIC GROUP CORP., d/b/a ASYLUM RECORDS,

          Defendants.

No. 17-cv-5221 (RJS)
ORDER



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/17

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED THAT the initial conference currently scheduled to occur on Friday, October 6, 2017 at 11:30 a.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York shall instead occur at 11:00 a.m. on the same day.

SO ORDERED.

Dated:    September 18, 2017
          New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE