UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHRYN TOWNSEND GRIFFIN, HELEN MCDONALD, and THE ESTATE OF CHERRIGALE TOWNSEND,<br><br>          *Plaintiffs*,<br><br>-against-<br><br>EDWARD CHRISTOPHER SHEERAN, p/k/a ED SHEERAN, ATLANTIC RECORDING CORPORATION, d/b/a ATLANTIC RECORDS, SONY/ATV MUSIC PUBLISHING, LLC, and WARNER MUSIC GROUP CORPORATION, d/b/a ASYLUM RECORDS<br><br>          *Defendants*. | ECF CASE<br><br>17-cv-5221 (RJS)<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF ATLANTIC RECORDING CORPORATION d/b/a ATLANTIC RECORDS** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Atlantic Recording Corporation d/b/a Atlantic Records ("Atlantic") identifies its parent corporation(s) and any publicly held company that owns 10% or more of its stock as follows: Atlantic is indirectly wholly-owned by Warner Music Group Corp. ("WMG"), a Delaware corporation. WMG is owned and controlled directly and indirectly by affiliates of Access Industries, Inc., which is not a publicly traded company. No publicly traded company directly or indirectly holds ten percent (10%) or more of the stock in Atlantic or WMG.

Dated: New York, New York
September 18, 2017

        PRYOR CASHMAN LLP

        By: */s/ Ilene S. Farkas*
            Donald S. Zakarin
            dzakarin@pryorcashman.com
            Ilene S. Farkas
            ifarkas@pryorcashman.com
            Andrew M. Goldsmith
            agoldsmith@pryorcashman.com
        7 Times Square
        New York, New York 10036-6569
        Telephone:  (212) 421-4100

        *Attorneys for Atlantic Recording*
        *Corporation d/b/a Atlantic Records*