UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHRYN TOWNSEND GRIFFIN, HELEN MCDONALD, and THE ESTATE OF CHERRIGALE TOWNSEND,<br><br>    *Plaintiffs*,<br><br> -against-<br><br>EDWARD CHRISTOPHER SHEERAN, p/k/a ED SHEERAN, ATLANTIC RECORDING CORPORATION, d/b/a ATLANTIC RECORDS, SONY/ATV MUSIC PUBLISHING, LLC, and WARNER MUSIC GROUP CORPORATION, d/b/a ASYLUM RECORDS<br><br>    *Defendants*. | ECF CASE<br><br>17-cv-5221 (RJS)<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF SONY/ATV MUSIC PUBLISHING LLC** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Sony/ATV Music Publishing LLC identifies its parent corporation(s) and any publicly held company that owns 10% or more of its stock as follows: Sony/ATV Music Publishing LLC is a wholly-owned, indirect subsidiary of Sony Corporation, a publicly traded company organized under the laws of Japan.

Dated: New York, New York
    September 18, 2017

               PRYOR CASHMAN LLP

               By:*/s/ Ilene S. Farkas*_____
                 Donald S. Zakarin
                 dzakarin@pryorcashman.com
                 Ilene S. Farkas
                 ifarkas@pryorcashman.com
                 Andrew M. Goldsmith
                 agoldsmith@pryorcashman.com
               7 Times Square
               New York, New York 10036-6569
               Telephone:  (212) 421-4100

               *Attorneys for Sony/ATV Music*
               *Publishing LLC*