AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Griffin, et. al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 17-cv-5221 |
| Sheeran, et. al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Edward Christopher Sheeran, Atlantic Recording Corporation and Sony/ATV Music Publishing, LLC

Date:   09/18/2017

*Attorney's signature*

Andrew M. Goldsmith (AG-2486)
*Printed name and bar number*
Pryor Cashman LLP
7 Times Square
New York, NY 10036

*Address*

agoldsmith@pryorcashman.com
*E-mail address*

(212) 421-4100
*Telephone number*

(212) 326-0806
*FAX number*