AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| KATHRYN TOWNSEND, et.al., )<br>*Plaintiff* )<br>v. )<br>EDWARD CHRISTOPHER SHEERAN, et.al., )<br>*Defendant* ) | Case No.   1:17-CV-05221 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KATHRYN TOWNSEND, HELEN McDONALD, and the Estate of CHERRIGALE TOWNSEND.

Date:   10/10/2017

*Attorney's signature*

KEISHA DORLISA RISE/Bar Number:  13888
*Printed name and bar number*

325 West Park Avenue
Tallahassee, Florida  32301

*Address*

keisha.rice@gmail.com
*E-mail address*

(850) 629-4168
*Telephone number*

(850) 629-4184
*FAX number*