AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| KATHRYN TOWNSEND, et.al., <br> *Plaintiff* <br> v. <br> EDWARD CHRISTOPHER SHEERAN, et.al., <br> *Defendant* | ) <br> ) <br> ) Case No. 1:17-CV-05221 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KATHRYN TOWNSEND, HELEN McDONALD, and the Estate of CHERRIGALE TOWNSEND.

Date: 10/10/2017

*Attorney's signature*

Katherine Lanier Viker/Bar Number: 538531
*Printed name and bar number*

325 West Park Avenue
Tallahassee, Florida 32301
*Address*

vikerlaw@gmail.com
*E-mail address*

(850) 629-4168
*Telephone number*

(850) 629-4184
*FAX number*