UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/17
```

KATHRYN TOWNSEND GRIFFIN, HELEN McDONALD, the Estate of CHERRIGALE TOWNSEND,

                    Plaintiffs,

-v-

EDWARD CHRISTOPHER SHEERAN, p/k/a ED SHEERAN, et al.,

                    Defendants.

No. 17-cv-5221 (RJS) (AJP)
MEDIATION REFERRAL ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED THAT this case is referred for mediation to the Court-annexed Mediation Program. As stated on the record at the October 6, 2017 conference, the parties anticipate that they will be prepared to mediate by February of 2018. The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling order issued by this Court without leave of this Court.

SO ORDERED.

Dated:    October 10, 2017
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE