UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



KATHRYN TOWNSEND GRIFFIN, HELEN
McDONALD, the Estate of CHERRIGALE
TOWNSEND,

                        Plaintiffs,

   -v-

EDWARD CHRISTOPHER SHEERAN, *p/k/a* ED
SHEERAN, *et al.*,

                        Defendants.

No. 17-cv-5221 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    This Addendum is an integral part of the Order of today's date granting confidentiality protection to certain materials. Notwithstanding any other provision, no document may be filed with the Clerk under seal without a further Order of this Court addressing the specific documents to be sealed. Any application to seal shall be accompanied by an affidavit or affidavits and a memorandum of law, demonstrating that the standards for sealing have been met and specifically addressing *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) and any other controlling authority.

    Nothing herein is intended to alter or modify the applicability of Federal Rule of Civil Procedure 5.2 to this case. The redactions expressly authorized by Rule 5.2 may be made without further application to the Court.

SO ORDERED.

Dated:     November 21, 2017
              New York, New York

                                                      RICHARD J. SULLIVAN
                                                      UNITED STATES DISTRICT JUDGE