UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHRYN TOWNSEND GRIFFIN, HELEN MCDONALD, and THE ESTATE OF CHERRIGALE TOWNSEND,<br><br>*Plaintiffs*,<br><br>-against-<br><br>EDWARD CHRISTOPHER SHEERAN, p/k/a ED SHEERAN, ATLANTIC RECORDING CORPORATION, d/b/a ATLANTIC RECORDS, SONY/ATV MUSIC PUBLISHING, LLC, and WARNER MUSIC GROUP CORPORATION, d/b/a ASYLUM RECORDS<br><br>*Defendants*. | ECF CASE<br><br>17-cv-5221 (RJS)<br><br>**ORDER GRANTING JOINT-MOTION FOR EXTENSION OF DEADLINE TO COMPLETE FACT DEPOSITIONS** |

It is hereby **ORDERED** and **ADJUDGED** that:

1. The deadline to complete fact depositions is extended until April 27, 2018;

2. The existing deadline for all other discovery shall remain the same.

**DONE** and **ORDERED** this \_\_\_\_ day of March, 2018.


_____
The Honorable Richard J. Sullivan
District Court Judge