AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Kathryn Townsend Griffin, et al. <br> *Plaintiff* <br> v. <br> Edward Christopher Sheeran, et al. <br> *Defendant* | ) <br> ) <br> )  Case No.  1:17-cv-05221-RJS <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Structured Asset Sales, LLC

Date:   05/10/2018                                           /s/ Hillel I. Parness
                                                                             *Attorney's signature*

                                                             Hillel I. Parness (HP-1638)
                                                             *Printed name and bar number*

                                                             PARNESS LAW FIRM, PLLC
                                                             136 Madison Ave., 6th Floor
                                                             New York, NY 10016
                                                             *Address*

                                                             hip@hiplaw.com
                                                             *E-mail address*

                                                             (212) 447-5299
                                                             *Telephone number*

                                                             (646) 722-3301
                                                             *FAX number*