UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
KATHRYN TOWNSEND GRIFFIN,
HELEN McDONALD, THE
ESTATE OF CHERRI GALE TOWNSEND,

                               Plaintiffs,

    v.

EDWARD CHRISTOPHER SHEERAN, p/k/a
ED SHEERAN, ATLANTIC RECORDING
CORP., d/b/a ATLANTIC RECORDS,
SONY/ATV MUSIC GROUP CORP., d/b/a
ASYLUM RECORDS,

                               Defendants.
---------------------------------------------------------------------X

CASE NO.: 1:17-CV-05221 (RJS)

**ECF CASE**

## NOTICE OF APPEAL

      Notice is hereby given that Proposed Intevenor Structured Asset Sales, LLC ("SAS") hereby appeals to the United States Court of Appeals for the Second Circuit from the Order of this Court entered June 11, 2018 (Dkt. 48), denying SAS's motion to intervene in the above-captioned action.

Dated:  New York, New York
          June 21, 2018

                                                  Respectfully submitted,

                                                  PARNESS LAW FIRM, PLLC
                                                     /s/ Hillel I. Parness
                                                 Hillel I. Parness (HP-1638)
                                                 136 Madison Ave., 6th Floor
                                                 New York, New York  10016
                                                 (212) 447-5299
                                                 hip@hiplaw.com

                                                 *Attorneys for Proposed Intervenor*
                                                 *Structured Asset Sales, LLC*