**FRANK & RICE**
*A Professional Association*
325 West Park Avenue
Tallahassee, Florida 32301
Telephone: (850) 629-4168
Facsimile: (850) 629-4184

---

June 22, 2018

**VIA ECF**
The Honorable Richard J. Sullivan
U.S. District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Griffin, et.al. v. Sheeran, et.al.;*
              Case Number: 2017-CV-5221 (RJS)

Dear Judge Sullivan:

    Our office represents the three (3) enumerated Plaintiffs attendant to the above-referenced case. Currently, there is a pre-motion conference of the parties scheduled to take place on Friday, June 22, 2018, at 10:00 a.m.

    When the parties met at the original case management conference in October of 2017, the Court suggested that it would be permissible for Plaintiffs' counsel to appear via telephone unless otherwise directed by the Court. Plaintiffs' counsel reside in Tallahassee, Florida and, accordingly, request leave of the Court to appear telephonically for the pre-motion conference in question.[1]

    It is not believed that the Plaintiffs' counsel(s) appearing by telephone for the subject conference would unduly prejudice the Defendants herein.

    Thank you for your attention to the foregoing.

                                              Sincerely,

                                            Patrick R. Frank, Esq.

---

[1] The undersigned counnsel's mother is currently in the hospital in Florida awaiting cardiac surgery and, as such, would wish to remain in close proximity during her medical treatment.

**FRANK & RICE**
*A Professional Association*
325 West Park Avenue
Tallahassee, Florida 32301
Telephone: (850) 629-4168
Facsimile: (850) 629-4184

---

cc:  Mr. Donald Zakarin, Esq.;
     Ms. Ilene Farkas, Esq.; &
     Mr. Andrew Goldsmith, Esq.