# Hillel I. Parness

(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 646-722-3301
Parness Law Firm, PLLC • www.hiplaw.com • hip@hiplaw.com
136 Madison Avenue, 6th Floor • New York, New York  10016

June 29, 2018                                                                                           **VIA ECF**

Hon. Richard J. Sullivan
U.S. District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Griffin, et al. v. Sheeran, et al.*, 1:17-cv-05221 (RJS) (AJP)
              *Structured Asset Sales, LLC v. Sheeran, et al*, 1:18-cv-05839 (SDNY)
              *Griffin et al v. Sheeran et al.*, 18-1862 (2d Cir.)

Dear Judge Sullivan:

I understand from Plaintiff's counsel in the *Griffin* case that during today's conference call Your Honor indicated that You would like to hear from me in connection with the request that I made in my letter of June 28.  Assuming my information is correct, I respectfully request that the Court set a conference for those purposes – in person or by telephone – on Monday, July 2, 2018.

                                                       Respectfully submitted,

                                                       Hillel I. Parness