

# PRYOR CASHMAN LLP

New York | Los Angeles

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806

www.pryorcashman.com

**Donald S. Zakarin**
Partner
Direct Tel: 212-326-0108
Direct Fax: 212-798-6306
dzakarin@pryorcashman.com

June 29, 2018

**VIA ECF**

Hon. Richard J. Sullivan
U.S. District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   <u>Griffin, et al. v. Sheeran, et al., 17-cv-5221 (RJS)</u>

Dear Judge Sullivan:

We are counsel to the Defendants and I write in brief response to the letter to Your Honor today from Mr. Parness, counsel for SAS.

Although we obviously will attend any conference that Your Honor should choose to schedule in this case or in any other case before Your Honor, our understanding of the hearing this morning is distinctly different than Plaintiffs' counsel apparently relayed to Mr. Parness. We understood that Your Honor did not intend to engage with Mr. Parness's "proposition." We have stated our views on that "proposition" and see no reason to repeat what we have already said unless Your Honor wishes to hear further on the subject.

Respectfully submitted,

Donald S. Zakarin