# Hillel I. Parness

(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 646-722-3301
Parness Law Firm, PLLC • www.hiplaw.com • hip@hiplaw.com
136 Madison Avenue, 6th Floor • New York, New York 10016

June 29, 2018

VIA ECF

Hon. Richard J. Sullivan
U.S. District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/29/18

Re: *Griffin, et al. v. Sheeran, et al.*, 1:17-cv-05221 (RJS) (AJP)
*Structured Asset Sales, LLC v. Sheeran, et al*, 1:18-cv-05839 (SDNY)
*Griffin et al v. Sheeran et al.*, 18-1862 (2d Cir.)

Dear Judge Sullivan:

I understand from Plaintiff's counsel in the *Griffin* case that during today's conference call Your Honor indicated that You would like to hear from me in connection with the request that I made in my letter of June 28. Assuming my information is correct, I respectfully request that the Court set a conference for those purposes – in person or by telephone – on Monday, July 2, 2018.

Respectfully submitted,

Hillel I. Parness

```
Counsel's request is DENIED.  The Court will issue a
scheduling order in the related case, 18-cv-5839, once
Defendants have been served.
```

SO ORDERED
Dated: 6/29/18

RICHARD J. SULLIVAN
U.S.D.J.