AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 17CV5221   DATE FILED 6/24/17 | United States District Court for the Southern District of New York<br>500 Pearl Street<br>New York, NY 10007 |
| PLAINTIFF<br>KATHRYN TOWNSEND GRIFFIN, HELEN MCDONALD, AND THE ESTATE OF CHERIGALE TOWNSEND | DEFENDANT<br>EDWARD CHRISTOPHER SHEERAN, SONY/ATV MUSIC PUBLISHING, LLC, WARNER MUSIC GROUP CORPORATION, AND ATLANTIC RECORDING CORPORATION |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  EP314589 | "LET'S GET IT ON" | ED TOWNSEND |
| 2  SR000766377 | "THINKING OUT LOUD" | ED SHEERAN + AMY WADGE |
| 3  SR000766377 | "X" | WARNER MUSIC UK UNLIMITED |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>/S/ P. NEPTUNE | DATE<br>7/24/2018 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy