# EXHIBIT 4

**LIST OF VISUAL EXHIBITS**

A       LGIO Deposit Copy

B       LGIO Deposit Copy with hand-written bar numbers and structural names

C       TOL published sheet music

D       *Money Chords* book excerpt

E       *Guitar for Advanced Beginners* book excerpt

F       Ferrara March 2015 "DRAFT" outline summary

G       TOL published sheet music with hand-written markings

H       Stewart report dated June 3, 2015

I       Excerpts from *100 Famous Funk Beats*

J       Excerpts from *The Drumset Musican*

K       Excerpts from *Mel Bay's Funk Drumming*

L       Excerpts from *FastTrack Music Instruction: Drums2*

M       Opening vocal melodies in LGIO RP and TOL


**LIST OF TRACKS ON AUDIO EXHIBIT 1**

1       "Thinking Out Loud" sound recording
2       "Let's Get It On" single version
3       "Let's Get It On" album version
4       Example 3 in the Stewart report played at the piano
5       Example 4 in the Stewart report played at the piano
6       Example 5 in the Stewart report played at the piano

# VISUAL EXHIBIT A

Page 1

# Application
## for Registration of a Claim to Copyright

In a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

| FORM E |
|---|
| REGISTRATION NO. |
| E P 314589 |
| DO NOT WRITE HERE |
| EP     EU |

**CLASS** **E**

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with:

*(a)* If unpublished, one complete copy of the work and the registration fee of $6.

*(b)* If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Name ... Stone Diamond Music Corp.
Address ... 6464 Sunset Blvd.
... Hollywood, Calif. 90028

Name ... Cherritown Music Co., Inc.
Address ... Box 37
... Fosterdale, N.Y. 12735

**2. Title:** ... LET'S GET IT ON
(Give the title of the musical composition as it appears on the copies)

... #5958

**3. Authors:** Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. Organizations formed under U.S. Federal and State law are U.S. citizens.

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

Name ... Ed Townsend ... Citizenship: U.S.A. ...X... Other ...
(Give legal name followed by pseudonym if latter appears on the copies) (Check if U.S. citizen) (Name of country)
Domiciled in U.S.A. Yes .X. No ... Address ... 6464 Sunset Blvd. ... Author of ... words & music
(State which: words, music, arrangement, etc.)

Name ... Citizenship: U.S.A. ... Other ...
(Give legal name followed by pseudonym if latter appears on the copies) (Check if U.S. citizen) (Name of country)
Domiciled in U.S.A. Yes ... No ... Address ... Author of ...
(State which: words, music, arrangement, etc.)

Name ... Citizenship: U.S.A. ... Other ...
(Give legal name followed by pseudonym if latter appears on the copies) (Check if U.S. citizen) (Name of country)
Domiciled in U.S.A. Yes ... No ... Address ... Author of ...
(State which: words, music, arrangement, etc.)

**NOTE: Leave all spaces of line 4 blank unless your work has been PUBLISHED.**

**4. (a) Date of Publication:** Give the date when copies of the particular version of the work were first placed on sale, sold, or publicly distributed. The date when copies were made

or printed, or the date when the work was performed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

... February 14, 1973 ...
(Month) (Day) (Year)

**(b) Place of Publication:** Give the name of the country in which this particular version of the work was first published.

... USA

**NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work.**

**5. Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form,

or if any substantial part of the work was previously published anywhere, give requested information.

Was it previously registered? Yes ... No ... Date of registration ... Registration number ...
Was it previously published? Yes ... No ... Date of publication ... Registration number ...
Is there any substantial NEW MATTER in this version? Yes ... No ... If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version. (New matter may consist of compilation, arrangement, adaptation, editorial revision, and the like, as well as additional words and music.)

| EXAMINER |
|---|

*Complete all applicable spaces on next page*

'6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

Stone Diamond Music Corp.

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name ___ Stone Diamond Music Corp. ___ Address ___ below

8. Send certificate to:

(Type or print name and address)

Name ___ STONE DIAMOND MUSIC CORP. ___

Address ___ 6464 Sunset Blvd. ___
(Number and street)

___ Hollywood, Calif. ___ 90028 ___
(City)      (State)      (ZIP code)

9. Certification:

(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

___ _____
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A   Form A—Published book manufactured in the United States of America.

Class A or B   Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B   Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.

Class C   Form C—Lecture or similar production prepared for oral delivery.

Class D   Form D—Dramatic or dramatico-musical composition.

Class E   Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F   Form F—Map.

Class G   Form G—Work of art or a model or design for a work of art.

Class H   Form H—Reproduction of a work of art.

Class I   Form I—Drawing or plastic work of a scientific or technical character.

Class J   Form J—Photograph.

Class K   Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.

Class L or M   Form L–M—Motion picture.

Class N   Form N—Sound recordings.
Form R—Renewal copyright.
Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | (Appl.). '300 V. 510 p. ___ A.03 sm. Roc. |
| One copy received | Re: AUTHORSHIP |
| Two copies received | |
| Fee received | |
| Renewal R 840-063 | |

U.S. GOVERNMENT PRINTING OFFICE: 1972—O—454-207

*Page 2*



LET'S GET IT ON

ED TOWNSEND

JUL 17 1973
E P 314589
LIBRARY OF CONGRESS
COPYRIGHT

I'VE BEEN REAL LY TRY _____ IN BA BY     TRY IN' TO

HOLD BACK THIS FEEL IN'    FOR SO __ LONG ____     AND IF

YOU FEEL      LIKE I FEEL  BA BY     THEN COME ON __

ON __  COME  ON        OOH __ LET'S GET IT   ON

OW _____   BA BY        LET'S __ GET IT   ON

LET'S LOVE BA BY         LET'S GET IT   ON

__  SU __ GAR        LET'S GET IT   ON _____

© 1973 STONE DIAMOND MUSIC CORP.     HOLLYWOOD, CALIF, U.S.A.
AND CHERRITOWN MUSIC CO., INC.









# VISUAL EXHIBIT B





LET'S GET IT ON







# VISUAL EXHIBIT C

# Thinking Out Loud

Words and Music by Ed Sheeran and Amy Wadge



© 2014 Sony/ATV Music Publishing (UK) Ltd and BDi Music Ltd
All Rights Reserved.

Musicnotes.com

2 copies licensed
Authorized for use by: *Lawrence Ferrara*



Musicnotes.com

2 copies licensed
Authorized for use by: *Lawrence Ferrara*



Musicnotes.com

2 copies licensed
Authorized for use by: Lawrence Ferrara



2 copies licensed
Authorized for use by: *Lawrence Ferrara*

Musicnotes.com



Musicnotes.com

2 copies licensed
Authorized for use by: *Lawrence Ferrara*

# Thinking Out Loud

Words and Music by Ed Sheeran and Amy Wadge



© 2014 Sony/ATV Music Publishing (UK) Ltd and BDi Music Ltd
All Rights Reserved.

musicnotes.com

Authorized for use by *Lawrence Ferrara*



Authorized for use by *Lawrence Ferrara*



musicnotes.com

Authorized for use by *Lawrence Ferrara*



musicnotes.com

Authorized for use by *Lawrence Ferrara*

5



musicnotes.com

Authorized for use by *Lawrence Ferrara*

# VISUAL EXHIBIT D

# Money Chords

## A Songwriter's Sourcebook of Popular Chord Progressions

*Richard J. Scott*

Writers Club Press

San Jose  New York  Lincoln  Shanghai

**Money Chords**
A Songwriter's Sourcebook of Popular Chord Progressions

All Rights Reserved © 2000 by Richard J. Scott

No part of this book may be reproduced or transmitted in
any form or by any means, graphic, electronic, or mechanical,
including photocopying, recording, taping, or by any
information storage or retrieval system, without the
permission in writing from the publisher.

Published by Writers Club Press
an imprint of iUniverse.com, Inc.

For information address:
iUniverse.com, Inc.
620 North 48th Street
Suite 201
Lincoln, NE  68504-3467
www.iuniverse.com

ISBN: 0-595-01039-3

Printed in the United States of America

# "E-G#" Chord Progressions

The most frequent progressions that begin with the "E" chord and then move to the "G#" chords are as follows:

| | |
|---|---|
| Rock Ballad ("G#m" Substitution) | E-G#m-A-B7   ← |
| Standard("G#m" Substitution) | E-G#m-F#m-B7 |
| Five Chord Ragtime | E-G#7-C#7-F#7-B7 |
| Descending "E-D#-C#-B" Bass Lines | E-G#m/D#-C#m-E/B |
| | E-G#7/D#-C#m-E7/B |
| Descending "E-D#-D-C#" Bass Lines | E-G#m/D#-Bm/D-C#7 |

The "E-G#m-A-B7" Rock Ballad("G#m" Substitution)Progression is similar to the "E-C#m-A-B7" Rock Ballad Progression except the "C#m" chord has been substituted by the "G#m" chord which creates an interesting Ascending Bass Line. The "E-G#m-A-B7" Progression was used in the 1960s and 1970s to create such songs as Peter And Gordon's 1965 top twenty cover of Buddy Holly's *True Love Ways*, Ex-Beatle Paul McCartney's 1973 James Bond film theme hit *Live And Let Die*, and Rod Stewart's 1989 *Have I Told You Lately*.

The "E-G#m-F#m-B7" Standard("G#m" Substitution)Progression is similar to the "E-C#m'F#m-B7" Standard Changes except that the "G#m" chord is substituted for the "C#m" chord. Examples of hit songs based on the Standard("G#m" Substitution)Progression commonly used in 1960s and 1970s include Bobby Vinton's 1963 number one *Blue Velvet*, The Commodores' 1977 top five *Easy*, and Melissa Manchester's 1979 top ten *Don't Cry Out Loud*.

The "E-G#7-C#7-F#7-B7" Five Chord Ragtime Progression follows the Circle of Fifths through four changes was used primarily in the 1920s. Where Blues Progressions tend to be twelve bars, in

57

# VISUAL

# EXHIBIT

# E



# GUITAR
· FOR ·
# ADVANCED
# BEGINNERS
## THE PRACTICAL APPROACH TO LEARNING AND USING BARRE CHORDS

# NEW YORK CITY
# GUITAR SCHOOL



# GUITAR
## · FOR ·
# ADVANCED
# BEGINNERS
# NEW YORK CITY
# GUITAR SCHOOL



Guitar for Advanced Beginners
© 2016 New York City Guitar School
Text © 2016 by Dan Emery

All rights reserved. No part of this book may be reproduced in any manner in any media, or transmitted by any means whatsoever, electronic or mechanical (including photocopy, film or video recording, Internet posting, or any other information storage and retrieval system), without the prior written permission of the publisher.

Published in the United States by NYC Guitar School.

NYC Guitar School
251 West 30th Street
New York, NY 10001

Publisher: Dan Emery
Editor: Vince DeMasi and Matt Williamson
Additional Material by: Matt Williamson

Book design: Chika Azuma

Printing: InstantPublisher

ISBN 978-0-9825998-6-0
First edition

Printed and Bound in the United States

---

## SUPER-CHARGE YOUR LEARNING

**IN PERSON** *nycguitarschool.com*
Schedule lessons or sign up for classes, events, open mics and camps here in New York City. Visiting New York? Drop by for a lesson or just to say hello!

**LEARN ONLINE** *guitarlessons.nyc*
Sign up for NYC Guitar School Online and get full access
- Hundreds of video lessons that correspond with your book
- Online chord dictionary with audio clips
- Online strum library with video examples
- Online access to all five NYC Guitar School core courses
- Hundreds of charts for all of your favorite songs
- And more

## ACKNOWLEDGEMENTS

Wow! I can't believe we're here...the final book in the New York City Guitar School beginner series. When I started writing Guitar For Absolute Beginners, the school had only one teacher (yours truly), my young family had one small child, and I had a small but amazing group of students and friends who encouraged me.

Since those first days of typing away lesson plans on the subway, a lot has changed. Last year our 50 teachers taught over 3,000 students in our city locations and thousands more around the world via our books and online classes, and that little son is now taller than me! But one thing that hasn't changed is that I'm surrounded by students, teachers and friends who inspire and push me and the school to be better.

Thank you to my students, who shared their enthusiasm, stoked my love of music, endured my teaching mistakes, and encouraged my teaching improvements. The moments when I am teaching you are among the happiest in my life.

Thank you to all those who have read and used the books, who have left reviews on Amazon, and who have written emails and letters of encouragement and criticism.

Thank you to the teachers, especially those who have been part of the school since its infancy, including Matt Boas, Lenny Molotov, Suke Cerulo, Brett Parnell, Tom Burda, Kenji Shinagawa, Vince DeMasi, Tia Vincent-Clark, Michelangelo Quirinale, Kyle Tigges, Tony Calabro, Jaime Garamella, Austin Mendenhall, Aki Ishiguro. I am also thankful to those teachers who contributed to NYCGS and spent time here before moving on to other cities or paths, especially Matt Williamson, Anne Husick and Woody Quinn.

Thank you to my teachers. Mike Dulak taught me my first riffs and licks back in Moscow, Idaho, and demanded that I teach myself by listening to the record (pre-internet TAB). Walter Parks taught me rhythm, inversions and voicings...and demonstrated the importance of presence and conviction in guitar playing and life. And Joe Calvert taught me modes and scales, and modeled approaching guitar teaching in an organized, student centered manner.

Two of my best teachers I knew only through their books: Mick Goodrick's book *The Advancing Guitarist* influenced me the most as a guitar player, and Jerry Silverman's *How to Play The Guitar* influenced me the most as a teacher.

I spent untold hours with great musicians who shared their chops, progressions and perspectives with me, including Steve Espinola, Tom Nishioka, Lenny Molotov and Matthias Miller. And of course, Hank Williams, Chuck Berry, Billy Gibbons, Mike Campbell and hundreds of other songwriters and guitar players were my constant guitar companions in their songs.

Thanks to co-owner Jen Elliott for making NYCGS the friendliest and most enthusiastic guitar school on the planet and having my back at all times. Thanks to Shane Chapman for putting all our courses online (and insisting that the school run a profit). Thanks to Samoa Jodha for constantly influencing our school (and me) to be kind, empowering and excellent. Thanks to our Leadership Team, including Ivan Orellana, Rob Adler, Subrina Torres and Leanna Burton for building and running our programs.

Finally, thank you to the team that brought this book into completion. Thank you to Chika Azuma, who made this book look beautiful despite my best efforts. Thank you to Vince DeMasi for his skillful editing and comments. And especially thank you to Matt Williamson, who revised the book organization, rewrote several sections, created the practice plans, took photos, and brought the book over the finish line. Awesome job, Matt—now, please move back to NYC!

Dan

# CLASS SEVEN SONGS
## *A*-Form *Major/Minor/7th* Chords

The Andalusian Cadence is the right progression to practice moving up and down the *A*-string, but the *I-iii-IV-V* progression is the PERFECT chord combination to begin mixing your new *A*-shape minor and 7th chords with *E*-shape chords.

It shows up in songs like "I Do" by Jude, "If I Had A Hammer" by Pete Seeger and Lee Hays, "Cruel to be Kind" by Nick Lowe, "True Love Ways" by Buddy Holly, "I Started A Joke" by the Bee Gees, "Ziggie Stardust" by David Bowie….

### If I Had a *I-iii-IV-V* Progression

|  | *E*-form | *A*-form | *A*-form | *A*-form |  |
|---|---|---|---|---|---|
| → | **G** | **B**m | **C** | **D**7 |  |
|  | I | iii | IV | V7 |  |

---

You already know that the Andalusian Cadence is one of the worlds most common song progressions. It also is the perfect progression to practice moving your new A-string based barre chords up and down the neck. Try it out:

### Andalusian In *D* Minor

| **D**m | **C** | **B**♭ | **A**7 | **D**m | **C** | **B**♭ | **A**7 |

---

Once you get comfy with the descending barre shapes, try going in the other direction with this progression reminiscent of the classic "**Live and Let Die**" by Paul McCartney, or "**Do You Believe in Love**" by Huey Lewis, or the verse to "**I Do**" by Howie Day.

### Live and Let Lie

| **B**♭ | **D**m | **E**♭ | **F** |

# CLASS EIGHT SONGS
## *I-V-vi-IV* AND *I-iii-IV-V*

HERE AGAIN is the *I-V-vi-IV* progression, a la "One Day" by Matisyahu, "No Woman No Cry" by Bob Marley, "Someone Like You" by Adele and zillions of other tunes. Since the release of a video called "Four Chord Song" by Axis of Awesome, some people just call this the Axis of Awesome Chord Progression. Here the progression is written in the key of *D*, just as the Axis of Awesome play it.

### 4 Chords of Glory

| **D** | **A** | **Bm** | **G** | |

We first played the *I-iii-IV-V* progression in Class Seven. Here it is again, in the key of *A*, so that you can continue mixing your *A*-shape minor and *7th* chords with *E*-shape chords. It shows up in songs like "If I Had A Hammer" by Pete Seeger and Lee Hays, "Cruel to be Kind" by Nick Lowe, "Ziggie Stardust" by David Bowie, "Good Little Girl/Bad Little Boy" from Adventure Time, "Stuck on You" by Lionel Richie, "Live and Let Die" by the Wings, "Fun, Fun, Fun" by the Beach Boys, "Crocodile Rock" by Elton John, and "Let's Get It On" by Marvin Gaye.

By the way, even though "Let's Get It On" was recorded in 1973, which is AFTER dozens of other *I-iii-IV-V* songs were recorded, I firmly believe that Marvin Gaye did not plagarize the song—he was simply writing a song using a common progression, just like every other professional songwriter does.

Play the first chord as an *E*-form and the last three chords as *A*-shape chords.

### 4 Chords of Slightly Less Glory

| **A** | **C♯m** | **D** | **E7** | |

# VISUAL

# EXHIBIT F

.

***DRAFT PRIVILEGED AND CONFIDENTIAL WORK PRODUCT***

**"LET'S GET IT ON" ("Let's") and "THINKING OUT LOUD" ("Thinking")**

TEMPO

"Let's"        ~81-85 BPM

"Thinking"    79 BPM

METER

"Let's"        4/4

"Thinking"    4/4

KEY

"Let's"        Eb major

"Thinking"    D major

INSTRUMENTATION

Both songs contain:

      Drums

      Bass

      Electric guitar

      Piano

      Lead vocals

      Background vocals

In "Let's" only:

      Saxophones

      Strings

      Flute

      Congas

      Hand claps

1

.

In "Thinking" only:

Acoustic guitar

## STRUCTURE

There are no significant structural similarities.

## HARMONY

Both songs use a similar (but not identical) chord progression in the same harmonic rhythm of two chords per bar in which the second and fourth chords are anticipated (i.e., they occur on the second half of beat 2).

"Let's":      I   ii7  IV  V
"Thinking":   I   I/3  IV  V

Due to the improvisational nature of some of the instrumental parts, particularly in the piano part in both songs, the chord progressions in both songs have numerous variations and chord extensions which I have not transcribed given the "preliminary" status of this analysis.

The basic bass line in both songs is on scale degrees 1-3-4-5, in which 3 and 5 are anticipated, mirroring the harmonic rhythm (and the I  IV and V chords in the case of scale degrees 1-4-5).  However, there are numerous embellishments and *ad libs* in both bass lines which I have not fully transcribed at this juncture.

## MELODY

There are no significant similarities in the vocal melodies.

By way of difference, the vocal melody in "Thinking" is diatonic (i.e., based on notes in the major scale), while the vocal melody in "Let's" contains several flatted thirds which are outside of the major scale.

2

LYRICS

There are no significant lyrical similarities.

By way of difference, the lyrics in "Let's" are about immediate sexual attraction, while the lyrics in "Thinking" are about long-term romantic love.

RHYTHM

There are no significant rhythmic similarities, other than the similarities in harmonic rhythm and the rhythm of the bass lines.

PRIOR ART

The  I  iii  IV  V chord progression in "Let's" was commonplace by 1973, the year in which "Let's" was released, which undercuts a claim of "originality" of that chord progression in "Let's".  Importantly as analyzed above, the second chord in the chord progressions in "Let's" and "Thinking" is *not* the same.  During a very preliminary search for prior art, I found the I  iii IV  V chord progression(that is in "Let's"  in following songs released prior to 1973:

"Georgy Girl" The Seekers
"Easy Now" - Eric Clapton
"Once Upon a Dream" - Billy Fury
"You Baby" - The Turtles
"Fun Fun Fun" - The Beach Boys
"True Love Ways" - Buddy Holly
"Summer Song" - Chad & Jeremy
"Hurdy Gurdy Man" - Donovan
"I Started a Joke" - The Bee Gees

Moreover, the chord progressions in all of the above appear to have a harmonic rhythm of 2 chords per measure and are accompanied by the 1-3-4-5 bass line.

3

In "Georgy Girl," the second and fourth chords are anticipated, and the second bass note is anticipated.  Beto Diaz' version of "Georgy Girl" has *both* anticipated chords *and* bass notes.  (I did not find a release year for Diaz, but the production quality and instrumentation indicate that it was recorded in the mid-to-late 1960s.) The Beto Diaz version of "Georgy Girl" contains all of the similarities, and a chord progression that is more similar to that in "Let's" because the second chord in the 4-chord progression in "Let's" and "Thinking" is *not* the same, as analyzed above.

Moreover, there are almost certainly multiple songs released ***after 1973*** that contain the same similarities, which leaves open the possibility that "Thinking" was inspired by a song other than "Let's Get It On."  For example, Lionel Richie's "Do It To Me" (1992) seems to contain all of the similarities, and Michael Jackson's "Man In the Mirror" (1987) is very close.

Qualification

Given that this summary represents a "preliminary" analysis, I did not transcribe every variation of the four-chord progression and bass line in both songs.  It is possible that there are additional similarities between particular iterations.  For example, the attached transcription shows that the first iteration of the bass line in "Thinking" has a leap down from 1 to 3 that is similar to "Let's."  Both songs also contain Vsus4 in some iterations.

My transcriptions are set forth below.

4

### "Let's Get It On"

Bass line and chords in the recorded key

Time: 0:02



### "Thinking Out Loud"

Bass line (as played on guitar) and chords in Verse 1 in the recorded key

Time: 0:00



### "Thinking Out Loud"

Bass line and chords in Chorus 1 in the recorded key

Time: 1:13



Note: The A9(sus4) chord "bar 2 is the result of the guitar playing A5, while the piano plays G/A.

5

**"Let's Get It On" / "Thinking Out Loud"**

Comparative transcription of the bass lines and chords in C major



6

.

# VISUAL

# EXHIBIT G

# Thinking Out Loud

Words and Music by Ed Sheeran and Amy Wadge



© 2014 Sony/ATV Music Publishing (UK) Ltd and BDi Music Ltd
All Rights Reserved.

2 copies licensed
Authorized for use by: *Lawrence Ferrara*

Musicnotes.com



2 copies licensed
Authorized for use by: *Lawrence Ferrara*

Musicnotes.com



2 copies licensed
Authorized for use by: *Lawrence Ferrara*

Musicnotes.com



2 copies licensed
Authorized for use by: *Lawrence Ferrara*

Musicnotes.com



♪ Musicnotes.com

2 copies licensed
Authorized for use by: *Lawrence Ferrara*

# VISUAL

# EXHIBIT H

**Alexander Stewart, Ph.D.**
**Professor of Music**
**University of Vermont**

**June 3, 2015**

**Re: "Let's Get It On" and "Thinking Out Loud"**

I am Professor of Music, Director of Latin American and Caribbean Studies, and Jazz Studies Coordinator at the University of Vermont. I have contributed to numerous peer-reviewed journals and other publications and I am author of a book published by University of California Press. My work encompasses extensive music transcriptions, musicological analysis, historical research, and other scholarly activities, particularly in popular music. I earned a Ph.D. in Music (Ethnomusicology Concentration) from the Graduate Center of the City University of New York (CUNY) and a Master of Music in Jazz and Commercial Music from Manhattan School of Music. During 2006-7 I was a Fulbright scholar researching traditional and popular music in Mexico. As an active professional musician I have performed with leading musicians in jazz and popular music for more than thirty years. I have provided expert opinions and analysis on music copyright matters for over twelve years.

I have been asked to compare two songs: "Let's Get It On" (LGIO) performed by Marvin Gaye and "Thinking Out Loud" (TOL) by Ed Sheeran. Recordings of these songs were provided to me by Mr. Patrick Frank of Frank and Rice PA. I also compared these songs with two live versions of TOL by Sheeran that I found on YouTube, one of which includes an interpolation from "Let's Get It On."[1] In addition, after my initial comparisons, I reviewed reports by Dr. Lawrence Ferrara and Mr. Anthony Ricigliano.

As I will discuss in further detail below, I have found significant similarities between the songs in question. In my opinion, these similarities can only be the result of copying from "Let's Get It On."

The following table outlines the general characteristics of "Let's Get It On" and "Thinking Out Loud."

---

[1] TOL/LGIO: https://www.youtube.com/watch?v=RxZjVZKVN7k (accessed 5/30/2015) and TOL: https://www.youtube.com/watch?v=_9jTo_0Fqzg (accessed 5/30/2015).

**General characteristics**

| Song | Key | Tempo (BPM)[2] | Length |
|------|-----|------------|--------|
| LGIO (single version) | Eb major | ~82 | 4:02 |
| LGIO (full version) | Eb major | ~82 | 4:51 |
| TOL | D major | 79 | 4:42 |
| TOL (YouTube) | Db major | 82 | 4:48 |
| TOL/LGIO (YouTube) | C major | ~86 | 5:52 |

As can be seen, LGIO and TOL are performed at nearly the same tempo, and can be considered exemplar of rock or soul ballads. The key centers are also similarly placed with the commercially-released version of TOL placed in the next lowest key from LGIO (a half step or semitone below LGIO's key of E-flat major). Other live versions of TOL are placed even lower, in D-flat major and C major, perhaps reflecting Sheeran's more limited vocal range.

Form
LGIO (single version)
| 0:00-1:34 | verse |
|-----------|-------|
| 1:34-2:19 | bridge |
| 2:19-3:05 | verse |
| 3:05-3:17 | short bridge |
| 3:17-4:02 | verse |

LGIO ("deluxe" or full version)
| 0:00-1:34 | verse |
|-----------|-------|
| 1:34-2:19 | bridge |
| 2:19-3:05 | verse |
| 3:05-3:50 | bridge |
| 3:17-4:51 | verse |

TOL (studio version)
| 0:00-0:24 | verse A |
|-----------|---------|
| 0:24-0:48 | verse B |
| 0:48-1:13 | bridge |
| 1:13-1:43 | chorus |
| 1:43-2:07 | verse A2 |
| 2:07-2:32 | verse B2 |
| 2:32-2:56 | bridge |
| 2:56-3:26 | chorus |
| 3:26-3:50 | interlude (guitar solo) |
| 3:50-4:42 | chorus |

While the above structural analysis seems to suggest that the forms of the songs are different, it is important to note that the basic harmonic pattern and bass line

---

[2] BPM = beats per minute

underlying most of these sections remains the same. In both songs the bridges are the only sections that contain significant departures from this underlying four-chord structure. In TOL, the differences between the A and B verses are only in melodic pattern and lyrical content. The differences between LGIO and TOL reflect LGIO's looser, at times more spontaneous feel, and TOL's more rigid, formalized structure.

### Specific Musical Expression or Content

#### Methodology
To facilitate comparison, musicologists typically use transposition to place each song in the same key. I have transposed all the following examples from LGIO to D major (the key of the studio version of TOL). Further, in my analysis, following standard musicological procedure, I have used numbers to represent the pitches of the diatonic scale (1=D, 2=E, 3=F or F-sharp, 4=G, etc.). In my analysis below, I will occasionally use the integer "8" to indicate the first scale degree at a pitch level an octave higher. Both songs occasionally deploy a "blue" third (a third degree of the scale that is variably minor, major, or somewhere in-between).

#### Foundation
LGIO and TOL rely on a strikingly similar foundation comprising melodic, harmonic, and rhythmic elements. As can be seen below, the characteristic bass line of both songs is nearly identical. Melodically, the bass leaps downward by a sixth before ascending stepwise to the fifth degree of the scale. Example 1 provides the opening bass lines of each song.

Example 1.    Basic bass lines in LGIO and TOL (see also Ferrara Report)



In both songs, this melodic sequence can be characterized as 8-3-4-5. All of the melodic notes contained in TOL are found in LGIO. The only differences are some slight embellishments or "fills" heard at the end of each measure in LGIO.  Indeed, as both songs progress, varying embellishments can be heard while the underlying pattern remains essentially unchanged. The basic rhythm of these bass lines is identical, with the pitches 3 and 5 anticipated or played before the third beat of the measure. Further, the 5 is sounded twice in a syncopated fashion, on the "and" of two and the "and" of three. Rhythmically this two-measure pattern could be counted

as" "**ONE**-and-two-**AND**-three-and-four-and-**ONE**-and-two-**AND**-three-**AND**-four-and."

Graphically these bass lines can be represented as:

| Beat | 1 | + | 2 | + | 3 | + | 4 | + | 1 | + | 2 | + | 3 | + | 4 | + |
|------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LGIO | Dᵇ | | | F# | | | | | G | | | A | | A | | |
| TOL | Dᵇ | | | F# | | | | | G | | | A | | A | | |

Note once again that each bass line begins on the upper tonic ("Dᵇ") before descending a sixth to the third of the scale. This downward leap is a signature element of the melodic contour and contributes significantly to the melodic flow of the bass line and the underlying groove (a large fall followed by a steady upward rise back to the first beat of the two-measure pattern).[3]

The basic drum pattern in both songs is also identical as can be seen in example 2.

Example 2.    Drums in LGIO and TOL



The original drum part from LGIO has been copied note-for-not. The bass drum or "kick" is played on "one" and "four" with two syncopations or off-beat figures on the "and" of two and the "and" of three, or **ONE**-and-two-**AND**-three-**AND-FOUR**-and-**ONE**-and-two-**AND**-three-**AND-FOUR**-and." The following chart graphically represents these drum parts:

---

[3] On the commercially-released recording of TOL, when the rhythm section enters at 0:24 a slightly different bass part containing the pitch D at a lower octave overlaps the opening bass line. The sheet music to TOL and the two live versions of TOL contain the descending sixth throughout most of the song.

|      |    | 1 | + | 2 | + | 3 | + | 4 | + | 1 | + | 2 | + | 3 | + | 4 | + |
|------|----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LGIO | hh | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
|      | sn |   |   | X |   |   |   |   | X |   |   | X |   |   |   |   | X |
|      | bd | X |   |   | X |   | X | X |   | X |   |   | X |   | X | X |   |
| TOL  | hh | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
|      | sn |   |   | X |   |   |   |   | X |   |   | X |   |   |   |   | X |
|      | bd | X |   |   | X |   | X | X |   | X |   |   | X |   | X | X |   |

hh=hi hat; sn=snare drum; bd= bass drum

This distinctive drum part both accentuates the syncopation in the bass line and emphasizes beat four by placing a bass or "kick" drum along with the snare on beat four. As can be seen, these drum parts are for all practical purposes identical. Dr. Ferrara could not have listened closely or transcribed any of the drums parts when he made the statement "There are no significant rhythmic similarities, other than the similarities in harmonic rhythm and the rhythm of the bass lines" (undated Ferrara report). Similarly, the report of Mr. Ricigliano makes no mention of the drum parts in either song.

In my opinion, the combination of these distinctive bass lines and drum parts found in LGIO and TOL, which are similar in every important detail, could not be a result of independent creation and can only indicate copying.

<u>Melody</u>
A preliminary analysis of the melodies of both songs reveals many similarities. In fact, almost every important melodic theme in TOL has a corollary in LGIO.

The main theme of TOL is derived from the opening theme of LGIO. In TOL this phrase and very close variations of it are heard eight times where they form the A verse.

Example 3.    Opening theme of LGIO



Example 4.    Opening themes of LGIO and TOL compared



Following standard musicological procedure, the first phrase in each song can be converted to the following pitch sequence:

LGIO    345432212
TOL      35653212361

Taking the pitches to which the first eight syllables of each song are set yields:

LGIO    34543212
TOL      35653212

The only difference is that the three notes following the first pitch are raised by one scale degree – 454 becomes 565. I will discuss this further below.

Another way to analyze this melodic sequence is to look at pitches that have important structural functions.

LGIO    345432212
TOL      356532(1)23(6)1

I have placed two pitches in TOL in parentheses because melodically they function as neighbor and/or because of their extremely brief duration and weak rhythmic placement. The melodic sequence of TOL can be reduced to 356532231.

The following compares the basic opening melodic gestures of both songs.

LGIO    345432212
TOL      356532231

Once again, the main difference can be found in the second, third, and fourth pitches. Each of these pitches is raised one step: from 454 to 565. Using the same methodology, this sequence can be further reduced. The pitch 5 is the important chord tone in these phrases and in each song is supported by either a iii minor chord (where it is the third) or a I/3 chord (where it is the fifth). In LGIO the pitch 5 is supported by passing tones (4) and in TOL the 5 is decorated by an upper neighbor tone (6) as illustrated below.

LGIO    3(4)5(4)32212
TOL     35(6)532231

The essential melodic gesture of the opening theme of each song is:

LGIO    3532212
TOL     353221

As can be seen, the only significant difference between the phrases in LGIO and TOL is that LGIO ends with an upward motion to 2.

It is also significant that melodic figures involving the pitches 35653 and 565 abound in LGIO. One illustration is provided in example 5.


Example 5.    LGIO melodic figures.



Not only does example 5 contain the 35653 sequence from which the verses of TOL are built, but the entire sequence consists of just these three pitches: 6535653356. Other instances of similar figures in LGIO are found at 1:32; 1:42; 2:17; 3:47, and 4:02.

In terms of the rhythms, phrasing, and metric placement, the phrases in example 4 also share significant similarities. Both begin on the same beat (the "and" of two), straddle the bar line of the two-measure pattern repeated in the bass, harmony, and drums, and end in the middle of the second measure.

It is important to note that this similar melodic expression is always set to similar harmonies and the same bass line and drum part in both songs. This phrase forms the basic melodic motif (or, in musical terms, "motive") of the "A" verses of TOL where it is heard a total of eight times – four times from 0:00-0:24 and four times

8

from 1:43-2:07. As the first phrase heard in LGIO it is undeniably one of the most memorable melodic figurations in the song.

Another important melodic figure heard in TOL is the motive repeated three times at the beginning of each chorus (1:13; 2:56; and 3:50). Example 6 provides examples of this theme from each song.

Example 6.    TOL chorus melody



As can be seen, the melody in each song features repeated notes descending from 5 to 3 with a penultimate note on 2 before the final 3.

LGIO   35443333123
TOL    5554443323

Variants of this passage can also be heard in LGIO at 0:17 and 3:38. Once again, it is important to note that these melodies are placed over nearly identical bass parts, drum parts, and chords.

As part of its preliminary analysis of the melodies, this report takes note of the melodic similarities during the only significant harmonic detours in both songs that occur during each song's bridge. Example 8 compares the melodic figures heard during these sections. In each song, the bridge happens twice.

Example 7.    Sections of the bridges from LGIO and TOL



These bridges involve similar movement to harmony built on the supertonic or second degree of the scale (E minor in TOL and E7 in LGIO) and the dominant or A (ii-V and II7-V, respectively).[4]

LGIO    5621666622343432
TOL      6321216534343212

While these melodies do not rise to the level of similarity of the previous comparisons, it is worth noting the 343432 sequence over the move toward the dominant harmony is found in both songs. I discuss the harmonic similarities further below.

A final melodic comparison looks at the vocables (non-lexical syllables such as "la, la, la") at 3:35 during the interlude section of TOL. The guitar echoes this figuration four measures later at 3:47. This passage shares significant similarities with one of the most memorable phrases heard in LGIO.

---

[4] In the sheet music of TOL these chords are given as E minor7 and A7.

**Example 8.**   Important phrase from LGIO compared with interlude of TOL and
Sheeran performance of TOL that interpolates LGIO



This passage, like the passage in example 6, consists of repeated notes on a
descending scale.

| | |
|---|---|
| LGIO | 88778776535165 |
| TOL | 888777666555321 |
| LGIO (Sheeran) | 88877876135376 |

Tellingly, Ed Sheeran himself quotes this passage from LGIO when he goes into
"Let's Get It On" during a live performance of "Thinking Out Loud" (discussed
further below). As in the earlier examples, it is also important to consider the
context of these melodic similarities – their setting to nearly identical chords, bass
parts, and drum parts.

<u>Harmonies</u>
For the most part I agree with Dr. Ferrara's harmonic analysis.

Quoting from undated Ferrara Report:
> Both songs use a similar (but not identical) chord progression in the
> same harmonic rhythm of two chords per bar in which the second and

fourth chords are anticipated (i.e., they occur on the second half of beat 2).

"Let's": I ii7 IV V

"Thinking": I I/3 IV V

The only difference is a detail of the second chord, in TOL a D major chord with F# in the bass (D/F#) rather than F# minor. The different note in this chord, a "D" instead of C#, does not significantly alter its sound and I doubt that many listeners would notice the difference. As Dr. Ferrara notes, there are multiple variations found within the four-chord progression, and examples of 5-chords (chords without a third), 7th chords, and suspended 4th chords are prevalent.

The musical bed on which both songs lie is mostly built from this basic progression. Indeed, the only significant departure occurs during the bridge of each song when they both move to chords with a sub-dominant function. The opening chords of the bridges are closely related (E minor7 or ii7 in TOL or G major or G7 or IV in LGIO).[5] Despite all these similarities, I should also note by way of difference that the two measures containing the words "we found love right where we are" in TOL are set to different harmony that is not found in LGIO.

I disagree with Dr. Ferrara's preliminary assessment that there are significant differences in the modal qualities of these songs. While LGIO has a bluesier and more soulful vocal, both songs employ inflections on various pitches of the scale (especially the third degree) and as can be seen in example 2, Sheeran's melody contains "bent" notes that include F-natural as well as F-sharp.

Lyrics

While, like Dr. Ferrara, I have found no important lyrical similarities, I must take issue with his statement that "the lyrics in "Let's" are about immediate sexual attraction, while the lyrics in "Thinking" are about long-term romantic love" (undated Ferrara report). Despite LGIO's more overt sexuality, TOL also contains not-so-subtle sexual and erotic overtones. Further, the lyrics to Gaye's song repeatedly emphasize romantic love "If you believe in love…." In the end, both ballads are celebrations of love to a particular woman. The main difference would be, then, that the attraction in TOL has been "consummated" while the singer in LGIO is still yearning for it.

---

[5] Chords are said to be closely related when they share many of the same pitches. In diatonic harmony, the roots of such chords are usually a third apart, as they are here, E and G. These chords also share the same sub-dominant function. Indeed, the ii and IV chords are frequently considered interchangeable.

*So-called "prior art"*

Dr. Ferrara's report mentions ten songs that he claims pre-date LGIO that contain similar harmony. I have carefully examined all of these songs and found none that contain the bass line and drum part at issue in this matter. In fact, the only example in which the second and fourth chords are anticipated (the Diaz version of "Georgy Girl") does not contain the characteristic descending sixth of the bass part heard in LGIO and TOL and the percussion part is nothing like the drum parts in LGIO and TOL. Moreover, it stretches credulity to the breaking point to suggest that this apparently obscure Mexican bandleader's cover version of a 1960s pop song (that, in any version, *sounds nothing like either song* in this case) could have had much influence beyond his own backyard.

Example 9.    "Georgy Girl" Diaz version



The only example among the works mentioned by Ferrara that contains a descending sixth in the bass is Donovan's "Hurdy Gurdy Man." But in this song, none of the chords are anticipated and, once again, the drum part is completely different. Moreover, the bass part contains many extra notes, including the repeated G or "8" before the downward leap at the beginning and no syncopation whatsoever.

Example 10.   "Hurdy Gurdy Man" Donovan



Of the two songs mentioned by Dr. Ferrara that post-date LGIO but pre-date TOL, only Lionel Richie's "Do It To Me" contains anticipated second and fourth chords. While the bass part also contains a descending sixth, as can be seen below, the drum part is in a completely different style (sixteenth-note based subdivision) and bears no resemblance to the drum part in LGIO and TOL.

Example 11.   "Do It To Me" Lionel Richie



In summary, none of the works cited by Dr. Ferrara contain substantial similarities to the songs at issue in this matter. LGIO and TOL are far more similar to each other than any of these songs are to either of them.


Conclusions

The preponderance of the evidence points conclusively toward the creator(s) of "Thinking Out Loud" having copied important musical expression from the song "Let's Get It On." Striking similarities include the bass line, drum parts, and harmonies in aggregate. This unauthorized taking accounts for the foundation, groove, and core musical expression of both songs and, by itself, constitutes a violation of the distinctive artistic elements of the original song. Moreover, much of the melodic vocal expression in TOL is also similar that in LGIO. These melodies share phrasing, contours, rhythms, and basic pitch sequences. In combination with the harmonies, bass line, and detailed drum parts, this expression reveals that much of TOL has been derived from LGIO. A future report may provide a quantitative and qualitative assessment of the value of the musical expression taken from LGIO in TOL. The video of Mr Sheeran seamlessly segueing from TOL to LGIO and back to TOL during performance confirms his familiarity with the melodic content of the vocals of LGIO in addition to the strikingly similar harmony, percussive rhythmic details, and bass melodies of "Let's Get It On" heard in "Thinking Out Loud."

# VISUAL EXHIBIT I

MB21283BCD



# 100 FAMOUS FUNK BEATS



CD INCLUDED

## BY JIM PAYNE



# 100

**MEL BAY PRESENTS**

# FAMOUS FUNK BEATS

## BY JIM PAYNE

## CD Contents

1. Night Train
2. I Got Money
3. Hold It
4. Why Does Everything Happen To Me
5. Soul Food, Part 1 & 2
6. Signed, Sealed & Delivered
7. Oh Baby - Don't You Weep
8. Please, Please, Please
9. Out Of Sight
10. I Got You (I Feel Good)
11. Papa's Got A Brand New Bag
12. Jabo
13. Cold Sweat
14. Bring It Up
15. Get It Together
16. I Can't Stand Myself (When You Touch Me)
17. I Got The Feelin
18. Licking Stick - Licking Stick
19. Give It Up Or Turn It A Loose
20. Soul Pride - Part 1
21. Top Of The Stack
22. Funky Drummer
23. Since You Been Gone
24. Lowdown Popcorn
25. I Can't Stand Myself (When You Touch Me)
26. Get Up (I Feel Like Being A) Sex Machine
27. Talkin' Loud And Sayin' Nothing

28. Get Up, Get Into It, Get Involved
29. Pass The Peas
30. Escape-ism
31. Soul - Power - Parts 1&2
32. Hot Pants Road
33. There It Is
34. I Know You Got Soul
35. Get On The Good Foot - Part 1
36. I Got Ants In My Pants - Part 1
37. Don't Tell A Lie About Me and I Won't Tell The Truth About You
38. My Thang
39. Parrty - Part 1
40. The Payback
41. Papa Don't Take No Mess -Part 1
42. Funky President (People It's Bad)
43. I Feel Good
44. What'd I Say
45. Turn On Your Lovelight
46. Soul Twist
47. Papa Was Too
48. Right On
49. I Take What I Want
50. Get Out Of My Life Woman
51. You're A Sweet Sweet Man
52&53. Chain Of Fools
54&55. Funky Broadway (Part 1)
56. Let A Woman Be A Woman, Let A Man Be A Man
57. We Got More Soul

58. Boogaloo Down Broadway
59. Soul Man
60. I Thank You
61. Shake Your Big Hips
62. Big Leg Women (With A Short, Short Mini Skirt)
63. Is It Something You Got
64. Funky Nassau (Part 1)
65. Rock Steady
66&67. Scorpio
68. Slippin' Into Darkness
69. The Cisco Kid
70. In Time
71. Let Me Have It All
72&73. Pick Up The Pieces
74. Up For The Down Stroke
75. Foolish Fool
76. Chameleon
77. Getaway
78. Kool & The Gang
79. Funky Stuff
80. Jungle Boogie
81. Hollywood Swinging
82. Love Rollercoaster
83. Skin Tight
84. Fire
85. Jive Turkey
86. Who'd She Coo
87. Palm Grease
88&89. Actual Proof
90. Slinky

1 2 3 4 5 6 7 8 9 0



℗ © 1996, 2006 JIM PAYNE  ALL RIGHTS RESERVED  USED BY PERMISSION
EXCLUSIVE SALES AGENT MEL BAY PUBLICATIONS, INC , PACIFIC, MO 63069
No part of this publication may be reproduced in whole or in part, or stored in a retrieval system, or transmitted in any form
or by any means, electronic, mechanical, photocopy, recording, or otherwise, without written permission of the publisher.

**Visit us on the Web at www.melbay.com — E-mail us at email@melbay.com**

18. *"Papa's Got A Brand New Bag"*   James Brown, 1965

❑ King K5999
Reissues: "Star Time," Polydor 849 108-2 & "20 Greatest Hits," Polydor 314 511 326-2
**Melvin Parker - Drums**


*Track #11*



19. *"Bring It Up (Hipster's Avenue)"*   James Brown, 1966

❑ King K6071
Reissue: "Star Time," Polydor 849 108-2
**John "Jabo" Starks - Drums**



20. *"Jabo"*   James Brown, 1966

❑ From "James Brown Plays New Breed (The Boo-Ga-Loo)," Smash 67080
Reissue: "Soul Pride," Polydor 314 517 845-2
**John "Jabo" Starks - Drums**


*Track #12*



21. *"Cold Sweat"*   James Brown, 1967

❑ King 6110
Reissues. "Star Time," Polydor 849 108-2 & "20 Greatest Hits," Polydor 314 511 326-2
**Clyde Stubblefield - Drums**


*Track #13*





**16**



**15. "Please, Please, Please"** James Brown, 1963

From "Pure Dynamite!, James Brown Live at the Royal," King 883
**Clayton Fillyau - Drums**



*Track #8*



16 *"Out Of Sight"* James Brown, 1964

Smash S1919,
Reissues: "Star Time," Polydor 849108-2
**Melvin Parker - Drums**

*Track #9*

17. *"I Got You (I Feel Good)"* James Brown, 1965

King K6015
Reissues: "Star Time," Polydor 849 108-2 & "20 Greatest Hits," Polydor 314 511 326-2
**Melvin Parker - Drums**

*Track #10*

Sax Solo

Bridge

*15*

# VISUAL EXHIBIT J



THE

# Drumset
# Musician

By Rod Morgenstein and Rick Mattingly

CD INCLUDED

The
Musical
Approach
to Learning
Drumset

HAL•LEONARD

# THE Drumset Musician

### by Rod Morgenstein and Rick Mattingly

ISBN 978-0-7935-6554-2



7777 W. BLUEMOUND RD. P.O. BOX 13819 MILWAUKEE, WI 53213

Copyright © 1997 by HAL LEONARD CORPORATION
International Copyright Secured    All Rights Reserved

For all works contained herein:
Unauthorized copying, arranging, adapting, recording or public performance is an infringement of copyright.
Infringers are liable under the law



The Drumset Musician

## 16th-note Ride Patterns

The examples on these next three pages feature 16th-note ride patterns with quarter-note and 8th-note patterns in the snare drum and bass drum. All of the ride patterns on the left-hand side of the page are meant to be played with one hand on either ride cymbal or hi-hat, while the other hand plays snare drum. The patterns on the right-hand side of the page are to be played on hi-hat only, using the sticking in the first example. As you go across the page, the examples have the same snare and bass drum parts, with the only difference being the way the ride pattern is played.



# VISUAL

# EXHIBIT K

MB93892BCD

# FUNK DRUMMING



BY JIM PAYNE

CD INCLUDED!

MEL BAY ®

# MEL BAY'S FUNK DRUMMING

## BY JIM PAYNE

## CD Contents

**Section 1 - Rock'n'Roll**
1. Beat A.4 (:25)
2. Beat A.9 (:26)
3. Beat A.9 (:26)
4. Hi Hat Exercise C.1 (:27)
5. Hi Hat Exercise C.2 #1 (:29)
6. Beat D.2 (:22)
7. Beat E.2 w/Rhythm Section (:53)
8. Beat E.3 (:32)
9. Beat E.4 (:26)

**Section 2 - How to Play Drum Charts**
10. Style #1—Preliminary Exercise #1 (:28)
11. Style #1—Preliminary Exercise #2 (:23)
12. Style #1A—Medium Tempo Rock'n' Roll (1:30)
13. Style #2—Medium Up-Tempo Rock'n' Roll (1:59)

**Section 3 - Disco & the 2 Hand Hi Hat Style**
14. Beat B.5 w/rhythm section (:47)
15. Beat D.8 (:32)
16. Beat E.1 (:33)
17. Style #3 Preliminary Exercise #1 (:34)
18. Style #3 Preliminary Exercise #2 (1:29)
19. Style #3 8th Note Disco (1:42)
20. Style #4 Preliminary Exercise #1 (:33)
21. Style #4 16th Note Disco (2:20)

**Section 4 - Rock-Funk Sound**
22. Exercise A.1 (:29)
23. Beat B.4 "The San Francisco" w/rhythm section (1:10)
24. Beat C.1 w/rhythm section (:54)
25. Style #5—Preliminary Exercise #1 (:32)
26. Style #5—Preliminary Exercise #2 (:31)
27. Style #5—Medium Tempo Funk (2:29)

**Section 5 - Introducing the Latin Feel in Rock'n'Roll**
28. Rhythm Section Score #1 (:51)

29. Rhythm Section Score #2 (:52)
30. Rhythm Section Score #3 (:48)
31. Harvey Mason's Beat, Beat 3.b (1:08)

**Section 6 - Developing Coordination**
32. "The Philly Groove" w/rhythm section (1:11)
33. 6 Hi Hat Patterns" w/rhythm section a) patt. 1, #1-6 (1:25)
34. Style #5—Slow Funk Preliminary Exercise #1 (:36)
35. Style #6—Slow Funk Preliminary Exercise #2 (1:34)
36. Style #6—Slow Funk (2:14)

**Section 7 - Developing Snare and Bass Drum Tech.**
37. Exercise A.1 (:30)
38. Exercise A.20 (:31)
39. Beat B.3, w/rhythm section (1:02)
40. Beat B.9, w/rhythm section (1:12)
41. Beat B.10, w/rhythm section (:55)
42. 5 Hi Hat Patterns, A1., #1-5 (1:40)
43. Style #7—Preliminary Exercise #1 (:37)
44. Style #7A—Medium Slow Funk Improvisation (1:56)

**Section 8 - Modern Use of the 2 Hand Hi Hat Style**
45. Beat B.5 (:26)
46. Beat B.6 (:25)
47. Beat C.1 (:27)
48. Beat C.5 w/rhythm section (1:00)
49. Beat C.6 (:31)
50. Beat C.8 w/rhythm section (:51)
51. Beat C.9 "The Chicago" w/rhythm section (1.12)
52. Beat D.3 (:24)
53. Beat D.5 (:26)

**Section 9 - Slow Blues, The Shuffle and Shuffle-Funk**
54. Beat B.3 (:27)
55. Exercise 2 (:15)
56. Beat D.1 (:31)
57. Exercise 2 (:33)

58. Blues Beat F.1 (:34)
59. Blues Beat F.2 (:26)
60. Blues Beat 3 (:33)
61. Blues Beat I-4 (:12)
62. Style #6 -Slow Blues (1:13)
63. The Traditional Chicago Type Shuffle (:27)
64. Style #9—Medium Shuffle (1:03)
65. Shuffle-Funk Beat A.2 (:29)
66. Shuffle-Funk Beat A.3 (:27)

**Section 10 - The Samba**
67. Beat C.3 (:25)
68. Beat C.5 (:21)
69. Beat D.2 (:26)
70. Beat E.1, I.a. & 1.b (:59)

**Section 11 - Reggae**
71. Beat B.4 (:27)
72. Fill D.6 (:25)
73. Beat E.2 (:32)
74. Beat F.1 (:32)
75. Style #10 - Reggae (1.27)

**Section 12 - Advanced Funk**
76. Beat A.2 w/rhythm section (:51)
77. Beat A.5 w/rhythm section (1:06)
78. Beat A.7 w/rhythm section (:55)
79. Beat A.8 (:27)
80. Beat B.4 w/rhythm section (1:07)
81. Beat B.5 w/rhythm section (:49)
82. Beat B.10 "The E. 86th Street" w/rhythm section (:56)
83. Beat B.11 "The Oakland" w/rhythm section (1:00)
84. Beat B.12 (:30)
85. Beat B.14 w/rhythm section (:59)
86. Beat B.15 w/rhythm section (:48)
87. Beat B.16 "The New Orleans" w/rhythm section (1:10)
88. Style #11—Medium Up-Tempo Funk #3 (1:55)



2 3 4 5 6 7 8 9 0

© 1982 BY MEL BAY PUBLICATIONS, INC., PACIFIC, MO 63069
ALL RIGHTS RESERVED  INTERNATIONAL COPYRIGHT SECURED. B.M.I  MADE AND PRINTED IN U.S.A
No part of this publication may be reproduced in whole or in part, or stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission of the publisher

*Visit us on the Web at  www.melbay.com — E-mail us at email@melbay.com*



2)   TEN EXERCISES TO DEVELOP CONTROL OF THE OPEN HI HAT SOUND WITH
     SYNCOPATED BASS DRUM BEATS.



12



D. ADD THE OPEN HI HAT SOUNDS TO THE TEN ROCK'N'ROLL BASS DRUM PATTERNS:
   PLAY THE LEFT HAND ON 2 & 4.

13

# VISUAL

# EXHIBIT L

Case 1:17-cv-05221-LLS   Document 67-4   Filed 07/27/18   Page 81 of 85



# *Fast* Drums2

## INTRODUCTION

### Why did you buy this book, too?

You bought it because you love learning about the drums. And we're glad—you've chosen a great instrument!

We assume that you've already completed (and reviewed a couple hundred times) **FastTrack™ Drums 1**. If not, please consider going through it first. (We'd hate to cover something before you're ready.)

In any case, this book picks up right where Book 1 ended. You'll learn lots more beats, lots more fills and plenty of cool techniques. And, of course, the last section of all the **FastTrack™** books are the same so that you and your friends can form a band and jam together!

So, if you still feel ready for this book, finish your pizza, put the cat outside, take the phone off the hook, and let's jam...

Always remember the three Ps: **patience, practice** and **pace yourself**. We'll add one more to this list: be **proud of yourself** for a job well done.

## ABOUT THE CD

### *(no, it's not a Frisbee!)*

**W**e're glad you noticed the added bonus—a CD! Each music example in the book is included on the CD, so you can hear how it sounds and play along when you're ready. Take a listen whenever you see this symbol: 

Each example on the CD is preceded by one measure of "clicks" to indicate the tempo and meter. Pan right to hear the drum part emphasized. Pan left to hear the accompaniment emphasized. As you become more confident, try playing along with the rest of the band.

**HAL•LEONARD®**
**CORPORATION**

7777 W. BLUEMOUND RD. P.O. BOX 13819 MILWAUKEE, WI 53213

Copyright © 1997 by HAL LEONARD CORPORATION
International Copyright Secured   All Rights Reserved

No part of this publication may be reproduced in any form or by any means without the prior written permission of the Publisher.

Visit Hal Leonard online at
www.halleonard.com

## Less filling, sounds great...

With the blues, drummers can ease back and just play the beat. The rest of the band will provide the "showy" stuff. However, there are some appropriate places to fill in with some sound effects. But it's important to know when and where, so you don't get in the way of a great blues guitar solo...

 **Cymbal crashes:** The most important place in the form to recognize (and mark) is the beginning of each 12-bar phrase. If you only play one cymbal crash in the entire twelve bars, play it on beat 1 of the first bar.

 **Add fills:** A good way to signal that the form is about to start over is by playing a fill during the last (twelfth) bar leading into the cymbal crash at the beginning of the first phrase.

 **Vary the ride:** If you want to change from riding on the hi-hat to riding on the ride cymbal (or vice versa), make the change at the beginning of a 12-bar phrase—not somewhere in the middle. Generally, you would make such a change when something else in the song is changing. For example, you might ride on the hi-hat during the vocals, and switch to cymbal behind the guitar solo.

Try some of these out in the next tune:



**32  Fillin'**

---

### Chart Reading

On the next page you'll find a basic blues **chart**, often called a "road map" chart. A chart isn't fully notated but does give you some basic information about what to play (leaving a lot up to you). Read through the list and mark these spots on the chart before you play.

17

# VISUAL EXHIBIT M

**"Let's Get It On"** opening vocal melody

And

**"Thinking Out Loud"** opening vocal melody

