# EXHIBIT 8

Score

# Thinking Out Loud



When your legs    don't work    like they   used to be-fore,



and I can't sweep you off of your   feet,                    will your mouth still re-mem-ber the



taste of my love,                    will  your  eyes  still___   smile___your  cheeks?   Dar - lin' I

2                                    Thinking Out Loud

**0:24**



will ___ be lov-in' you      till ___ we're sev-en-ty, _____                    and ba-by, my

Guitar continue simile; add keys

D    D    G    A
     F♯



heart _____ could still feel as      hard ___ at twen-ty  three, _____

**0:48**













6                                        Thinking Out Loud

**1:43**



When my hair's all gone and my mem-o-ry fades,     and the crowds don't re-mem-ber my



name,          whem my hands          don't ___ play ___ the string the same     way







smile's __ for-ev-er in     my __ mind     and mem-o-ry _____

**2:32**



I'm think-ing 'bout how _____ peo-ple fall in love in mys-te – ri-ous ways





10                                              Thinking Out Loud













Thinking Out Loud





14                                    Thinking Out Loud



