# EXHIBIT 10

```
                                                         Page 1

 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------x
     KATHRYN TOWNSEND GRIFFIN,
 4   HELEN MCDONALD, and THE ESTATE
     OF CHERRIGALE TOWNSEND,
 5
              -against-
 6                               Civil Action No.:
                                 1:17-CV-05221-RJS/GRIFFIN
 7
 8   EDWARD CHRISTOPHER SHEERAN,
     p/k/a ED SHEERAN, ATLANTIC
 9   RECORDING CORPORATION, d/b/a
     ATLANTIC RECORDS, SONY/ATV
10   MUSIC PUBLISHING LLC and
     WARNER MUSIC GROUP
11   CORPORATION, d/b/a ASYLUM
     RECORDS,
12
                     Defendants.
13
     ------------------------------------x
14             April 24, 2018
15             3:00 p.m.
16
17      Deposition of HELEN C. MCDONALD, taken by
18   Defendants, pursuant to Notice, held at the law
19   offices of Pryor Cashman, LLP, 7 Times Square, New
20   York, New York, before Judith Castore, a Certified
21   Livenote Reporter and Notary Public of the State of
22   New York.
23
24
25
```



Page 14
MCDONALD
2  A  Um-hum.
3  Q  Okay.
4     And you owned a restaurant
5  and bar?
6  A  Yes.
7  Q  More than one?
8  A  More than one restaurant.
9  Q  And you --
10 A  One restaurant and bar was
11 combined.
12 Q  Okay.
13 A  And then the other restaurant
14 was alone. Just by itself. And then
15 we bought real estate property that I
16 managed.
17 Q  And you and Mr. McDonald
18 owned the restaurant and then the
19 restaurant and bar together?
20 A  Um-hum.
21 Q  Okay.
22 A  Yes.
23 Q  Did you run those businesses
24 on a daily basis?
25 A  All but the bar and

Page 15
MCDONALD
2  restaurant. The other restaurant and
3  real estate I did.
4  Q  Then you retired in 1990?
5  A  I retired in 1990.
6  Q  And you moved back to
7  California?
8  A  No.
9  Q  When did you move back to
10 California?
11 A  I moved back to California in
12 2011.
13 Q  What prompted you?
14 A  When they had the -- the
15 World Trade Center.
16 Q  In 2001?
17 A  2001, yeah.
18 Q  And did you move back to
19 California with your husband?
20 A  No, got divorced.
21 Q  So between 1990 and 2001, you
22 lived in Connecticut?
23 A  From 1977 -- on February 4th,
24 1977, until 9/11, I lived in Stamford,
25 Connecticut. Then I moved the day

Page 16
MCDONALD
2  before 9/11 back to California.
3  Q  So your moving to California
4  was not related to 9/11?
5  A  No.
6  Q  Who caused you to move back?
7  A  I got divorced and I was
8  tired of the snow and the ice and I
9  just said, it's a good time to go back.
10 Q  Fair enough.
11    Do you have any background in
12 music?
13 A  No.
14 Q  Do you --
15 A  Can't even sing. Can't even
16 carry a note. Can't even -- I can see
17 a note, but I can't read it.
18 Q  Okay.
19    Well, that just removed
20 several questions. Thank you.
21    I think we mentioned this,
22 but your brother was Ed Townsend,
23 correct?
24 A  Yes.
25 Q  He was a songwriter?

Page 17
MCDONALD
2  A  Yes.
3  Q  And he was also a singer?
4  A  Yes.
5  Q  Did he play any instruments?
6  A  Played the piano.
7  Q  Anything else?
8  A  I don't know of him playing
9  anything else other than the piano.
10 Q  Do you know if Ed read music?
11 A  Yes.
12 Q  Do you know if he had formal
13 training in music?
14 A  My mother taught him piano.
15 Q  Anything else.
16 A  As far as music is concerned?
17 Q  As far as formal training,
18 yeah.
19 A  All -- that's all I know is
20 that he got his start through her. Now
21 how much he improved on it, I don't
22 know.
23 Q  Did he ever attend any type
24 of school for music?
25 A  I do not know that.

5 (Pages 14 - 17)

David Feldman Worldwide
800-642-1099           A Veritext Company           www.veritext.com

Page 18

```
1                MCDONALD
2     Q   What was the age difference
3  between you and Ed?
4     A   Ed was born in '77 and I was
5  born in -- no, Ed was born in '29, and
6  I was born in '37, so...
7     Q   About eight years?
8     A   '29 and '37.  Seven from nine
9  is two, so about 12 years.
10    Q   Okay.
11        Maybe I'm doing the math
12 wrong.
13        MS. RICE:  29 and 37 is 8.
14    A   No, that doesn't seem right.
15    Q   It's okay.
16        I have an approximation.  We
17 can look up it.
18    A   He was born in 1929.
19    Q   Okay.
20    A   And I was born in 1937.
21    Q   Do you know who Ed's
22 influences were musically?
23    A   My mother.
24    Q   Anyone else?
25    A   Not that I know of.
```

Page 19

```
1                MCDONALD
2     Q   Do you know what type of
3  music Ed liked to listen to?
4     A   All kinds.
5     Q   Can you give me some
6  examples?
7     A   He loved gospel.  He loved
8  rhythm and blues.  He loved classical
9  music.  He liked all form of music.  He
10 liked country western.  He liked
11 everything.
12    Q   Were there certain artists or
13 performers that he particularly liked,
14 did he have favorites?
15    A   I'm not sure.
16    Q   So no one stands out as being
17 someone that he really looked up to?
18    A   No.
19    Q   Are you familiar with Curtis
20 Mayfield?
21    A   Yes.
22    Q   Do you know if Curtis
23 Mayfield was an influence of Ed?
24    A   I think.  I don't want to get
25 confused, because I think Curtis
```

Page 20

```
1                MCDONALD
2  Mayfield was part of a group that he
3  produced.  It seems like back in the
4  back of my mind that's how that was.  I
5  think Curtis Mayfield may have been a
6  lot younger than Ed.
7     Q   So you think he might have
8  produced some of Curtis Mayfield's
9  songs?
10    A   Yes.
11    Q   Do you know if he, as a
12 general matter, listened to Curtis
13 Mayfield's recordings?
14    A   Did he ever listen to him?
15 Yes.
16    Q   How about -- are you familiar
17 with Buddy Holly?
18    A   Yes.
19    Q   Do you know if Ed listened to
20 Buddy Holly?
21    A   I'm almost sure did he.
22    Q   Are you familiar with the
23 group called the Fleetwoods?
24    A   I don't remember the
25 Fleetwoods.
```

Page 21

```
1                MCDONALD
2     Q   Are you familiar with Elton
3  John?
4     A   Yes.
5     Q   Do you know if Ed listened to
6  Elton John?
7     A   Yes.
8     Q   How about Bee Gees?
9     A   Oh, yes.
10    Q   Okay.
11        Are you familiar with an
12 artist named Donovan?
13    A   Donovan?  No.
14    Q   Neither am I, it's okay.
15        Are you familiar with a group
16 called the Stone Ponies?
17    A   No.
18    Q   Are you familiar with the
19 group called the Ventures?
20    A   The Ventures, no.
21    Q   The Rolling Stones?
22    A   Yes.
23    Q   Do you know if Ed listened to
24 the Rolling Stones?
25    A   I'm sure he did.
```

6 (Pages 18 - 21)

Page 22

```
1              MCDONALD
2    Q    The Lovin' Spoonful?
3    A    I don't know of them.
4    Q    Peter and Gordon?
5    A    Peter and --
6    Q    Gordon.
7    A    I don't remember. The name
8  doesn't ring a bell.
9    Q    You're familiar with the
10 Beach Boys?
11   A    Yes.
12   Q    Do you know if Ed listened to
13 the Beach Boys?
14   A    Yes.
15   Q    How about the group named
16 Chad and Jeremy, are you familiar with
17 them?
18   A    No.
19   Q    Are you familiar with Van
20 Morrison?
21   A    Doesn't ring a bell.
22   Q    How about, last one, Billy
23 Fury?
24   A    Billy Fury?
25   Q    Yes. F-U-R-Y.
```

Page 23

```
1              MCDONALD
2    A    No, I am not familiar with
3  him.
4    Q    You're family with the song
5  Let's Get It On, correct?
6    A    Yes.
7    Q    And Ed co-wrote that song
8  with Marvin Gay?
9    A    He did not cowrite it with
10 Marvin Gay, Ed wrote the song.
11   Q    Ed wrote the song?
12   A    Yes. He wrote it -- in fact,
13 he wrote it at my house.
14   Q    When was that?
15   A    In the '70s.
16   Q    Around 1973, does that sound
17 correct?
18   A    It could have been.
19   Q    So do you have any knowledge
20 about the process by which Ed created
21 the song?
22   A    All I know is that he was
23 sitting at the piano, I guess he was
24 writing it at the time. He came in my
25 room. He woke me up. He was staying
```

Page 24

```
1              MCDONALD
2  with me. He had just come from
3  New York, so he was at my house. And
4  he came in my room and woke me up and
5  said, come in here, I want you to hear
6  something. And he played Let's Get It
7  On. And he hadn't quite finished it.
8  And then he played another song that
9  was recorded on the album, If I Should
10 Die Tonight.
11   Q    You said he played the song
12 for you, what --
13   A    On the piano.
14   Q    Did he sing, as well?
15   A    Yes.
16   Q    And did he sing the lyrics or
17 close to the lyrics of the final song?
18   A    Yes.
19   Q    And Marvin Gay ultimately
20 recorded the song, correct?
21   A    He did.
22   Q    How did that come about?
23   A    Ed had called me at work the
24 next day after he played the song for
25 me and asked me if I would cook dinner,
```

Page 25

```
1              MCDONALD
2  because he wanted to invite Marvin Gay
3  over and introduce him to the song and
4  see if he would record it.
5    Q    Did Marvin Gay come over?
6    A    Yes.
7    Q    And then what happened?
8    A    Then we ate dinner and they
9  talked. And he played and talked. And
10 I wasn't in on all of it. But, you
11 know, they talked.
12   Q    Do you know if Ed gave any
13 portion of the song to Marvin?
14   A    Yes.
15   Q    Did he?
16   A    Yes. Yes.
17   Q    I wanted to just be clear.
18       Do you know how much of the
19 song he gave to Marvin?
20   A    I used to know, but I've
21 forgotten exactly.
22   Q    Does one-third sound correct?
23   A    It could have been a third.
24   Q    Do you know if the share that
25 Marvin had in relation to Ed ever
```

David Feldman Worldwide
A Veritext Company
800-642-1099                                    www.veritext.com

Page 30

```
 1              MCDONALD
 2  of Ed Townsend and everything that he
 3  owned through a deal we made, a
 4  financial deal.
 5      Q   Right. But didn't the court
 6  say that that was not valid?
 7      A   No, they ruled on that. And
 8  I was at -- it made it complicated
 9  because what happened was, David
10  Pullman, you've probably heard the
11  name, took Michael, his youngest son's
12  share, his third. And when he took his
13  third, that had part of the one-third
14  that belonged to me in it. And he
15  wouldn't release it. The other two
16  heirs, his other two children released
17  the six and two thirds percent of the
18  ten percent to me through court.
19      Q   I see. Okay. I think I
20  understand.
21          So are you saying -- my
22  understanding is that Kathy gave three
23  and one-third percent to you, and the
24  estate of David gave three and
25  one-third percent to you for a total of
```

Page 31

```
 1              MCDONALD
 2  six and two-thirds percent; is that
 3  correct?
 4      A   Yes.
 5      Q   And you're saying -- and how
 6  did that come about?
 7      A   Because of the ten percent
 8  that was in the document that he had
 9  given me for the money I had let him
10  have.
11      Q   I guess my question is: Did
12  Kathy and David's estate do that
13  voluntarily as gift to you, or was that
14  something that the court said they had
15  to do?
16      A   No. It was not as no gift to
17  me. They honored his wishes per the
18  document he had given me.
19      Q   But there was never a court
20  order that said they have to do this;
21  is that correct?
22      A   That they have no.
23      Q   The court never directed them
24  to do it?
25      A   They told the court what they
```

Page 32

```
 1              MCDONALD
 2  wanted to do.
 3      Q   I understand. But I'm saying
 4  the court never said Kathy, the estate
 5  of David, you have to do this, it's my
 6  order. They were not under --
 7      A   Oh, no. No.
 8      Q   Thank you.
 9          So we were talking about the
10  copyrights being distributed in Ed's
11  estate.
12          Was his entire catalog
13  listed, was each and every copyright he
14  owned listed?
15      A   I have a book with all his
16  copyrights, songs -- well, I don't know
17  how many actual copyrights I really
18  have, but I know I have a -- what is
19  that they call it? I can't think of
20  the name. But, anyway, he had a
21  document, a book of all his songs and
22  everything that he had recorded and
23  copyrighted in it. And he gave it
24  to -- he had given it to me way before
25  he died, a copy of it.
```

Page 33

```
 1              MCDONALD
 2      Q   And when the court -- the
 3  estate proceeding, this was in
 4  California, correct?
 5      A   Yes.
 6      Q   So when the estate was being
 7  settled in California, was a list of
 8  everything he owned -- was a list of
 9  every song he owned included in any of
10  the court documents, or did the court
11  documents just say, to the extent he
12  has any rights in any songs, this is
13  how it's going to be split?
14      A   It's called -- he had a
15  catalog listing of all of his songs.
16  And with that catalog listing, Ed was
17  part of it.
18      Q   I'm just trying to understand
19  if the actual -- if each actual song
20  that I Ed ever wrote was identified
21  specifically in the California court
22  proceedings?
23      A   Yes.
24      Q   So there's a document that
25  was filed with the court that lists all
```

## Page 38

```
                 MCDONALD
 2  They lived together in Sun City,
 3  California where I'm living now.
 4       Q   Did you ever contact the LA
 5  Times and tell them that they were
 6  incorrect?
 7       A   No.
 8       Q   Do you know if anyone else
 9  did?
10       A   I do know at one time -- I
11  don't know exactly how it came about,
12  but I know Cherrigale had told me that
13  she had read some information. And she
14  went in on her computer and changed it
15  and took it out. But then it came back
16  in there. So, no, I don't know.
17       Q   And did Janice -- did Ed
18  die -- is Janice still with us?
19       A   I don't know.
20       Q   Was she alive at the time of
21  Ed's death?
22       A   Yes.
23       Q   Ed had a son named Clef or
24  Michael, correct?
25       A   Clef Michael.
```

## Page 39

```
                 MCDONALD
 2       Q   Clef Michael.
 3       A   Um-hum.
 4       Q   Is Clef Michael still with
 5  us?
 6       A   No, he's deceased.
 7       Q   When did he pass away?
 8       A   He died -- this last time
 9  when -- this is what? This is 2018.
10  It had to have been 2017 when -- when
11  Houston had that flood and remember all
12  that water and stuff? He died during
13  that time.
14       Q   I'm sorry for your loss.
15       A   Thank you.
16       Q   Michael was the child of Ed
17  and Cherrigale, correct?
18       A   Yes.
19       Q   And Ed also had another son
20  that you mentioned named David,
21  correct?
22       A   Edward David.
23       Q   Edward David?
24       A   Yes.
25       Q   And he also was the child of
```

## Page 40

```
                 MCDONALD
 2  Ed and Cherrigale?
 3       A   Yes.
 4       Q   He was alive at the time of
 5  Ed's death?
 6       A   Yes.
 7       Q   But he also has passed away?
 8       A   Yes.
 9       Q   When did he pass away?
10       A   Ed passed away in '03, or
11  '04, so I think David passed away in
12  '05.
13       Q   And you're familiar, of
14  course, with Kathy who was with us
15  until recently when she departed,
16  correct?
17       A   Yes.
18       Q   Who is Kathy?
19       A   Kathy is Ed's daughter.
20       Q   Is she Ed's biological
21  daughter?
22       A   Yes.
23       Q   Do you know who Kathy's
24  biological mother is?
25       A   No.
```

## Page 41

```
                 MCDONALD
 2       Q   Kathy what born in 1960,
 3  correct?
 4       A   Something like that.
 5       Q   Do you know if Ed was present
 6  at her birth?
 7       A   I can't say for sure.
 8       Q   Were you present at her
 9  birth?
10       A   No.
11       Q   Do you know what happened to
12  Kathy when she was born in terms of who
13  cared for her?
14       A   Yes.
15       Q   Who cared for her?
16       A   The doctor that delivered
17  David and Mike also delivered Kathy.
18  Kathy -- the doctor became in
19  possession of Kathy until he could find
20  adoptive parents for her. And he is
21  the one who released Kathy to her
22  adopted parents.
23       Q   How do you know all of that?
24       A   Because Ed told me.
25       Q   Is the basis -- do you have
```

Page 46

```
 1                MCDONALD
 2    A   Because of his relationship
 3  with Ed, I would imagine.  And plus
 4  he's the one who delivered Kathy.
 5    Q   Okay.
 6        After Ed and Kathy reunited,
 7  did Ed --
 8    A   When you say reunited?
 9    Q   United, I should say.
10    A   Okay.
11    Q   When they first met, which
12  Kathy I'll represent to you told us was
13  in 1986.
14    A   What?  No.  What about '86?
15    Q   Show told us -- I believe she
16  told us that she first met her father
17  in 1986.
18    A   Okay.
19    Q   Do you disagree with that?
20    A   I don't -- I can't -- listen,
21  all I can do is just tell you what I
22  remembered.  Okay.  I know -- like I
23  told you, I was living in Stamford,
24  Connecticut at the time.  I got a
25  call -- now whether it was '76 -- I
```

Page 47

```
 1                MCDONALD
 2  know it wasn't '76, but I know it was
 3  after that period.  And he called me on
 4  the phone and told me that he had
 5  someone he wanted me to meet.  And it
 6  was my niece.  And her name was Kathy.
 7    Q   Okay.
 8    A   And we talked.
 9    Q   Do you know if Ed ever took
10  any steps to legally establish his
11  rights as a father to Kathy after he
12  met her in 1986?
13    A   I don't know that.
14    Q   Are Kathy's -- do you know
15  who Kathy's adoptive parents were?
16    A   Um-hum.
17    Q   What were their names?
18  Shirley and Ernest; is that right?
19    A   Yes.  No, the first name
20  was --
21    Q   Shirley.
22    A   Shirley.  Shirley and Ernest,
23  yes.
24    Q   Do you know if they're still
25  alive?
```

Page 48

```
 1                MCDONALD
 2    A   No, they have deceased.
 3    Q   Did you ever meet them?
 4    A   Yes.
 5    Q   Do you know around
 6  approximately when they passed away?
 7    A   No.
 8    Q   And after Kathy met Ed, how
 9  was her relationship with her adoptive
10  parents?
11    A   I couldn't tell you because I
12  wasn't around them.  They were in
13  Mississippi and I was in Connecticut.
14  So Kathy took me to Mississippi to meet
15  them.
16    Q   And when you met them, it
17  seemed like they got along?
18    A   Yes.
19    Q   And after Kathy and Ed met,
20  what was their relationship like?
21    A   Father and daughter.
22    Q   What do you mean by that?
23    A   That was her father and that
24  was his daughter.  I do know that he
25  took the two boys and Kathy to Mount
```

Page 49

```
 1                MCDONALD
 2  Bayou, Mississippi.  And I don't know
 3  for what long a period of time, but I
 4  know it was months for them to bond
 5  together as siblings.
 6    Q   When you first met Kathy,
 7  were you aware of the fact that she was
 8  struggling with addiction?
 9    A   Yes.
10    Q   And how did you come to learn
11  that?
12    A   Ed had told me.  And I had
13  talked to her on different occasions
14  when she was incarcerated.
15    Q   Do you know if Ed struggled
16  with addiction also?
17    A   Yes, he did.  Alcohol and
18  drugs.
19    Q   Cherrigale, Ed's first and
20  only wife, she recently passed away?
21    A   In February of 19 -- 2017.
22    Q   And I'm sorry for your loss.
23  But I wanted to ask you, what was her
24  relationship like with Kathy during her
25  lifetime?
```

13 (Pages 46 - 49)

<mark>Page 50</mark>

```
1              MCDONALD
2     A   Oh, they were able to bond
3  together after -- I sent -- sorry.
4  After I sent Michael to Houston to be
5  with Kathy so she could look out for
6  him. Okay. Cherrigale later went to
7  Houston to visit, and I recommended
8  that she stay with Cherrigale -- I
9  mean, that she stay with Kathy and they
10 bond. You know, since now they both
11 are grown and can understand life a
12 little bit better. And she went and
13 that was the best thing I could have
14 done for her.
15    Q   And Cherrigale believed that
16 Kathy was Ed's daughter?
17    A   Yes.
18    Q   And do you know what made her
19 believe that, what basis for her belief
20 was?
21    A   Because eventually Ed had
22 told her. And she was upset because he
23 didn't tell her beforehand and let her
24 be adopted. Because she wanted him to
25 bring her home and they raise her. And
```

Page 51

```
1              MCDONALD
2  Kathy's real name is Cherrigale.
3     Q   Do you know if Cherrigale
4  knew the biological mother?
5     A   No, I don't think she did.
6  None of us -- now, Ed didn't have
7  secrets, and that is the only thing
8  that he would not tell me is who her
9  mother was.
10    Q   And how was Kathy's
11 relationship with her brothers during
12 her lifetime?
13    A   It's their sister, they loved
14 her.
15    Q   And they both believed her to
16 be Ed's daughter?
17    A   Yes, without a doubt.
18    Q   And the basis for their
19 belief, as far as you know, was because
20 Ed told them that?
21    A   Because -- yeah, Ed had them
22 together and introduced her as said
23 their sister, you know, from his --
24 from him.
25    Q   We touched on this a little
```

Page 52

```
1              MCDONALD
2  bit before but -- so Ed died in 2003,
3  correct?
4     A   Yes.
5     Q   And he died without a will?
6     A   That's what they said.
7     Q   There were proceedings in the
8  court in California to settle his
9  estate?
10    A   Yes.
11    Q   And you at one point were
12 named personal representative of the
13 estate, correct?
14    A   Yes.
15    Q   How did that come about?
16    A   In the document that Ed had
17 sent me when I let him have the money,
18 in it he named me as the person to be
19 his personal representative if anything
20 happened to him.
21    Q   Was there ever a point in
22 time when David was supposed to be the
23 personal representative?
24    A   Yeah. He tried to be. But
25 there were circumstances that wouldn't
```

Page 53

```
1              MCDONALD
2  allow him to be, so he conceded it and
3  said that I should be it.
4     Q   What were those circumstances
5  that didn't allow him to be?
6     A   He didn't have driver's
7  license or -- and other things I don't
8  remember. But it was something that he
9  couldn't fulfill.
10    Q   And he had to have a driver's
11 license in order to be the personal
12 representative?
13    A   I'm sure the driver's --
14 because he had to be bonded and all
15 that different kind of stuff. So he
16 had to have certain documents and
17 things that he didn't have.
18    Q   I see. Okay.
19        At a certain point in time
20 your powers as personal representative
21 were suspended, correct?
22    A   Yes.
23    Q   Why were your powers
24 suspended?
25    A   Because, remember I told you
```

<mark>14 (Pages 50 - 53)</mark>

<mark>Case 1:17-cv-05221-LLS Document 67-10 Filed 07/27/18 Page 9 of 13</mark>

Page 70

1          MCDONALD
2 that?
3    A   I don't know.
4    Q   How do you know that Dr.
5 Owens delivered Kathy?
6    A   Ed told me. Ed told me that
7 he was the doctor and she was born at
8 Englewood Basinet in Englewood,
9 California.
10   Q   Apart from Ed telling you, do
11 you have any independent knowledge of
12 that?
13   A   No, I wasn't there.
14   Q   Was the California court made
15 aware of the fact that Kathy had been
16 adopted?
17   A   Yeah, I'm sure they knew
18 that.
19   Q   What makes you say that?
20   A   Because they knew her name
21 was Kathryn Griffin Townsend -- I mean,
22 I'm sorry, Kathryn M. Griffin.
23   Q   Are you aware of a specific
24 instance in which the court was
25 specifically told that Kathy was

Page 71

1          MCDONALD
2 adopted?
3    A   I can't attest to that. I
4 don't know, it could have happened.
5    Q   But you're not sure?
6    A   I'm not sure.
7    Q   Do you have any reason to
8 believe that it did happen?
9    A   No.
10       (Document entitled, First and
11   Final Account and Report, was
12   marked Defendants' Exhibit 6, for
13   identification, as of this date.)
14   Q   We've handed you what we've
15 marked as Exhibit D6. It's a 14 page
16 document.
17   A   Um-hum.
18   Q   It has a long title, so I'm
19 not going to read the full thing. It
20 starts out saying first and final
21 account and report.
22   A   Yes.
23   Q   If you turn to the very last
24 page -- well, first of all, please take
25 a minute to review it and when you're

Page 72

1          MCDONALD
2 ready let me know.
3        I am not going to be asking
4 you about the entire document, I just
5 want to know if this looks familiar to
6 you?
7    A   It does.
8    Q   What do you think this is?
9    A   One of the filings of the
10 court by Mr. Heaton.
11   Q   If you turn to the final page
12 of this document, it's upside down,
13 actually.
14       Is that your signature there
15 on that page?
16   A   Yes, it is.
17   Q   So you signed this on, what
18 is it?
19   A   December 16, 2005.
20   Q   Exactly. Thank you.
21       After Ed died, Michael Clef
22 sold his rights to Mr. Pullman,
23 correct?
24   A   Yes.
25   Q   And so Mr. Pullman -- so the

Page 73

1          MCDONALD
2 rights were split in thirds; one-third
3 to Kathy, one-third to David and
4 one-third to Michael Clef, correct?
5    A   Correct.
6    Q   And then Kathy and the estate
7 of David each gave you three and
8 one-third percent, correct?
9    A   They released three and
10 one-third percent.
11   Q   To you?
12   A   To me.
13   Q   So you have six and --
14   A   They only had -- okay.
15       They really by -- by what it
16 should have been, that they only had
17 90 percent to be divided up. But the
18 court required them to release their
19 three and a third. They released the
20 three and a third percent of that 33
21 and a third percent to me. Kathy did.
22 David did. And Michael did. But
23 somehow or another when Pullman
24 purchased Michael's percentage, he
25 would not release it. We fought and

19 (Pages 70 - 73)

Page 86

MCDONALD

```
 2  received, let's say, approximately, for
 3  the year, a little over $20,000 each --
 4    Q   Is that --
 5    A   -- each year.
 6    Q   Is that for all of Ed songs
 7  or just Let's Get It On?
 8    A   Wait a minute. BMI pays for
 9  For Your Love. So I receive payments
10  from BMI twice a year for royalties for
11  For Your Love. His song, For Your
12  Love. Then, you know, when I looked at
13  the sheet it has a breakdown of all the
14  songs that have been used or played or
15  monies that was accumulated on it.
16    Q   So, again, I'm just trying to
17  understand.
18        You said you think that
19  the -- you received a little over
20  $20,000 each year.
21    A   Um-hum.
22    Q   And my question is just, is
23  that for all of Ed's songs or is that
24  just for Let's Get It On?
25    A   I would say it was for
```

Page 87

MCDONALD

```
 2  everything.
 3    Q   And you said that BMI issues
 4  payments for For Your Love.
 5    A   Yes.
 6    Q   Who makes payments for Let's
 7  Get It On?
 8    A   Sony Records.
 9    Q   Anyone else?
10    A   That's a good question.
11  That's a good question.
12    Q   You don't know sitting here
13  today?
14    A   No.
15    Q   You said Sony Records, is it
16  possible that you meant Sony ATV?
17    A   Um-hum. Yes.
18    Q   Let's take a short break. I
19  don't have too much left.
20    A   Okay.
21        (Whereupon, a brief recess
22  was taken.)
23    Q   Just jumping around a little
24  bit.
25        You mentioned that Ed played
```

Page 88

MCDONALD

```
 2  Let's Get It On for you on piano when
 3  he first wrote the song?
 4    A   Yes.
 5    Q   And it was just him, the
 6  piano and singing?
 7    A   Yes.
 8    Q   And then the next night
 9  Marvin came over?
10    A   Yes.
11    Q   And Ed played the song for
12  him?
13    A   Yes.
14    Q   Were you present for that?
15    A   Yes.
16    Q   And it was, again, just Ed,
17  the piano and signing?
18    A   Yes.
19    Q   Did Marvin contribute
20  anything at that time?
21    A   No, he listened.
22    Q   So there were no drums?
23    A   No nothing, just piano.
24    Q   Got it.
25        Have you seen the copyright
```

Page 89

MCDONALD

```
 2  registration for Let's Get It On?
 3    A   Yes.
 4    Q   Do you know who prepared it?
 5    A   No, I don't remember all of
 6  that.
 7    Q   Do you know if it was Ed that
 8  wrote out all the notes on the
 9  copyright registration?
10    A   I know Ed had a guy named
11  Renee Hall. Once he composed a song he
12  would go to him and he would actually
13  put the notes and stuff down on the
14  music paper for him, if that's what you
15  are asking me.
16    Q   Do you know if in this
17  instance it was Mr. Hall who wrote out
18  the notes for Let's Get It On?
19    A   It could have been.
20    Q   But you're not sure?
21    A   I wasn't there.
22    Q   Okay.
23        Were you aware that
24  Mr. Sheeran has appeared for a
25  deposition and done what you're doing
```

23 (Pages 86 - 89)

Page 98

```
 1                MCDONALD
 2  starts singing so I could understand.
 3  Because she knew I didn't know music.
 4  And that's -- as I was playing Ed
 5  Sheeran's song, she sung Let's Get It
 6  On to it. And I then could distinguish
 7  that, yeah -- oh, it is a possibility
 8  that this was plagiarized.
 9      Q   Apart from that, is there
10  anything else that makes you think it
11  was plagiarized?
12      A   No.
13      Q   You mentioned Cherrigale knew
14  music.
15      A   Yes.
16      Q   What was her music
17  background?
18      A   She -- Cherrigale was always
19  members of Choral Groups, church groups
20  and through school, through college and
21  everything she studied music.
22      Q   She studied music in school?
23      A   Yes.
24      Q   Did she read and write music?
25      A   I'm almost sure she read it.
```

Page 99

```
 1                MCDONALD
 2  I don't know whether she wrote -- I
 3  think she did more writing of -- just
 4  writing.
 5      Q   Of words?
 6      A   Words, not music.
 7      Q   And did she play any
 8  instruments?
 9      A   Not that I know of.
10      Q   Do you know if she ever wrote
11  with Ed?
12      A   Not that I know of.
13      Q   Did she ever sing on any --
14      A   Yes.
15      Q   -- albums that were released?
16      A   Yes.
17          For Your Love -- she's in the
18  background of For Your Love. And a lot
19  of other recordings that he had done,
20  she was part of it.
21      Q   Have you ever heard the term
22  substantial similarity before?
23      A   No.
24      Q   It's a legal term.
25          You're not familiar with
```

Page 100

```
 1                MCDONALD
 2  that?
 3      A   No.
 4      Q   So you don't have an
 5  understanding as to what that means?
 6      A   No.
 7      Q   Do you know if Kathy knows
 8  what that means?
 9      A   I don't know.
10      Q   Do you know if Cherrigale,
11  while she was alive, knew what that
12  meant?
13      A   I don't know.
14      Q   Are you familiar with the
15  song called Blurred Lines?
16      A   Yes.
17      Q   And are you familiar with the
18  lawsuit regarding that song?
19      A   Yes.
20      Q   What's your understanding of
21  that lawsuit?
22      A   That Robert Thicke [sic] and
23  what's his name, Pharrell Williams or
24  whatever it is, plagiarized the --
25  what's the name of the song by Marvin
```

Page 101

```
 1                MCDONALD
 2  Gay?
 3      Q   And have you discussed the
 4  Blurred Lines case with Kathy?
 5      A   I don't know. We may have
 6  said something in conversation about
 7  it.
 8      Q   Do you have any specific
 9  memory of the conversation about it?
10      A   No.
11      Q   How about with Cherrigale
12  while she was still with us?
13      A   I don't recall.
14      Q   Apart from your lawyers, have
15  you spoken about the Blurred Lines case
16  with anyone else?
17      A   No.
18      Q   Just to be clear, anyone else
19  besides Kathy? I am not saying you did
20  or did not speak about it with your
21  attorneys.
22      A   No.
23      Q   We discussed David Pullman
24  before.
25          Have you discussed Thinking
```

26 (Pages 98 - 101)

Page 102

```
1                MCDONALD
2  Out Loud or anything related to this
3  case with Mr. Pullman?
4       A    Heavens, no.
5       Q    Why do you say Heavens, no.
6       A    Because he better not call my
7  phone number and ask me nothing.
8       Q    And you seem to feel very
9  strongly about this. What --
10      A    Because of what he did to my
11 nephew.
12      Q    You feel they stole rights
13 from your nephew?
14      A    Yes, he did. And the courts
15 let him get away with it.
16      Q    Have you discussed anything
17 relating to Thinking Out Loud or this
18 lawsuit with anyone from the press or
19 the media?
20      A    No.
21      Q    Do you know any of the heirs
22 of Marvin Gay?
23      A    Yes.
24      Q    Who do you know?
25      A    I know Jan Gay.
```

Page 103

```
1                MCDONALD
2       Q    Anyone else?
3       A    No.
4       Q    How do you know Jan Gay?
5       A    I met Jan Gay as a baby
6  through Ed.
7       Q    Have you stayed in contact
8  since that time?
9       A    Not really.
10      Q    When is the last time you
11 spoke to her?
12      A    This is 2018? I don't know
13 whether it was this year or last year I
14 did speak to her.
15      Q    Have you ever spoken to her
16 about Thinking Out Loud?
17      A    No.
18      Q    Have you ever spoken to her
19 about this lawsuit?
20      A    No.
21      Q    Have you ever spoken to her
22 about the Blurred Lines case?
23      A    No.
24      Q    Apart from people we've
25 already mentioned today, is there
```

Page 104

```
1                MCDONALD
2  anyone else that you've spoken to about
3  Thinking Out Loud? It's a poor
4  question, let me try that again.
5           Apart from the people we
6  already mentioned today, have you
7  spoken with anyone else about Thinking
8  Out Loud?
9       A    Yes.
10      Q    Who?
11      A    I was Temmecula,
12 T-E-M-M-E-C-U-L-A, I think it is. I
13 was at a wine tasting place and I think
14 Let's Get It On came on and was
15 playing. And I said to the bar ladies
16 that -- I said, oh, that's my brother's
17 record. They said, oh, you're kidding?
18 And I said, no, it is. And I said,
19 also, do you know of Ed Sheeran? And
20 they said, yes. And I said well,
21 Thinking Out Loud. And they took it
22 out of my mouth. They said that it
23 sounds just like Let's Get It On.
24      Q    There is you saying those
25 things?
```

Page 105

```
1                MCDONALD
2       A    They said -- I said to them
3  when Ed's song, Let's Get It On was
4  playing, I said that's my brother's
5  song. And they said, you're kidding
6  me? Nope. So I said, are you familiar
7  with Ed Sheeran? And they said, yes.
8  Thinking Out Loud? They said, yes.
9  They said, in fact, it sounds just like
10 Let's Get It On. They said it.
11      Q    Do you know when this was?
12      A    It was coming up my birthday,
13 so it was when I was about -- I'm 80
14 last August, so it could have been when
15 I turned 79. When I was turning 79.
16      Q    Do you know if it was before
17 or after June 2017?
18      A    After June 17?
19      Q    2017.
20      A    2017?
21      Q    Yes.
22      A    I know it was close to my
23 birthday because my girlfriend that was
24 with me, we were going to back down on
25 my birthday and have some wine.
```