# EXHIBIT 11

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------x
     KATHRYN TOWNSEND GRIFFIN,
 4   HELEN MCDONALD, and THE ESTATE
     OF CHERRIGALE TOWNSEND,
 5
              -against-
 6                            Civil Action No.:
                              1:17-CV-05221-RJS/GRIFFIN
 7
 8   EDWARD CHRISTOPHER SHEERAN,
     p/k/a ED SHEERAN, ATLANTIC
 9   RECORDING CORPORATION, d/b/a
     ATLANTIC RECORDS, SONY/ATV
10   MUSIC PUBLISHING LLC and
     WARNER MUSIC GROUP
11   CORPORATION, d/b/a ASYLUM
     RECORDS,
12
                     Defendants.
13
     ------------------------------------x
14              April 24, 2018
15              10:30 a.m.
16
17       Deposition of KATHRYN TOWNSEND GRIFFIN GRINAN,
18   taken by Defendants, pursuant to Notice, held at the
19   law offices of Pryor Cashman, LLP, 7 Times Square,
20   New York, New York, before Judith Castore, a
21   Certified Livenote Reporter and Notary Public of the
22   State of New York.
23
24
25
```



Page 34

1       TOWNSEND GRIFFIN GRINAN
2   time I would serve up to 35 years
3   day-to-day in prison. And, well, as we
4   see today, I made it. And I am so
5   grateful.
6       Q   Why you were facing up to 35
7   years in prison?
8       A   In the state of Texas you got
9   three strikes you're out, meaning three
10  felonies. So on my -- the first three
11  are misdemeanors, the first three
12  arrests. After that, your third felony
13  warrants 25 to life. And prostitution
14  at that time happened to be, you know,
15  one of those charges where you could
16  serve 25 to life for actually
17  destroying yourself.
18      And so they started The
19  Success Through Addiction Recovery
20  Program, and because I had -- I didn't
21  have any violent crimes. My crimes was
22  possession of a controlled substance
23  less than a gram, which was a empty
24  crack pipe, and getting in the car with
25  an undercover cop prostituting or

Page 35

1       TOWNSEND GRIFFIN GRINAN
2   walking on the roadway where sidewalks
3   were provided when there really were no
4   sidewalks. And all of these things
5   came along with my drug addiction.
6       When I was introduced to
7   cocaine, everything that I felt I was
8   missing, it felt at the time -- it gave
9   me a purpose. And like I say, I'm
10  grateful for the fact that God allowed
11  me to live through it because it has
12  everything to do with the work that I
13  do today. And I am able to help
14  thousands of people, thousands. And
15  I'm so grateful.
16      Q   I'm sure they're grateful to
17  you, as well.
18      So just so I understand you
19  correctly, would it be accurate to say
20  that the three or four prior arrests
21  that led you to be facing up to 35
22  or -- was it 35 or --
23      A   35 --
24      Q   35 years in prison --
25      A   Well, it was 25 to life for

Page 36

1       TOWNSEND GRIFFIN GRINAN
2   the prostitution. But I was saved by
3   the empty crack pipe in my bra, that
4   warranted 10. So 25 and 10, I could do
5   35. I could do 35 had I messed up on
6   this deferred adjudicated probation.
7       Q   Okay.
8       So it would be safe -- is it
9   accurate to say that the prior arrests
10  that brought you to that point where
11  you were facing up to 35 years in
12  prison were either prostitute- or
13  drug-related charges?
14      A   Yes.
15      Q   Other than the nightclub --
16  so you've mentioned the National Tour
17  of Wiz, and you've mentioned the
18  nightclub, and you've mentioned the
19  brief touring with Rick James.
20      After that, did you have any
21  other jobs where you were working in
22  the music business?
23      A   I was a prostitute.
24      Q   So how long were you a
25  prostitute for?

Page 37

1       TOWNSEND GRIFFIN GRINAN
2       A   Until '86 when they took me
3   into the drug court.
4       Q   And what happened next?
5       A   I changed my life. I
6   completed my final treatment. I
7   actually found out things that had
8   haunted me. I was -- the year that I
9   got sober -- my first rehab was in '86,
10  and that's the year I found out I had
11  been adopted and that Ed Townsend was
12  my father. And so a lot of holes were
13  closed because I -- I had been lied to
14  my entire life.
15      Q   And we'll certainly get to
16  that. I'm just trying to figure out
17  sort of the chronology so we can work
18  off that.
19      So you went into your first
20  treatment program in 1986, correct?
21      A   Yes.
22      Q   And did you have any other --
23  how long were you in treatment for?
24      A   The first time?
25      Q   Well, I'm trying to get a

Page 38

```
 1        TOWNSEND GRIFFIN GRINAN
 2  sense of -- you said you went into
 3  treatment in 1986.
 4     A   I did stints of 90 days. I
 5  did jail programs. I did prison
 6  programs. I did inpatient, outpatient
 7  programs. I was always doing my very
 8  best to -- whether I was -- my family
 9  made me go or I would go just so I
10  could fatten up, check to make sure I
11  was healthy, didn't catch anything I
12  couldn't get rid of so I could go back
13  to smoke some more dope. I was in it
14  full force.
15     Q   And how long a period of time
16  would you say you were in it?
17     A   From the first time I ever
18  touched cocaine until 2003, when I got
19  sober and my father died. After my
20  father died I got sober.
21     Q   Between 1986 and 2003, then
22  would it be accurate to say that the
23  only work that you had been involved
24  with was prostitution?
25     A   I lived to get high and I got
```

Page 39

```
 1        TOWNSEND GRIFFIN GRINAN
 2  high to live. And my addiction
 3  warranted me to feed me, I'm hungry.
 4  And it took me from living a
 5  acceptable -- socially acceptable life
 6  into behind trash dumpsters, hot sheet
 7  motels, Skid Row. I lived in Tent
 8  City. I lived -- I didn't live in Port
 9  Authority, but when I'd come to
10  New York you could always go to Port
11  Authority and go in the bathroom and
12  get high. And they used -- well,
13  42nd Street used to have all the
14  little restaurants and I'd go in the
15  Burger -- you'd go downstairs, you'd go
16  in the -- anywhere I could get high
17  because I had -- my addiction, I didn't
18  know anything but just trying to cover
19  up, cover up, cover up, fill those
20  empty holes and how did my life go from
21  here to here. So I was stuck for years
22  in the poor old me syndrome, poor old
23  me. Oh, my family is disappointed. Oh
24  I was in college. Oh, how did I mess
25  my life up? So I got high to cover up
```

Page 40

```
 1        TOWNSEND GRIFFIN GRINAN
 2  the guilt and the shame. For years I
 3  did that.
 4        And at the time I felt
 5  hopeless and I messed up so bad and I
 6  had children and I felt unworthy to be
 7  a parent. I felt like I had just
 8  wasted my whole life. I did. I was
 9  embarrassed. And I hoped that at that
10  point that I would just die so that I
11  could just be removed from the
12  burdening of this heavy dark addiction
13  that had plagued me when all I ever
14  wanted to do was do the right thing.
15  How did it go from that to that? I
16  understand it today, but I'm just --
17  I'm just telling you how I felt during
18  that dark, black, bottomless pit era in
19  my life.
20     Q   And other than the two
21  children that you've previously
22  mentioned, did you have any other
23  children during this time?
24     A   I have another daughter.
25     Q   And what's the age difference
```

Page 41

```
 1        TOWNSEND GRIFFIN GRINAN
 2  between your second and your third?
 3     A   Four years. I got pregnant
 4  from my drug dealer. And she's never
 5  met her father to this date. I did
 6  find him and they've talked, yeah.
 7     Q   And do you have a
 8  relationship with your three children
 9  currently?
10     A   Closer, tighter than
11  anything. I couldn't have never
12  imagined a relationship with them and
13  them even wanting to have a
14  relationship with me. They came to
15  visit me in prison once. They would
16  come to the rehabs and I swore when I
17  got in drug court my children would
18  never have to see me behind bars and in
19  a rehab ever again. And because I
20  stuck to it, it took up to four years,
21  but they watched. They watched. And
22  they've told me that they always knew
23  that their mother was in there.
24     Q   And who was taking care of
25  your children during the time that
```

11 (Pages 38 - 41)

Page 42

```
 1           TOWNSEND GRIFFIN GRINAN
 2   you -- during the time of your
 3   addiction and prostitution?
 4       A   Shirley and Ernest Griffin,
 5   my adoptive parents. And when they
 6   died they came to live in Houston with
 7   my oldest daughter's grandmother,
 8   because the grandmother did not want
 9   the children separated.
10       Q   Did Shirley and Ernest
11   Griffin ever adopt your children?
12       A   Yes. So my children actually
13   legally became my sisters. We are the
14   Griffin sisters.
15       Q   You never know where life is
16   going to take you, right?
17       A   Now, you notice this is going
18   to be colorful. If you start talking
19   about my life, it's very colorful.
20   This poor lady is going to jump out the
21   seat, poor little old lady. I feel
22   sorry. You're going to be entertained
23   if you want to know about my life.
24       Q   I'm sure she's heard a lot
25   sitting in that seat.
```

Page 43

```
 1           TOWNSEND GRIFFIN GRINAN
 2       Do you recall whether Shirley
 3   and Ernest Griffin adopted your -- I'm
 4   sorry, do you have three daughters?
 5       A   Yes.
 6       Q   Do you know whether Shirley
 7   and Ernest Griffin adopted your three
 8   daughters at the same time?
 9       A   Yes.
10       Q   And do you recall what year
11   that was?
12       A   No.
13       Q   Do you recall whether it was
14   in the 1980s?
15       A   No, I don't know. Let me
16   just say this, I was high. I don't
17   know -- that whole era, dates and
18   times, it didn't matter. I didn't care
19   what day it was, what time it was, I
20   didn't -- so it's just not there. It's
21   just not there.
22       Q   Understood.
23           And part of today's -- what a
24   deposition is is I only want to know
25   and I can only ask what you --
```

Page 44

```
 1           TOWNSEND GRIFFIN GRINAN
 2       A   You just need to know who I
 3   am.
 4       Q   Well, it's more than -- it's
 5   slightly different than that. It's --
 6   I want to know what you recall. And if
 7   you don't recall something, you don't
 8   recall it. I don't want you to guess.
 9   I don't want you to speculate. This
10   isn't a memory test. So -- and a lot
11   of these events.
12       A   Thank you, because I don't
13   remember.
14       Q   I'm sure we can all -- this
15   is -- yeah.
16           So if you don't remember
17   something --
18       A   I don't.
19       Q   -- then you don't remember
20   it. And that just is what it is. I
21   don't know what you recall and what you
22   don't recall, so I'm going to ask
23   questions and we'll see what you know
24   and what you don't know and we'll move
25   on from there.
```

Page 45

```
 1           TOWNSEND GRIFFIN GRINAN
 2       A   Okay.
 3       Q   Do you recall having a
 4   discussion with Shirley or Ernest
 5   Griffin about the fact that they wanted
 6   to adopt your children?
 7       A   No.
 8       Q   Were you involved at all in
 9   that legal process?
10       A   No.
11       Q   Do you recall whether you
12   opposed or objected to it in any way at
13   the time?
14       A   Yes.
15       Q   What do you recall?
16       A   Signing the papers.
17       Q   And do you remember what the
18   papers were?
19       A   No.
20       Q   Have you ever seen -- since
21   you've been sober, have you ever seen
22   any sort of legal papers or court
23   documents that memorialize the adoption
24   of your daughters by the Griffins?
25       A   No.
```

Page 66

1     TOWNSEND GRIFFIN GRINAN
2     A   No, ma'am. It just was
3  natural.
4     Q   Did you have a particular
5  rhythmic instrument that you would
6  usually use to come with the beat?
7     A   My brain.
8     Q   And would you -- is there any
9  way that you would actually memorialize
10 what you were creating, did you write
11 a -- were you able to transcribe it or
12 did you record it on something?
13    A   Back in the day it was
14 cassette tapes. Music paper, I used
15 to -- I used to keep like journals of
16 stuff.
17    Q   And after the beat, what
18 would typically come next?
19    A   The melody.
20    Q   And you would typically come
21 up with chorus melody first, you know,
22 hook melody, verse melody?
23    A   However it came to me.
24 However it -- however it would -- in a
25 creative state, whatever comes first

Page 67

1     TOWNSEND GRIFFIN GRINAN
2  comes first.
3     Q   Was there --
4     A   And sometimes the words would
5  come first.
6     Q   Understood.
7         Was there typically something
8  that would happen first for you in
9  terms of melody, would it --
10    A   I could be sitting here
11 talking to you and all of a sudden
12 something hit me and I would say, hold
13 on a minute.
14    Q   Did you write chord
15 progressions when you were writing
16 music?
17    A   Sometimes.
18    Q   And would that be part of the
19 beat or would that come later?
20    A   Whatever would come first
21 would come first. I can't recall if
22 the chord progressions would come first
23 or the melodic structure or the
24 baseline or the drum line. However it
25 came, it came. I mean, I might not be

Page 68

1     TOWNSEND GRIFFIN GRINAN
2  a famous artist, but I'm my own artist.
3     Q   Do you recall how many songs
4  you've written over time?
5     A   No. No.
6     Q   Dozens?
7     A   Thousands. Of course they're
8  still in the trunk somewhere, but I
9  wrote them. I wrote them. And I never
10 wanted to pursue doing that as a
11 profession. It was for me. It was an
12 expressive outcasting of whatever. It
13 just -- it helped me.
14    Q   What year were you born?
15    A   1960.
16    Q   And where?
17    A   Englewood, California.
18 Englewood Bassinet Maternity Hospital.
19    Q   And who was your biological
20 mother?
21    A   Unknown.
22    Q   And who was your biological
23 father?
24    A   Edward Benjamin Townsend.
25    Q   Did you ever live with

Page 69

1     TOWNSEND GRIFFIN GRINAN
2  either -- well, I assume -- I'll ask
3  the question.
4         Did you ever --
5     A   You might have met my mom
6  before me. I wouldn't know. You could
7  be my mama, I don't know.
8     Q   Well, no, actually I can't.
9     A   I'm just saying.
10    Q   I mean -- just
11 chronologically?
12    A   I'm just saying. Anybody
13 could have been her.
14        MS. FARKAS: Let's take a
15    five-minute break. Now is a good
16    point.
17        (Whereupon, a brief recess
18    was taken.)
19    Q   Did you ever live with either
20 of your biological parents?
21    A   My father, Ed Townsend.
22    Q   When was that?
23    A   When I met him in '03 -- I
24 mean, '86 is when I met him. I'm
25 sorry.

Page 70

TOWNSEND GRIFFIN GRINAN

2  Q   How long did you live with
3  him during that time?
4  A   On and off periodically.
5  Q   Did you have a bedroom in his
6  home?
7  A   Yes, I did.
8  Q   When you say on and off, for
9  how long of a period of time?
10 A   I was still in my addiction,
11 so I would disappear.
12 Q   And where was his house?
13 A   In California.
14 Q   Where?
15 A   Hollywood. I don't remember
16 the addresses -- how many different
17 addresses, it was quite a few.
18 Q   When you say quite a few, but
19 in terms of Ed's home, was it only one
20 home during this time?
21 A   No, quite a few.
22    The last was in Reseda, a
23 townhome in Reseda.
24 Q   And prior to 1986, had you
25 ever lived with either of your

Page 71

TOWNSEND GRIFFIN GRINAN

2  biological parents?
3  A   I didn't know I was adopted.
4  I found out in -- in '86. I thought my
5  whole life I was Kathy Griffin. I had
6  no idea I was Cherrigale Townsend. And
7  I found that out -- all my life --
8  going to just tell you. All my life --
9  I was born in Englewood, California.
10 And Ernest and Shirley Griffin moved
11 when I was four years old to
12 Hattiesburg, Mississippi. And I didn't
13 find out until 1986, because my whole
14 life -- I grew up in Mississippi when
15 it was segregated and the black people,
16 we went through the back door and you
17 know the story. And I was a mixed
18 breed child in Mississippi. And if I
19 didn't bring candy and money to the
20 black kids, they would beat me up. Oh,
21 Kathy Griffin you white. Oh, Kathy
22 Griffin you're adopted. And I would go
23 home and say, Momma, they say I'm
24 adopted. And she would pull out a
25 birth certificate and tell me, no

Page 72

TOWNSEND GRIFFIN GRINAN

2  you're not, here's your birth
3  certificate. And it had Dr. David
4  Owens on the birth certificate.
5  Q   Do you have a copy of that
6  birth certificate?
7  A   I didn't bring it, but I do.
8     MS. FARKAS: We would ask
9     that be produced.
10 Q   When you say mixed breed, why
11 do you say that?
12 A   Because the mother was white.
13 Q   The mother meaning your
14 biological mother?
15 A   Yes.
16 Q   And how do you know that?
17 A   Because I was told.
18 Q   Who told you that?
19 A   My father, Ed Townsend.
20 Q   Did he ever tell you her
21 name?
22 A   He would never give me her
23 name.
24 Q   Do you know if they were
25 married at the time that she had you?

Page 73

TOWNSEND GRIFFIN GRINAN

2  A   My father has only been
3  married, to my knowledge, to Cherrigale
4  Townsend. But I spoke with Cherrigale
5  before she died and she gave me a lot
6  of history about my birth saying
7  that -- Cherrigale told me more than Ed
8  told me. Cherrigale told me that once
9  my father found out that my biological
10 mother could not keep me because she
11 was white, and allegedly a famous lady
12 in the entertainment business, that her
13 doctor was David Owens. And Shirley
14 Griffin's doctor was David Owens. And
15 all my life my mother had a scar on her
16 stomach, and she would tell me this is
17 where I came from. But I found out
18 later she had a hysterectomy, and
19 that's what that scar was.
20    But back then they didn't
21 tell you if you were adopted or not.
22 And interesting enough, the people in
23 my hometown in Hattiesburg, it looked
24 like everybody knew I was adopted but
25 me, including my mother's closest

| Page 78 | Page 80 |
|---|---|
| 1   TOWNSEND GRIFFIN GRINAN<br>2 Owens bought his gas from Ernest<br>3 Griffin. And Dr. Owens -- this is what<br>4 I was told by my parents. My -- Dr.<br>5 Owens drove into the gas station and<br>6 had this baby in the front seat, a<br>7 newborn baby. And Ernest Griffin said,<br>8 whose baby? And Dr. Owens said, yours<br>9 if you want her. And he said, well, we<br>10 just adopted this other baby but let me<br>11 call my wife. And she went over to his<br>12 office. And they had me with a little<br>13 cup propped up with my bottle in it.<br>14 And my bottom was chafed because Dr.<br>15 Owens had taken me home with him and<br>16 his wife. And his wife was an<br>17 alcoholic and she hadn't -- back then<br>18 it was cloth diapers.<br>19    Q   How old were you at this<br>20 point?<br>21    A   I had to have been a couple<br>22 of months.<br>23    Q   Where were you for the first<br>24 couple of months?<br>25    A   With the doctor who delivered | 1   TOWNSEND GRIFFIN GRINAN<br>2 Because all of them knew about me, I'm<br>3 the only one who didn't know about me.<br>4    Q   Just so I'm clear with the<br>5 history, you were born in 1960 in<br>6 California?<br>7    A   March 13th, 1960 in Englewood<br>8 Bassinet. And I've always known that<br>9 because that's on the birth<br>10 certificate. Even though there is a<br>11 sealed copy of a birth -- a live birth<br>12 somewhere, I just have never seen the<br>13 original with -- and but Ed told me<br>14 that he saw it.<br>15    Q   What does the birth -- the<br>16 birth certificate that you've seen says<br>17 what?<br>18    A   Says Ernest and Shirley --<br>19 Ernest L. Griffin is the father, and it<br>20 said mechanic as the profession. And<br>21 Shirley Josephine Holliman is the<br>22 biological and then Griffin, biological<br>23 mother housewife. That's what it says,<br>24 I think.<br>25    Q   That's on the birth |
| Page 79 | Page 81 |
| 1   TOWNSEND GRIFFIN GRINAN<br>2 me. And Ed and Dr. Owens made an<br>3 arrangement for him to place me with a<br>4 family. Because -- and then Cherrigale<br>5 told me, after she knew that Ed had --<br>6 had a baby -- outside baby from the<br>7 marriage, she told him to go get the<br>8 baby and bring the baby home and she<br>9 would raise me. When my mother and<br>10 father, Ernest and Shirley found that<br>11 out, my mother worked for Mattel. She<br>12 quit her job and Ernest Griffin sold<br>13 the gas station and they moved to<br>14 Hattiesburg, Mississippi so that Ed<br>15 Townsend could not find me because he<br>16 was looking for me to bring me to his<br>17 wife, Cherrigale, and they wanted to<br>18 raise me. Thank God they didn't raise<br>19 me because both of my brothers are<br>20 deceased now. I'm just saying, but<br>21 so --<br>22    Q   When did Ed -- do you know<br>23 when Ed married Cherrigale?<br>24    A   I have no clue. I don't<br>25 know. Maybe Helen might know that. | 1   TOWNSEND GRIFFIN GRINAN<br>2 certificate that you've seen?<br>3    A   That's what I think is on the<br>4 birth certificate that I've seen.<br>5    Q   Have you ever seen a birth<br>6 certificate that was anyone else as<br>7 your biological parents?<br>8    A   No, it was sealed at birth.<br>9 I was told that by Ed and Cherrigale,<br>10 that that birth certificate had been<br>11 sealed.<br>12    Q   Correct me if I'm wrong, that<br>13 you were born in Englewood, California,<br>14 and you were told that Dr. David Owens,<br>15 the doctor who delivered you, took you<br>16 home for a few months from the<br>17 hospital?<br>18    A   Yes.<br>19    Q   And then arranged with<br>20 Shirley and Ernest Griffin --<br>21    A   To place me with them.<br>22    Q   -- to place you with them?<br>23    A   And then she told me it took<br>24 her nine months to legally adopt me.<br>25 And it was funny because -- you |

21 (Pages 78 - 81)

Page 82

TOWNSEND GRIFFIN GRINAN

understand, I'm an adult woman still on drugs when she's telling me this. And all of her plans for me had gone south because I got involved in the drugs. And she told me, she says, it took me nine months to legally adopt you, if I could find a doorstep to go put you on, I would. That's what she said. That's why I remember. If I had known then what I had known now, I would have left you on the doorstep. That's what she told me. That's what she said to me.

And then after that I contacted Hubert Laws, he's a famous jazz flautist, the number -- one of the number one flautist in the world that I was dating at this time. And he comes out of that famous Laws family; Ronnie, Debbie, Eloise, they're a big musical family. And I called Hubert and I said, Hubert, have you ever heard of somebody named Ed Townsend. He said, everybody knows Ed Townsend. I said, well I don't.

Page 83

TOWNSEND GRIFFIN GRINAN

Q  When was this conversation?
A  Right after I found out I was adopted in '86.
Q  Okay.
A  And so what he did was, my father played golf, obviously, and he knew where my father played golf. And I said, well, can you just get me his phone number. So he says, the guy that plays golf with your dad, I have his number. But I'll get him to give me Ed Townsend's phone number. So Hubert called me back like a week later after I found out I was adopted. And it was funny because I called the number. And when I called the number, Ed Townsend answered the phone and I had said, hello, is this Ed Townsend? He said, yes. Who's this? I said, do you know a Dr. David Owens? He said, yes, who's this? And I said, this is your daughter. And he said, Oh my God. Then we both were crying. He was like, Oh my God I've looked for you your

Page 84

TOWNSEND GRIFFIN GRINAN

whole life. Because Ernest and Shirley changed my name from Cherrigale Townsend to Kathryn Marie Griffin. And then my mother Shirley told me that she did that so that they could never find me. Because Ed and Cherrigale wanted to come and raise me. So that's why they sold their business and she quit Mattel and moved to Mississippi and they couldn't find me.

Q  So was it your understanding that the name on your original birth certificate was Cherrigale Townsend?
A  I know that now, but I didn't know that because. And because Shirley didn't tell me that my name was Cherrigale Townsend. She was -- until I found out and she finally admitted it, I was Kathryn Marie Griffin.

And let me just say this, my addiction escalated because I had just gotten out of my first rehab when I -- when I found out I was adopted I had just gotten out of the Bell Park

Page 85

TOWNSEND GRIFFIN GRINAN

Hospital. And when I talked to Ed and we made arrangements for me to meet with him, and I ended up meeting him in Mound Bayou, Mississippi. Because I was laughing, I'm like, you mean to tell me he's somebody in the music business and I ain't going to California, New York, I'm going to Mississippi where I've been all the time. Because he had bought a hospital and turned it into -- he was turning it into a school for music in Mound Bayou, Mississippi. So I ended up going -- I just went up the highway to Mound Bayou, Mississippi to meet my father.

And when I met Ed, and he brought my two brothers Cliff Michael Townsend and David Edward Townsend, who was also in the music business, to Mound Bayou so they could -- they said they knew they had a sister. I'm like, everybody in the world know, how come I don't know nothing? So I went there and the strangest thing happened. Ed

Page 110

1  TOWNSEND GRIFFIN GRINAN
2  I remember him telling me that -- he
3  told me the whole story about how he
4  introduced Jan Gaye to Marvin. And he
5  was -- he knew Jan's mom. And Jan was
6  his Goddaughter. And he told me all of
7  that and then he told -- because was
8  very upset that -- after Jan and Marvin
9  were no longer together, Jan was on
10 food stamps. And he went to Berry
11 Gordy and he confronted him and told
12 him -- whatever the conversation was,
13 Jan ended up getting money after that
14 because she had children and he didn't
15 think she should be living in poverty
16 the way she was living in poverty. I
17 remember that, him saying that.
18    Q   Did he tell you what portions
19 of Let's Get It On he created?
20    A   He told me 100 percent. And
21 he said to me that -- because Marvin
22 had a drug addiction, he gave him a
23 percentage of the song so that his
24 children would be taken care of.
25        Now, I don't know -- back

Page 111

1  TOWNSEND GRIFFIN GRINAN
2  then I didn't know what writers,
3  performers, performance credits or any
4  of that. But he told me he owned
5  100 percent publishing of Let's Get It
6  On.
7     Q   And just so we're clear --
8     A   And he showed me paperwork.
9     Q   Well, one thing at a time.
10        So am I correct that Ed
11 Townsend told you that he wrote all of
12 the music and all of the lyrics to
13 Let's Get It On?
14    A   He told me it was his song.
15 Yes, he did.
16    Q   Well, I'm not just asking
17 you --
18    A   I'm just telling you what he
19 said to me.
20    Q   Did he say to you words to
21 the effect of it's my song, or did he
22 tell you specifically that he wrote all
23 of the words and he wrote all of the
24 music to the song?
25    A   He told me it was his song.

Page 112

1  TOWNSEND GRIFFIN GRINAN
2  He didn't break it down and I wrote 56
3  bars of this and -- and Marvin put --
4  no. He wrote the song with Aunt Helen,
5  so she'll know more about that than me.
6  I can't -- you just have me talking,
7  I'll be talking.
8     Q   No, I don't want you to just
9  talk.
10    A   Yeah, I don't want to just
11 talk. I'm just telling you, he told me
12 he owned 100 percent of the song and to
13 keep it in the family. And that's what
14 he told me. And then he wrote other
15 songs, and me and him wrote stuff
16 together. I'm just telling you that's
17 what he said to me.
18    Q   So how -- I'm trying to
19 understand you telling us that Ed told
20 you that he wrote 100 percent of the
21 song and that he owned 100 percent of
22 the song, but at the same time you're
23 saying that he gave a piece of the song
24 to Marvin?
25    A   That's what he said to me.

Page 113

1  TOWNSEND GRIFFIN GRINAN
2  That's what he said to me. Now,
3  what -- I'm just -- I could see him
4  sitting at that desk and I'm sitting in
5  that chair right now, and him with that
6  cigarette.
7     Q   Did he discuss with you at
8  all the process that he went through to
9  create Let's Get It On?
10    A   He told me this: He wrote
11 the song. He said, you know, it's
12 funny, and he was laughing. Everybody
13 thinks Let's Get It On is about getting
14 it on. People got married to it and
15 had babies to it. He said, Let's Get
16 It On is about getting sober. I was
17 trying to get sober. It's the only
18 song I wrote in my career that I was
19 sober. And he said -- he said, I've
20 been -- I've really trying. He was
21 very animated kind of like -- I guess
22 like me, trying to hold back this
23 feeling for so long. But if you feel
24 like I feel, let's get it on, I wanted
25 to be clean and sober. Because we all

29 (Pages 110 - 113)

Page 114

```
 1              TOWNSEND GRIFFIN GRINAN
 2   are really sensitive people, and look
 3   at us, we got something to give.  We
 4   need to learn to start understanding
 5   each other.  So since we gotta be here,
 6   let's -- let's live.  Let's live.
 7   That -- because he was -- he got
 8   excited when he was telling me.  This
 9   is how he was, you know.
10          And I'm sitting here looking
11   at this man and he was really feeling
12   it.  He meant, that's why I wrote this
13   song.  He was so passionate about it.
14   And that's why I'm a damn fool too,
15   because that's how he was.  I remember
16   it.
17       Q   Do you remember when this
18   conversation took place?
19       A   No.  Unfortunately I didn't
20   have a book, and a time, and I didn't
21   know I was going to ever need to
22   maintain this information for any
23   reason whatsoever.
24       Q   No.  And also to be fair it
25   was a long time ago, correct?
```

Page 115

```
 1              TOWNSEND GRIFFIN GRINAN
 2       A   It was between the time I met
 3   him and the time he died.
 4       Q   And during that time you were
 5   going through addiction, correct?
 6       A   I was high, but I wasn't high
 7   when he told me that.
 8       Q   How do you know that?
 9       A   Because he and I both went to
10   treatment at the same time.  I went to
11   Safe Harbor and he to Harbor Light.
12   And we had this conversation during the
13   rehabilitation because -- the period
14   that we were at Salvation Army here --
15   no, I wasn't in California.  Out there
16   in California on 5th Street, Salvation
17   Army, you can look it up.
18       Q   Do you know roughly what year
19   that was?
20       A   No.
21       Q   Was it in the '90s?
22       A   Right after -- I told you he
23   went into treatment after he found
24   out -- when we got high together that
25   time.  He was like, oh, what have I
```

Page 116

```
 1              TOWNSEND GRIFFIN GRINAN
 2   done?  What have I done?  So it was
 3   probably in '87, '88.  Somewhere in
 4   there, I don't know.  But it was just
 5   one of the many drug rehab stints for
 6   me.  He never went back again because
 7   he stayed sober after that.  I'm the
 8   one that acted a fool.
 9       Q   And how do you know he stayed
10   sober after that?
11       A   Are you kidding?  He was --
12       Q   I'm just asking.
13       A   He was a -- I mean AA, he
14   wrote the play, Been There Done That
15   about rehabilitation.  He was a
16   warrior.  He would go -- he even taught
17   the prostitutes on Sunset Boulevard
18   when they were walking down the street
19   to turn their pockets inside out when
20   they walked down the street so that the
21   pimps will see they didn't have money
22   and not beat them up.  And he started
23   trying to help get them off the street
24   and clean and sober the way he could.
25   That was his way of giving back, I
```

Page 117

```
 1              TOWNSEND GRIFFIN GRINAN
 2   think.  And he formed the Been There
 3   Done That, because I tried to get the
 4   name -- he left that to me, but in
 5   Texas somebody had Been There Done That
 6   so I had to put We've Been There Done
 7   That to get the d/b/a in Mississippi --
 8   I mean, in Houston, Texas.
 9       Q   Did Ed Townsend discuss with
10   you his decision -- let me ask a
11   different question.
12           Did Ed Townsend discuss with
13   you the circumstances under which
14   Marvin Gaye got involved with the song,
15   Let's Get It on?
16       A   He called him over to Aunt
17   Helen's house, I think, and played the
18   song for him.  And -- and they went
19   back and forth about the arrangement,
20   like the vocals.  I think somebody -- I
21   don't -- Aunt Helen knows that.  That's
22   foggy, but...
23       Q   Do you know --
24       A   Marvin loved the song.
25       Q   Do you know whether Ed and
```

Page 150

```
 1              TOWNSEND GRIFFIN GRINAN
 2   for so long by, I guess you guys.  You
 3   all ignored like I was nothing, like I
 4   was still worthless.  And --
 5       Q   You were aware we were having
 6   conversations with your attorney at
 7   this time before you filed the lawsuit,
 8   correct?
 9       A   No.
10       Q   You should speak to your
11   attorneys about that.
12       A   No.
13       Q   Now, at the time you gave
14   this interview though you had already
15   filed a lawsuit against my clients,
16   correct?
17       A   Correct.
18       Q   Can I draw your attention to
19   the second page of this document.
20   There is a question in bold at the very
21   top of the page that I'm going to read,
22   it says:  Do you remember the first
23   time you heard Ed Sheeran's Thinking
24   Out Loud.
25       A   Um-hum.
```

Page 151

```
 1              TOWNSEND GRIFFIN GRINAN
 2       Q   And then the answer that they
 3   have for you, it says:  Yeah.  I think
 4   the song had been out a couple of
 5   months.
 6       A   Okay.
 7       Q   And somebody called a friend
 8   of mine who works for CBS and said I
 9   needed to listen to this song because
10   this young British kid actually copied
11   the music from my dad's song, Let's Get
12   It On.  And then shortly after that I
13   saw your article and this stuff just
14   started popping up everywhere.
15           Do you see that?
16       A   Yes.
17       Q   Does that sound like an
18   accurate transcription of what you said
19   to the author of this article?
20       A   I think that's what I just
21   said to you.
22       Q   So that's a yes?
23       A   Yes.  Oh, they even have that
24   about the car.  Yeah.  Because that's
25   what I think.  Okay.
```

Page 152

```
 1              TOWNSEND GRIFFIN GRINAN
 2   I didn't even remember what
 3   all was in the article.
 4       Q   And if you go about halfway
 5   down there's a sentence there that --
 6   there's a paragraph there that starts
 7   with the sentence, we own 100 percent
 8   of the publishing.
 9           Do you see that?
10       A   Yes, I do.
11       Q   Is that accurate?
12       A   To my knowledge.  I'm not an
13   expert, but to my knowledge, yes, we
14   own 100 percent of the publishing.
15       Q   So is it your testimony that
16   none of the heirs of Marvin Gaye own
17   any percentage of the publishing on
18   Let's Get It On?
19       A   If we own 100 percent, then
20   to my knowledge, no, just performance.
21       Q   And then would your testimony
22   also be that David Pullman's company
23   does not own any percentage of the
24   publishing of let's get it on?
25       A   Let me say, David Pullman
```

Page 153

```
 1              TOWNSEND GRIFFIN GRINAN
 2   stole my brother's percentage.  He does
 3   have a percentage.  So when I say we,
 4   David Pullman's words were, we're
 5   family now.  So I've had to take this
 6   troll, and I'm not -- I shouldn't have
 7   said that, but anyway, it is what it
 8   is.  It is what it is.  It is what it
 9   is.
10           Oh my God.
11       Q   As between -- do you remember
12   having a conversation or do you
13   remember the first conversation that
14   you had with either Helen or Cherrigale
15   about Thinking Out Loud?
16       A   Yes.
17       Q   Do you recall when that was?
18       A   I don't remember when.
19   Shortly after I listened to it and was
20   asked to go and really listen to it and
21   compare the songs.
22       Q   So would it be safe to say
23   that it was after people started
24   sending you the mash ups that you
25   referred to earlier?
```

Page 190

TOWNSEND GRIFFIN GRINAN

2  A   Yes. I said is that her name
3  I didn't say was, because you still
4  living.
5  Q   So with respect to Dr.
6  Stewart and the musicologist that
7  Ms. Farkas was talking about earlier,
8  Dr. Ferrara, would it surprise you that
9  Dr. Stewart has testified in many cases
10 against that musicologist, Mr. Ferrara,
11 Dr. Ferrara?
12 A   Dr. Ferrara is the
13 musicologist for the Ed Sheeran?
14 Q   Yes.
15 A   And my musicologist has
16 testified against that man? That
17 doesn't surprise me.
18     MS. FARKAS: Objection.
19 A   My knowledge of Dr. Stewart
20 is he's the best. So I'm going to
21 believe he's the best. I don't know
22 about whoever else, that guy you
23 just -- Ferrara. Sounds like a car. I
24 don't know. To me, I have no idea.
25 Q   There you have it.

Page 191

TOWNSEND GRIFFIN GRINAN

2  A   I'm cool with that.
3  Q   So would it surprise you that
4  in several of the times in which
5  they've testified in the same trial,
6  Dr. Stewart has come out victorious
7  against Dr. Ferrara?
8      MS. RICE: Objection.
9  Q   You can go ahead and answer.
10 A   It doesn't matter if
11 Ferrara --
12     MS. FARKAS: Objection.
13 A   -- has won or lost. It
14 wouldn't matter if Dr. Stewart beat
15 him. I don't care about that. I don't
16 care about anybody else's lawsuit.
17 What I care about is that God has put
18 it on my heart that this is the right
19 person to have dissected every inch,
20 breath, note, bar, treble, base, clef,
21 syncopations, staccato, everything.
22 And he knows how do that accurately
23 because, like I say, I'm not on a witch
24 hunt against Ed Sheeran. I'm not. I'm
25 not on a witch hunt for anything. I'm

Page 192

TOWNSEND GRIFFIN GRINAN

2  on a path to do the right thing by my
3  father's creation and his work. And
4  I'm going to stick to that path because
5  that's all I have left to hold on to.
6  I was cheated out half of my life of my
7  dad. I won't be cheated out of my
8  father's legacy.
9      MS. RICE: Nothing further.
10     MS. FARKAS: I just have
11     one -- sorry, one small line of
12     questions that I forgot to ask.
13 EXAMINATION BY MS. FARKAS:
14 Q   What is your legal name
15 sitting here right now? Is it the name
16 that you gave the court reporter at the
17 beginning of the deposition?
18 A   On my identification
19 purposely I have left it as Kathryn
20 Marie Griffin. On purpose. I don't
21 have my husband's name attached to it
22 because I am in a profession where I
23 deal with pimps, prostitutes. You
24 asked, I'm going to tell you why. I
25 left it that way because in the life

Page 193

TOWNSEND GRIFFIN GRINAN

2  people knew that. And because that was
3  the name in the life, and I have
4  children, and I have a husband, and my
5  husband is the senior news anchor at
6  Fox, I did not want to connect their
7  names to this part of the work that I
8  do. I do a lot of undercover stuff. I
9  do a lot -- I get a lot of intel. I
10 deal with human trafficking. I deal
11 with stuff I can lose my life.
12 Q   So is the name --
13 A   My ID says Kathryn Griffin.
14 Q   Has your name ever legally
15 been changed to include the name
16 Townsend in it?
17 A   Legally?
18 Q   Correct.
19 A   I got married, so I -- why
20 would I change it to -- legally to
21 Townsend and I am Grinan.
22 Q   I don't know.
23     Have you ever changed your
24 middle name to be Townsend?
25 A   No, I did not. My middle

Page 194

```
 1
 2  name is what it is, Marie.
 3      Q   So your legal name, as far as
 4  the government is concerned --
 5      A   I'm listed as Kathryn Marie
 6  Griffin.
 7          MS. FARKAS: Thank you.
 8          THE WITNESS: It makes things
 9  much easier. But that don't
10  change what my blood is.
11          MS. FARKAS: No further
12  questions at this time.
13          MS. RICE: We'll read.
14          (Time noted: 2:50 p.m.)
15
16
17
18
19
20
21
22
23
24
25
```

Page 195

```
 1
 2          ACKNOWLEDGEMENT
 3  STATE OF NEW YORK )
 4             ) ss.:
    COUNTY OF NEW YORK )
 5
 6      I, KATHRYN TOWNSEND GRIFFIN GRINAN,
 7  certify, I have read the transcript of my
 8  testimony taken under oath in my
 9  deposition of April 24, 2018; that the
10  transcript is a true, complete and correct
11  record of what was asked, answered and
12  said during this deposition, and that the
13  answers on the record as given by me are
14  true and correct.
15
16  -------------------
        KATHRYN TOWNSEND GRIFFIN GRINAN
17
18
    Sworn and subscribed to before me
19
    this_____ day of_____, _____.
20
21
22  _____
       Notary Public
23
24
25
```

Page 196

```
 1
 2          CERTIFICATION
 3
    STATE OF NEW YORK )
 4             ) ss.:
    COUNTY OF NEW YORK )
 5
 6      I, JUDITH CASTORE, Shorthand Reporter
 7  and Notary Public within and for the State
 8  of New York, do hereby certify:
 9      That KATHRYN TOWNSEND GRIFFIN GRINAN,
10  the witness whose deposition is
11  hereinbefore set forth, was duly sworn by
12  me and that this transcript of such
13  examination is a true record of the
14  testimony given by such witness.
15      I further certify that I am not
16  related to any of the parties to this
17  action by blood or marriage and that I am
18  in no way interested in the outcome of
19  this matter.
20      IN WITNESS WHEREOF, I have hereunto
21  set my hand this 5th day of May, 2018.
22
23
          Judith Castore
24        JUDITH CASTORE
25
```

Page 197

```
 1
 2              INDEX
 3  WITNESS                          PAGE
 4  KATHRYN TOWNSEND GRIFFIN GRINAN
 5  Examination by:
 6    MS. FARKAS                       4
 7      EXHIBITS
 8  (Retained by Veritext Legal Solutions)
 9  DEFENDANTS'                      PAGE
10  Exhibit 1   Document request      123
    Exhibit 2   Interview of Spin Magazine, dated  148
11     8/12/16
    Exhibit 3   Complaint             155
12
13  DOCUMENT/INFORMATION REQUESTS:   PAGE
14  Copy of deponent's birth certificate   72
15
16
17
18
19
20
21
22
23
24
25
```