# EXHIBIT 12

Harper/Harper S1 SCAN '17/12/1 A00K010003430 9515

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHRYN TOWNSEND GRIFFIN, HELEN MCDONALD, and THE ESTATE OF CHERRIGALE TOWNSEND,<br><br>*Plaintiffs,*<br><br>-against-<br><br>EDWARD CHRISTOPHER SHEERAN, p/k/a ED SHEERAN, ATLANTIC RECORDING CORPORATION, d/b/a ATLANTIC RECORDS, SONY/ATV MUSIC PUBLISHING LLC, and WARNER MUSIC GROUP CORPORATION, d/b/a ASYLUM RECORDS<br><br>*Defendants.* | ECF CASE<br>17-cv-5221 (RJS)<br><br>PLAINTIFFS' RESPONSES TO DEFENDANTS' FIRST REQUESTS FOR PRODUCTION ADDRESSED TO PLAINTIFFS BY DEFENDANTS EDWARD CHRISTOPHER SHEERAN, ATLANTIC RECORDING CORPORATION AND SONY/ATV MUSIC PUBLISHING LLC |

**PLEASE TAKE NOTICE** that, pursuant to Rule 35 of the Federal Rules of Civil Procedure Plaintiffs Kathryn Townsend Griffin ("Griffin"), Helen McDonald ("McDonald") and the Estate of Cherrigale Townsend (the "Estate," together with Griffin and McDonald, the "Plaintiffs") provide the following requested documents and responses to Defendants Edward Christopher Sheeran ("Sheeran"), Atlantic Recording Corporation d/b/a Atlantic Records ("Atlantic") and Sony/ATV Music Publishing LLC ("SATV," together with Sheeran and Atlantic, the "Defendants"), at the offices of Pryor Cashman LLP, 7 Times Square, New York, New York 10036-6569 on December 1, 2017.

1

10. All documents concerning any copyright registrations or filings with the U.S. Copyright Office relating to LGO, including, without limitation, any drafts thereof, any "deposit copy" materials relating to LGO and any and all correspondence from or to the U.S. Copyright Office regarding LGO.

**Please see attached.**

11. True and correct copies of all published sheet music for LGO.

**Please refer to Response 10, *supra*.**

12. Documents sufficient to identify every copyrightable element of LGO that Plaintiffs contend has been infringed by Defendants.

**Please refer to Response 4, *supra*.**

13. Documents sufficient to identify any element of LGO that Plaintiffs contend was copied, in whole or in part, by Defendants.

**Please refer to Response 4, *supra*.**

14. Documents sufficient to corroborate the allegation set forth in Paragraph 12 of the Complaint that "Plaintiffs ... are heirs of Mr. Ed Townsend."

**Please refer to Response 14, *supra*.**

15. All documents concerning the ownership of LGO including but not limited to any chain of title documents, agreements assigning rights in LGO to Plaintiffs or any estate documents reflecting Plaintiffs' interests and any and all agreements with Pullman respecting Plaintiffs' interest in LGO, including any economic rights or right to payment from LGO, including any interest in any proceeds of any infringement action, or otherwise establishing Plaintiffs' rights in

41.     All documents provided to any expert engaged by Plaintiffs.

**Please refer to Response 4, *supra*. Also, please see reports from Sony/ATV sent before and after our preliminary report.**

42.     To the extent not already requested, all documents supporting or refuting the allegations in the Complaint.

**Please refer to Response 4, *supra*.**

DATED:  December 1, 2017

FRANK & RICE, P.A.

By: /s/ _____
Patrick R. Frank, Esq.
Keisha D. Rice, Esq.
Katherine L. Viker, Esq.
Frank & Rice, P.A.
325 West Park Avenue
Tallahassee, Florida  32301
Telephone: (850) 629-4168
Facsimile: (850) 629-4184
*Attorney(s) for Plaintiffs*

# RESPONSE 10

Page 1

# Application
## for Registration of a Claim to Copyright

in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

**FORM E**
REGISTRATION NO. **EP 314589**
CLASS **E**
DO NOT WRITE HERE
EP    EU

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with:

(a) If unpublished, one complete copy of the work and the registration fee of $6.

(b) If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Name: Stone Diamond Music Corp.
Address: 6464 Sunset Blvd.
Hollywood, Calif. 90028

Name: Cherritown Music Co., Inc.
Address: Box 37
Fosterdale, N.Y. 12735

**2. Title:** LET'S GET IT ON
(Give the title of the musical composition as it appears on the copies)
#5958

**3. Authors:** Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. Organizations formed under U.S. Federal or State law are U.S. citizens.

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

Name: Ed Townsend
(Give legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. __X__ Other _____ (Name of country)
(Check if U.S. citizen)
Domiciled in U.S.A. Yes _X_ No ____ Address 6464 Sunset Blvd. Author of words & music
(State which: words, music, arrangement, etc.)

Name: _____
Citizenship: U.S.A. ____ Other _____
Domiciled in U.S.A. Yes ____ No ____ Address _____ Author of _____

Name: _____
Citizenship: U.S.A. ____ Other _____
Domiciled in U.S.A. Yes ____ No ____ Address _____ Author of _____

➤ **NOTE:** Leave all spaces of line 4 blank unless your work has been PUBLISHED. ◀

**4. (a) Date of Publication:** Give the date when copies of this particular version of the work were first placed on sale, sold, or publicly distributed. The date when copies were made or printed, or the date when the work was performed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

February 14, 1973
(Month) (Day) (Year)

**(b) Place of Publication:** Give the name of the country in which this particular version of the work was first published.

USA

➤ **NOTE:** Leave all spaces of line 5 blank unless the instructions below apply to your work. ◀

**5. Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form, or if any substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes ____ No ____ Date of registration _____ Registration number _____
Was work previously published? Yes ____ No ____ Date of publication _____ Registration number _____
Is there any substantial NEW MATTER in this version? Yes ____ No ____ If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version. (New matter may consist of compilation, arrangement, adaptation, editorial revision, and the like, as well as additional words and music.)

EXAMINER

Page 2

Complete all applicable spaces on next page

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

Stone Diamond Music Corp.

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name ___ Stone Diamond Music Corp. ___ Address ___ below ___

8. Send certificate to:

(Type or print name and address)

Name: STONE DIAMOND MUSIC CORP.
Address: 6464 Sunset Blvd.
(Number and street)
Hollywood, Calif. 90028
(City)  (State)  (ZIP code)

9. Certification:
(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

_____
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A  Form A—Published book manufactured in the United States of America.

Class A or B
- Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
- Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B
- Form B—Periodical manufactured in the United States of America.
- Form BB—Contribution to a periodical manufactured in the United States of America.

Class C  Form C—Lecture or similar production prepared for oral delivery.
Class D  Form D—Dramatic or dramatico-musical composition.

Class E
- Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
- Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F  Form F—Map.
Class G  Form G—Work of art or a model or design for a work of art.
Class H  Form H—Reproduction of a work of art.
Class I  Form I—Drawing or plastic work of a scientific or technical character.
Class J  Form J—Photograph.
Class K
- Form K—Print or pictorial illustration.
- Form KK—Print or label used for an article of merchandise.

Class L or M  Form L–M—Motion picture.
Class N  Form N—Sound recordings.

Form R—Renewal copyright.
Form U—Notice of use of copyrighted music on mechanical instruments.

---

FOR COPYRIGHT OFFICE USE ONLY

Application received: JUL 17 1973
One copy received:
Two copies received: JUL 17 1973
Fee received:
Renewal: R 840-063

(Appl.).*See V.1510 p. 290-292 Assign. Rec.
Re: AUTHORSHIP









Case 1:17-cv-05221-LLS   Document 67-12   Filed 07/27/18   Page 12 of 12

