# EXHIBIT 14

MARVIN GAYE, MY BROTHER

BY FRANKIE GAYE
WITH FRED E. BASTEN

## Marvin Gaye

great, driving arrangements that had only a few years earlier revived Frank Sinatra's recording career. Marvin, the Sinatra wannabe, had found his man.

Over ten years had passed since Marvin and Ed had seen each other. So much had happened in between that they actually had to be reintroduced by a mutual friend. The two got together, and before too long, they were collaborating on Marvin's next album. Marvin recalled, "When Ed told me he had a good idea for a song called 'Let's Get It On,' I knew immediately, or instinctively, that the phrase was a smash. Then he sat and played the melody for me and I was blown away. It was so beautiful. Then I just did the lyric and it worked.

"I hope it won't advocate promiscuity. I try to think that my records are honest, and that what I sing about should be dealt with honestly, not with promiscuity and muckiness, but I don't have any restrictions, no boundaries. I can't be dictated to or told what kind of music to release. I have to put out the kind of music my soul tells me to."

Most of the songs for the *Let's Get It On* album were recorded between March and June of 1973, at the Motown Hitsville studio, in Hollywood. Ed Townsend has long said that the original message in the words of the title were not about sex but "the business of getting on with life," and that is the feeling Marvin gave to the song when a demo version was first recorded on March 13th. That concept went out the window nine days later at the actual recording session when Ed walked in with a friend, Barbara Hunter, and her sixteen-year-old daughter, Janis.

A sophomore at Fairfax High School in Los Angeles, Janis had been infatuated with Marvin ever since her best girlfriend at the time told her to check out Marvin's *Trouble Man* album cover. Meeting Marvin thrilled Janis, and according to Marvin, she too was more than a thrill. Young and beautiful, with her slender figure, long black hair, perfect lips, light skin, and slim, freckled nose, she was a dream come true. "My heart was pounding at the sight of her," he said, "I had a song to cut, with her listening and looking at me. I don't know

how I controlled myself and got through it. I thought I might have to sit down during the recording session or embarrass myself."

As Jan remembers, "He kept looking at me and I kept looking away because I was shy. At the same time, I tried to look back at him because I wanted him to think I was grown-up and sophisticated, and not just some young kid."

With the arrival of Jan, the final take of "Let's Get It On" took on a whole new meaning. Marvin later admitted that he had unknowingly abandoned the song's original concept to sing it straight from his heart. "I sang the way I felt," he said. "It was all spontaneous."

To that, Ed Townsend responded, "He could sing 'The Lord's Prayer' and it would have sexual overtones."

Once again, the songs Marvin sang reflected his mood. This time, unlike his past two albums, his mood was upbeat and sensual, even explicit at times. Marvin had fallen in love—or lust—which turned *Let's Get It On* into the most joyous personal statement, and into another gold album.

As Jan tried to let Marvin know at their first meeting, she definitely was not "just some young kid." Her father was jazz great Slim Gaillard, who had written and recorded several huge hits of the 1930s and 1940s, including "Cement Mixer (Put-ti, Put-ti)," "Flat Foot Floogie," and "Tutti Frutti." She was familiar with the music business, which made Marvin feel even closer to her. By the summer of 1973, they were living together.

Jan and Marvin found a house in a ruggedly remote section of Topanga Canyon, high in the nearby Santa Monica Mountains. The small house was far from fancy; it was much like the other rustic abodes that were scattered about the pine- and shrub-covered canyon hillsides. "This is horse country," Marvin said, "a bit of Bohemia. We love it up here. The views from our windows are incredible, and you hear sounds you never hear in the city. It's nature, man, it's music."

From the Topanga house, Marvin began to mastermind his full-blown return to performing. The publicity photos for *Let's Get It On*

## Important Events

"Mercy Mercy Me (The Ecology)" and "Inner City Blues (Make Me Wanna Holler)" released as singles; reached No. 4 and No. 9, respectively, on the charts.

*1972* (May) Marvin Gaye Day celebration in Washington, D.C.... Honored by *Billboard Magazine* with its Trendsetter Award for "promoting the cause of ecology through thought-provoking message songs."... Composed the film score for *Trouble Man* while in Hollywood.

*1973* (January) Visited Jamaica for concert to benefit Boys Club of Trench Town. Received key to the city of Kingston from Jamaican Prime Minister.... Recorded songs for *Let's Get It On* album at Motown's Hitsville studio in Hollywood. Met Janice Hunter during recording session for title song, on March 22.... When called "a dedicated recluse" by *Los Angeles Times,* Marvin described himself as "an underground person. That's why I don't really want any publicity. I would rather not have my thoughts spread all over the country."

*1974* In Oakland, California, performed in concert for the first time in four years; the concert material became source for *Marvin Gaye Live!* album, released in August.... (October) Honored at Marvin Gaye Days in Oklahoma City.... Named Honorary Citizen of Omaha, Nebraska.

*1975* (March) Received commendation from the city of Los Angeles, signed by Mayor Tom Bradley, citing "Marvin Gaye as a gifted composer and accomplished musician, a performer's performer...."

*1976* (May) Honored at United Nations Headquarters, in New York City, for his contribution to the US National Commission for UNESCO, following his benefit concert at Radio City Music Hall. Proceeds from the concert were



"MARVIN GAYE WAS A ONE-OF-A-KIND ARTIST. HIS BROTHER'S MEMORIES GIVE US ALL A BETTER UNDERSTANDING OF THIS VERY COMPLEX AND FASCINATING PERFORMER."   —DICK CLARK



Marvin Gaye's life and brilliant career were cut tragically short on April 1, 1984—one day before his 45th birthday—when he was shot and killed by his own father. Now, for the first time ever, Marvin Gaye's story is told in intimate detail by a member of his own family. Frankie and Marvin Gaye were close from childhood until Marvin's death. Frankie was at Marvin's side when he died, and only Frankie heard Marvin's deathbed confession. Full of never-before-told personal anecdotes, many correcting previously published accounts, this book takes you behind the scenes, from Marvin's childhood, when he had a penchant for getting into trouble, through his spectacular success at Motown and then Columbia, his stormy relationships with women, and finally his descent into drugs and despair.

From his classic duets with Tammi Terrell, his enduring solo hits such as "I Heard It Through the Grapevine" and "Sexual Healing," and his landmark album *What's Going On*, Marvin Gaye's music has only become more beloved over time, as new listeners discover him for themselves. Finally, the true story of the man behind the music is available to fans old and new.

Backbeat Books

— AN IMPRINT OF —
THE MUSIC PLAYER NETWORK

ISBN 0-87930-742-0

X000ZODZ3V
Marvin Gaye, My Brother (Book)
Used, Very Good

www.backbeatbooks.com

# Mercy, Mercy Me

## The Art, Loves and Demons of Marvin Gaye

### Michael Eric Dyson



BASIC
CIVITAS
BOOKS

A MEMBER OF THE PERSEUS BOOKS GROUP
NEW YORK

Copyrighted material

wonder you can't play Madison Square Garden, because you're afraid to sing!" Townsend said. Weinger says that goaded Marvin to respond with a classic performance. "Marvin took off his shirt, sang at that microphone for eight minutes, and said, 'How's that?' And that's the record, 'Let's Get It On.'"

Townsend elicited another moving performance from Gaye, this time on "If I Should Die Tonight." When Townsend initially played the song for Gaye, he said he couldn't sing it because he had never felt that way about a woman. When Marvin asked, Townsend told him the story behind the song's creation. He had finally met a very beautiful woman he had dreamed of for a long time. After their blissful encounter, she repeated to him a variation of the folk wisdom that "we can't build our happiness on the unhappiness of others"—especially since they were both married. When Townsend agreed with her and prepared to leave, she asked if that was all he had to say. He replied, "No. Let me tell you this: 'If I should die tonight, Lord before my time, I won't die blue because I have known you.' Marvin said to me it was a lovely story but he couldn't feel like that."[18]

Nothing Townsend did could elicit that feeling. Then, one night, Townsend's lady friend, Barbara Hunter, visited the studio with her 17-year-old daughter Janis Hunter. That night, March 22, 1973, Marvin was cutting his lead vocals for "Let's Get It On." He had recorded his "demo" version on March 13, adhering faithfully to Townsend's sentiments of getting on with one's life. But after meeting Janis Hunter, Marvin was immediately smitten. On the spot, he recomposed the words to Townsend's song and gave them the spiritually sexual overtones for which it became widely known. Marvin essentially viewed Townsend's words as a jazz musician might view chords: as the building blocks of a composition that would expand through improvisation. He improvised a hugely uplifting and erotically engaging song from Townsend's lyrics, and forever stamped soul music with his romantic ambitions. Although the feat is standard in jazz instrumentals, and perhaps common among the best of hip-hoppers who generate lyrics in elegant freestyles, it is a rare feat for a singer. As Ben Edmonds points out, "few moments in all of pop music can compare with what Marvin Gaye pulled off with 'Let's Get It On.'"[19] Almost as if a double portion of his romantic spirit fell down, Marvin embraced the lyric for "If I Should Die Tonight" with renewed energy. "After meeting Jan," Ed Townsend said, "he turned around and said, 'Ed, get that tape. I can sing that son of a bitch now.'"[20]

In a sense, one can chart Gaye's career—besides referring to big social changes and political events—by calculating the state of his love life. As David Ritz says, in the sixties, Marvin was singing to Anna, and in the seventies, he was singing to Jan. That is largely true—and led to some of Marvin's greatest art,

Marvin Gaye - Let's Get It O...
https://www.discogs.com/Marvin-Gaye-Lets-Get-It-On/master/66602

# Discogs

Search artists, albums and more...

Explore   Marketplace   Community

Log In   Register



More Images

## Marvin Gaye – Let's Get It On

| | |
|---|---|
| Genre: | Funk / Soul |
| Style: | Soul |
| Year: | 1973 |
| Notes: | LET'S GET IT ON, KEEP GETTIN' IT ON and IF I SHOULD DIE TONIGHT: Basic tracks and demo vocals recorded at Motown Studios-Hitsville West, Hollywood on March 13, 1973. Overdubs for LET'S GET IT ON recorded March 22 (final lead vocal) and April 4, 1973 (background vocals). Engineers: William McMeekin & Art Stewart. |

PLEASE STAY (ONCE YOU GO AWAY) recorded June 15 (track) and July 26, 1973 (vocals). Engineer: Cal Harris.

COME GET TO THIS: Basic tracks recorded at Hitsville, Detroit, MI, November 3, 1970 (same date as DISTANT LOVER). Engineer: Steve Smith. Overdubbed July 9 (guitar) and July 9 and 10, 1973 (lead and background vocals). Engineer: Cal Harris

DISTANT LOVER: Basic tracks recorded at Hitsville, Detroit, November 3, 1970; various vocal parts and additional instrumentation overdubbed in Detroit, November 4, 6, 20, 24, 25 and 30, December 5, 13 and 20, 1970 and January 21 and 27, March 10-13 and April 10 and 11, 1972. Engineers: Steve Smith and Cal Harris. L.A. overdubs recorded at Motown Studios-Hitsville West, April 27 (guitar, piano, MOOG and background vocals) and July 6 (saxophones) and 20, 1973 (kick drum). Engineers: Larry Miles and Cal Harris.

YOU SURE LOVE TO BALL: Basic tracks recorded at Motown Studios-Hitsville West, Hollywood, February 1, 1973. Overdubs recorded February 8 (strings and brass), July 6 (saxophones), July 9 (background vocals) and July 26, 1973 (lead and background vocals). Engineers: Larry Miles and Cal Harris.

JUST TO KEEP YOU SATISFIED: Basic tracks recorded at Hitsville, Detroit, MI, June 1, 1970, assigned to the Originals. Various overdubs recorded at Hitsville and Golden World, Detroit, August 28, September 1, 4, 12 and 21, November 10 and 20, 1970 and March 22, 1972. Engineers probably Steve Smith and Cal Harris.

L.A. overdubs for Marvin Gaye recorded at Motown Studios-Hitsville West, July 5 (saxophones), July 12 (background vocals) and July 16 (lead and background vocals). Engineers: Larry Miles and Cal Harris.

**Master Release**  [m66602]

Edit Master Release
Data Correct

Add all to Wantlist

**Marketplace**   717 For Sale from $0.66

Vinyl and CD   Sell Copy



Share

### Statistics

| | | | |
|---|---|---|---|
| Have: | 14408 | Avg Rating: | 4.48 / 5 |
| Want: | 17582 | Ratings: | 1436 |

   Listen to Marvin Gaye - ...
on Amazon Music 

Videos (6)

