UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHRYN TOWNSEND GRIFFIN, HELEN MCDONALD, and THE ESTATE OF CHERRIGALE TOWNSEND,

        *Plaintiffs*,

-against-

EDWARD CHRISTOPHER SHEERAN, p/k/a ED SHEERAN, ATLANTIC RECORDING CORPORATION, d/b/a ATLANTIC RECORDS, SONY/ATV MUSIC PUBLISHING, LLC, and WARNER MUSIC GROUP CORPORATION, d/b/a ASYLUM RECORDS

        *Defendants*.

ECF CASE

17-cv-5221 (RJS)

## **DECLARATION OF JAKE GOSLING**

I, Jake Gosling, declare as follows:

1.  I have personal knowledge of, and am fully familiar with, the facts and circumstances set forth in this Declaration.

2.  I am a professional music producer.

3.  On February 5, 2014, Edward Christopher Sheeran ("Sheeran") and I worked together at Sticky Studios, a recording studio in Surrey, England, and recorded what would become the commercially released version of the song titled *Thinking Out Loud* ("TOL").

4.  I am credited as the producer of TOL.

5.  I understand that Sheeran testified at his deposition that I programmed the bass-line for TOL using a keyboard and that the bass-line heard on TOL is "not real bass."

6.  Sheeran is actually mistaken – the commercially released version of TOL features real bass-guitar, which was played by a musician named Chris Leonard.

2

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 26, 2018

                                                                      JAKE GOSLING