UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHRYN TOWNSEND GRIFFIN, HELEN MCDONALD, and THE ESTATE OF CHERRIGALE TOWNSEND,

    *Plaintiffs*,

-against-

EDWARD CHRISTOPHER SHEERAN, p/k/a ED SHEERAN, ATLANTIC RECORDING CORPORATION, d/b/a ATLANTIC RECORDS, SONY/ATV MUSIC PUBLISHING, LLC, and WARNER MUSIC GROUP CORPORATION, d/b/a ASYLUM RECORDS

    *Defendants*.

ECF CASE

17-cv-5221 (RJS)

## DECLARATION OF AMY WADGE

I, Amy Wadge, declare as follows:

1. I have personal knowledge of, and am fully familiar with, the facts and circumstances set forth in this Declaration.

2. I am a professional songwriter.

3. On February 3, 2014, I was visiting Edward Christopher Sheeran ("ES") at his house in Suffolk, England ("ES's House"). We began writing a song, which became "Thinking Out Loud," and continued late into the evening after going out for dinner.

4. We completed writing the song and ES, in my presence, recorded a demo of it on his telephone just before midnight on February 3, 2014 (the "Demo Recording").

5. ES immediately emailed me a copy of the Demo Recording. I have retained that Demo Recording on my computer and it confirms my receipt of it at around 11:50 p.m.

6. I understand that ES believed that we wrote and recorded "Thinking Out Loud" on February 4, 2014. As I said, although we completed writing it very late in

the evening, his recollection, as confirmed by my receipt of the Demo Recording, is off by a few hours.

7. I have listened to the Demo Recording and can confirm that this is the same version that ES recorded on his telephone at ES's House when we completed writing the song late on February 3, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 26, 2018

_____
AMY WADGE