

# PRYOR CASHMAN LLP

New York | Los Angeles

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806

www.pryorcashman.com

**Donald S. Zakarin**
Partner
Direct Tel: 212-326-0108
Direct Fax: 212-798-6306
dzakarin@pryorcashman.com

August 20, 2018

**VIA ECF**

Hon. Richard J. Sullivan
U.S. District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>Griffin, et al. v. Sheeran, et al., 17-cv-5221 (RJS)</u>

Dear Judge Sullivan:

    We are counsel to the Defendants. As part of our agreement with counsel for Plaintiffs regarding their request for a 10-day extension to oppose Defendants' motion for summary judgment, it was agreed that Defendants' time to file their Reply would be adjusted accordingly by the same 10 day period (there being no intention that the Defendants' time would be truncated by the extension granted to Plaintiffs). Mr. Frank's letter inadvertently neglected to provide for that corresponding change in the Defendants' time to file their Reply from September 18, 2018 until September 28, 2018.

    Accordingly, we respectfully request that the motion schedule be adjusted to reflect the corresponding adjustment of Defendants' time to file their Reply.

Respectfully submitted,

Donald S. Zakarin