```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHRYN TOWNSEND GRIFFIN, HELEN
MCDONALD, and CHERRIGALE TOWNSEND,

*Plaintiffs,*

-against-

EDWARD CHRISTOPHER SHEERAN, p/k/a ED
SHEERAN, ATLANTIC RECORDING
CORPORATION d/b/a ATLANTIC RECORDS,
SONY/ATV MUSIC PUBLISHING, LLC
WARNER MUSIC GROUP CORPORATION, d/b/a
ASYLUM RECORDS

*Defendants.*

ECF CASE

17-CV-5221

**NOTICE OF VOLUNTARY
DISMISSAL OF DEFENDANT
WARNER MUSIC GROUP
CORPORATION, d/b/a ASYLUM
RECORDS PURSUANT TO
FED. R. CIV. P. 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE**, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs Kathryn Townsend Griffin, Helen McDonald and the Estate of Cherrigale Townsend, hereby gives notice that the above-captioned action is voluntarily dismissed as against defendant Warner Music Group Corporation, d/b/a Asylum Records.

Dated: August 3, 2017
Tallahassee, Florida

SO ORDERED
Dated: 9/4/18
RICHARD J. SULLIVAN
U.S.D.J.

FRANK & RICE, P.A.

By: /s/ Patrick Frank Rice
Patrick R. Frank, Esq.
Keisha D. Rise, Esq.
Katherine L. Viker, Esq.
Frank & Rice, P.A.
325 West Park Avenue
Tallahassee, Florida 32301
Telephone: 850-629-4168
Facsimile: 850-629-4184

*Attorneys for Plaintiffs*