# PRYOR CASHMAN LLP

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806

New York | Los Angeles

www.pryorcashman.com

Ilene S. Farkas
Partner
Direct Tel: 212-326-0188
Direct Fax: 212-798-6306
ifarkas@pryorcashman.com

September 21, 2018

**VIA ECF**

Hon. Richard J. Sullivan
U.S. District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   <u>Griffin, et al. v. Sheeran, et al., 17-cv-5221 (RJS)</u>

Dear Judge Sullivan:

We are counsel to the Defendants and write in anticipation of filing Reply in Further Support of Defendants' motion for summary judgment (due to be filed with the Court on September 28, 2018) to request leave to file a memorandum of law that is up to fifteen (15) pages. Although we will endeavor to file a memorandum of law of less than fifteen pages, we make this request in an abundance of caution to ensure that Defendants have ample opportunity to respond to the legal arguments that Plaintiffs have made in their opposition papers.

Respectfully submitted,

Ilene S. Farkas

```
IT IS HEREBY ORDERED THAT Defendants may file
a reply memorandum of up to fifteen pages.
```

SO ORDERED
Dated: 9/21/18

RICHARD J. SULLIVAN
U.S.D.J.