# EXHIBIT 19

# Let's Get It On
## Bass Guitar (Recorded key of Eb major)

2



OUTRO
3:17



# Let's Get It On
## Bass Guitar (Transposed to D major)



OUTRO
3:17



# Thinking Out Loud
## Bass Guitar

2





# Thinking Out Loud
## Guitar

Time: 0:00