# EXHIBIT 21

# Goldsmith, Andrew M.

| | |
|---|---|
| **From:** | Goldsmith, Andrew M. |
| **Sent:** | Friday, June 15, 2018 3:41 PM |
| **To:** | Pat Frank; keisha.rice@gmail.com |
| **Subject:** | FW: Griffin v. Sheeran |

Apologies, I sent the below email to Dr. Ferrara and Keisha, instead of Pat and Keisha. Now fixed…

_____

ANDREW M. GOLDSMITH
PRYOR CASHMAN LLP
7 Times Square, New York, NY 10036-6569
agoldsmith@pryorcashman.com

Direct Tel:  212-326-0419
Direct Fax: 212-326-0806
LinkedIn  |  Bio
www.pryorcashman.com
*A member of Interlaw, an International Association of Independent Law Firms*

**From:** Goldsmith, Andrew M.
**Sent:** Friday, June 15, 2018 3:23 PM
**To:** Lawrence Ferrara (lawrence.ferrara@nyu.edu) <lawrence.ferrara@nyu.edu>; keisha.rice@gmail.com
**Cc:** Zakarin, Donald S. <DZakarin@PRYORCASHMAN.com>; Farkas, Ilene S. <IFarkas@PRYORCASHMAN.com>
**Subject:** Griffin v. Sheeran

Pat, Keisha,

Two housekeeping issues:

(1) We still await the raw email metadata by which Dr. Stewart emailed the June 9 report to Pat.  Please send.

(2) In regard to Dr. Ferrara's report and the deposition of Dr. Stewart, musical Example 6 from Dr. Ferrara's Report dated January 12, 2018 is identified as a transcription from a 1960 recording of "True Love Ways" by Buddy Holly, but it actually is from a 1965 recording of "True Love Ways" by Peter & Gordon.  The same holds with respect to Audio Exhibit 4 from Dr. Stewart's deposition — it is a recording of "True Love Ways" by Peter & Gordon.

Regards,

_____

ANDREW M. GOLDSMITH
PRYOR CASHMAN LLP
7 Times Square, New York, NY 10036-6569
agoldsmith@pryorcashman.com

Direct Tel:  212-326-0419
Direct Fax: 212-326-0806
LinkedIn  |  Bio
www.pryorcashman.com
*A member of Interlaw, an International Association of Independent Law Firms*