# EXHIBIT 22



# CHORD PROGRESSIONS
## for Guitar

### by TOM KOLB



ISBN 0-634-03628-9

**HAL•LEONARD® CORPORATION**

7777 W. BLUEMOUND RD. P.O. BOX 13819 MILWAUKEE, WI 53213

Copyright © 2003 by HAL LEONARD CORPORATION
International Copyright Secured   All Rights Reserved

No part of this publication may be reproduced in any form
or by any means without the prior written permission of the Publisher.

Visit Hal Leonard Online at
**www.halleonard.com**



# Chapter 1

**Progression 5** is a folk-rock example that revolves around the Ima (G) and the IVma (C) chords of G major. Notice how the Ima–VImi cadence (G–Emi) established in the first four bars is reflected in the IVma–IImi (C–Ami) moves in the subsequent measures. Be aware that this example employs a two-bar strumming pattern that "anticipates" the chord changes in measures 2, 4, 6, and 8.



**Progression 6** is a folk-ballad example employing barre-chord voicings. It's a modal-interchange progression that juggles chords from the parallel keys of A major (A, C#mi, Bmi, and D/F# chords), and A minor (G and F chords). It employs the same strumming pattern from the first two examples, but this time it's set against a half-time feel from the rhythm section. Regarding those barre-chord voicings—for the utmost clarity, position your thumb (behind the neck) parallel to your index finger "bar," and squeeze in a vice-like manner. For the D/F# chord, wrap your thumb up over the top of the neck to fret the low E string.



**Progression 7** is in the style of the lush, folk-ballad arrangements of the 1960s. Don't overlook the subtle orchestration of this C major chord progression: A common-tone "G" unifies the changes in the first six measures (C, F2, Emi7/B, and Ami7), while "F" ties the Dmi7 and G7 chords in measures 7 and 8. Here's a tip for dealing with 6/8 time signatures at moderate tempos such as this: Treat the eighth notes like you would quarter notes (strum down), and the sixteenth notes as you would eighths (strum down–up).

7

**Chapter 3**

In this 12/8 ballad (Progression 26), the basic backbeat rhythm helps to simplify a harmonically complex, A major progression: Ima–VImi–IVma–IImi–Vma–♭VIma–♭VIIma–Ima–Vma–IVma. (The F and G chords are borrowed from the parallel key of A minor.)



Here's a play on another recurring theme in the R&B genre—the I7–Vmi7 vamp (Progression 27). A7 and Emi7 (I7–Vmi7 in the key of A) are the cornerstone chords of the progression. The D7–C–G section (IV7–♭IIIma–♭VIIma) serves as a bridge, or quick turnaround.



Here's a swampy slice of R&B (Progression 28). Blues-based by nature and in the key of E, the progression reads I7–♭IIIma–IV7–I7–♭VIma–♭VIIma. Be sure to precede each E7 chord with a low-E string whack.



17

# Chapter 10

Progression 101 is also a modal progression, but this one is entirely based on the sparkling key of A Lydian (fourth mode of E major). Some of these voicings are quite difficult but well worth the effort. For instance, the C#mi7/A (measure 3) and F#mi7/A (measure 4) voicings both require a two-string, middle-finger barre. If you can't handle this fingering, spread out your hand and use a 4–2–3–1 fingering order (low to high). The B6/E voicing is also a bit of a spread, but oh what a beautiful chord. And those middle-string-set dyad shapes, set against the open-A, B, E string drones, make for an atmospheric outro section.

