# EXHIBIT 23

**Ferrara Demonstrative Exhibit 1**

**Example 3 at Page 7 of the Stewart Report**



**Ferrara Demonstrative Exhibit 2**

**Bars 9-12 at Page 2 of Dr. Stewart's Full Transcription of TOL**



**Ferrara Demonstrative Exhibit 3**

**Bars 12-15 at Page 4 of Dr. Stewart's Full Transcription of the LGO Recording**

**Exhibit 4 to the Stewart Declaration**



**Ferrara Demonstrative Exhibit 4**

**Bars 77-79 at Page 12 of Dr. Stewart's Full Transcription of TOL**

**Exhibit 6 to the Stewart Declaration**



**Bars 1-3 at Page 1 of Dr. Stewart's Full Transcription of LGO**

**Exhibit 4 to the Stewart Declaration**

