UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHRYN TOWNSEND GRIFFIN, HELEN MCDONALD, and THE ESTATE OF CHERRIGALE TOWNSEND, <br><br> *Plaintiffs*, <br><br> -against- <br><br> EDWARD CHRISTOPHER SHEERAN, p/k/a ED SHEERAN, ATLANTIC RECORDING CORPORATION, d/b/a ATLANTIC RECORDS, SONY/ATV MUSIC PUBLISHING, LLC, and WARNER MUSIC GROUP CORPORATION, d/b/a ASYLUM RECORDS <br><br> *Defendants*. | ECF CASE <br><br> 17-cv-5221 (RJS) <br><br> **DECLARATION OF EDWARD CHRISTOPHER SHEERAN** |

I, Edward Christopher Sheeran, declare as follows:

1.  I am a named defendant in this action. I have personal knowledge of, and am fully familiar with, the facts set forth in this Declaration, which I respectfully submit in further support of the Defendants' application for summary judgment.

2.  Together with non-party Amy Wadge, I authored the musical composition titled *Thinking Out Loud*. Shortly after co-authoring *Thinking Out Loud*, I recorded what would become the commercially released version of the song. Jake Gosling composed and programmed the drums in the recording of *Thinking Out Loud*, as producer of the recording.

3.  Although I am advised that this application for summary judgment purely addresses legal issues and whether the supposed similarities between *Thinking Out Loud* and *Let's Get It On* are actionable as a matter of law, because I understand that the Plaintiffs have told this Court that "[t]he defendants do not dispute that they copied *Let's Get It On* in *Thinking Out Loud*," I am submitting this declaration to respond to that assertion.

4.  I did not copy *Let's Get It On*. I have never admitted that I copied *Let's Get It On*

because I did not copy it. I am advised that the Answer filed on my behalf in this lawsuit repeatedly and unequivocally denies that I ever copied *Let's Get It On*. I am further advised that the very first paragraph of the Memorandum of Law filed on my behalf in support of this motion clearly "dispute[s] that any copying occurred."

5. Plaintiffs also make much of the fact that I sang portions of *Let's Get It On* during a performance of *Thinking Out Loud* during the European leg of my 2014 tour, well after *Thinking Out Loud* was written and recorded.

6. I tour and perform extensively. *Thinking Out Loud* is one of the songs I frequently perform on tour. To keep my live performances of material fresh after performing my songs day after day, I often spontaneously "mash-up" songs that I have written with other popular songs that feature the same or similar chord progressions. During the 2014 European tour, I mashed up many of my songs – not only *Thinking Out Loud* – with other popular songs. For example, I mashed up a song of mine called "Don't" with a song by Chris Brown called "Loyal" and a song "No Diggity" by Blackstreet and "The Next Episode" by Dr. Dre. A video of one of my 2014 performances of this mashup is publicly available at this link: https://www.youtube.com/watch?v=ZpiNUKpGI88. These mashups are simply a creative way of playing songs together that share common chord progressions, and nothing more.

7. There are a limited number of chord progressions that are pleasing to the ear, and thus many songs in popular music share similar chord progressions. I mashed-up *Thinking Out Loud* and *Let's Get It On* because portions of *Thinking Out Loud* feature a similar, but not identical, chord progression to the commonly used chord progression used in *Let's Get It On*. There are probably countless mashups out there, as they are a popular way of entertaining live audiences. If someone could claim ownership of these common chord progressions and prevent any later writer

2

from using them, writers would not be able to continue to create new music on these basic building blocks.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 27 2018

                                              EDWARD CHRISTOPHER SHEERAN