ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

KATHRYN TOWNSEND GRIFFIN, HELEN
MCDONALD, and THE ESTATE OF
CHERRIGALE TOWNSEND,

        Plaintiffs,           17 Civ. 5221 (LLS)

   - against -               ORDER

EDWARD CHRISTOPHER SHEERAN, p/k/a
ED SHEERAN, ATLANTIC RECORDING
CORPORATION, d/b/a ATLANTIC
RECORDS, SONY/ATV MUSIC PUBLISHING,
LLC, and WARNER MUSIC GROUP
COPRORATION, d/b/a ASYLUM RECORDS,

        Defendants.

- - - - - - - - - - - - - - - - - - -X

    A conference will be held on Friday, February 1, 2019, at 12:00 noon to set dates for the completion of the consent pre-trial order and trial, and to discuss any other relevant matters.

    So ordered.

Dated: New York, New York
      January 4, 2019

                                   *Louis L. Stanton*
                                  LOUIS L. STANTON
                                    U.S.D.J.