Donald S. Zakarin
dzakarin@pryorcashman.com
Ilene S. Farkas
ifarkas@pryorcashman.com
Andrew M. Goldsmith
agoldsmith@pryorcashman.com

**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036-6569

*Attorneys for Defendant Edward Christopher*
*Sheeran, Atlantic Recording Corporation and*
*Sony/ATV Music Publishing LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHRYN TOWNSEND GRIFFIN, HELEN
MCDONALD, and THE ESTATE OF CHERRIGALE
TOWNSEND,

                *Plaintiffs*,

        -against-

EDWARD CHRISTOPHER SHEERAN, p/k/a ED
SHEERAN, ATLANTIC RECORDING
CORPORATION, d/b/a ATLANTIC RECORDS,
SONY/ATV MUSIC PUBLISHING, LLC, and
WARNER MUSIC GROUP CORPORATION, d/b/a
ASYLUM RECORDS

                *Defendants*.

ECF CASE

17-cv-5221 (RJS)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law and all prior

proceedings had herein, defendants Edward Christopher Sheeran, p/k/a Ed Sheeran, Atlantic Recording

Corporation d/b/a Atlantic Records and Sony/ATV Music Publishing LLC (collectively, the

"Defendants") shall move this Court, before the Honorable Louis L. Stanton at the Daniel Patrick

Moynihan United States Courthouse, Courtroom 21C, 500 Pearl Street, New York, New York, 10007,

on a date and time to be determined by the Court, for an Order:  (i) pursuant to Local Civil Rule 6.3,

granting reargument/reconsideration of the Court's Opinion and Order dated January 3, 2019 (the

"Decision") and, upon granting reargument/reconsideration, declaring the harmonic progression and the harmonic rhythm in LGO unprotectable, commonplace musical building blocks and awarding summary judgment to Defendants; or (ii) in the alternative, in the event the Court does not reconsider the Decision and grant summary judgment to Defendants, pursuant to 28 U.S.C. § 1292(b), certifying an interlocutory appeal to the Court of Appeals for the Second Circuit to determine (a) whether the LGO Deposit Copy defines the scope of copyright protection and (b) whether the determination of protectable elements is, consistent with Second Circuit precedent, a legal question committed to the Court, not the trier of fact.

The reasons and grounds for this motion are more fully described in the accompanying papers.

Oral argument shall be held on a date and at a time designated by the Court.

Dated:  New York, New York
         January 17, 2019

PRYOR CASHMAN LLP

By:*/s/ Donald S. Zakarin*
     Donald S. Zakarin
     dzakarin@pryorcashman.com
     Ilene S. Farkas
     ifarkas@pryorcashman.com
     Andrew M. Goldsmith
     agoldsmith@pryorcashman.com
7 Times Square
New York, New York 10036-6569
Telephone:  (212) 421-4100
Facsimile:   (212) 326-0806

*Attorneys for Defendants*

TO:

Frank & Rice, P.A.
325 West Park Avenue
Tallahassee, Florida 32301
(850) 629-4168
*Attorneys for Plaintiffs*