ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

KATHRYN TOWNSEND GRIFFIN, HELEN
MCDONALD, and THE ESTATE OF
CHERRIGALE TOWNSEND,

        Plaintiffs,

   - against -

EDWARD CHRISTOPHER SHEERAN, p/k/a
ED SHEERAN, ATLANTIC RECORDING
CORPORATION, d/b/a ATLANTIC
RECORDS, SONY/ATV MUSIC PUBLISHING,
LLC, and WARNER MUSIC GROUP
COPRORATION, d/b/a ASYLUM RECORDS,

        Defendants.

- - - - - - - - - - - - - - - - - -X

17 Civ. 5221 (LLS)

ORDER

    At defendants' suggestion, the scheduling conference now set for Friday, February 1, 2019, is adjourned until a date to be set after the pending motion for reargument is decided.

    So ordered.

Dated: New York, New York
      January 29, 2019

                            _____
                               LOUIS L. STANTON
                                   U.S.D.J.