ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------X

KATHRYN TOWNSEND GRIFFIN, HELEN
MCDONALD, and THE ESTATE OF
CHERRIGALE TOWNSEND,

        Plaintiffs,

   - against -

EDWARD CHRISTOPHER SHEERAN, p/k/a
ED SHEERAN, ATLANTIC RECORDING
CORPORATION, d/b/a ATLANTIC
RECORDS, SONY/ATV MUSIC PUBLISHING,
LLC, and WARNER MUSIC GROUP
COPRORATION, d/b/a ASYLUM RECORDS,

        Defendants.
------------------X

17 Civ. 5221 (LLS)

ORDER

    A conference will be held on Friday, March 8, 2019, at 2:30 p.m. to set dates for the completion of the consent pre-trial order and trial, and to discuss any other relevant matters.

    So ordered.

Dated: New York, New York
      February 11, 2019

                                *Louis L. Stanton*
                                LOUIS L. STANTON
                                    U.S.D.J.