ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/8/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
KATHRYN TOWNSEND GRIFFIN, HELEN
MCDONALD, and THE ESTATE OF
CHERRIGALE TOWNSEND,

    Plaintiffs,     17 Civ. 5221 (LLS)

 - against -       ORDER

EDWARD CHRISTOPHER SHEERAN, p/k/a
ED SHEERAN, ATLANTIC RECORDING
CORPORATION, d/b/a ATLANTIC
RECORDS, SONY/ATV MUSIC
PUBLISHING, LLC, and WARNER MUSIC
GROUP COPRORATION, d/b/a ASYLUM
RECORDS,

    Defendants.
- - - - - - - - - - - - - - - - - - -X

  Counsel having appeared before me at a conference on March 8, 2019, it is ORDERED that:

  (1) Before close of business on Thursday, August 15, 2019, the plaintiffs shall submit a draft pre-trial order to the defendants;

  (2) By twelve o'clock noon on Wednesday, September 4, 2019, the parties shall file a joint pre-trial order in the form prescribed in this court's standing orders, together with proposed voir dire questions, proposed jury charges, trial briefs and proposed verdict forms;

  (3) A final pre-trial conference will be held on Friday, September 6, 2019, at twelve o'clock noon;

  (4) Jury selection will begin on Tuesday, September 10, 2019; and

(5)  A jury trial will begin on Wednesday, September 11, 2019, at 10:30 a.m., with the anticipated length of five to seven days.

No extensions of these deadlines will be allowed except upon a showing of good cause not foreseeable at the date of this order.

Failure to comply with the terms of this order may constitute grounds for denial of requested relief, dismissal of the action or of defenses, the entry of judgment of default, or such other actions as may be just in the circumstances.

So ordered.

Dated: New York, New York
       March 8, 2019

                                  *Louis L. Stanton*
                                  LOUIS L. STANTON
                                      U.S.D.J.