# FRANK & RICE

A Professional Association
325 West Park Avenue
Tallahassee, Florida 32301
Telephone (850) 629-4168
Facsimile (850)6 29-4184

March 27, 2019

**VIA ECF**

Hon. Louis L. Stanton
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:     *Griffin , et. al. v. Sheeran, et. al.* **// Case Number 2017-cv-5221 (LLS)**

Dear Judge Stanton:

    We represent the Plaintiffs in the above-captioned matter. It is our understanding that a case management conference is currently planned to take place on Friday, March 29, 2019, before the Court in the companion case of *Structured Asset Sales, LLC v. Sheeran, 1:18-cv-05839*. To our understanding, one (1) of the principal issues to be discussed at the forthcoming case management conference in that case is the question as to whether or not that case should be consolidated with the above-styled case.

    While we do not represent any of the Parties in the *Structured Asset Sales, LLC* matter, because a determination to consolidate the cases would, ultimately, affect the instant case, we felt it was appropriate to "weigh in", of sorts. In that vein, please be advised that the Plaintiffs in the instant case support the consolidation of the cases.

    To the extent that the enumerated Defendants in one (1) or both of the subject cases should express concern as to undue prejudice deriving from the specter of a consolidated case resulting in the Defendants potentially facing the prospect of being "outnumbered" as it relates to experts, the Plaintiffs in this case would be more than willing to waive objection to the Defendants bringing in an additional expert to address and/or rebut any expert testimony that Structured Asset Sales, LLC may deign to present on its own behalf. We would not construe any additional experts the Defendants should deem necessary to include as problematic but, rather, a pragmatic manner to address any perceived prejudice that would derive from consolidation.

    Thank you for your attention and anticipated assistance with the foregoing. Should you have any questions and/or concerns, please do not hesitate to so advise.

Respectfully Submitted,

/s/ P.F.

Patrick R. Frank, Esq.

cc: All counsel of record via ECF filing