N.Y.S.D. Case # 17-cv-5221(RJS)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of May, two thousand and nineteen.

_____

Kathryn Townsend Griffin, Helen McDonald, The Estate of Cherrigale Townsend,

    Plaintiffs,

v.

Edward Christopher Sheeran, personally known as Ed Sheeran, Atlantic Recording Corporation, Sony/ATV Music Publishing, LLC,

    Defendants - Appellees,

Warner Music Group Corp., DBA Asylum Records,

    Defendant,

Structured Asset Sales, LLC,

    Movant - Appellant.

_____

STATEMENT OF COSTS

Docket No. 18-1862

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 16 2019

IT IS HEREBY ORDERED that costs are taxed in the amount of $183.80 in favor of the Appellees Atlantic Recording Corporation, Edward Christopher Sheeran, and Sony/ATV Music Publishing, LLC.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05/16/2019