Donald S. Zakarin
dzakarin@pryorcashman.com
Ilene S. Farkas
ifarkas@pryorcashman.com
Andrew M. Goldsmith
agoldsmith@pryorcashman.com

**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036-6569

*Attorneys for Defendants Edward Christopher Sheeran, Atlantic Recording Corporation and Sony/ATV Music Publishing LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHRYN TOWNSEND GRIFFIN, HELEN MCDONALD, and THE ESTATE OF CHERRIGALE TOWNSEND,<br><br>    *Plaintiffs*,<br><br>  -against-<br><br>EDWARD CHRISTOPHER SHEERAN, p/k/a ED SHEERAN, ATLANTIC RECORDING CORPORATION, d/b/a ATLANTIC RECORDS, SONY/ATV MUSIC PUBLISHING, LLC, and WARNER MUSIC GROUP CORPORATION, d/b/a ASYLUM RECORDS<br><br>    *Defendants*. | ECF CASE<br><br>17-cv-5221 (LLS)<br><br>**NOTICE OF MOTION – DEFENDANTS' FIRST MOTION *IN LIMINE*** |

  **PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law, the Declaration of Ilene S. Farkas, sworn to May 21, 2019 and the Exhibits annexed thereto, and all prior proceedings had herein, Defendants Edward Christopher Sheeran ("Sheeran"), Atlantic Recording Corporation ("Atlantic") and Sony/ATV Music Publishing LLC ("SATV," together with Atlantic and Sheeran, the "Defendants" and each a "Defendant") will move this Court, before the Honorable Louis L. Stanton at the Daniel Patrick Moynihan United States Courthouse, Courtroom 21C, 500 Pearl Street, New York, New York, 10007, on a date and time to be determined by the Court, for an Order: (i) limiting

Plaintiffs to comparing *Thinking Out Loud* with the musical composition *Let's Get It On* as reflected in the deposit copy filed with the Copyright Office for that work; (ii) precluding Plaintiffs from eliciting testimony or otherwise adducing evidence that compares *Thinking Out Loud* to elements contained only in a particular recorded version of *Let's Get It On*; (iii) precluding Plaintiffs from offering argument or evidence that elements found only in a recorded interpretation of *Let's Get It On* are "implied" in the sheet music of *Let's Get It On* deposited with the Copyright Office; and (iv) precluding Plaintiffs from playing at trial the recorded version of *Let's Get It On* performed by Marvin Gaye.

The reasons and grounds for this motion are more fully described in the accompanying papers.

Oral argument shall be held on a date and at a time designated by the Court.

Dated:  New York, New York
        May 21, 2019

                                    PRYOR CASHMAN LLP

                                    By:*/s/ Donald S. Zakarin*
                                        Donald S. Zakarin
                                        dzakarin@pryorcashman.com
                                        Ilene S. Farkas
                                        ifarkas@pryorcashman.com
                                        Andrew M. Goldsmith
                                        agoldsmith@pryorcashman.com
                                    7 Times Square
                                    New York, New York 10036-6569
                                    Telephone:  (212) 421-4100
                                    Facsimile:   (212) 326-0806

                                    *Attorneys for Defendants*

TO:

Frank & Rice, P.A.
325 West Park Avenue
Tallahassee, Florida 32301
(850) 629-4168
*Attorneys for Plaintiffs*