# EXHIBIT 2











Acc. 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
Loc 18-28-37-7-4
Box 8

EP Num# 314589