ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
KATHRYN TOWNSEND GRIFFIN, HELEN
MCDONALD, and THE ESTATE OF
CHERRIGALE TOWNSEND,

        Plaintiffs,                17 Civ. 5221 (LLS)

   - against -
EDWARD CHRISTOPHER SHEERAN, p/k/a
ED SHEERAN, ATLANTIC RECORDING
CORPORATION, d/b/a ATLANTIC
RECORDS, SONY/ATV MUSIC
PUBLISHING, LLC, and WARNER MUSIC
GROUP COPRORATION, d/b/a ASYLUM
RECORDS,

        Defendants.

- - - - - - - - - - - - - - - - - -X

    Counsel having alerted the Court to the Ninth Circuit's June 10, 2019 decision to rehear en banc the three-judge panel disposition in Skidmore v. Led Zeppelin et al., No. 16-56057, the Court will confer with counsel on Friday, July 19, 2019, at 2:30 p.m. regarding whether this Court should stay this case pending the Ninth Circuit's resolution of Skidmore.

Dated: New York, New York
       June 13, 2019

                                          _____
                                          LOUIS L. STANTON
                                              U.S.D.J.