**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KATHRYN TOWNSEND GRIFFIN, HELEN
MCDONALD, and The Estate of CHERRIGALE
TOWNSEND,

                            Plaintiffs,

            -against-

EDWARD CHRISTOPER SHEERAN, p/k/a
ED SHEERAN, ATLANTIC RECORDING
CORPORATION, d/b/a ATLANTIC RECORDS,
SONY/ATV MUSIC PUBLISHING, LLC and
WARNER MUSIC GROUP CORPORATION
d/b/a ASYLUM RECORDS,

                            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/19

Docket No. 17-cv-5221 (RJS)

### PLAINTIFF'S, KATHRYN TOWNSEND GRIFFIN'S, NOTICE OF FILING SUGGESTION OF DEATH AND COMPANION MOTION FOR SUBSTITUTION OF PARTIES

**COMES NOW,** the Plaintiff, **KATHRYN TOWNSEND GRIFFIN,** who, by and through undersigned counsel(s), and pursuant to the *Federal Rules of Civil Procedure, Rule 25,* hereby proffers the following Suggestion of Death—

### SUGGESTION OF DEATH

**PURSUANT TO** the *Federal Rules of Civil Procedure, Rule 25,* Kathryn Townsend Griffin hereby suggests on the Record the death of the Plaintiff, **HELEN McDONALD,** in recent weeks during the pendency of this litigation.

### MOTION FOR SUBSTITUTION OF PARTIES

1. The Decedent, Helen McDonald, has previously established a Trust identified as The Helen Christine Townsend McDonald Trust, dated March 14, 2018. By operation of the Decedent's Last Will and Testament, all of the Decedent's copyright interests in the instant

litigation are transferred to the aforementioned Trust.  The Trustee is Sedrick Harris.

2.  Due to the Decedent's, Helen McDonald's passing, in conjunction with the transfer of her copyright interests into The Helen Christine Townsend McDonald Trust, dated March 14, 2008, the appropriate party in interest to prosecute the Decedent's copyright ownership interests is The Helen Christine Townsend McDonald Trust, dated March 14, 2008.

3.  **Certification**:  The undersigned counsel(s) has conferred with counsel(s) for the Defendants' counsel(s) attendant to the instant Motion and the Defendants have indicated that they do not object to the relief sought herein.

**WHEREFORE**, the Plaintiff, **KATHRYN TOWNSEND GRIFFIN**, Motions this Court for the entry of an Order Substituting The Helen Christine Townsend McDonald Trust, dated March 14, 2008, for the Plaintiff/Decedent, Helen McDonald, Individually, as well as providing for any such other relief as this Court should deem equitable and just.

*So Ordered
Louis L Stanton
6/14/19*

FRANK & RICE, P.A.
Attorneys for Plaintiffs

By: _____

Patrick R. Frank, Esq.
Keisha D. Rice, Esq.
Katherine L. Viker, Esq.
Frank & Rice, P.A.
325 West Park Avenue
Tallahassee, Florida 32301
Telephone: (850) 629-4168
Facsimile:  (850) 629-4184
Attorney(s) for Plaintiffs

1