```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
KATHRYN TOWNSEND GRIFFIN, HELEN
MCDONALD, and THE ESTATE OF
CHERRIGALE TOWNSEND,

        Plaintiffs,

- against -

EDWARD CHRISTOPHER SHEERAN, p/k/a
ED SHEERAN, ATLANTIC RECORDING
CORPORATION, d/b/a ATLANTIC
RECORDS, SONY/ATV MUSIC
PUBLISHING, LLC, and WARNER MUSIC
GROUP COPRORATION, d/b/a ASYLUM
RECORDS,

        Defendants.
- - - - - - - - - - - - - - - - - -X

17 Civ. 5221 (LLS)

    After discussion with counsel, all dates affecting the present schedule in this case are vacated, to be reset at a conference to be held within 10 days after the Ninth Circuit's en banc decision in Skidmore v. Led Zeppelin et al., No. 16-56057.

    So ordered.

Dated: New York, New York
       July 2, 2019

                              *Louis L. Stanton*
                              LOUIS L. STANTON
                                 U.S.D.J.