# FRANK & RICE

A Professional Association
325 West Park Avenue
Tallahassee, Florida 32301
Telephone (850) 629-4168
Facsimile (850)6 29-4184

April 24, 2020

**VIA ECF**

Hon. Louis L. Stanton
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Griffin , et. al. v. Sheeran, et. al.* // Case Number 2017-cv-5221 (LLS)

Dear Judge Stanton:

We represent the Plaintiffs in the above-captioned matter. As you will recall, the Status Conference/Case Management Conference attendant to the instant lawsuit was originally scheduled to take place on March 19, 2020. As a result of the public health concerns in New York at the time deriving from the outbreak of the Covid-19 virus, the respective Parties herein had jointly agreed to and/or requested an adjournment of the previous Status/Conference/Case Management Conference. The request was granted thereafter and the hearing was adjourned until April 29, 2020. As we know, in recent weeks in the wake of the adjournment, the public health crisis has escalated, resulting in a city-wide lockdown of New York.

As a result of the current situation, in contemplation of the hearing scheduled for April 29, 2020, the Parties herein have conferred and concurrently agreed that the best course of action would be to either a.) further adjourn the hearing until the latter portion of May of 2020 or June of 2020 (as the Court's schedule may permit; or b.) make arrangements for the Parties to appear electronically for the April 29, 2020 hearing via telephone or remote video platform such as "Zoom" or "Skype". The Parties are amenable to whatever course of action the Court would deem most efficient and/or convenient for the same.

Thank you for your attention and anticipated assistance with the foregoing. Should you have any questions and/or concerns, please do not hesitate to so advise.

Respectfully Submitted,

/s/ Patrick R. Frank, Esq.
Patrick R. Frank, Esq.
Counsel(s) for the Plaintiffs


/s/ Donald S. Zakarin, Esq.
Donald S. Zakarin, Esq.
Counsel(s) for the Defendants