

ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/20

KATHERINE TOWNSEND
GRIFFIN, *et.al.*,

    Plaintiffs,

vs.

EDWARD CHRISTOPHER
SHEERAN, *et.al.*,

    Defendants.
_____/

CASE NO: 1:17-CV-05221 (LLS))

ORDER ~~(Proposed)~~

**COUNSEL** having conferred pursuant to the previous Order of this Court, it is **ORDERED** that:

(1) Before close of business on Tuesday, September 15, 2020, the Plaintiffs shall submit a draft pre-trial Order to the Defendants;

(2) By twelve o'clock noon on Monday, November 2, 2020, the Parties shall file a joint pre-trial Order in the form prescribed in this Court's standing Orders, together with proposed voir dire questions, proposed jury charges, trial briefs, and proposed verdict forms;

(3) A final pre-trial conference will be held on Monday, November 9, 2020, at twelve o'clock noon;

(4) Jury selection will begin on Tuesday, November 10, 2020; and

(5) A jury trial will begin on Thursday, November 12, 2020, at 10:30 a.m., with the anticipated length of five (5) to seven (7) days.

No extensions of these deadlines will be allowed except upon a showing of good cause not foreseeable at the date of this Order.

Failure to comply with the terms of this Order may constitute ground for denial of requested relief, dismissal of the action or of defenses, the entry of judgment of default, or such other actions as may be just in the circumstances.

So Ordered.

Dated: New York, New York

June **25**, 2020.

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.