UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHRYN TOWNSEND GRIFFIN, HELEN MCDONALD, and THE ESTATE OF CHERRIGALE TOWNSEND,<br><br>　　　　　　*Plaintiffs*,<br><br>　　-against-<br><br>EDWARD CHRISTOPHER SHEERAN, p/k/a ED SHEERAN, ATLANTIC RECORDING CORPORATION, d/b/a ATLANTIC RECORDS, SONY/ATV MUSIC PUBLISHING, LLC, and WARNER MUSIC GROUP CORPORATION, d/b/a ASYLUM RECORDS<br><br>　　　　　　*Defendants*. | ECF CASE<br><br>17-cv-5221 (LLS)<br><br>**AMENDED AND UPDATED RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT ATLANTIC RECORDING CORPORATION** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Atlantic Recording Corporation ("Atlantic") amends and updates its Rule 7.1 Corporate Disclosure Statement as follows: Atlantic is a wholly-owned indirect subsidiary of Warner Music Group Corp., which is a publicly traded company with more than ten percent of its stock owned by AI Entertainment Holdings LLC and certain of its affiliates, which are not publicly traded companies

Dated: New York, New York
　　　　June 26, 2020

　　　　　　　　　　　　　　　　　　　　　　　　PRYOR CASHMAN LLP

　　　　　　　　　　　　　　　　　　　　　　　　By:*/s/ Andrew M. Goldsmith*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Donald S. Zakarin
　　　　　　　　　　　　　　　　　　　　　　　　　　　dzakarin@pryorcashman.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　Ilene S. Farkas
　　　　　　　　　　　　　　　　　　　　　　　　　　　ifarkas@pryorcashman.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　Andrew M. Goldsmith
　　　　　　　　　　　　　　　　　　　　　　　　　　　agoldsmith@pryorcashman.com
　　　　　　　　　　　　　　　　　　　　　　　　7 Times Square
　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10036-6569
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 421-4100
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Atlantic Recording Corporation*