Donald S. Zakarin
dzakarin@pryorcashman.com
Ilene S. Farkas
ifarkas@pryorcashman.com
Andrew M. Goldsmith
agoldsmith@pryorcashman.com

**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036-6569

*Attorneys for Defendants Edward Christopher Sheeran, Atlantic Recording Corporation and Sony/ATV Music Publishing LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHRYN TOWNSEND GRIFFIN, HELEN MCDONALD, and THE ESTATE OF CHERRIGALE TOWNSEND,<br><br>        *Plaintiffs*,<br><br>    -against-<br><br>EDWARD CHRISTOPHER SHEERAN, p/k/a ED SHEERAN, ATLANTIC RECORDING CORPORATION, d/b/a ATLANTIC RECORDS, SONY/ATV MUSIC PUBLISHING, LLC, and WARNER MUSIC GROUP CORPORATION, d/b/a ASYLUM RECORDS<br><br>        *Defendants*. | ECF CASE<br><br>17-cv-5221 (LLS)<br><br>**NOTICE OF MOTION – DEFENDANTS' SECOND MOTION *IN LIMINE*** |

**PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law, the Declaration of Donald S. Zakarin, sworn to July 8, 2020 and the Exhibits annexed thereto, and all prior proceedings had herein, Defendants Edward Christopher Sheeran ("Sheeran"), Atlantic Recording Corporation ("Atlantic") and Sony/ATV Music Publishing LLC ("SATV," together with Atlantic and Sheeran, the "Defendants" and each a "Defendant") will move this Court, before the Honorable Louis L. Stanton at the Daniel Patrick Moynihan United States Courthouse, Courtroom 21C, 500 Pearl Street, New York, New York, 10007, on a date and time to be determined by the Court, for an Order, pursuant

to Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), (i) excluding the expert report of Dr. Alexander Stewart ("Dr. Stewart") and excluding Dr. Stewart as a trial witness; or (ii) in the alternative, in the event the Court does not exclude Dr. Stewart's expert report in its entirety and exclude Dr. Stewart as a trial witness, limiting the admissibility of the Dr. Stewart expert report and the testimony of Dr. Stewart for the reasons and to the full extent set forth in Section III of the accompanying Memorandum of Law.

The reasons and grounds for this motion are more fully described in the accompanying papers.

Oral argument, if any shall be directed by the Court, and shall be held on a date and at a time designated by the Court.

Dated: New York, New York
July 8, 2020

                                                PRYOR CASHMAN LLP

                                                By:*/s/ Donald S. Zakarin*
                                                    Donald S. Zakarin
                                                    dzakarin@pryorcashman.com
                                                    Ilene S. Farkas
                                                    ifarkas@pryorcashman.com
                                                    Andrew M. Goldsmith
                                                    agoldsmith@pryorcashman.com
                                                7 Times Square
                                                New York, New York 10036-6569
                                                Telephone:  (212) 421-4100
                                                Facsimile:   (212) 326-0806

                                                *Attorneys for Defendants*

TO:

Frank & Rice, P.A.
325 West Park Avenue
Tallahassee, Florida 32301
(850) 629-4168
*Attorneys for Plaintiffs*