# EXHIBIT 4

*From: "Ed Sheeran - X"*

# Thinking Out Loud

by

ED SHEERAN and AMY WADGE

Published Under License From

Sony/ATV Music Publishing

© 2014 Sony/ATV Music Publishing (UK) Ltd and BDi Music Ltd This music has been legally downloaded.
All Rights Reserved. Do not photocopy.

Authorized for use by *Alexander Stewart*

NOTICE: Purchasers of this musical file are entitled to use it for their personal enjoyment and musical fulfillment. However, any duplication, adaptation, arranging and/or transmission of this copyrighted music requires the written consent of the copyright owner(s) and of Sony/ATV Music Publishing. Unauthorized uses are infringements of the copyright laws of the United States and other countries and may subject the user to civil and/or criminal penalties.

 http://www.musicnotes.com

# Thinking Out Loud

Words and Music by Ed Sheeran and Amy Wadge



© 2014 Sony/ATV Music Publishing (UK) Ltd and BDi Music Ltd
All Rights Reserved.

musicnotes.com            Authorized for use by *Alexander Stewart*



musicnotes.com

Authorized for use by *Alexander Stewart*



4

Lyrics:
kiss me un-der the light of a thou-sand stars,

place your head on my beat-ing heart, I'm think-ing out loud may-be

we found love right where we are. where we are.

La, la,

Authorized for use by *Alexander Stewart*

