# EXHIBIT 5

# Money Chords

## A Songwriter's Sourcebook of Popular Chord Progressions

*Richard J. Scott*

Writers Club Press

San Jose  New York  Lincoln  Shanghai

**Money Chords**
A Songwriter's Sourcebook of Popular Chord Progressions

All Rights Reserved © 2000 by Richard J. Scott

No part of this book may be reproduced or transmitted in
any form or by any means, graphic, electronic, or mechanical,
including photocopying, recording, taping, or by any
information storage or retrieval system, without the
permission in writing from the publisher.

Published by Writers Club Press
an imprint of iUniverse.com, Inc.

For information address:
iUniverse.com, Inc.
620 North 48th Street
Suite 201
Lincoln, NE 68504-3467
www.iuniverse.com

ISBN: 0-595-01039-3

Printed in the United States of America

# "E-G#" Chord Progressions

The most frequent progressions that begin with the "E" chord and then move to the "G#" chords are as follows:

| | |
|---|---|
| Rock Ballad ("G#m" Substitution) | E-G#m-A-B7  ← |
| Standard("G#m" Substitution) | E-G#m-F#m-B7 |
| Five Chord Ragtime | E-G#7-C#7-F#7-B7 |
| Descending "E-D#-C#-B" Bass Lines | E-G#m/D#-C#m-E/B<br>E-G#7/D#-C#m-E7/B |
| Descending "E-D#-D-C#" Bass Lines | E-G#m/D#-Bm/D-C#7 |

The "E-G#m-A-B7" Rock Ballad("G#m" Substitution)Progression is similar to the "E-C#m-A-B7" Rock Ballad Progression except the "C#m" chord has been substituted by the "G#m" chord which creates an interesting Ascending Bass Line. The "E-G#m-A-B7" Progression was used in the 1960s and 1970s to create such songs as Peter And Gordon's 1965 top twenty cover of Buddy Holly's *True Love Ways*, Ex-Beatle Paul McCartney's 1973 James Bond film theme hit *Live And Let Die*, and Rod Stewart's 1989 *Have I Told You Lately*.

The "E-G#m-F#m-B7" Standard("G#m" Substitution)Progression is similar to the "E-C#m'F#m-B7" Standard Changes except that the "G#m" chord is substituted for the "C#m" chord. Examples of hit songs based on the Standard("G#m" Substitution)Progression commonly used in 1960s and 1970s include Bobby Vinton's 1963 number one *Blue Velvet*, The Commodores' 1977 top five *Easy*, and Melissa Manchester's 1979 top ten *Don't Cry Out Loud*.

The "E-G#7-C#7-F#7-B7" Five Chord Ragtime Progression follows the Circle of Fifths through four changes was used primarily in the 1920s. Where Blues Progressions tend to be twelve bars, in

# GUITAR
## · FOR ·
# ADVANCED BEGINNERS

## THE PRACTICAL APPROACH TO LEARNING AND USING BARRE CHORDS



BARRE CHORDS 101: THE E-FORM MAJOR BARRE CHORD SHAPE. E-STRING NOTES AND E-STRING CHORDS. THE IMPORTANCE OF LOCATION AND SHAPE. THE ACE FRAMEWORK. THE ANDALUSIAN CADENCE. CHANGING BARRE CHORD SHAPES. E-FORM MINOR. E-FORM 7th. THE INCREDIBLE ANDALUSIAN CADENCE. THE VI-V-IV-V PROGRESSION. THE BO DIDDLEY RHYTHM: REVIEW TO DATE. FRET-HAND MUTING. SIXTEENTH-NOTE SYNCOPATION. THE BO-DIDDLEY STRUM. A-FORM BARRE CHORDS 101: LOCATING BARRE-CHORD ROOT NOTES. IDENTIFYING NOTES ON THE A-STRING. THE A-SHAPE BARRE CHORD: THREE OPTIONS. POTENTIAL NON-CONFORMER. B TO A FLIP: THE A TO E FLIP. THE THIRD FINGER ROLL. THE SECOND FINGER PIVOT. THE POWERFUL IV AND IV RELATIONSHIPS. THE I-IV-V-IV PROGRESSION. OPTIONS, OPTIONS, OPTIONS: INTEGRATING A- AND E-FORM BARRE CHORDS. REVIEW OF THE MUSICAL ALPHABET. A-STRING NOTES AND A-STRING CHORDS. ACE OF A-STRING. E-STRING NOTES AND E-STRING CHORDS. E MINOR AND 7th CHORD REVIEW. ACE OF E-STRING. NATURAL NOTE LOCATION. A-FORM BARRE CHORDS 102: E-FORM REVIEW. MOVABLE CHORD. MOVABLE A7 FORM. THE RETURN OF THE ANDALUSIAN CADENCE WITH A FANTASTIC SONG. LEARN THESE MOVABLE CHORD PROGRESSIONS A-- THE ULTIMATE ACE REVIEW. CHORD PROGRESSION REVIEW. THE I-II-I V-VI-IV PROGRESSION. SOPHISTIC NON-CONFORMER. POWER CHORDS CHORD? TERMINOLOGY & JARGON. POWER CHORD FINGERING OPTIONS DS. SLIDE TECHNIQUE. SCRATCH TECHNIQUE. A POWER CHORD STOP EVIEW AND JAM AND GRADUATION

# NEW YORK CITY GUITAR SCHOOL

# GUITAR
## · FOR ·
# ADVANCED BEGINNERS
## NEW YORK CITY GUITAR SCHOOL



Guitar for Advanced Beginners
© 2016 New York City Guitar School
Text © 2016 by Dan Emery

All rights reserved. No part of this book may be reproduced in any manner in any media, or transmitted by any means whatsoever, electronic or mechanical (including photocopy, film or video recording, Internet posting, or any other information storage and retrieval system), without the prior written permission of the publisher.

Published in the United States by NYC Guitar School.

NYC Guitar School
251 West 30th Street
New York, NY 10001

Publisher: Dan Emery
Editor: Vince DeMasi and Matt Williamson
Additional Material by: Matt Williamson

Book design: Chika Azuma

Printing: InstantPublisher

ISBN 978-0-9825998-6-0
First edition

Printed and Bound in the United States

## Super-Charge Your Learning

**IN PERSON** *nycguitarschool.com*
Schedule lessons or sign up for classes, events, open mics and camps here in New York City. Visiting New York? Drop by for a lesson or just to say hello!

**LEARN ONLINE** *guitarlessons.nyc*
Sign up for NYC Guitar School Online and get full access
- Hundreds of video lessons that correspond with your book
- Online chord dictionary with audio clips
- Online strum library with video examples
- Online access to all five NYC Guitar School core courses
- Hundreds of charts for all of your favorite songs
- And more

## Acknowledgements

Wow! I can't believe we're here...the final book in the New York City Guitar School beginner series. When I started writing Guitar For Absolute Beginners, the school had only one teacher (yours truly), my young family had one small child, and I had a small but amazing group of students and friends who encouraged me.

Since those first days of typing away lesson plans on the subway, a lot has changed. Last year our 50 teachers taught over 3,000 students in our city locations and thousands more around the world via our books and online classes, and that little son is now taller than me! But one thing that hasn't changed is that I'm surrounded by students, teachers and friends who inspire and push me and the school to be better.

Thank you to my students, who shared their enthusiasm, stoked my love of music, endured my teaching mistakes, and encouraged my teaching improvements. The moments when I am teaching you are among the happiest in my life.

Thank you to all those who have read and used the books, who have left reviews on Amazon, and who have written emails and letters of encouragement and criticism.

Thank you to the teachers, especially those who have been part of the school since its infancy, including Matt Boas, Lenny Molotov, Suke Cerulo, Brett Parnell, Tom Burda, Kenji Shinagawa, Vince DeMasi, Tia Vincent-Clark, Michelangelo Quirinale, Kyle Tigges, Tony Calabro, Jaime Garamella, Austin Mendenhall, Aki Ishiguro. I am also thankful to those teachers who contributed to NYCGS and spent time here before moving on to other cities or paths, especially Matt Williamson, Anne Husick and Woody Quinn.

Thank you to my teachers. Mike Dulak taught me my first riffs and licks back in Moscow, Idaho, and demanded that I teach myself by listening to the record (pre-internet TAB). Walter Parks taught me rhythm, inversions and voicings...and demonstrated the importance of presence and conviction in guitar playing and life. And Joe Calvert taught me modes and scales, and modeled approaching guitar teaching in an organized, student centered manner.

Two of my best teachers I knew only through their books: Mick Goodrick's book *The Advancing Guitarist* influenced me the most as a guitar player, and Jerry Silverman's *How to Play The Guitar* influenced me the most as a teacher.

I spent untold hours with great musicians who shared their chops, progressions and perspectives with me, including Steve Espinola, Tom Nishioka, Lenny Molotov and Matthias Miller. And of course, Hank Williams, Chuck Berry, Billy Gibbons, Mike Campbell and hundreds of other songwriters and guitar players were my constant guitar companions in their songs.

Thanks to co-owner Jen Elliott for making NYCGS the friendliest and most enthusiastic guitar school on the planet and having my back at all times. Thanks to Shane Chapman for putting all our courses online (and insisting that the school run a profit). Thanks to Samoa Jodha for constantly influencing our school (and me) to be kind, empowering and excellent. Thanks to our Leadership Team, including Ivan Orellana, Rob Adler, Subrina Torres and Leanna Burton for building and running our programs.

Finally, thank you to the team that brought this book into completion. Thank you to Chika Azuma, who made this book look beautiful despite my best efforts. Thank you to Vince DeMasi for his skillful editing and comments. And especially thank you to Matt Williamson, who revised the book organization, rewrote several sections, created the practice plans, took photos, and brought the book over the finish line. Awesome job, Matt—now, please move back to NYC!

Dan

# CLASS SEVEN SONGS
*A-*Form *Major/Minor/7th* Chords

THE ANDALUSIAN CADENCE is the right progression to practice moving up and down the *A*-string, but the *I-iii-IV-V* progression is the PERFECT chord combination to begin mixing your new *A*-shape minor and 7th chords with *E*-shape chords.

It shows up in songs like "I Do" by Jude, "If I Had A Hammer" by Pete Seeger and Lee Hays, "**Cruel to be Kind**" by Nick Lowe, "**True Love Ways**" by Buddy Holly, "**I Started A Joke**" by the Bee Gees, "**Ziggie Stardust**" by David Bowie....

### If I Had a *I-iii-IV-V* Progression

| | *E*-form | *A*-form | *A*-form | *A*-form | |
|---|---|---|---|---|---|
| ‖: | G | Bm | \| C | D7 | :‖ |
| → | I | iii | IV | V7 | |

You already know that the Andalusian Cadence is one of the worlds most common song progressions. It also is the perfect progression to practice moving your new A-string based barre chords up and down the neck. Try it out:

### Andalusian In *D* Minor

‖: Dm    C    | B♭    A7    | Dm    C    | B♭    A7    :‖

Once you get comfy with the descending barre shapes, try going in the other direction with this progression reminiscent of the classic "**Live and Let Die**" by Paul McCartney, or "**Do You Believe in Love**" by Huey Lewis, or the verse to "**I Do**" by Howie Day.

### Live and Let Lie

‖: B♭    Dm    | E♭    F    :‖

# CLASS EIGHT SONGS
*I-V-vi-IV* AND *I-iii-IV-V*

HERE AGAIN is the *I-V-vi-IV* progression, a la "One Day" by Matisyahu, "No Woman No Cry" by Bob Marley, "Someone Like You" by Adele and zillions of other tunes. Since the release of a video called "Four Chord Song" by Axis of Awesome, some people just call this the Axis of Awesome Chord Progression. Here the progression is written in the key of *D*, just as the Axis of Awesome play it.

### 4 Chords of Glory

| D | A | Bm | G |

We first played the *I-iii-IV-V* progression in Class Seven. Here it is again, in the key of *A*, so that you can continue mixing your *A*-shape minor and *7th* chords with *E*-shape chords. It shows up in songs like "If I Had A Hammer" by Pete Seeger and Lee Hays, "Cruel to be Kind" by Nick Lowe, "Ziggie Stardust" by David Bowie, "Good Little Girl/Bad Little Boy" from Adventure Time, "Stuck on You" by Lionel Richie, "Live and Let Die" by the Wings, "Fun, Fun, Fun" by the Beach Boys, "Crocodile Rock" by Elton John, and "Let's Get It On" by Marvin Gaye.

By the way, even though "Let's Get It On" was recorded in 1973, which is AFTER dozens of other *I-iii-IV-V* songs were recorded, I firmly believe that Marvin Gaye did not plagarize the song—he was simply writing a song using a common progression, just like every other professional songwriter does.

Play the first chord as an *E*-form and the last three chords as *A*-shape chords.

### 4 Chords of Slightly Less Glory

→ | A | C♯m | D | E7 |