# EXHIBIT 6

grouping of 16th notes and triplets must show the start of all four beats. In 6/8, the fourth eighth note must be visible. In 12/8, the seventh eighth note must be visible. Beams on eighth notes, sixteenth notes, or triplets should not cross over the imaginary barline.

## Terms Used in Arranging 1

*Also see Terms Used in Writing Skills*

• Anticipation - A technique of melodic or rhythmic alteration which changes a note that occurs on-the-beat to be played early resulting in syncopation. The most common anticipations occur one-half beat early (an 8th note anticipation), a quarter-of-a-beat early (a 16th note anticipation), or one-third of a beat early (a triplet anticipation). When the anticipation occurs in the melody, it is a melodic anticipation. Anticipations are sometimes also called "pushed notes" or "pushes."

• Chord Tone - the pitches in a chord that determine its basic sound quality. Chord tones are the following:
a. root, 3rd and 5th of a triad (major, minor, augmented or diminished).

b. root, 4th and 5th of a triad (sus 4 triad).
c. root, 3rd, 5th and 7th of seventh chords.
d. root, 4th, 5th and flat 7th of a dominant 7th sus 4 chord.
e. root, 3rd, 5th and 6th of a sixth chord (major, minor).

• Delayed Attack - A technique of melodic or rhythmic alteration which changes a note that occurs on-the-beat to be played one-half beat late (an 8th note delayed attack or hesitation), a quarter-of-a-beat late (a 16th note delayed attack), one-third of a beat late (a triplet delayed attack), or one full beat late. The opposite of an