# EXHIBIT 7



FENDER.COM    SHOP    PLAY    TUNE    BEGINNERS

SIGN IN

Fender uses cookies to ensure you get the best experience on our website.    Learn more

**Fender PLAY**

14-DAY FREE TRIAL    GUITAR ▾    BASS ▾    UKULELE ▾    SONGS    TOOLKIT ▾    ARTICLES    SUPPORT

## Play Your Favorite Songs + Score 10% Off Fender.

**START YOUR FREE TRIAL**

Technique Lesson

# Show Me: Chord Anticipation

 Instructor

Learn what chord anticipation is, when it is used and how to add chord anticipation to your strumming patterns.

By the end of this lesson you will:

- Describe a chord anticipation
- Describe when it is used
- Use anticipations in strumming patterns

