**Lead sheet.** In jazz and popular music, a shorthand score or part. It may provide melody and chord symbols [see *Fake-book notation], along with accompanimental figures and/or lyrics.

B.K.