# Pop 🔓

Richard Middleton, David Buckley, Robert Walser, Dave Laing, and Peter Manuel

**Published in print:** 20 January 2001
**Published online:** 2001

72). **Unlike classical music** or that of **Tin Pan Alley** and **ragtime, which** was **written down** in the **form** of the **score, popular music styles** such as **blues, country** and **rhythm** and **blues were improvised** and **only later written down** and **stored** as **sheet music.** The **musical event (a record** or a **performance) thus replaced** the **score** as the **defining moment** of **individual creation**. Sounds could be **stored** on tape and be edited, multi-tracked and treated with effects. Introduced in 1948, this new technology revolutionized **music**-making and gave the producer **a** new pre-emin ... Show More