Page 130

1                        STEWART

2        A     That's another sort of tricky

3   one.  I guess you could call it another

4   verse, but it's also kind of the outro

5   or ending.

6        Q     So would you call either the

7   outro or --

8        A     An ending that is based kind

9   of on the verse and it just kind of

10  repeats to the end.

11       Q     Thank you.

12             If you look at Page 5 of the

13  Ferrara report.

14             If you look at the structure

15  of Thinking Out Loud that Dr. Ferrara

16  has written at the bottom of Page 5.

17             Do you see that?

18       A     Yes.

19       Q     I'm going to read to you what

20  you have just told me is the structure

21  of the deposit copy of Let's Get It On,

22  and I'd like you to compare it to the

23  structure of Thinking Out Loud as

24  charted by Dr. Ferrara.

25             So you have told me that it's

Page 131

1                           STEWART

2      verse 16 bars, chorus 16 bars, verse 16

3      bars, verse 16 bars, bridge, I believe

4      you also said 16 bars.  The next

5      section --

6          A     The bridge, no, it was

7      longer.  That first bridge in Let's Get

8      It On is longer.

9          Q     You're right, 32 bars.

10         A     Um-hum.

11         Q     So bridge 32 bars.  The next

12     section you were unclear whether you

13     would label that as a verse or a

14     chorus?

15         A     Um-hum.

16         Q     You had it at 32 bars.  The

17     next section you had as a bridge for

18     eight bars, and then you had the outro

19     or verse for the remainder of the song?

20         A     Yes.

21         Q     Would you agree that the

22     structure of the Let's Get It On

23     deposit copy and Thinking Out Loud are

24     different?

25         A     They have differences and

```
1                    STEWART
2    they have similarities.
3         Q    But they're different,
4    correct?
5              MR. FRANK:  Asked and
6         answered.
7              Objection.
8         A    There are differences and
9    there are similarities.
10        Q    Well, if something has
11   differences and similarities they're
12   not the same, correct?
13        A    They are not identical.
14        Q    They're not even close to
15   identical, are they?
16             MR. FRANK:  Objection.
17             Asked and answered.
18             You can go ahead.
19        A    I have to say they have
20   similarities and differences.  And I
21   think some of the similarities are
22   important.  I'd be happy to tell you
23   what you they are.
24        Q    I'm simply asking you if the
25   structure of the two songs is the same.
```

Page 133

                              STEWART
1
2    I didn't ask you if have they have
3    similarities, I asked you if they are
4    the same structurally?
5              MR. FRANK:  Objection.  Asked
6         and answered.
7              Go ahead.
8         Q    Are the structures of the
9    deposit copy of Let's Get It On and
10   Thinking Out Loud the same?
11        A    They have important
12   similarities and they have important
13   differences.
14        Q    What key is the deposit copy
15   of Let's Get It On in?
16        A    E-flat.
17        Q    And what key is the recorded
18   version of Let's Get It On in?
19        A    E-flat.
20        Q    And your transcriptions are
21   the key of D major, correct?
22        A    D major?
23        Q    Yeah.
24        A    Yeah because I transposed
25   them to the same key for comparison

1                    STEWART

2    purposes which is standard

3    musicological procedure.

4        Q      And what is the basic chord

5    progression in Let's Get It On deposit

6    copy?

7        A      For the verses and choruses

8    it is in the key of E-flat.  Should I

9    give it to you or in the key of D or

10   using Roman numerals?

11       Q      No, Roman numerals.

12       A      One with the capital I

13   meaning major, three with three small

14   Is meaning minor, and then IV major, V

15   major.  So I, III, IV, V.

16       Q      And would I be correct that

17   the V is a V major VII?

18       A      No, it's not.

19       Q      So it's your testimony that

20   the deposit copy, the last chord in the

21   chord progression is not a V major VII?

22       A      It would be my testimony,

23   yes.

24       Q      Would you agree that the

25   basic chord progression in the Let's

Page 135

STEWART

1

2      Get It On deposit copy and Thinking Out

3      Loud are not identical?

4          A     They are extremely similar

5      but they are not identical.

6          Q     Looking at the deposit copy,

7      the fourth chord depicted there, what

8      do you see written there?

9          A     B-flat VII.

10         Q     So is that not a V major VII?

11         A     It's not.

12         Q     What is it?

13         A     It's a V dominant VII.

14         Q     V dominant VII?

15         A     Yes.

16         Q     How would you actually notate

17     that in your report Roman Numeral wise?

18         A     V-VII.  Roman Numeral 5.

19         Q     Roman numeral 5 like a V --

20     an upper case V with a VII.

21              Do you agree that the basic

22     chord progression in the Let's Get It

23     On deposit copy is not original to

24     Let's Get It On?

25         A     These four chords have been

Page 136

STEWART

1
2  used in other compositions prior to
3  Let's Get It On.
4       Q    And would you agree that it's
5  a relatively common chord progression
6  that predates Let's Get It On?
7       A    I wouldn't say it's that
8  common.
9       Q    How common would you say it
10 is?
11      A    Well, there were -- out of
12 hundreds of thousands of songs there
13 were a handful who used it.  I can't
14 really -- I mean it was more than -- a
15 lot more than one.  More than one and
16 certainly not --
17      Q    Hundreds?
18      A    I don't think so.
19      Q    Dozens?
20      A    I think Dr. Ferrara has done
21 a pretty good job of trying to find
22 every song that has a progression
23 that's even remotely similar and he's
24 come up with how many.
25      Q    What makes you think he's

Page 137

1                        STEWART

2    done a pretty good job of finding every

3    song that has that progression?

4         A     Well, because this is what he

5    kind of always does is try to bury us

6    with so-called prior art that he says

7    is similar.

8         Q     Well, how many pieces of

9    prior art do you think are enough to

10   prove that it's not original to Let's

11   Get It On?

12        A     Well, I think I already said

13   it's not original so I don't think we

14   have any issue there.  I said that

15   other songs have this chord

16   progression.

17        Q     So can I turn your attention

18   to Visual Exhibit E to Dr. Ferrara's

19   report?

20        A     Visual Exhibit E.

21              Yes.

22        Q     And do you see that this is

23   an excerpt from a guitar method book

24   called Guitar for Advanced Beginners.

25              Do you see that?

Page 138

                                    STEWART

1

2        A      It's very difficult to read.

3   But, yes, it seems to say that.

4        Q      If you turn the page twice

5   you can see that there's an excerpt

6   from Page 84 of this Guitar Book for

7   Advanced Beginners?

8        A      Yes.

9        Q      And do you see about midway

10  down -- the bottom half of the page

11  references the chord progression that

12  is at issue here.

13              Do you see that?  The

14  I-III-IV-V chord progression?

15       A      Yes.

16       Q      And do you see the sentence

17  right above that that says by the

18  way -- well, hold on.  The start of

19  that section says, we first played the

20  I-III-IV-V progression in Class VII.

21  And then I'm skipping over the next

22  sentence, is says is shows up in songs

23  like "If I Had A Hammer" by Pete Seeger

24  and Lee Hays, "Cruel to be Kind" by

25  Nick Lowe, "Ziggie Stardust" by David

Page 139

1                    STEWART

2   Bowe, "Good Little Girl/Bad Little Boy"

3   from Adventure Time, "Stuck on You" by

4   Lionel Richie, "Live and Let Die" by

5   the Wings, "Fun, Fun, Fun" by the Beach

6   Boys, "Crocodile Rock" by Elton John

7   and "Let's Get It On" by Marvin Gaye.

8              Do you see that?

9        A    Yes.

10        Q    Do you disagree with any of

11   those?  Do you disagree with anything

12   in that sentence?

13        A    I can't really comment on

14   that because I haven't listened to all

15   of these songs to confirm that.

16        Q    And it says, by the which

17   even though Let's Get It On was

18   recorded in 1973 which is after dozens

19   of other I-III-IV-V songs were

20   recorded, I firmly believe that Marvin

21   Gaye did not plagiarize this song - he

22   was simply writing a song using a

23   common progression just like every

24   other professional songwriter does.

25              Do you see that sentence?

Page 140

```
 1                      STEWART

 2      A     Yes.

 3      Q     Do you agree?

 4      A     First of all --

 5            MR. FRANK:  Which part of the

 6      sentence are you asking him if he

 7      agrees with?  There's several

 8      propositions.  Whether Marvin Gaye

 9      plagiarized Let's Get It On or

10      whether it's common progression

11      and every other professional

12      songwriter uses it?

13      Q     Is there anything in that

14   sentence that you disagree with?

15      A     Well, just on your previous

16   sentence that you read I would like to

17   say that some of these songs that are

18   listed postdate Let's Get It On, so

19   that needs to be pointed out.  No, I

20   have not listened to all of them.  But

21   in terms of the sentence you just read,

22   I don't think I have a problem with

23   that.  I think what's unique about what

24   Marvin Gaye did was the way that he

25   expressed it -- this chord progression
```

```
1                        STEWART
2    in a distinctive way.  So this case is
3    not really just about abstract four
4    chords, it's about how these four
5    chords were expressed in this
6    composition.
7        Q    Well, but if the -- if the
8    existence of this chord progression
9    were the only similarity that you found
10   between these two songs, would your
11   conclusion still be that the similarity
12   can only be the result of copying?
13           MR. FRANK:  Objection,
14       predicate.
15           Go ahead.
16       A    Could you repeat that?
17       Q    Sure.
18           If the existence of this
19   similar chord progression were the only
20   similarity between these two
21   compositions, would your conclusion
22   still be that the similarity can only
23   be the result of copying from Let's Get
24   It On?
25       A    Well, if it were just this
```

```
 1                    STEWART
 2    chord progression in the abstract that
 3    were the only thing in common; yeah, it
 4    would not -- what was your phrase?
 5         Q    Well, I'm use your phrase
 6    from your report which is that these
 7    similarities can only be the result of
 8    copying Let's Get It On?
 9         A     That would not be my
10    conclusion if that were the only thing.
11    And that's, again, the chord
12    progression in the abstract, just these
13    Roman numerals, not the way that it's
14    actually expressed in terms of
15    rhythmically and all the other details.
16              MS. FARKAS:  Why don't --
17         it's probably a good time for a
18         break.
19              VIDEOGRAPHER:  The time is
20         12:50.  This is the end of Video
21         2.  We're off the record.
22              (Whereupon, a lunch recess
23         was taken at 12:50 p.m.)
24
25
```

Page 143

1                    STEWART

2          A F T E R N O O N   S E S S I O N

3             (Time noted:  2:00 p.m.)

4      A-L-E-X-A-N-D-E-R  S-T-E-W-A-R-T,

5             Resumed, having been previously sworn by a

6      Notary Public within and for the State of New York,

7      was further examined and testified under oath as

8      follows:

9             VIDEOGRAPHER:  The time is

10        2:00 p.m.  We're on the record.

11        This is Video 3.

12     CONTINUED EXAMINATION BY MS. FARKAS:

13        Q    Good afternoon, Dr. Stewart.

14        A    Good afternoon.

15        Q    You had testified earlier

16     about the June 2015 report and you had

17     testified that you had corrected or

18     made certain changes to the June 2015

19     report a few days after you transmitted

20     the report dated June 3, 2015 to

21     plaintiff's counsel; is that correct?

22        A    I'm confused because I'm not

23     sure what you mean by the June 15th

24     report.

25        Q    No, I said the June 2015.

```
 1                    STEWART
 2   Maybe I misspoke, I will say it again.
 3        A    I thought it said.
 4        Q    I might have misspoken.
 5             So we had marked a report
 6   from you that was signed by you and
 7   dated June 3, 2015, correct?
 8        A    Yes.
 9        Q    And you had testified
10   earlier, I believe, that you had made
11   certain changes to that report dated
12   June 3, 2015, a few days later; is that
13   correct?
14        A    Yes.
15        Q    And that you had sent that
16   onto plaintiff's counsel, correct?
17        A    Yes.
18        Q    How did you send it to
19   plaintiff's counsel, via e-mail?
20        A    Well, you know, I left for
21   Europe like that same week and I recall
22   that I attached it to an e-mail right
23   before I left.  And then I was kind of
24   out of touch for a couple of weeks.
25             MS. FARKAS:  Well, we would
```

1                    STEWART

2        ask for the transmittal e-mail to

3        be produced to us along with

4        whatever was sent along with it.

5             MR. FRANK:   Sure.

6        Q     Do you know -- I believe both

7    your June 2015 report and your

8    December 2017 report identify the

9    compensation for your preparing the

10   report and analysis at $275 an hour; is

11   that correct?

12       A     Yes.

13       Q     Do you know what the total

14   compensation that you've been paid to

15   date is on this matter?

16       A     I don't recall.

17       Q     We have two transmittal

18   letters, the first one I had shown you

19   from April 2015 that had a $2,000

20   payment, and I will represent to you

21   that there's a second letter that has

22   another 2000 payment sent to you.

23            Do you recall whether you

24   were paid anything more than that

25   $4,000 on this matter?

```
 1                    STEWART
 2      A    I think I was.
 3      Q    When you send invoices are
 4  they itemized in any way?
 5      A    I don't recall.
 6      Q    Do you typically send
 7  itemized invoices?
 8      A    Yes.  I mean, itemized in
 9  terms of what kinds of work I was
10  doing, what the tasks were that I was
11  accomplishing.
12      Q    What are some of the
13  categories of tasks that you would
14  itemize on your invoices?
15      A     Transcription analysis,
16  writing the report, those kinds of
17  things.
18      Q    I think you testified earlier
19  that the fourth chord on the Let's Get
20  It On deposit copy is a V 7 chord,
21  correct?
22      A    Yes.
23      Q    And I'd like to show you
24  what's been marked as Stewart
25  Exhibit 6.
```

Page 147

1                     STEWART

2            (Sheet music to Let's Get It

3       On, was marked Stewart Exhibit 6,

4       for identification, as of this

5       date.)

6       Q     Can you identify this

7  document for us?

8       A     It appears to be the sheet

9  music to Let's Get It On.

10       Q     And if you look at the bottom

11  left corner of really any of the pages

12  other than the cover page, do you see

13  it says musicnotes.com at the bottom

14  left?

15       A     Yes.

16       Q     Does that refresh your

17  recollection as to whether that's a

18  site from which you get sheet music?

19       A     That's the sight I generally

20  go to, yes.

21       Q     Am I correct that the fourth

22  chord noted on the published sheet

23  music for Let's Get It On is a V 7

24  chord?

25       A     Yes.

Page 148

1                          STEWART

2        Q    And looking at the deposit

3   copy of Let's Get It On -- not the

4   sheet music, the deposit copy -- do you

5   agree that the Let's Get It On deposit

6   copy does not include drums?

7        A    The drums are not notated on

8   the deposit copy.

9        Q    And do you agree that the

10  base part is not notated on the Let's

11  Get It On deposit copy?

12       A    The base part is implied but

13  it is not notated.

14       Q    What do you mean by implied?

15       A    Well, it's implied by virtue

16  of the fact that -- the deposit copy

17  shows or indicates where each chord

18  change occurs and -- so that dictates

19  where the base notes would go.

20       Q    And that's common practice

21  that the chord progression would

22  dictate where the base chord -- the

23  base notes go?

24       A    Rhythmically, yes.

25       Q    Well, beyond rhythmically it

1                    STEWART

2    also dictates the actual base notes

3    that are being played, no?

4         A    Typically because the base

5    would be playing the roots of the

6    chord.

7         Q    Do you know -- I'm sorry, do

8    you also agree that the Let's Get It On

9    deposit copy does not contain a guitar

10   part?

11        A    Well, again, it's very

12   clearly implied with the chord changes.

13   Any guitarist could pick up guitar and

14   play the chords along with this -- from

15   this sheet music.

16        Q    To the extent that the guitar

17   part is following the chords, correct?

18        A    Yes.

19        Q    I mean, there are

20   possibilities that there could be

21   guitar portions of songs that don't

22   follow the chords, correct?

23        A    Yes.

24        Q    Melodic guitar parts or other

25   types of guitar parts, correct?

Page 150

```
 1                    STEWART
 2      A     Yes.
 3      Q     And none of that is notated
 4 in the deposit copy of Let's Get It On,
 5 correct?
 6      A     Yes.
 7      Q     Do you know who created the
 8 drum part for Let's Get It On?
 9      A     Well --
10      Q     Do you know?
11      A     The indications are that it
12 was one of the session players from
13 Motown Records, one of the Funk
14 Brothers.  And I forget the guy's name,
15 his nickname was Bongo.  And I think he
16 was most likely the drummer, but I do
17 not know with certainty -- 100 percent
18 certainty that he was the drummer.
19      Q     What are you basing your,
20 I'll call it best guess, but you'll
21 correct me if you disagree?
22      A     Several things.  First of
23 all, I'm somewhat familiar with the
24 history of Motown and the session
25 players that played on a lot of those
```

1                    STEWART

2    recordings.  And secondly I have looked

3    at a Wikipedia article on the song and

4    it says the Funk Brothers performed on

5    it.

6         Q    Do you know who created the

7    percussion parts for Thinking Out Loud?

8         A    I know from Mr. Sheeran's

9    testimony that it was -- well, first of

10   all, was your question about who

11   created the drum parts on Let's Get It

12   On or who played the drums on Let's Get

13   It On?

14        Q    Well, I asked you who created

15   them.

16        A    Yeah, then I'm sorry, I think

17   I needed to listen a little more

18   closely.  Because I don't know if the

19   person who played the drums actually

20   came up with the drum part or if he was

21   instructed to play it by Marvin Gaye or

22   someone else.  So I was talking about

23   who played the drums on the track, not

24   necessarily who came -- who contributed

25   the musical parts.

Page 152

STEWART

1

2     Q    So would I be correct that
3  you don't know who created the drum
4  parts for Let's Get It On?
5     A    Well, it would have been
6  somebody would was there in the studio
7  that day; Mr. Townsend, Mr. Gaye or
8  maybe the drummer.
9     Q    Or someone else?
10    A    Yeah.
11    Q    Or someone who wasn't in the
12 studio that day for all you know?
13    A    Unlikely, but it's within the
14 realm of possibility.
15    Q    Do you know who created the
16 percussion parts for Thinking Out Loud?
17    A    Well, I heard in
18 Mr. Sheeran's testimony that it was I
19 think the father of the keyboard
20 player.
21    Q    But before that did you have
22 any knowledge of who created the drum
23 parts for Thinking Out Loud?
24    A    Well, again, I don't know who
25 created them but he contributed them on

Page 153

STEWART

1
2  the recording according to Mr. Sheeran.
3      Q    And that's your only source
4  of knowledge for that answer, correct?
5      A    Is from Mr. Sheeran's
6  deposition, yes.
7      Q    I'd like you to review the
8  lyrics in the deposit copy of Let's Get
9  It On.
10     A    Yes.
11     Q    And to distinguish the
12 deposit copy of Let's Get It On from
13 the recorded performance of Let's Get
14 It On, I'm going to refer to the
15 recorded performance as the Let's Get
16 It On RP, since that seems to be how
17 it's referred to in at least one or
18 both of the reports.  Okay?
19     A    Dr. Ferrara's report, yes.
20 Not in mine.
21     Q    Understood.  But I have to
22 pick sides and I think I need to be
23 consistent.
24          Are the lyrics in the deposit
25 copy of Let's Get It On the same as in

Page 154

1                          STEWART

2      the Let's Get It On RP?

3          A      Okay.

4                 Now we're not comparing with

5      the sheet music that you gave me a

6      minute ago.  We're not calling this RP,

7      right?

8          Q      No.

9          A      The sheet music?

10         Q      It's the work that you used

11     to render your report.

12         A      I can't answer that without

13     going through the whole recording and

14     comparing it word-for-word.

15         Q      On Page 12 of your report you

16     say, quote, I have found few important

17     lyrical similarities; is that correct?

18         A      That's correct.

19         Q      And is there anything in the

20     lyrics that you see in the deposit copy

21     that would cause you to believe that

22     you would come to a different

23     conclusion if you were to review the

24     lyrics of the deposit copy?

25         A      In other words, do I -- would

1                     STEWART

2    I still stand by that statement that

3    there were few similarities in the

4    lyrics between the deposit copy of

5    Let's Get It On and the recorded

6    version of Thinking Out Loud?

7         Q    Correct.

8         A    I see -- I mean, I've not

9    gone through this with that particular

10   focus in mind, so I can't really give

11   you a definitive answer.

12        Q    But you testified earlier

13   that you reviewed the deposit copy of

14   Let's Get It On before you issued your

15   December of 2017 report, right?

16        A    Um-hum.  Yes.

17        Q    And I believe you also

18   testified that there was nothing in the

19   deposit copy that would cause you to

20   change your December 2017 report,

21   correct?

22        A    That's correct.

23        Q    And so that would pertain to

24   your conclusion about the lyrics, as

25   well?

```
 1                    STEWART
 2        A    I have not really focused on
 3   the lyrics between the deposit copy and
 4   Mr. Sheeran's song.  And as I'm looking
 5   at it now, I mean there are a lot of
 6   references to "baby" and "sugar", I
 7   think there's also a sugar in
 8   Mr. Sheeran's song.  But I think
 9   there's nothing in this that I see that
10   would cause me to radically revise that
11   statement, no.  I think there may be
12   some words held in common, but I don't
13   see --
14        Q    Do you think the appearance
15   of the word "baby" in two songs is
16   something that gives rise to an
17   inference of copying?
18        A    No.  Not necessarily, no.
19             I mean, you have it in the
20   context of other similarities, too,
21   but...
22        Q    Are you saying that baby
23   doesn't appear in the recording of
24   Let's Get It On?
25        A    It does.  I don't know if it
```

1                        STEWART

2    appears as frequently.  Anyway, I

3    think -- rather than belabor this, I

4    don't think that I would change that

5    opinion, just to be clear.

6             Okay.

7        Q    On Page 3 of your report you

8    state that, quote, both songs

9    occasionally deploy a, quote, blue,

10   closed quote, third, open paren, (a

11   third degree of the scale that ranges

12   from minor to major or somewhere in

13   between), closed paren closed quote.

14            Correct?

15       A    Yes.

16       Q    Do you agree that the use of

17   an occasional blue -- excuse me, the

18   use of -- let me start over.

19            Do you agree that the use of

20   an occasional blue note is not original

21   to Let's Get It On RP?

22       A    I would agree with that

23   statement.

24       Q    Would you agree that the use

25   of an occasional blue note was common

Page 158

1                        STEWART

2    before Let's Get It On RP?

3         A    Yes.

4         Q    Would you agree in terms of

5    pitch that an F is a different note

6    than an F-sharp?

7         A    Devoid of any context, yes.

8         Q    Do you -- if you can turn to

9    the deposit copy of Let's Get It On.

10        A    Um-hum.

11        Q    Do you see any blue notes

12   there?

13        A    Yes.

14        Q    Where do you see them?

15        A    In the second and third

16   measure.  In the fifth measure.  Sixth,

17   and seventh.

18        Q    Can you tell me where you see

19   it in the third measure?

20        A    On the very first note there

21   is a G-flat.  But the very first G at

22   the beginning of the piece is also --

23   it could be considered within that

24   spectrum.  I mean, all the thirds are

25   regarded as the same toneme,

Page 159

```
 1                         STEWART
 2   T-O-N-E-M-E, in analysis of blues.
 3        Q    Looking at -- going back to
 4   your report on Page 4.
 5        A    Yes.
 6        Q    Looking at Example 1.
 7        A    Yes.
 8        Q    You label that example as the
 9   basic baselines in Let's Get It On and
10   Thinking Out Loud.
11             Do you see that?
12        A    Yes.
13        Q    And you say in your report
14   that --
15             MS. RICE:  I'm sorry, which
16        report is it?
17             MS. FARKAS:  His December
18        report.
19        Q    You state in your report on
20   Page 5 that, quote, this is the only
21   base part heard for the first 24
22   seconds.  Because it is in the
23   beginning of the song it makes a
24   lasting first impression, closed quote.
25        A    Yes, I see that.
```

1                    STEWART

2       Q     Focusing on that second

3  sentence about it making a lasting

4  first impression, is that your expert

5  opinion?

6       A     Yes.

7       Q     And what is that opinion

8  based on?  What expertise do you have

9  in what creates a lasting first

10 impression?

11      A     It's based on many things.

12 It's based first and -- first of all on

13 my experience as a listener, and I know

14 that first impressions are important

15 and tend to be in clear focus because

16 it's something that a listener is

17 hearing at the outset.  And I have done

18 quite a bit of reading in music

19 cognition and my readings in that

20 discipline have supported that

21 conclusion as well.

22      Q     What is music cognition?

23      A     It's the study of how music

24 is perceived and how mental structures

25 conceptualize musical sounds.

Page 161

```
 1                          STEWART

 2        Q    And how is -- was there a

 3   particular methodology that you

 4   employed in determining that the

 5   opening baseline of the only -- excuse

 6   me, the opening base part of Thinking

 7   Out Loud creates a lasting first

 8   impression?

 9        A    I'm not sure I understand the

10   question.

11        Q    Well, what did you do to

12   determine that it creates a lasting

13   first impression?

14        A    It certainly had that effect

15   on me.  I remember that -- hearing that

16   as the base part of the song.

17        Q    And did you conduct any

18   surveys to determine whether that base

19   part had a lasting first impression on

20   anyone other than you?

21        A    Again, I mean based on my

22   research and studying studies in my --

23   as a scholar, it's supported by

24   everything that I've done in that work,

25   as well.  That first impressions are
```

Page 162

1                    STEWART
2    important and that they have a lasting
3    impression -- make a lasting
4    impression.  And furthermore, I've read
5    a lot of stuff on popular music that --
6    where A&R folks, you know, that's
7    Artist and Repertoire folks in the
8    industry and producers put a lot of
9    emphasis on getting something early in
10   the song because they want to hook the
11   listener early on.
12        Q    Okay.
13        A    So they consider the
14   beginning of the song a very important
15   location to put material because -- for
16   that very reason, otherwise if it
17   didn't make a lasting impression why
18   would they bother to put it there.
19        Q    Putting aside the general
20   proposition about that first
21   impressions are important, we're
22   talking about the this particular song.
23   And also putting aside the fact that
24   it's important -- that some A&R
25   executives think it's important to grab

Page 163

1                          STEWART

2    the listener early, that would apply to

3    all songs, correct?

4          A    Yes.

5          Q    So there's nothing particular

6    about this song that leads you to the

7    conclusion that it makes a lasting

8    first impression other than the fact

9    that it's in the beginning song?

10         A    Yes.  And I think that there

11   other elements at the beginning of a

12   song that make a lasting impression,

13   too.

14         Q    Okay.

15              But other than your own

16   reaction to the song, and I think

17   you've identified that first

18   impressions are important and that A&R

19   executives, based on your experience,

20   like to interest the listener early, is

21   there any other methodology that you

22   use to come to this expert opinion that

23   the first 24 seconds make a lasting

24   first impression?

25         A    Again, music cognition

1                    STEWART

2    studies.

3         Q    Did you apply a music

4    cognition study to this song?

5         A    It informs everything I do

6    because I did a lot of reading of that

7    in that area in graduate school.

8         Q    How do you apply music

9    cognition to come to this conclusion in

10   this song?

11        A    I apply a lot of things that

12   I learned in graduate school from music

13   cognition and other areas to my

14   analysis, to my work, it's why I'm an

15   expert.

16        Q    So what exactly do you do to

17   analyze a piece of music in order to

18   determine whether it makes a lasting

19   first impression?  What's your -- we've

20   gone through a whole methodology that

21   you do to analyze music, that you

22   listen to it, you transcribe it, you

23   compare the notes to find similarities,

24   that's your methodology for analyzing

25   two pieces of music.  Now I'm asking

Page 165

1                         STEWART

2    you what your methodology is for

3    determining that something makes a

4    lasting first impression?

5         A    Well, I think that what I've

6    been trying to say is that a lot of

7    things that are heard at the beginning

8    of a song can make a lasting

9    impression.  And so it's not the only

10   element that has that status in this

11   particular song.

12        Q    But you focus -- on the first

13   24 seconds you focus on the lowest

14   notes of the guitar part, correct?

15        A    As well as the other musical

16   elements.

17        Q    Well, there's vocals as well,

18   correct?

19        A    Yes.  And they make a lasting

20   impression, too.

21        Q    So what part of the first 24

22   seconds makes a lasting first

23   impression?

24        A    Well, there's really only

25   three elements going on at that point

1                    STEWART

2    in the song, and I think they all do.

3         Q    Equally?

4         A    Not necessarily.

5         Q    But they all contribute to

6    making it a lasting first impression?

7         A    Yes.

8         Q    Based on what you've

9    described as the various factors that

10   led you to that conclusion?

11        A    Yes.  And, you know, when

12   listeners -- you know, I've done a lot

13   of work trying to understand the

14   reception of music in listeners, that's

15   been part of my scholarship.  And, you

16   know, when you first apprehend a song

17   it's something completely new to you,

18   but then your relationship to the song

19   can change over time and you -- it's no

20   longer something new that's unfolding

21   to you and you don't know what's going

22   to happen next after a while as you

23   really get into a song and you start

24   listening for certain parts.  And I

25   think that listeners in general, the

1                          STEWART

2    more they listen to a song the more

3    they hear other layers that maybe they

4    didn't hear at the beginning.  So the

5    relationship of a listener to a song

6    can change over time.

7          Q     You later state at Page 5,

8    that most listeners familiar with Let's

9    Get It On would undoubtedly recognize

10   the similarity between the musical

11   expression in these two songs even

12   without the descending six.

13              Is this also your expert

14   opinion?

15         A     Yes.

16         Q     And what is -- focusing on

17   the first part of the sentence that

18   most listeners familiar with Let's Get

19   It On would undoubtedly recognize the

20   similarity, what is that opinion based

21   on?

22         A     It just seems so obvious I

23   don't even know why I have to explain

24   it.

25         Q     Did you conduct any survey

```
1                    STEWART
2    evidence to see if any listeners
3    recognize the similarity?
4         A    Yeah.  People who've heard
5    me -- my family members who have heard
6    me working on these songs heard it, but
7    even more importantly I think you can
8    see literally hundreds of comments on
9    YouTube where there's been mashups
10   posted where people talk about hearing
11   the similarity of these two songs.
12        Q    Well, your family knew you
13   were working on this case, correct, so
14   they already knew you were comparing
15   the two songs?
16        A    Not necessarily.  I mean,
17   they've heard the two songs being
18   played.  But I would not -- I mean, the
19   family is not -- I think anybody --
20   it's just so obvious.  Anybody who
21   hears these two songs back to back is
22   probably going to make that connection.
23   And --
24        Q    Do you know?
25        A    -- it's born out by the fact
```

1                         STEWART

2    that in the comments that you see on

3    YouTube people say it all the time.

4         Q      Well, first of all, do you

5    know how many people have heard

6    Thinking Out Loud?

7         A      Probably not all of them have

8    heard Let's Get It On either, so...

9         Q      But we can assume that a fair

10   percentage of them have, right?

11              MR. FRANK:   Objection.

12              Predicate.   Calls for --

13        A      I can't really assume that

14   because -- you would hope they would.

15   But, I mean, I know Mr. Sheeran said he

16   was familiar with the song, very

17   familiar with it.   But I think that --

18        Q      You should read his testimony

19   then.

20        A      There's project a lot of

21   young folks who are not well versed in

22   the great songs from Motown in the

23   past.

24        Q      Other than your family

25   members and the comments that you saw

1                          STEWART

2    online, was there any other type of

3    survey evidence that you did to

4    conclude that most listeners familiar

5    with Let's Get It On would undoubtedly

6    recognize the similarity?

7         A     Well, everybody that I played

8    it for recognized it right away.  I

9    played it for colleagues at work.  I

10   mean, we can test that.  Have I

11   conducted a survey involving hundreds

12   of thousands of people where I play the

13   two songs and ask them if they hear

14   that they're similar?  No, I haven't

15   done that.

16             To my knowledge this just

17   seems so obvious that it seems

18   ridiculous to keep discussing it.

19   That's my opinion.

20        Q     Are you claiming to be an

21   expert on what the lay listener would

22   hear?

23        A     It's not really my job -- I

24   mean, I'm offering an opinion here, but

25   in copyright law I guess that would be

1                     STEWART

2    considered the intrinsic test.  As the

3    expert I'm supposed to be doing the

4    extrinsic test.  So my job is to look

5    at the musical expression and compare

6    it.  I'm opining that average listeners

7    too would also hear these similarities.

8         Q    So that is part of your

9    opinion here?

10        A    That's part of my opinion,

11   but ultimately -- at the end of the day

12   that's not what I'm hired to opine on.

13   That would be the job of the jury.

14        Q    Do you agree that the base

15   guitar part does not begin until

16   approximately 24 seconds into Thinking

17   Out Loud?

18        A    I would not agree with that.

19        Q    I'm asking about the base

20   guitar part, not the guitar part.

21        A    Yes.  I understood the

22   question.

23             I don't agree with that.

24        Q    Why don't you agree with

25   that?

1                     STEWART

2       A      Because according to

3   Mr. Sheeran there is no base guitar in

4   this song.

5       Q      Well, what do you think

6   begins at approximately 24 seconds into

7   Thinking Out Loud?

8       A      The drums come in and

9   keyboards.

10      Q      And there's no guitar

11  playing, there's no base guitar

12  playing?

13      A      Not according to Mr. Sheeran.

14      Q      Well, I'm not asking

15  according to Mr. Sheeran.  I'm asking

16  according to your analysis of the song.

17  You listened to the two songs and you

18  conducted an analysis of the two songs.

19  Are you amending -- do you want to

20  amend your report?

21      A      Where do I say that the base

22  guitar comes in?

23      Q      The part where you --

24      A      Oh, yes, here.  Well, no,

25  here's a reference to a base guitarist

Page 173

```
 1                         STEWART
 2    the could be heard and seen in a live
 3    performance.
 4         Q    So I'm going to play for you
 5    the commercially released version of
 6    Thinking Out Loud.  And I'm going to
 7    say now at -- well, maybe you'll say
 8    now at the 24 second mark.  Actually,
 9    no.  I'm going to play it for you and
10    if you can let us know when you -- if
11    and when you hear a base guitar begin.
12         (Whereupon, the song is being played.)
13         Q    That was about the first 51
14    seconds of the songs.  Is it your
15    testimony that you haven't heard a base
16    guitar come into the song?
17         A    No, I haven't.
18         Q    What are you hearing after
19    the first 24 seconds?
20         A    I told you before I'm hearing
21    keyboard and drums or drum sequence or
22    drum machine.
23         Q    And you're not hearing any
24    base guitar or guitar?
25         A    Guitar is present from the
```

Page 174

1                    STEWART

2    beginning.

3         Q    And is the -- in -- your

4    opinion is that guitar continues after

5    24 seconds?

6         A    Yes.  As I stated before,

7    Mr. Sheeran was very clear that there

8    is no base guitar on the entire track.

9         Q    But I'm asking about your

10   testimony and your analysis of the two

11   songs.  And your opinion about

12   Mr. Sheeran's testimony -- you didn't

13   hear Mr. Sheeran's testimony until

14   after you rendered your report,

15   correct?

16        A    That's correct.

17        Q    Now, in Example 1 on Page 4,

18   you've only transcribed a portion of

19   the opening guitar part, correct?

20        A    I'm sorry, where?

21        Q    Your Example 1 on Page 4.

22        A    That's correct.

23        Q    Just the lowest notes?

24        A    That's correct.

25        Q    And nowhere in your report do

Page 175

1                          STEWART
2     you transcribe the full guitar part
3     that you hear in the first 24 seconds,
4     correct?
5          A     That's correct.
6          Q     So your testimony is that the
7     only guitar part that you're hearing in
8     Thinking Out Loud is a guitar part not
9     a base guitar, correct?
10         A     Well, they're two different
11    instruments, base guitar and guitar.
12         Q     I understand.
13         A     So you're asking me do I hear
14    a base guitar in Thinking Out Loud?
15         Q     Yes.
16         A     I do not.
17         Q     And you only hear guitar?
18         A     That's right.
19         Q     You hear a guitar throughout
20    Thinking Out Loud, correct?
21         A     That's correct.
22         Q     Is it your testimony that the
23    lowest guitar notes in the opening 24
24    seconds of Thinking Out Loud is the
25    baseline?

Page 176

1                          STEWART

2        A      The lowest guitar note in the

3    opening 24 seconds is the baseline,

4    that's what you're asking me?

5        Q      Yes.

6        A      Yes.

7        Q      And does the baseline change

8    throughout Thinking Out Loud?

9        A      That's an interesting

10   question.  I mean, there is an

11   additional base part that is added but

12   this base part continues on.  And,

13   again, according to Mr. Sheeran, the

14   composition as he did it on his demo is

15   the composition.  And that does not

16   contain any other base part except for

17   this part that's notated here.

18       Q      So now is your testimony that

19   the demo is the composition?

20       A      No, I'm saying as regards to

21   base part he's quite clear that --

22   that -- okay.  Let me revise that.

23              He's very clear that what

24   he's playing on the demo is the

25   composition and on that you hear only

```
1                    STEWART
2    this base part.  That does not mean
3    that the base part that's added on in
4    the studio version is not part of the
5    composition, too, as it evolved; it is.
6         Q    Are the lowest notes of the
7    keyboard in the first 24 seconds of --
8    sorry, at 24 seconds in on Thinking Out
9    Loud, are the lowest notes of the
10   keyboard considered the baseline?
11        A    They're part of it.
12        Q    What's the baseline of
13   Thinking Out Loud?
14        A    It's this in Example 1.
15        Q    You think that continues
16   throughout the entire song?
17        A    Yes.
18        Q    Without change?
19        A    Well, there may be minor
20   embellishments and of course it changes
21   during the bridge or the pre-chorus or
22   whatever you call it.  If I might
23   add -- or you don't like me to add, so
24   I won't.
25             MR. FRANK:  Wait for a
```

Page 178

1                     STEWART
2      question.
3               THE WITNESS:   Yes.
4      Q       Staying on Example 1 of
5  Page 4 of your report, when you talk
6  about the baseline leaps downward by a
7  sixth?
8      A       Of which page again?
9      Q       Page 4.
10     A       Okay.  Yeah.
11     Q       If you look at Example 1 on
12 Page 4, you reference the baseline
13 leaps downward by a sixth.  Where does
14 that occur in Let's Get It On?
15     A       Very first two base notes.
16     Q       So it goes from the first to
17 the second note is what leaps downward
18 by a sixth?
19     A       Yes.
20     Q       What about in Thinking Out
21 Loud?
22     A       The same two notes, first two
23 notes.
24     Q       And you also refer to an
25 ascending stepwise interval.  Where

Page 179

```
1                        STEWART
2     does that occur in Let's Get It On?
3          A    Where do I say that?
4          Q    In the same sentence right
5     above the Example 1.
6          A    I don't use the word
7     interval.  I say it ascends stepwise to
8     the fifth degree, yes.
9          Q    Okay.
10               So can you tell us where in
11    Let's Get It On it ascends stepwise to
12    the fifth degree?
13         A    So, yes.  It goes D F-sharp G
14    A.  So that the F-sharp G A is stepwise
15    motion.
16         Q    And what about in Thinking
17    Out Loud?
18         A    Same thing.
19         Q    So it's basically the next
20    two notes?
21         A    In terms of the roots, yes.
22    D F-sharp G A.
23         Q    Do you agree that there is an
24    F-sharp on the second half of beat four
25    in Let's Get It On RP in Example 1?
```

Page 180

STEWART

1

2      A     Do I agree what?

3      Q     That there's an F-sharp on

4  the second half of beat four.

5      A     There is a pickup there that

6  leads to the next note.

7      Q     And is that an F-sharp?

8      A     There's a pickup of an

9  F-sharp that leads to the G.

10     Q     And do you agree that the

11  F-sharp that you've just identified is

12  not on the second half of beat four in

13  the Thinking Out Loud example in

14  Example 1?

15     A     That's correct.  It's not

16  part of the basic baseline, it's just a

17  pickup that leads to the next note.

18  And in TOL, Thinking Out Loud, it's not

19  there.

20     Q     And do agree that there are

21  two notes in the second half of beat

22  four in bar one?

23     A     Of which?

24     Q     Hold on.

25             You're looking at the second

Page 181

                          STEWART
1
2   bar of Let's Get It On?
3        A    In Example 1?
4        Q    Correct.
5        A    Yes.
6        Q    Do you see that the last two
7   notes are an A and a B?
8        A    There are two embellishments
9   that are varied continuously throughout
10  the entire song so it's never repeated
11  exactly the same.
12       Q    Okay.
13            But it's in your Example 1,
14  correct?
15       A    It is heard in that measure
16  along -- in later iterations.  Towards
17  the end of this two bar phrase is where
18  the base player frequently adds
19  embellishments.
20       Q    And is that embellishment in
21  Thinking Out Loud?
22       A    No, but there are
23  embellishments that occur in the song.
24       Q    Different embellishments?
25       A    Yes.

```
 1                    STEWART
 2            So, again, one compares the
 3    paradigmatic to -- I could attempt to
 4    spell it for you --
 5            So, I mean, Dr. Ferrara in
 6    his own report, I think it was probably
 7    in his initial report, talks about the
 8    baselines and how he didn't -- and he
 9    talks about the chord parts, too, how
10    he didn't transcribe all the multitude
11    variations that are in both songs.
12       Q    Okay.
13            But you have only a few
14    transcriptions in your report, correct?
15       A    Yes.
16       Q    You have, you know, five
17    examples in the whole thing, right?
18       A    I have the representative
19    examples, yes.
20       Q    And this is one of them,
21    correct?
22       A    Yes.
23       Q    What is the total number of
24    notes that are transcribed in Example 1
25    for Let's Get It On?
```

Page 183

1                    STEWART

2       A     In Example 1?

3       Q     Yes.

4       A     Seven or -- eight.  I can

5  count.

6       Q     Better answer.

7             What are the total number of

8  notes in the Thinking Out Loud

9  transcription in your Example 1?

10      A     Okay.  You know, I'll answer

11  that as --

12      Q     I would just like a number.

13      A     The point is that there are

14  all kinds of embellishments in minor

15  tiny miniscule variations that Dr.

16  Ferrara himself has noted don't --

17  figure importantly in the analysis.

18  So, anyway, the answer is five.

19      Q     Right.

20            But you've testified that the

21  first 24 seconds of Thinking Out Loud

22  is what makes a lasting impression,

23  right?  Yes?

24      A     Well, it's not the only thing

25  in the song that makes a lasting

Page 184

1                     STEWART

2    impression.

3         Q     So there's lots of things in

4    the song that makes a lasting

5    impression?

6         A     Of course there are other

7    things, too.  If Mr. Sheeran had only

8    released the first 24 seconds I doubt

9    it would have been as huge a hit as it

10   was.

11              There are a couple other

12   notes --

13        Q     There's no question pending.

14        A     Oh, okay.

15        Q     Do you agree that the notes

16   differ in duration in Example 1 as

17   between Let's Get It On and Thinking

18   Out Loud?  For example, the total

19   duration of the second note in each one

20   is different durations, correct?

21        A     No, not necessarily.

22        Q     Well, what's the duration of

23   the first note -- I'm sorry, the second

24   note in Let's Get It On?

25        A     Okay.

1                    STEWART

2              But, you know, this is one of

3     the interesting things about doing

4     transcriptions.  Because this is being

5     played on the guitar by -- Thinking Out

6     Loud by Mr. Sheeran, that second note

7     may not be sustained for the entire

8     measure.  The standard practice in

9     doing these kinds of notations --

10    transcriptions is to present something

11    that is representation of the musical

12    expression and that is visually

13    coherent.  And so if you've ever used

14    music notation software like a MIDI

15    hookup with a keyboard that's connected

16    to MIDI and you ask it to transcribe

17    what you play, because it's a computer

18    it doesn't put it in a really coherent

19    way.  So if you play a note a

20    microsecond late then it notates it in

21    this incredibly mind boggling way as

22    like a 130 second note -- I mean a --

23    what would it be -- 128th note with

24    a -- I mean, it's just -- so this is a

25    representation of the basic baseline as

Page 186

1                          STEWART

2    the caption says here.

3         Q    So your testimony is we

4    should ignore everything that's

5    different between the two and just

6    focus on what's the same?

7         A    No.  Not all, no.

8         Q    Okay.  Just checking.

9         A    But the -- this duration

10   thing is really kind of silly.  It's

11   something that --

12        Q    So you think the duration of

13   a note is irrelevant for your analysis?

14        A    No, it's very pertinent.  But

15   when we're talking about --

16             Okay.  So how long is a half

17   a beat in this particular tempo?  Let's

18   see, if there are approximately 80

19   beats per minute then it would be well

20   under a half a second for half a beat.

21   So did Mr. Sheeran hold that second

22   note, the F-sharp for a full three

23   seconds or did he hold it for 3.2

24   seconds or 2.8?  I mean, that's

25   irrelevant.  This is a perfectly valid

1                      STEWART

2   representation of the durations.  So

3   the difference in the duration between

4   the second note in Let's Get It On and

5   Thinking Out Loud is less than a half a

6   second.  And in the context of the

7   recording and the other musical sounds

8   that are happening concurrently with

9   that base note I think it defies the

10  expectation of anyone to have

11  transcribed the exact duration of that

12  note.

13            So these could very well be

14  exactly the same duration.  What is

15  really critical here is the placement

16  of the note.  The placement of the note

17  on the end of one, and that it is a

18  note that is sustained.  So I'm not

19  trying to manipulate anything here,

20  this is just something that any

21  musician who is not attempting to be

22  really pedantic about all this would

23  instantly grasp.  I mean drums, for

24  example, are notated using half notes,

25  but when you hit a snare drum you're

Page 188

1                           STEWART

2    not holding out the note for two beats.

3    It's just indicating where the drum is

4    struck.

5         Q    You transcribed it, not me.

6    So I'm just trying to get a sense of

7    what you think is important and what

8    you don't think is important.

9         A    I'm trying to explain to you

10   how transcription works and how -- this

11   is a very fair and accurate

12   representation of the musical sounds in

13   these recordings.

14        Q    Can you turn to the Ferrara

15   report at Page 18, Musical Example 2?

16        A    Yes.

17        Q    Do you agree that Dr. Ferrara

18   transcribed the first two bars of Let's

19   Get It On the same as in your Example

20   1?

21        A    Yes.

22        Q    And you agree that you did

23   not transcribe the third and fourth bar

24   in Let's Get It On in your Example 1?

25        A    Yes.  Because it's exactly

Page 189

1                    STEWART

2    the same as the first two except, as I

3    mentioned before, it has this little

4    embellishment at the end of the measure

5    which is something that the base player

6    on Let's Get It On does frequently and

7    varies that embellishment.

8         Q    So you believe that bar four

9    of Let's Get It On is the same as bar

10   two of Let's Get It On?

11        A    In essence, yes.

12        Q    How many notes are in bar two

13   of Let's Get It On?

14        A    Oh, this is -- this is

15   totally missing the point.  My

16   transcription says the basic

17   baselines -- this is the exact same

18   thing that Dr. Ferrara did in his

19   initial report, he looked at the basic

20   baselines.  He -- if we tried to talk

21   about every single minuet variation

22   throughout the entire song we would

23   lose sight of what the basic baseline

24   is because we would be constantly

25   discussing the trees instead of the

Page 190

1                        STEWART

2    forest.

3         Q     Well, I guess you and Dr.

4    Ferrara are going to have to disagree

5    on that one.

6              Can you answer my question,

7    please?

8         A     Well, actually we agree

9    because he did the analysis correctly

10   in the beginning.  And now he's trying

11   to find something to be rather pedantic

12   about frankly and show that there's a

13   difference where there really is not a

14   substantial difference.

15        Q     Okay.

16              Well, putting your attacks on

17   Dr. Ferrara's integrity aside, can you

18   answer my question please?

19        A     And that question is what?

20        Q     How many notes are in bar two

21   of Let's Get It On?

22        A     How many notes are in bar two

23   of Let's Get It On?

24        Q     In Musical Example 2.

25        A     One, two, three, four --

Page 191

```
 1                        STEWART
 2    five.
 3        Q     And how many are in bar four
 4    of Let's Get It On in Ferrara Musical
 5    Example 2?
 6        A     Seven.
 7              MS. FARKAS:  Let's take a
 8        quick break.
 9              VIDEOGRAPHER:  The time is
10        2:56.  We're off the record.
11              (Whereupon, a brief recess
12        was taken.)
13              VIDEOGRAPHER:  The time is
14        3:08 p.m.  We're on the record.
15        Q     We were talking earlier about
16    what you consider to be the baseline of
17    Thinking Out Loud.  And I had played
18    for you about 51 seconds of Thinking
19    Out Loud and asked you about whether
20    the baseline changed in Thinking Out
21    Loud.  And I'd like to focus on around
22    24, 25 seconds into Thinking Out Loud.
23    Am I correct that a new baseline comes
24    in at that point in Thinking Out Loud?
25              MR. FRANK:  If I could -- if
```

Page 192

```
 1                         STEWART
 2        I could interpose.  Your exact
 3        question was whether the base --
 4        guitar came in, you didn't use the
 5        words baseline.  You used base
 6        guitar.
 7        Q    I understand.
 8        A    That's what I was listening
 9   for because you asked for me to
10   indicate when the base guitar came in.
11        Q    Okay.
12        A    And it doesn't.
13        Q    And what does come in?
14        A    There is an additional base
15   part the joins the base part in the
16   guitar.
17        Q    And at the time that you
18   wrote your December 2017 report, did
19   you have an understanding or a belief
20   as to what instrument was playing that
21   baseline starting at 25 seconds into
22   Thinking Out Loud?
23        A    I wasn't sure.
24        Q    Do you have a sense now as to
25   what instrument was playing that
```

1                          STEWART

2    baseline?

3        A    I would be perfectly happy to

4    accept Mr. Sheeran's statement that

5    it's in the keyboard.  I don't know why

6    it would be -- he wouldn't have any

7    reason to fabricate, he seems like a

8    very honest guy.

9        Q    Yes, he does.

10            And I believe he testified

11   that it was a programmed keyboard that

12   played the baseline starting at 25

13   seconds, is that --

14       A    I'm not sure he said that, I

15   would have to hear it again.  But I

16   think he talked about the drums being

17   programmed, I'm not sure he said that

18   the base was.

19       Q    Irrespective of what it was,

20   can we at least agree on a lingo going

21   forward that we're going to call it the

22   new baseline?

23       A    The additional baseline I'll

24   agree to.

25       Q    Call it the different

Page 194

STEWART

2 baseline.

3    A    How about if we compromise,
4 the new additional baseline.

5    Q    Sure.  We'll all reserve our
6 rights.

7         What are we calling it?

8    A    What did you call it a moment
9 ago, the --

10   Q    The new baseline.

11   A    No, but you said another
12 term.

13   Q    Well, look, let's just agree
14 that the baseline that begins at 25
15 seconds into Thinking Out Loud is
16 different from the baseline that is
17 heard in the first 24 seconds of the
18 song.  Is that -- can we agree on that?

19   A    It joins in along with the
20 guitar baseline.

21   Q    So why don't we call it
22 Baseline B, this way we're not putting
23 any adjective on it?

24   A    Sure.

25   Q    So the baseline that begins

at roughly 25 seconds into Thinking Out Loud we will now refer to as Baseline B.

Okay?

A And it's nice that it's a B for base.

Q I try. Sometimes unintentionally, but I try.

A We should have B1 and B2.

Q No, no, just stop. This isn't cutting into my time.

So do you agree that Baseline B in Thinking Out Loud starts at about 25 seconds in and continues through the duration of the song?

A I think that that additional base part does continue through most of the rest of the song.

Q And am I correct that you do not provide any transcription of Baseline B in your reports; is that correct?

A I believe I don't.

MR. GOLDSMITH: For the

record, Larry got disconnected so I'm going to call him back.

MS. FARKAS: Well, before you mute Larry, have you heard anything since we came back from break? Larry?

MR. FERRARA: Yes.

MS. FARKAS: I'm going to summarize and I'm sure I will get swatted if I do this incorrectly. But there is an agreement within my questioning and the testimony that there is a new baseline that begins at about 25 seconds into Thinking Out Loud, that that new baseline -- that Dr. Stewart was not certain what instrument was playing that baseline when he did his report, but based on Mr. Sheeran's testimony is willing to accept that it is some form of keyboard programmed or not that is emitting the sounds of the new baseline. And for purposes of

Page 197

1                          STEWART

2           going forward we are calling the

3           baseline that begins at about 25

4           seconds in as Baseline B.

5                 MR. FERRARA:  Thank you.

6           I'll mute now.  Thank you.

7           A     Just one minor correction.

8    Remember, we didn't agree to call it

9    the new baseline we agreed to call it

10   the new additional baseline.

11          Q     Well, we agreed to call it

12   Baseline B.

13          A     Okay.

14          Q     To avoid all of that.

15          A     But I never agreed to the new

16   baseline --

17          Q     Fair enough.

18          A     -- categorization.

19          Q     It's very old.

20          A     Yeah.  Okay.

21          Q     That was sarcasm.

22          A     It's too bad Dr. Ferrara

23   missed all of that, it was exciting.

24                MS. RICE:  He would have

25           laughed.

Page 198

1                          STEWART

2          Q      Turning to Musical Example 2

3    in Dr. Ferrara's report on Page 18,

4    which is what we were looking at before

5    the break.

6          A      Yes.

7          Q      If you look at the bars that

8    represent a transcription of Thinking

9    Out Loud beginning at about 24 seconds,

10   do you agree with Dr. Ferrara's

11   transcription of Baseline B?

12         A      I can't give you an opinion

13   on that without checking it.

14         Q      Why don't we play Thinking

15   Out Loud beginning at 24 seconds.

16         A      I'll warn you though that

17   it's maybe kind of hard to hear the

18   base under these circumstances, but

19   I'll do the best I can.

20         Q      Okay.

21                (Whereupon, the music is

22   played.)

23         A      You're already passed the

24   part, so...

25         Q      Go back to 24.