# EXHIBIT 3

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------x
     KATHRYN TOWNSEND GRIFFIN,
 4   HELEN MCDONALD, and THE ESTATE
     OF CHERRIGALE TOWNSEND,
 5
              -against-
 6                                  Civil Action No.:
                                    1:17-CV-05221-RJS/GRIFFIN
 7
 8   EDWARD CHRISTOPHER SHEERAN,
     p/k/a ED SHEERAN, ATLANTIC
 9   RECORDING CORPORATION, d/b/a
     ATLANTIC RECORDS, SONY/ATV
10   MUSIC PUBLISHING LLC and
     WARNER MUSIC GROUP
11   CORPORATION, d/b/a ASYLUM
     RECORDS,
12
                         Defendants.
13
     ------------------------------------x
14                  April 24, 2018
15                  3:00 p.m.
16
17       Deposition of HELEN C. MCDONALD, taken by
18   Defendants, pursuant to Notice, held at the law
19   offices of Pryor Cashman, LLP, 7 Times Square, New
20   York, New York, before Judith Castore, a Certified
21   Livenote Reporter and Notary Public of the State of
22   New York.
23
24
25
```


Page 2

1
2
3                    A P P E A R A N C E S
4
5      ON BEHALF OF PLAINTIFFS
6           FRANK & RICE, P.A.
7           325 West Park Avenue
8           Tallahassee, Florida 32301
9           850-591-2461
10          BY:   KEISHA D. RICE, ESQ.
11                keisha@frankandrice.com
12     ON BEHALF OF DEFENDANTS
13          PRYOR CASHMAN, LLP
14          7 Times Square
15          New York, New York 10036
16          212-421-4100
17          BY:   ILENE S. FARKAS, ESQ.
18                ifarkas@pryorcashman.com
19                ANDREW M. GOLDSMITH, ESQ.
20                agoldsmith@pryorcashman.com
21     ALSO PRESENT:
22          KATHRYN TOWNSEND GRIFFIN GRINAN, Plaintiff
23
24
25

Page 3

1
2      IT IS HEREBY STIPULATED AND AGREED, by and
3  among counsel for the respective parties hereto,
4  that the filing, sealing and certification of the
5  within deposition shall be and the same are hereby
6  waived.
7      IT IS FURTHER STIPULATED AND AGREED that all
8  objections, except to the form of the question,
9  shall be reserved to the time of trial;
10     IT IS FURTHER STIPULATED AND AGREED that the
11  within deposition may be signed before any Notary
12  Public with the same force and effect as if signed
13  and sworn to before the court.
14                    * * *
15
16
17
18
19
20
21
22
23
24
25

```
                                              Page 23
  1                    MCDONALD
  2        A     No, I am not familiar with
  3   him.
  4        Q     You're family with the song
  5   Let's Get It On, correct?
  6        A     Yes.
  7        Q     And Ed co-wrote that song
  8   with Marvin Gay?
  9        A     He did not cowrite it with
 10   Marvin Gay, Ed wrote the song.
 11        Q     Ed wrote the song?
 12        A     Yes.  He wrote it -- in fact,
 13   he wrote it at my house.
 14        Q     When was that?
 15        A     In the '70s.
 16        Q     Around 1973, does that sound
 17   correct?
 18        A     It could have been.
 19        Q     So do you have any knowledge
 20   about the process by which Ed created
 21   the song?
 22        A     All I know is that he was
 23   sitting at the piano, I guess he was
 24   writing it at the time.  He came in my
 25   room.  He woke me up.  He was staying
```

```
 1                    MCDONALD
 2    with me.  He had just come from
 3    New York, so he was at my house.  And
 4    he came in my room and woke me up and
 5    said, come in here, I want you to hear
 6    something.  And he played Let's Get It
 7    On.  And he hadn't quite finished it.
 8    And then he played another song that
 9    was recorded on the album, If I Should
10    Die Tonight.
11         Q    You said he played the song
12    for you, what --
13         A    On the piano.
14         Q    Did he sing, as well?
15         A    Yes.
16         Q    And did he sing the lyrics or
17    close to the lyrics of the final song?
18         A    Yes.
19         Q    And Marvin Gay ultimately
20    recorded the song, correct?
21         A    He did.
22         Q    How did that come about?
23         A    Ed had called me at work the
24    next day after he played the song for
25    me and asked me if I would cook dinner,
```

```
                                                 Page 87
 1                      MCDONALD
 2    everything.
 3         Q    And you said that BMI issues
 4    payments for For Your Love.
 5         A    Yes.
 6         Q    Who makes payments for Let's
 7    Get It On?
 8         A    Sony Records.
 9         Q    Anyone else?
10         A    That's a good question.
11    That's a good question.
12         Q    You don't know sitting here
13    today?
14         A    No.
15         Q    You said Sony Records, is it
16    possible that you meant Sony ATV?
17         A    Um-hum.  Yes.
18         Q    Let's take a short break.  I
19    don't have too much left.
20         A    Okay.
21              (Whereupon, a brief recess
22         was taken.)
23         Q    Just jumping around a little
24    bit.
25              You mentioned that Ed played
```

```
                                                Page 88
 1                    MCDONALD
 2    Let's Get It On for you on piano when
 3    he first wrote the song?
 4         A    Yes.
 5         Q    And it was just him, the
 6    piano and singing?
 7         A    Yes.
 8         Q    And then the next night
 9    Marvin came over?
10         A    Yes.
11         Q    And Ed played the song for
12    him?
13         A    Yes.
14         Q    Were you present for that?
15         A    Yes.
16         Q    And it was, again, just Ed,
17    the piano and signing?
18         A    Yes.
19         Q    Did Marvin contribute
20    anything at that time?
21         A    No, he listened.
22         Q    So there were no drums?
23         A    No nothing, just piano.
24         Q    Got it.
25              Have you seen the copyright
```

```
                                                    Page 89
 1                      MCDONALD
 2   registration for Let's Get It On?
 3        A    Yes.
 4        Q    Do you know who prepared it?
 5        A    No, I don't remember all of
 6   that.
 7        Q    Do you know if it was Ed that
 8   wrote out all the notes on the
 9   copyright registration?
10        A    I know Ed had a guy named
11   Renee Hall.  Once he composed a song he
12   would go to him and he would actually
13   put the notes and stuff down on the
14   music paper for him, if that's what you
15   are asking me.
16        Q    Do you know if in this
17   instance it was Mr. Hall who wrote out
18   the notes for Let's Get It On?
19        A    It could have been.
20        Q    But you're not sure?
21        A    I wasn't there.
22        Q    Okay.
23             Were you aware that
24   Mr. Sheeran has appeared for a
25   deposition and done what you're doing
```

```
 1                     MCDONALD
 2   today?
 3       A     I heard that he was going to.
 4       Q     Have you seen the video of
 5   his deposition?
 6       A     No.
 7       Q     Have you seen the transcript?
 8       A     No.
 9       Q     When Mr. Hall would
10   do transcriptions, when he would write
11   out the notes for Ed's songs, would Ed
12   then review it afterwards to confirm if
13   it was correct?
14       A     I never saw that transaction.
15       Q     In general you never saw Ed
16   confirm if it was correct?
17       A     I never -- no.  I never seen
18   Ed even -- you know, he and Mr. Hall do
19   anything together.
20       Q     So you don't know one way or
21   another?
22       A     So I don't know one way or
23   another.
24       Q     Okay.
25       A     I know that he used him for
```

```
                                          Page 91
 1                     MCDONALD
 2    anything that he was writing and
 3    everything.  Because I think he needed
 4    something to send to the copyright
 5    place when he was having it
 6    copyrighted.
 7         Q    But you don't know who
 8    between the two of them, if it was even
 9    either of them, prepared the copyright
10    documents?
11         A    I'm sure Ed prepared the
12    copyright document.
13         Q    For Let's Get It On?
14         A    For Let's Get It On.
15         Q    What makes you say that?
16         A    Because he did for all of his
17    works.
18         Q    He prepared the copyright
19    documents for all of his works?
20         A    Yes.
21         Q    Is it fair to say that he
22    trusted Mr. Hall to transcribe his
23    works?
24         A    I would imagine that they
25    must have had that kind of
```