Donald S. Zakarin
dzakarin@pryorcashman.com
Ilene S. Farkas
ifarkas@pryorcashman.com
Andrew M. Goldsmith
agoldsmith@pryorcashman.com

**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036-6569

*Attorneys for Defendants Edward Christopher Sheeran, Atlantic Recording Corporation and Sony/ATV Music Publishing LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHRYN TOWNSEND GRIFFIN, HELEN MCDONALD, and THE ESTATE OF CHERRIGALE TOWNSEND, <br><br> *Plaintiffs*, <br><br> -against- <br><br> EDWARD CHRISTOPHER SHEERAN, p/k/a ED SHEERAN, ATLANTIC RECORDING CORPORATION, d/b/a ATLANTIC RECORDS, SONY/ATV MUSIC PUBLISHING, LLC, and WARNER MUSIC GROUP CORPORATION, d/b/a ASYLUM RECORDS <br><br> *Defendants*. | ECF CASE <br><br> 17-cv-5221 (LLS) <br><br> **NOTICE OF MOTION – DEFENDANTS' FIFTH MOTION *IN LIMINE*** |

**PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law, and all prior proceedings had herein, Defendants Edward Christopher Sheeran ("Sheeran"), Atlantic Recording Corporation ("Atlantic") and Sony/ATV Music Publishing LLC ("SATV," together with Atlantic and Sheeran, the "Defendants" and each a "Defendant") will move this Court, before the Honorable Louis L. Stanton at the Daniel Patrick Moynihan United States Courthouse, Courtroom 21C, 500 Pearl Street, New York, New York, 10007, on a date and time to be determined by the Court, for an Order: excluding any argument or evidence relating to Mr. Sheeran's general wealth, beyond the revenues

he has generated and costs he has incurred relative to United States exploitation of *Thinking Out Loud*.

The reasons and grounds for this motion are more fully described in the accompanying papers.

Oral argument, if any shall be directed by the Court, shall be held on a date and at a time designated by the Court.

Dated: New York, New York
September 18, 2020

>PRYOR CASHMAN LLP
>
>By: */s/ Donald S. Zakarin*
>    Donald S. Zakarin
>    dzakarin@pryorcashman.com
>    Ilene S. Farkas
>    ifarkas@pryorcashman.com
>    Andrew M. Goldsmith
>    agoldsmith@pryorcashman.com
>7 Times Square
>New York, New York 10036-6569
>Telephone:  (212) 421-4100
>Facsimile:   (212) 326-0806
>
>*Attorneys for Defendants*

TO:

Frank & Rice, P.A.
325 West Park Avenue
Tallahassee, Florida 32301
(850) 629-4168
*Attorneys for Plaintiffs*