# EXHIBIT ONE (1)

Case 1:17-cv-05221-LLS  Document 154-1  Filed 09/24/20  Page 2 of 2

KATHRYN TOWNSEND GRIFFIN, ET AL. v.
EDWARD CHRISTOPHER SHEERAN, ET AL.

EDWARD CHRISTOPHER SHEERAN
February 01, 2018

**Page 89**

Edward Christopher Sheeran

2  A.  No, I don't.
3  Q.  Besides these other two cases
4  that we've discussed, have you or your
5  corporate interests been sued anywhere else
6  for copyright infringement in the world?
7  A.  (No verbal response.)
8      MR. ZAKARIN: You have to answer
9  out loud, Ed.
10 A.  Oh, no. No. Sorry.
11 Q.  You are fine.
12 A.  Not to my knowledge.
13 Q.  And apart from actual formalized
14 lawsuits, have you ever been involved in any
15 dispute involving a scenario where you have
16 been accused of plagiarizing or any other
17 copyright that either settled or dropped
18 without a formal lawsuit being filed?
19 A.  I remember someone approaching me
20 saying that "The A Team" had ripped off
21 something and then we found out he'd written
22 it four years after "The A Team" had come out,
23 so stuff like that.
24 Q.  Anything else?
25 A.  I don't know.

**Page 90**

Edward Christopher Sheeran

2  Q.  Any other agreements or
3  settlements other than the ones we previously
4  discussed?
5      MS. FARKAS: Objection to form.
6  A.  Not that wouldn't have been done
7  pre the song coming out, so "Shape Of You",
8  for instance.
9  Q.  Okay.
10 A.  The balls -- the ball was already
11 in motion by the time the song came out, so we
12 had approached them before the song had even
13 come out.
14 Q.  The song?
15 A.  "Shape Of You".
16 Q.  "Shape Of You"?
17 A.  Yeah.
18 Q.  And the other song was written by
19 TLC --
20 A.  TLC "No Scrubs", "Shape Of You"
21 was originally called TLC. Then we approached
22 them and said this song is a homage, can we
23 work something out. We worked something out
24 and it got finalized after the song came out.
25 Q.  Were the writers of "Scrubs"

**Page 91**

Edward Christopher Sheeran

2  given a percentage of "Shape Of You"?
3  A.  Yes.
4  Q.  Do you know what the nature of
5  that percentage was?
6  A.  No.
7  Q.  Were they provided, the writers,
8  with any past royalties or song writing
9  shares?
10 A.  The song had literally come out,
11 so they would have got the same royalties as
12 me from the get go.
13 Q.  Okay.
14     Did you personally sign any of
15 the agreements in connection with the "Scrubs
16 matter?
17 A.  I don't know.
18 Q.  Do you recall who represented you
19 in connection with negotiating and resolving
20 that matter?
21 A.  No.
22 Q.  Did anyone else assist you when
23 you were writing "Shape Of You"?
24 A.  Yes.
25 Q.  Okay.

**Page 92**

Edward Christopher Sheeran

2      Who was that?
3  A.  Steve Mac and Johnny McDaid.
4  Q.  Steve Mac?
5  A.  Yeah, and Johnny McDaid.
6  Q.  Is that just M-A-C?
7  A.  M-A-C, yeah, short for
8  McCutcheon. I don't know how to spell that so
9  please don't ask.
10 Q.  And what was the other one?
11 A.  Johnny McDaid.
12 Q.  Johnny Mc -- okay.
13     When you are determining, I'm
14 gonna refer back to your second album, which
15 songs are going to be released as singles, is
16 there a process that you go through to try to
17 determine -- do you work with staff, do you
18 listen to them and make a decision; how do you
19 decide?
20     MS. FARKAS: Objection to form.
21 A.  Differs song to song.
22 Q.  Okay.
23     With regards to your second
24 album, do you remember any process, and I may
25 have already asked you that, I apologize if I