# EXHIBIT TWO (2)

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:18-cv-00214-JPO

| | |
|---|---|
| Carey et al v. Sheeran et al | Date Filed: 01/10/2018 |
| Assigned to: Judge J. Paul Oetken | Date Terminated: 11/09/2018 |
| Cause: 17:101 Copyright Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Sean Carey**                                represented by **Michael A Ransom**
King & Ballow
315 Union Street Suite 1100
Nashville, TN 37201
(615)-726-5431
Email: mransom@kingballow.com
*ATTORNEY TO BE NOTICED*

**Richard Steven Busch**
King & Ballow
1100 Union Street Plaza, 315 Union Street
Nashville, TN 37201
(615) 259-3456
Fax: (615) 726-5417
Email: rbusch@kingballow.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Beau Golden**                               represented by **Michael A Ransom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Steven Busch**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Edward Christopher Sheeran**                represented by **Donald S. Zakarin**
*personally known as*                         Pryor Cashman LLP
Ed Sheeran                                    7 Times Square
New York, NY 10036
212 326 0108
Fax: 212 326 0806
Email: DZakarin@pryorcashman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

ACCO,(JCGx), DISCOVERY,MANADR,PROTORD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:16-cv-01062-JVS-JCG

HaloSongs, Inc. et al v. Edward Christopher Sheeran
Assigned to: Judge James V. Selna
Referred to: Magistrate Judge Jay C. Gandhi
Cause: 17:101 Copyright Infringement

Date Filed: 06/08/2016
Date Terminated: 04/10/2017
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**HaloSongs, Inc.**                   represented by   **Paul H Duvall**
King and Ballow Law Offices
1999 Avenue of the Stars Suite 1100
Century City, CA 90067
424-253-1255
Fax: 888-688-0482
Email: pduvall@kingballow.com
*ATTORNEY TO BE NOTICED*

**Richard Steven Busch**
King and Ballow
315 Union Street Suite 1100
Nashville, TN 37201
615-259-3456
Fax: 615-726-5417
Email: rbusch@kingballow.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark L Block**
Wargo and French LLP
601 S. Figueroa St, Suite 4625
Los Angeles
Los Angeles, CA 90017
310-853-6300
Fax: 310-553-6333
Email: mblock@wargofrench.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martin Harrington**                  represented by   **Paul H Duvall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Steven Busch**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark L Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Plaintiff

| | | |
|---|---|---|
| **Thomas Leonard** | represented by | **Paul H Duvall** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Steven Busch**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark L Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

### Defendant

| | | |
|---|---|---|
| **Ed Sheeran Limited** | represented by | **Andrew M Goldsmith** |

Pryor Cashman LLP
7 Times Square
New York, NY 10036
212-326-0419
Fax: 212-798-6925
Email: agoldsmith@pryorcashman.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ilene S Farkas**
Pryor Cashman LLP
7 Times Square
New York, NY 10036-6965
212-326-0188
Fax: 212-798-6382
Email: ifarkas@pryorcashman.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J Niborski**
Pryor Cashman LLP
1801 Century Park East 24th Floor
Los Angeles, CA 90067-2302
310-556-9608
Fax: 310-556-9670
Email: mniborski@pryorcashman.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nathan Cable Touring LLP**  represented by **Andrew M Goldsmith**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ilene S Farkas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J Niborski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Johnny McDaid**  represented by **Andrew M Goldsmith**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ilene S Farkas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J Niborski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sony/ATV Songs LLC**  represented by **Andrew M Goldsmith**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ilene S Farkas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J Niborski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Polar Patrol Music Limited**  represented by **Andrew M Goldsmith**
*doing business as*  (See above for address)
Polar Patrol Music Publishing  *PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ilene S Farkas**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J Niborski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner Music UK Ltd.**                    represented by    **Andrew M Goldsmith**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ilene S Farkas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J Niborski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner Music Group Corporation**          represented by    **Andrew M Goldsmith**
*doing business as*                                            (See above for address)
Asylum Records                                                 *PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ilene S Farkas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J Niborski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Atlantic Recording Corporation**          represented by    **Andrew M Goldsmith**
*doing business as*                                            (See above for address)
Atlantic                                                       *PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ilene S Farkas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J Niborski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Edward Christopher Sheeran**<br>*also known as*<br>Ed Sheeran | represented by | **Andrew M Goldsmith**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Ilene S Farkas**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael J Niborski**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Sony/ATV Music Publishing (UK) Limited** | represented by | **Andrew M Goldsmith**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Ilene S Farkas**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael J Niborski**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Kobalt Music Publishing America, Inc.** | represented by | **Michael J Niborski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Andrew M Goldsmith**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/2016 | 1 | COMPLAINT Receipt No: 0973-17958025 - Fee: $400. (Attorney Mark L Block added to party HaloSongs, Inc.(pty:pla), Attorney Mark L Block added to party Martin Harrington(pty:pla), Attorney Mark L Block added to party Thomas Leonard(pty:pla)) (Block, Mark) (Entered: 06/08/2016) |
| 06/08/2016 | 2 | CIVIL COVER SHEET filed by Plaintiffs HaloSongs, Inc., Martin Harrington, Thomas Leonard. (Block, Mark) (Entered: 06/08/2016) |
| 06/08/2016 | 3 | *CERTIFICATION AND* NOTICE of Interested Parties (Block, Mark) (Entered: 06/08/2016) |
| 06/08/2016 | 4 | DISCLOSURE *Corporate Disclosure Statement* filed by Plaintiffs HaloSongs, Inc., Martin |

| | | |
|---|---|---|
| | | Harrington, Thomas Leonard (Block, Mark) (Entered: 06/08/2016) |
| 06/08/2016 | 5 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT filed by Plaintiffs HaloSongs, Inc., Martin Harrington, Thomas Leonard re: Complaint (Attorney Civil Case Opening), 1 (Block, Mark) (Entered: 06/08/2016) |
| 06/08/2016 | 6 | SUMMONS filed by Plaintiffs HaloSongs, Inc., Martin Harrington, Thomas Leonard (Block, Mark) (Entered: 06/08/2016) |
| 06/08/2016 | 7 | APPLICATION of Non-Resident Attorney Richard Steven Busch to Appear Pro Hac Vice on behalf of Plaintiffs HaloSongs, Inc., Martin Harrington, Thomas Leonard (Pro Hac Vice Fee - Fee Paid, Receipt No. 0973-17959306) HaloSongs, Inc., Martin Harrington, Thomas Leonard. (Attachments: # 1 Proposed Order On Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice) (Block, Mark) (Entered: 06/08/2016) |
| 06/09/2016 | 8 | NOTICE OF ASSIGNMENT to District Judge James V. Selna and Magistrate Judge Jay C. Gandhi. (jtil) (Entered: 06/09/2016) |
| 06/09/2016 | 9 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (jtil) (Entered: 06/09/2016) |
| 06/09/2016 | 10 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendants Atlantic Recording Corporation, Ed Sheeran Limited, John Johnny McDaid, Nathan Cable Touring LLP, Polar Patrol Music Limited, Edward Christopher Sheeran, Sony/ATV Music Publishing (UK) Limited, Sony/ATV Songs LLC, Warner Music Group Corporation, Warner Music UK Ltd. (jtil) (Entered: 06/09/2016) |
| 06/20/2016 | 11 | *[WAIVER OF SERVICE OF SUMMONS and PROOF OF SERVICE]* WAIVER OF SERVICE Returned Executed filed by Plaintiffs Thomas Leonard, Martin Harrington, HaloSongs, Inc.. upon Ed Sheeran Limited waiver sent by Plaintiff on 6/15/2016, answer due 8/15/2016. Waiver of Service signed by Donald S. Zakarin, Esq. (Duvall, Paul) (Entered: 06/20/2016) |
| 06/20/2016 | 12 | *[WAIVER OF SERVICE OF SUMMONS and PROOF OF SERVICE]* WAIVER OF SERVICE Returned Executed filed by Plaintiffs Thomas Leonard, Martin Harrington, HaloSongs, Inc.. upon Edward Christopher Sheeran waiver sent by Plaintiff on 6/15/2016, answer due 8/15/2016. Waiver of Service signed by Donald S. Zakarin, Esq. (Duvall, Paul) (Entered: 06/20/2016) |
| 06/20/2016 | 13 | *[WAIVER OF SERVICE OF SUMMONS and PROOF OF SERVICE]* WAIVER OF SERVICE Returned Executed filed by Plaintiffs Thomas Leonard, Martin Harrington, HaloSongs, Inc.. upon John Johnny McDaid waiver sent by Plaintiff on 6/15/2016, answer due 8/15/2016. Waiver of Service signed by Donald S. Zakarin, Esq. (Duvall, Paul) (Entered: 06/20/2016) |
| 06/20/2016 | 14 | *[WAIVER OF SERVICE OF SUMMONS and PROOF OF SERVICE]* WAIVER OF SERVICE Returned Executed filed by Plaintiffs Thomas Leonard, Martin Harrington, HaloSongs, Inc.. upon Nathan Cable Touring LLP waiver sent by Plaintiff on 6/15/2016, answer due 8/15/2016. Waiver of Service signed by Donald S. Zakarin, Esq. (Duvall, Paul) (Entered: 06/20/2016) |
| 06/20/2016 | 15 | *[WAIVER OF SERVICE OF SUMMONS and PROOF OF SERVICE]* WAIVER OF SERVICE Returned Executed filed by Plaintiffs Thomas Leonard, Martin Harrington, HaloSongs, Inc.. upon Polar Patrol Music Limited waiver sent by Plaintiff on 6/15/2016, answer due 8/15/2016. Waiver of Service signed by Donald S. Zakarin, Esq. (Duvall, Paul) (Entered: 06/20/2016) |
| 06/20/2016 | 16 | *[WAIVER OF SERVICE OF SUMMONS and PROOF OF SERVICE]* WAIVER OF |

| | | |
|---|---|---|
| | | SERVICE Returned Executed filed by Plaintiffs Thomas Leonard, Martin Harrington, HaloSongs, Inc.. upon Sony/ATV Music Publishing (UK) Limited waiver sent by Plaintiff on 6/15/2016, answer due 8/15/2016. Waiver of Service signed by Donald S. Zakarin, Esq. (Duvall, Paul) (Entered: 06/20/2016) |
| 06/20/2016 | 17 | *[WAIVER OF SERVICE OF SUMMONS and PROOF OF SERVICE]* WAIVER OF SERVICE Returned Executed filed by Plaintiffs Thomas Leonard, Martin Harrington, HaloSongs, Inc.. upon Sony/ATV Songs LLC waiver sent by Plaintiff on 6/15/2016, answer due 8/15/2016. Waiver of Service signed by Donald S. Zakarin, Esq. (Duvall, Paul) (Entered: 06/20/2016) |
| 06/23/2016 | 18 | INITIAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE SELNA. (jlen) (Entered: 06/23/2016) |
| 06/23/2016 | 19 | ORDER SETTING RULE 26(F) SCHEDULING CONFERENCE by Judge James V. Selna. Rule 26 Meeting Report due by 9/6/2016. Scheduling Conference set for 9/12/2016 at 11:30 AM before Judge James V. Selna. (jlen) (Entered: 06/23/2016) |
| 06/24/2016 | 20 | *[WAIVER OF SERVICE OF SUMMONS and PROOF OF SERVICE]* WAIVER OF SERVICE Returned Executed filed by Plaintiffs Thomas Leonard, Martin Harrington, HaloSongs, Inc.. upon Warner Music Group Corporation waiver sent by Plaintiff on 6/15/2016, answer due 8/15/2016. Waiver of Service signed by Donald S. Zakarin, Esq. (Duvall, Paul) (Entered: 06/24/2016) |
| 06/24/2016 | 21 | *[WAIVER OF SERVICE OF SUMMONS and PROOF OF SERVICE]* WAIVER OF SERVICE Returned Executed filed by Plaintiffs Thomas Leonard, Martin Harrington, HaloSongs, Inc.. upon Warner Music UK Ltd. waiver sent by Plaintiff on 6/15/2016, answer due 8/15/2016. Waiver of Service signed by Donald S. Zakarin, Esq. (Duvall, Paul) (Entered: 06/24/2016) |
| 06/24/2016 | 22 | *[WAIVER OF SERVICE OF SUMMONS and PROOF OF SERVICE]* WAIVER OF SERVICE Returned Executed filed by Plaintiffs Thomas Leonard, Martin Harrington, HaloSongs, Inc.. upon Atlantic Recording Corporation waiver sent by Plaintiff on 6/15/2016, answer due 8/15/2016. Waiver of Service signed by Donald S. Zakarin, Esq. (Duvall, Paul) (Entered: 06/24/2016) |
| 06/24/2016 | 23 | PROOF OF SERVICE filed by Plaintiffs HaloSongs, Inc., Martin Harrington, Thomas Leonard, re Initial Order Setting R26 Scheduling Conference - form only 19 served on June 24, 2016. (Duvall, Paul) (Entered: 06/24/2016) |
| 06/24/2016 | 24 | PROOF OF SERVICE filed by Plaintiffs HaloSongs, Inc., Martin Harrington, Thomas Leonard, re Initial Order upon Filing of Complaint - form only 18 served on June 24, 2016. (Duvall, Paul) (Entered: 06/24/2016) |
| 06/27/2016 | 25 | ORDER by Judge James V. Selna: Granting 7 Non-Resident Attorney Richard S. Busch APPLICATION to Appear Pro Hac Vice on behalf of Plaintiffs HaloSongs Inc, Martin Harrington and Thomas Leonard, designating Mark L. Block as local counsel. (lwag) (Entered: 06/27/2016) |
| 08/11/2016 | 26 | STIPULATION Extending Time to Answer the complaint as to All Defendants, filed by Defendants Sony/ATV Songs LLC, Nathan Cable Touring LLP, Sony/ATV Music Publishing (UK) Limited, Polar Patrol Music Limited, Warner Music Group Corporation, Atlantic Recording Corporation, Ed Sheeran Limited, Warner Music UK Ltd., John Johnny McDaid, Edward Christopher Sheeran.(Attorney Michael J Niborski added to party Atlantic Recording Corporation(pty:dft), Attorney Michael J Niborski added to party Ed Sheeran Limited(pty:dft), Attorney Michael J Niborski added to party John Johnny McDaid(pty:dft), Attorney Michael J Niborski added to party Nathan Cable Touring LLP(pty:dft), Attorney Michael J Niborski added to party Polar Patrol Music |

| | | |
|---|---|---|
| | | Limited(pty:dft), Attorney Michael J Niborski added to party Edward Christopher Sheeran(pty:dft), Attorney Michael J Niborski added to party Sony/ATV Music Publishing (UK) Limited(pty:dft), Attorney Michael J Niborski added to party Sony/ATV Songs LLC(pty:dft), Attorney Michael J Niborski added to party Warner Music Group Corporation(pty:dft), Attorney Michael J Niborski added to party Warner Music UK Ltd. (pty:dft))(Niborski, Michael) (Entered: 08/11/2016) |
| 08/25/2016 | 27 | JOINT REPORT Rule 26(f) Discovery Plan *and EXHIBIT A* ; estimated length of trial 8 to 10 days, filed by Plaintiffs HaloSongs, Inc., Martin Harrington, Thomas Leonard.. (Attachments: # 1 Exhibit A)(Duvall, Paul) (Entered: 08/25/2016) |
| 09/07/2016 | 28 | APPLICATION of Non-Resident Attorney Ilense S. Farkas to Appear Pro Hac Vice on behalf of Defendants Atlantic Recording Corporation, Ed Sheeran Limited, John Johnny McDaid, Nathan Cable Touring LLP, Polar Patrol Music Limited, Edward Christopher Sheeran, Sony/ATV Music Publishing (UK) Limited, Sony/ATV Songs LLC, Warner Music Group Corporation, Warner Music UK Ltd. (Pro Hac Vice Fee - Fee Paid, Receipt No. 0973-18505132) filed by Defendants Atlantic Recording Corporation, Ed Sheeran Limited, John Johnny McDaid, Nathan Cable Touring LLP, Polar Patrol Music Limited, Edward Christopher Sheeran, Sony/ATV Music Publishing (UK) Limited, Sony/ATV Songs LLC, Warner Music Group Corporation, Warner Music UK Ltd.. (Attachments: # 1 Proposed Order) (Niborski, Michael) (Entered: 09/07/2016) |
| 09/08/2016 | 29 | STIPULATION to FILE FIRST AMENDED Complaint (Attorney Civil Case Opening), 1 filed by Plaintiffs HaloSongs, Inc., Martin Harrington, Thomas Leonard. (Attachments: # 1 Exhibit First Amended Complaint, # 2 Proposed Order Re Stipulation for Plaintiffs to File an Amended Complaint)(Duvall, Paul) (Entered: 09/08/2016) |
| 09/09/2016 | 30 | ORDER Re Stipulation for Plaintiffs to File an Amended Complaint 29 by Judge James V. Selna: The Court has considered the Stipulation For Plaintiffs To File An Amended Complaint and the facts and averments contained therein. IT IS ORDERED AND ADJUDGED that the First Amended Complaint shall be e-filed by plaintiff as soon as this Order is signed and Defendants have up to andincluding October 7, 2016 to answer, move or otherwise respond to the First Amended Complaint. (lwag) (Entered: 09/09/2016) |
| 09/09/2016 | 31 | FIRST AMENDED COMPLAINT against Defendants Atlantic Recording Corporation, Ed Sheeran Limited, John Johnny McDaid, Nathan Cable Touring LLP, Polar Patrol Music Limited, Edward Christopher Sheeran, Sony/ATV Music Publishing (UK) Limited, Sony/ATV Songs LLC, Warner Music Group Corporation, Warner Music UK Ltd., Kobalt Music Publishing America, Inc. amending Complaint (Attorney Civil Case Opening), 1, filed by Plaintiffs Thomas Leonard, Martin Harrington, HaloSongs, Inc.(Duvall, Paul) (Entered: 09/09/2016) |
| 09/09/2016 | 32 | ORDER GRANTING APPLICATION of Non-Resident Attorney Ilense S. Farkas to Appear Pro Hac Vice on behalf of Defendants Atlantic Recording Corporation, Ed Sheeran Limited, John Johnny McDaid, Nathan Cable Touring LLP, Polar Patrol Music Limited, Edward Christopher Shee 28 on behalf of ALL DEFENDANTS, designating NIBORSKI, MICHAEL J. as local counsel, by Judge James V. Selna. (dv) (Entered: 09/09/2016) |
| 09/12/2016 | 33 | MINUTES OF Scheduling Conference held before Judge James V. Selna. The Court and counsel confer. The Court sets the following case management dates with the agreement of counsel: Interim Status Conference set for 4/10/2017 at 11:30 AM; Discovery cut-off 8/22/2017; Final Pretrial Conference set for 11/27/2017 at 11:00 AM; and the Jury Trial set for 12/12/2017 at 8:30 AM before Judge James V. Selna. (SEE DOCUMENT FOR ADDITIONAL DETAILS & DEADLINES) Court Reporter: Sharon Seffens. (Attachments: # 1 Supplement) (kt) (Entered: 09/22/2016) |
| 09/23/2016 | 34 | APPLICATION of Non-Resident Attorney Andrew M. Goldsmith to Appear Pro Hac Vice |

| | | |
|---|---|---|
| | | on behalf of Defendants Atlantic Recording Corporation, Ed Sheeran Limited, Kobalt Music Publishing America, Inc., John Johnny McDaid, Nathan Cable Touring LLP, Polar Patrol Music Limited, Edward Christopher Sheeran, Sony/ATV Music Publishing (UK) Limited, Sony/ATV Songs LLC, Warner Music Group Corporation, Warner Music UK Ltd. (Pro Hac Vice Fee - Fee Paid, Receipt No. 0973-18608660) filed by Defendants Atlantic Recording Corporation, Ed Sheeran Limited, Kobalt Music Publishing America, Inc., John Johnny McDaid, Nathan Cable Touring LLP, Polar Patrol Music Limited, Edward Christopher Sheeran, Sony/ATV Music Publishing (UK) Limited, Sony/ATV Songs LLC, Warner Music Group Corporation, Warner Music UK Ltd.. (Attachments: # 1 Proposed Order) (Attorney Michael J Niborski added to party Kobalt Music Publishing America, Inc.(pty:dft)) (Niborski, Michael) (Entered: 09/23/2016) |
| 09/26/2016 | 35 | ORDER FOR JURY TRIAL SETTING DATES; PREPARATION FOR TRIAL; AND GOVERNING ATTORNEY AND PARTY CONDUCT AT TRIAL before Judge James V. Selna. (See Document for Details and Deadlines) (kt) (Entered: 09/26/2016) |
| 10/07/2016 | 36 | ORDER by Judge James V. Selna: granting 34 Non-Resident Attorney Andrew M. Goldsmith APPLICATION to Appear Pro Hac Vice on behalf of all defendants, designating MIchael J. Niborski as local counsel. (dro) (Entered: 10/07/2016) |
| 10/07/2016 | 37 | NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction filed by Defendants Ed Sheeran Limited, John Johnny McDaid, Nathan Cable Touring LLP, Polar Patrol Music Limited, Sony/ATV Music Publishing (UK) Limited, Warner Music UK Ltd.. Motion set for hearing on 12/19/2016 at 01:30 PM before Judge James V. Selna. (Niborski, Michael) (Entered: 10/07/2016) |
| 10/07/2016 | 38 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 37 filed by Defendants Ed Sheeran Limited, John Johnny McDaid, Nathan Cable Touring LLP, Polar Patrol Music Limited, Sony/ATV Music Publishing (UK) Limited, Warner Music UK Ltd.. (Attachments: # 1 Exhibit, # 2 Exhibit)(Niborski, Michael) (Entered: 10/07/2016) |
| 10/07/2016 | 39 | DECLARATION of Ilene S. Farkas in Support of NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 37 filed by Defendants Ed Sheeran Limited, John Johnny McDaid, Nathan Cable Touring LLP, Polar Patrol Music Limited, Sony/ATV Music Publishing (UK) Limited, Warner Music UK Ltd.. (Niborski, Michael) (Entered: 10/07/2016) |
| 10/07/2016 | 40 | DECLARATION of Stephanie Hardwick in Support of NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 37 filed by Defendants Ed Sheeran Limited, John Johnny McDaid, Nathan Cable Touring LLP, Polar Patrol Music Limited, Sony/ATV Music Publishing (UK) Limited, Warner Music UK Ltd.. (Niborski, Michael) (Entered: 10/07/2016) |
| 10/07/2016 | 41 | DECLARATION of Mark Krais in Support of NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 37 filed by Defendants Ed Sheeran Limited, John Johnny McDaid, Nathan Cable Touring LLP, Polar Patrol Music Limited, Sony/ATV Music Publishing (UK) Limited, Warner Music UK Ltd.. (Niborski, Michael) (Entered: 10/07/2016) |
| 10/07/2016 | 42 | DECLARATION of Timothy William Major in Support of NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 37 filed by Defendants Ed Sheeran Limited, John Johnny McDaid, Nathan Cable Touring LLP, Polar Patrol Music Limited, Sony/ATV Music Publishing (UK) Limited, Warner Music UK Ltd.. (Niborski, Michael) (Entered: 10/07/2016) |
| 10/07/2016 | 43 | DECLARATION of John McDaid in Support of NOTICE OF MOTION AND MOTION |

| | | |
|---|---|---|
| | | to Dismiss for Lack of Jurisdiction 37 filed by Defendants Ed Sheeran Limited, John Johnny McDaid, Nathan Cable Touring LLP, Polar Patrol Music Limited, Sony/ATV Music Publishing (UK) Limited, Warner Music UK Ltd.. (Niborski, Michael) (Entered: 10/07/2016) |
| 10/07/2016 | 44 | DECLARATION of Jonathan Graham Quinn in Support of NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 37 filed by Defendants Ed Sheeran Limited, John Johnny McDaid, Nathan Cable Touring LLP, Polar Patrol Music Limited, Sony/ATV Music Publishing (UK) Limited, Warner Music UK Ltd.. (Niborski, Michael) (Entered: 10/07/2016) |
| 10/07/2016 | 45 | DECLARATION of Charlotte Saxe in Support of NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 37 filed by Defendants Ed Sheeran Limited, John Johnny McDaid, Nathan Cable Touring LLP, Polar Patrol Music Limited, Sony/ATV Music Publishing (UK) Limited, Warner Music UK Ltd.. (Niborski, Michael) (Entered: 10/07/2016) |
| 10/07/2016 | 46 | DECLARATION of Beth Wrenn in Support of NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 37 filed by Defendants Ed Sheeran Limited, John Johnny McDaid, Nathan Cable Touring LLP, Polar Patrol Music Limited, Sony/ATV Music Publishing (UK) Limited, Warner Music UK Ltd.. (Niborski, Michael) (Entered: 10/07/2016) |
| 10/07/2016 | 47 | NOTICE OF MOTION AND MOTION to Dismiss First Amended Complaint Pursuant To FRCP 8, Or, In The Alternative, To Strike Portions Of The First Amended Complaint Pursuant To FRCP 12(f) filed by Defendants Atlantic Recording Corporation, Kobalt Music Publishing America, Inc., Edward Christopher Sheeran, Sony/ATV Songs LLC, Warner Music Group Corporation. Motion set for hearing on 12/19/2016 at 01:30 PM before Judge James V. Selna. (Niborski, Michael) (Entered: 10/07/2016) |
| 10/07/2016 | 48 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION to Dismiss First Amended Complaint Pursuant To FRCP 8, Or, In The Alternative, To Strike Portions Of The First Amended Complaint Pursuant To FRCP 12(f) 47 filed by Defendants Atlantic Recording Corporation, Kobalt Music Publishing America, Inc., Edward Christopher Sheeran, Sony/ATV Songs LLC, Warner Music Group Corporation. (Attachments: # 1 Exhibit)(Niborski, Michael) (Entered: 10/07/2016) |
| 10/15/2016 | 49 | WAIVER OF SERVICE Returned Executed filed by Plaintiffs Thomas Leonard, Martin Harrington, HaloSongs, Inc.. upon Kobalt Music Publishing America, Inc. waiver sent by Plaintiff on 9/26/2016, answer due 11/25/2016. Waiver of Service signed by Donald S. Zakarin. (Duvall, Paul) (Entered: 10/15/2016) |
| 11/07/2016 | 50 | NOTICE OF MOTION AND MOTION for Discovery *and to Stay Defendants' Pending Motion to Dismiss* HaloSongs, Inc., Martin Harrington, Thomas Leonard. Motion set for hearing on 12/5/2016 at 01:30 PM before Judge James V. Selna. (Attachments: # 1 Memorandum, # 2 Declaration Armen Boladian, # 3 Exhibit A, # 4 Exhibit B, # 5 Declaration Gary Cohen, # 6 Declaration Howard Hertz, # 7 Declaration Jeremy D. Ray) (Block, Mark) (Entered: 11/07/2016) |
| 11/07/2016 | 51 | DECLARATION of Joel Martin MOTION for Discovery *and to Stay Defendants' Pending Motion to Dismiss* 50 filed by Plaintiffs HaloSongs, Inc., Martin Harrington, Thomas Leonard. (Attachments: # 1 Declaration A, # 2 Declaration B)(Block, Mark) (Entered: 11/07/2016) |
| 11/07/2016 | 52 | DECLARATION of Martin Harrington MOTION for Discovery *and to Stay Defendants' Pending Motion to Dismiss* 50 filed by Plaintiffs HaloSongs, Inc., Martin Harrington, Thomas Leonard. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit |

| | | |
|---|---|---|
| | | D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J) (Block, Mark) (Entered: 11/07/2016) |
| 11/07/2016 | 53 | DECLARATION of Paul H. Duvall MOTION for Discovery *and to Stay Defendants' Pending Motion to Dismiss* 50 filed by Plaintiffs HaloSongs, Inc., Martin Harrington, Thomas Leonard. (Attachments: # 1 Exhibit A)(Duvall, Paul) (Entered: 11/07/2016) |
| 11/07/2016 | 54 | DECLARATION of Richard S. Busch MOTION for Discovery *and to Stay Defendants' Pending Motion to Dismiss* 50 filed by Plaintiffs HaloSongs, Inc., Martin Harrington, Thomas Leonard. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q)(Busch, Richard) (Entered: 11/07/2016) |
| 11/07/2016 | 55 | NOTICE of Manual Filing filed by Plaintiffs HaloSongs, Inc., Martin Harrington, Thomas Leonard of DVD. (Attachments: # 1 Proof of Service)(Busch, Richard) (Entered: 11/07/2016) |
| 11/07/2016 | 56 | Proposed Order filed by Plaintiffs HaloSongs, Inc., Martin Harrington, Thomas Leonard re: MOTION for Discovery *and to Stay Defendants' Pending Motion to Dismiss* 50 (Block, Mark) (Entered: 11/07/2016) |
| 11/14/2016 | 57 | STIPULATION to Continue Hearing Dates on Defendants Motion to Dismiss for Lack of Personal Jurisdiction [Docket No. 37], Defendants' Motion to Dismiss Pursuant to FRCP 8 [Docket No., 47], and Plaintiffs' Motion for Discovery and to Stay [Docket No. 50] from December 19, 2016, December 19, 2016, and December 5, 2016, respectively to January 9, 2017 filed by Defendants Atlantic Recording Corporation, Ed Sheeran Limited, Kobalt Music Publishing America, Inc., John Johnny McDaid, Nathan Cable Touring LLP, Polar Patrol Music Limited, Edward Christopher Sheeran, Sony/ATV Music Publishing (UK) Limited, Sony/ATV Songs LLC, Warner Music Group Corporation, Warner Music UK Ltd.. (Attachments: # 1 Declaration of Michael J. Niborski, # 2 Proposed Order)(Niborski, Michael) (Entered: 11/14/2016) |
| 11/15/2016 | 58 | ORDER by Judge James V. Selna Granting Stipulation 57 to Continue Hearing Dates and Setting Briefing Schedule on Motions 37 47 50 .(see document for details). (dro) Modified on 11/15/2016 (dro). (Entered: 11/15/2016) |
| 11/16/2016 | 59 | Joint STIPULATION for Protective Order filed by Defendants Atlantic Recording Corporation, Kobalt Music Publishing America, Inc., Edward Christopher Sheeran, Sony/ATV Songs LLC, Warner Music Group Corporation.(Niborski, Michael) (Entered: 11/16/2016) |
| 11/18/2016 | 60 | STIPULATION to Continue Deadlines for Plaintiffs to: (1) make a motion to further amend the First Amended Complaint, including to join other parties, and (2) Notice for Hearing such a Motion from November 28, 2016 and December 28, 2016, respectively, under the Scheduling Order (Dkt. 35) to either (i) 14 days after the Courts determination of Parties Motions being heard on January 9th, and 45 days after the Courts determination of Parties Motions being heard on January 9th; or, alternatively, (ii) should the Court grant limited jurisdictional discovery, 14 days after the production of any such limited jurisdictional discovery, and 45 days after the production of any such limited jurisdictional discovery filed by Plaintiffs HaloSongs, Inc., Martin Harrington, Thomas Leonard. (Attachments: # 1 Declaration of Paul H. Duvall in Support of Stipulation, # 2 Proposed Order Granting Stipulation)(Duvall, Paul) (Entered: 11/18/2016) |
| 11/21/2016 | 61 | Opposition re: MOTION for Discovery *and to Stay Defendants' Pending Motion to Dismiss* 50 filed by Defendants Ed Sheeran Limited, John Johnny McDaid, Nathan Cable Touring LLP, Polar Patrol Music Limited, Sony/ATV Music Publishing (UK) Limited, |

| | | |
|---|---|---|
| | | Warner Music UK Ltd.. (Attachments: # 1 Exhibit F)(Niborski, Michael) (Entered: 11/21/2016) |
| 11/21/2016 | 62 | DECLARATION of James Arnay In Opposition To MOTION for Discovery *and to Stay Defendants' Pending Motion to Dismiss* 50 filed by Defendants Ed Sheeran Limited, John Johnny McDaid, Nathan Cable Touring LLP, Polar Patrol Music Limited, Sony/ATV Music Publishing (UK) Limited, Warner Music UK Ltd.. (Niborski, Michael) (Entered: 11/21/2016) |
| 11/21/2016 | 63 | DECLARATION of Ilene S. Farkas In Opposition To MOTION for Discovery *and to Stay Defendants' Pending Motion to Dismiss* 50 filed by Defendants Ed Sheeran Limited, John Johnny McDaid, Nathan Cable Touring LLP, Polar Patrol Music Limited, Sony/ATV Music Publishing (UK) Limited, Warner Music Group Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)(Niborski, Michael) (Entered: 11/21/2016) |
| 11/21/2016 | 64 | DECLARATION of Timothy William Major In Opposition To MOTION for Discovery *and to Stay Defendants' Pending Motion to Dismiss* 50 filed by Defendants Ed Sheeran Limited, John Johnny McDaid, Nathan Cable Touring LLP, Polar Patrol Music Limited, Sony/ATV Music Publishing (UK) Limited, Warner Music UK Ltd.. (Niborski, Michael) (Entered: 11/21/2016) |
| 11/21/2016 | 65 | DECLARATION of John McDaid In Opposition To MOTION for Discovery *and to Stay Defendants' Pending Motion to Dismiss* 50 filed by Defendants Ed Sheeran Limited, John Johnny McDaid, Nathan Cable Touring LLP, Polar Patrol Music Limited, Sony/ATV Music Publishing (UK) Limited, Warner Music UK Ltd.. (Niborski, Michael) (Entered: 11/21/2016) |
| 11/21/2016 | 66 | DECLARATION of Jonathan Graham Quinn In Opposition To MOTION for Discovery *and to Stay Defendants' Pending Motion to Dismiss* 50 filed by Defendants Ed Sheeran Limited, John Johnny McDaid, Nathan Cable Touring LLP, Polar Patrol Music Limited, Sony/ATV Music Publishing (UK) Limited, Warner Music UK Ltd.. (Niborski, Michael) (Entered: 11/21/2016) |
| 11/21/2016 | 67 | DECLARATION of Charlotte Saxe In Opposition To MOTION for Discovery *and to Stay Defendants' Pending Motion to Dismiss* 50 filed by Defendants Ed Sheeran Limited, John Johnny McDaid, Nathan Cable Touring LLP, Polar Patrol Music Limited, Sony/ATV Music Publishing (UK) Limited, Warner Music UK Ltd.. (Niborski, Michael) (Entered: 11/21/2016) |
| 11/21/2016 | 68 | OPPOSITION to NOTICE OF MOTION AND MOTION to Dismiss First Amended Complaint Pursuant To FRCP 8, Or, In The Alternative, To Strike Portions Of The First Amended Complaint Pursuant To FRCP 12(f) 47 filed by Plaintiffs HaloSongs, Inc., Martin Harrington, Thomas Leonard. (Attachments: # 1 Declaration of Jeremy D. Ray in Support of Plaintiffs' Response in Opposition to Defendants' Motion)(Duvall, Paul) (Entered: 11/21/2016) |
| 11/21/2016 | 69 | OPPOSITION to NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 37 filed by Plaintiffs HaloSongs, Inc., Martin Harrington, Thomas Leonard. (Duvall, Paul) (Entered: 11/21/2016) |
| 11/21/2016 | 70 | STIPULATED PROTECTIVE ORDER by Magistrate Judge Jay C. Gandhi re Stipulation for Protective Order 59 . (kh) (Entered: 11/22/2016) |
| 11/21/2016 | 71 | ORDER by Judge James V. Selna Granting Stipulation Requesting Modification of Scheduling Order 60 . WHEREAS good cause is shown, IT IS HEREBY ORDERED, based on the concurrently filed Stipulation of the parties thereto, as follows: 1. The |

|  |  | deadlines for Plaintiffs to: (1) make a motion to further amend the First Amended Complaint, including to join other parties, and (2) notice for hearing such a motion, currently November 28, 2016 and December 28, 2016, respectively, under the Scheduling Order (Dkt. 35), will be extended to either: (i) 14 days after the Court's determination of Parties Motions (Dkt. 37), (Dkt. 47), and (Dkt. 50), and 45 days after the Court's determination of Parties' Motions; but however, (ii) should the Court grant limited jurisdictional discovery, 14 days after the production of any such limited jurisdictional discovery, and 45 days after the production of any such limited jurisdictional discovery. IT IS SO ORDERED. (dro) (Entered: 11/22/2016) |
|---|---|---|
| 12/21/2016 | 72 | RESPONSE IN SUPPORT of MOTION for Discovery *and to Stay Defendants' Pending Motion to Dismiss* 50 filed by Plaintiffs HaloSongs, Inc., Martin Harrington, Thomas Leonard. (Attachments: # 1 Declaration of Paul H. Duvall in Further Support of Plaintiffs' Motion for Limited Jurisdictional Discovery and To Stay Defendants' Pending Motion to Dismiss with Exhibits A through D attached, # 2 Declaration of Gary Cohen in Further Support of Plaintiffs' Motion for Limited Jurisdictional Discovery and To Stay Defendants' Pending Motion to Dismiss)(Duvall, Paul) (Entered: 12/21/2016) |
| 12/21/2016 | 73 | STATEMENT of of Evidentiary Objections in Support of Plaintiffs' Motion for Limited Jurisdicational Discovery and to Stay Defendants' Pending Motion to Dismiss MOTION for Discovery *and to Stay Defendants' Pending Motion to Dismiss* 50 filed by Plaintiffs HaloSongs, Inc., Martin Harrington, Thomas Leonard. (Duvall, Paul) (Entered: 12/21/2016) |
| 12/21/2016 | 74 | REPLY In Support Of NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 37 filed by Defendants Ed Sheeran Limited, John Johnny McDaid, Nathan Cable Touring LLP, Polar Patrol Music Limited, Sony/ATV Music Publishing (UK) Limited, Warner Music UK Ltd.. (Niborski, Michael) (Entered: 12/21/2016) |
| 12/21/2016 | 75 | REPLY In Support Of NOTICE OF MOTION AND MOTION to Dismiss First Amended Complaint Pursuant To FRCP 8, Or, In The Alternative, To Strike Portions Of The First Amended Complaint Pursuant To FRCP 12(f) 47 filed by Defendants Atlantic Recording Corporation, Kobalt Music Publishing America, Inc., Edward Christopher Sheeran, Sony/ATV Songs LLC, Warner Music Group Corporation. (Niborski, Michael) (Entered: 12/21/2016) |
| 01/09/2017 | 76 | MINUTES OF Motion Hearing Re: Defendants Motion to Dismiss for Lack of Jurisdiction (fld 10-7-16) Defendants Motion to Dismiss Pursuant to FRCP 8(a)(2) and 9(d)(1), or, in the Alternative, to Strike Portions of the First Amended Complaint ( fld 10-7-16) Plaintiffs Motion for Limited Jurisdictional Discovery and to Stay Defendants Pending Motion to Dismiss (fld 11-7-16) held before Judge James V. Selna. Cause called and counsel make their appearances. The Court's tentative ruling is issued. Counsel make their arguments. The Court takes the above referenced motions under submission. Court Reporter: Sharon Seffens. (dro) (Entered: 01/10/2017) |
| 01/13/2017 | 77 | TRANSCRIPT ORDER as to Defendant Edward Christopher Sheeran for Court Reporter. Court will contact Andrew Goldsmith at agoldsmith@pryorcashman.com with any questions regarding this order. Transcript preparation will not begin until payment has been satisfied with the court reporter. (Niborski, Michael) (Entered: 01/13/2017) |
| 01/13/2017 | 78 | MINUTES (IN CHAMBERS) by Judge James V. Selna: Order Denying Defendants' Motion to Dismiss Pursuant to FRCP 8(a)(2) and 9(d)(1), or, in the Alternative, to Strike Portions of the First Amended Complaint (fld 10-7-16) 47 ; Granting Plaintiffs' Motion for Limited Jurisdictional Discovery and to Stay Defendants' Pending Motion to Dismiss (fld 11-7-16) 50 ; and STAYING Defendants' Motion to Dismiss for Lack of Jurisdiction (fld 10-7-16) 37 . (mt) (Entered: 01/14/2017) |

| | | |
|---|---|---|
| 02/28/2017 | 79 | Joint STIPULATION to Continue Deadline to Conduct Limited Jurisdictional Discovery and to Submit a Joint Proposal for Further Briefing and a Hearing Date from March 29, 2017 to April 28, 2017 Re: Order on Motion to Dismiss/Lack of Jurisdiction,,,, Order on Motion for Discovery, 78 filed by Plaintiffs HaloSongs, Inc., Martin Harrington, Thomas Leonard. (Attachments: # 1 Declaration of Paul H. Duvall in Support of Stipulation Extending Deadline to Conduct Limited Jurisdictional Discovery and to Submit a Joint Proposal for Further Briefing and a Hearing Date (Dkt. 78), # 2 Proposed Order Granting Stipulation Extending Deadline to Conduct Limited Jurisdictional Discovery and to Submit a Joint Proposal for Further Briefing and a Hearing Date (Dkt. 78))(Duvall, Paul) (Entered: 02/28/2017) |
| 03/01/2017 | 80 | ORDER by Judge James V. Selna, Granting Stipulation to Extending Deadline to Conduct Limited Jurisdictional Discovery and to Submit a Joint Proposal for Further Briefing and a Hearing Date 79 . WHEREAS good cause is shown, IT IS HEREBY ORDERED, based on the concurrently filed Stipulation of the Parties thereto, as follows: 1. The deadline for the Parties to: (1) conduct limited jurisdictional discovery, and (2) submit a joint proposal for further briefing and a hearing date, currently March 29, 2017, by Order of this Court on January 13, 2017 (Dkt. 78), will be extended 30 days. Upon Stipulation of the Parties, and this Order, the Parties have up to and including April 28, 2017 to conduct limited jurisdictional discovery consistent with this Court's January 13, 2017 Order and to submit a joint proposal for further briefing and a hearing date. IT IS SO ORDERED. (dro) (Entered: 03/01/2017) |
| 04/07/2017 | 81 | STIPULATION to Dismiss Case pursuant to FRCP 41(a)(1) filed by Defendants Atlantic Recording Corporation, Kobalt Music Publishing America, Inc., Edward Christopher Sheeran, Sony/ATV Songs LLC, Warner Music Group Corporation. (Attachments: # 1 Proposed Order)(Niborski, Michael) (Entered: 04/07/2017) |
| 04/10/2017 | 82 | ORDER OF DISMISSAL by Judge James V. Selna, The Court rules as follows: The claims asserted by Plaintiffs in the above captioned matter, as against all named defendants (including any that have not appeared in this action) are hereby DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1), and without costs to any party. 81 Case Terminated. Made JS-6. (es) (Entered: 04/10/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/24/2020 11:48:14 | | | |
| **PACER Login:** | 325WestPark | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:16-cv-01062-JVS-JCG End date: 9/24/2020 |
| **Billable Pages:** | 15 | **Cost:** | 1.50 |