# EXHIBIT THREE (3)

ACCO,(JCGx),CLOSED,DISCOVERY,MANADR,PROTORD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:16-cv-01062-JVS-JCG

HaloSongs, Inc. et al v. Edward Christopher Sheeran
Assigned to: Judge James V. Selna
Referred to: Magistrate Judge Jay C. Gandhi
Cause: 17:101 Copyright Infringement

Date Filed: 06/08/2016
Date Terminated: 04/10/2017
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**HaloSongs, Inc.**                              represented by **Paul H Duvall**
King and Ballow Law Offices
1999 Avenue of the Stars Suite 1100
Century City, CA 90067
424-253-1255
Fax: 888-688-0482
Email: pduvall@kingballow.com
*ATTORNEY TO BE NOTICED*

**Richard Steven Busch**
King and Ballow
315 Union Street Suite 1100
Nashville, TN 37201
615-259-3456
Fax: 615-726-5417
Email: rbusch@kingballow.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark L Block**
Wargo and French LLP
601 S. Figueroa St, Suite 4625
Los Angeles
Los Angeles, CA 90017
310-853-6300
Fax: 310-553-6333
Email: mblock@wargofrench.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martin Harrington**                            represented by **Paul H Duvall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Steven Busch**
(See above for address)

**Andrew Mark Goldsmith**
Pryor Cashman LLP
7 Times Square
New York, NY 10036
(212)-326-0419
Fax: (212)-798-6925
Email: agoldsmith@pryorcashman.com
*ATTORNEY TO BE NOTICED*

**Ilene Susan Farkas**
Pryor Cashman LLP
7 Times Square
New York, NY 10036
212-421-4100
Fax: 212-326-0806
Email: ifarkas@pryorcashman.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**John "Johnny" McDaid**                                  represented by **Donald S. Zakarin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Mark Goldsmith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ilene Susan Farkas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steve McCutcheon**                                      represented by **Andrew Mark Goldsmith**
*personally known as*                                                   (See above for address)
Steve Mac                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Amy Victoria Wadge**                                    represented by **Andrew Mark Goldsmith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sony Music Entertainment**                              represented by **Eric Joel Feder**
Davis Wright Tremaine LLP
1301 K Street NW
Suite 500 East
Washington, DC 20005
202-973-4200
Email: ericfeder@dwt.com
*ATTORNEY TO BE NOTICED*

           **James Eric Rosenfeld**
Davis Wright Tremaine LLP (NYC)
1251 Avenue of the Americas
New York, NY 10020
212-603-6455
Fax: 212-489-8340
Email: jamesrosenfeld@dwt.com
*ATTORNEY TO BE NOTICED*

**Marcia Beth Paul**
Davis Wright Tremaine LLP (NYC)
1251 Avenue of the Americas
New York, NY 10020
(212) 603-6427
Fax: (212) 489-8340
Email: marciapaul@dwt.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kobalt Music Services America, Inc.**    represented by   **Donald S. Zakarin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Mark Goldsmith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ilene Susan Farkas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bucks Music Group Limited**

**Defendant**

**McGraw Music, LLC**    represented by   **Eric Joel Feder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Eric Rosenfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcia Beth Paul**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samuel Timothy McGraw**
*personally known as*
Tim McGraw

   represented by   **Eric Joel Feder**
(See above for address)
*ATTORNEY TO BE NOTICED*

                        **James Eric Rosenfeld**
                        (See above for address)
                        *ATTORNEY TO BE NOTICED*

                        **Marcia Beth Paul**
                        (See above for address)
                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Audrey Faith Hill**                     represented by  **Eric Joel Feder**
*personally known as*                                       (See above for address)
Faith Hill                                                     *ATTORNEY TO BE NOTICED*

                        **James Eric Rosenfeld**
                        (See above for address)
                        *ATTORNEY TO BE NOTICED*

                        **Marcia Beth Paul**
                        (See above for address)
                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Sony/ATV Songs, LLC**                 represented by  **Donald S. Zakarin**
                        (See above for address)
                        *LEAD ATTORNEY*
                        *ATTORNEY TO BE NOTICED*

                        **Andrew Mark Goldsmith**
                        (See above for address)
                        *ATTORNEY TO BE NOTICED*

                        **Ilene Susan Farkas**
                        (See above for address)
                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Rokstone Music Ltd.**                   represented by  **Andrew Mark Goldsmith**
                        (See above for address)
                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Universal Polygram International**     represented by  **Donald S. Zakarin**
**Publishing, Inc.**                                        (See above for address)
                        *LEAD ATTORNEY*
                        *ATTORNEY TO BE NOTICED*

                        **Andrew Mark Goldsmith**
                        (See above for address)
                        *ATTORNEY TO BE NOTICED*

                        **Ilene Susan Farkas**
                        (See above for address)
                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Cookie Jar Music LLP**      represented by **Andrew Mark Goldsmith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**WB Music Corp.**      represented by **Donald S. Zakarin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Mark Goldsmith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ilene Susan Farkas**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/10/2018 | 1 | COMPLAINT against Bucks Music Group Limited, Cookie Jar Music LLP, Audrey Faith Hill, Kobalt Music Services America, Inc., Steve McCutcheon, John McDaid, Samuel Timothy McGraw, McGraw Music, LLC, Rokstone Music Ltd., Edward Christopher Sheeran, Sony Music Entertainment, Sony/ATV Songs, LLC, Universal Polygram International Publishing, Inc., WB Music Corp., Amy Wadge. (Filing Fee $ 400.00, Receipt Number 0208-14562061)Document filed by Sean Carey, Beau Golden.(Busch, Richard) (Entered: 01/10/2018) |
| 01/10/2018 | 2 | CIVIL COVER SHEET filed. (Busch, Richard) (Entered: 01/10/2018) |
| 01/10/2018 | 3 | AO 121 FORM COPYRIGHT - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review.(Busch, Richard) (Entered: 01/10/2018) |
| 01/10/2018 | 4 | **FILING ERROR - DEFICIENT PLEADING - SUMMONS REQUEST PDF ERROR - REQUEST FOR ISSUANCE OF SUMMONS** as to Edward Christopher Sheeran; John "Johnny" McDaid; Steven McCutcheon; Amy Victoria Wadge; Sony Music Entertainment; McGraw Music, LLC; Samuel Timothy McGraw; Audrey Faith Hill; Sony/ATV Songs, LLC; Kobalt Music Services America, Inc.; Bucks Music Group Limited; Rokstone Music Ltd.; Universal Polygram International Publishing, Inc.; Cookie Jar Music LLP; WB Music Corp., re: 1 Complaint,. Document filed by Sean Carey, Beau Golden. (Busch, Richard) Modified on 1/11/2018 (jgo). (Entered: 01/10/2018) |
| 01/11/2018 | | ***NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Richard Steven Busch. The following case opening statistical information was erroneously selected/entered: County code New York;. The following correction(s) have been made to your case entry: the County code has been modified to XX Out of State;. (jgo) (Entered: 01/11/2018) |
| 01/11/2018 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Richard Steven Busch. The party information for the following party/parties has been modified: Edward Christopher Sheeran; John "Johnny" McDaid; Steve McCutcheon; Amy Victoria Wadge; Samuel Timothy McGraw; |

| | | |
|---|---|---|
| | | Audrey Faith Hill. The information for the party/parties has been modified for the following reason/reasons: party name contained a typographical error; alias party name was omitted;. (jgo) (Entered: 01/11/2018) |
| 01/11/2018 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge J. Paul Oetken. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (jgo) (Entered: 01/11/2018) |
| 01/11/2018 | | Magistrate Judge Robert W. Lehrburger is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (jgo) (Entered: 01/11/2018) |
| 01/11/2018 | | Case Designated ECF. (jgo) (Entered: 01/11/2018) |
| 01/11/2018 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Richard Steven Busch to RE-FILE Document No. 4 Request for Issuance of Summons. The filing is deficient for the following reason(s): If including all defendants in 'as to', a rider must be attached listing all defendant's name and address. Otherwise, each summons must be filed separately for each defendant;. Re-file the document using the event type Request for Issuance of Summons found under the event list Service of Process - select the correct filer/filers - and attach the correct summons form PDF. (jgo) (Entered: 01/11/2018) |
| 01/12/2018 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to Edward Christopher Sheeran p/k/a Ed Sheeran, John Johnny McDaid, Steven McCutcheon p/k/a Steve Mac, Amy Victoria Wadge, Sony Music Entertainment, McGraw Music, LLC, Samuel Timothy McGraw p/k/a Tim McGraw, Audrey Faith Hill p/k/a Faith Hill, Sony/ATV Songs, LLC, Kobalt Music Services America, Inc., Bucks Music Group Limited, Rokstone Music Ltd., Universal Polygram International Publishing, Inc., Cookie Jar Music LLP, WB Music Corp., re: 1 Complaint,. Document filed by Sean Carey, Beau Golden. (Busch, Richard) (Entered: 01/12/2018) |
| 01/16/2018 | 6 | ELECTRONIC SUMMONS ISSUED as to Bucks Music Group Limited, Cookie Jar Music LLP, Audrey Faith Hill, Kobalt Music Services America, Inc., Steve McCutcheon, John "Johnny" McDaid, Samuel Timothy McGraw, McGraw Music, LLC, Rokstone Music Ltd., Edward Christopher Sheeran, Sony Music Entertainment, Sony/ATV Songs, LLC, Universal Polygram International Publishing, Inc., WB Music Corp., Amy Victoria Wadge. (vf) (Entered: 01/16/2018) |
| 02/01/2018 | 7 | AO 121 FORM COPYRIGHT - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a court action has been filed on the following copyright(s) in the U.S. District Court Southern District of New York. Form e-mailed to Register of Copyrights. (jgo) (Entered: 02/01/2018) |
| 04/02/2018 | 8 | NOTICE OF APPEARANCE by Donald S. Zakarin on behalf of Kobalt Music Services America, Inc., John "Johnny" McDaid, Edward Christopher Sheeran, Sony/ATV Songs, LLC, Universal Polygram International Publishing, Inc., WB Music Corp.. (Zakarin, Donald) (Entered: 04/02/2018) |
| 04/02/2018 | 9 | NOTICE OF APPEARANCE by Andrew Mark Goldsmith on behalf of Kobalt Music Services America, Inc., John "Johnny" McDaid, Edward Christopher Sheeran, Sony/ATV |

| | | |
|---|---|---|
| | | Songs, LLC, Universal Polygram International Publishing, Inc., WB Music Corp.. (Goldsmith, Andrew) (Entered: 04/02/2018) |
| 04/02/2018 | 10 | FIRST RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Sony Corporation (Japan) for Sony/ATV Songs, LLC. Document filed by Sony/ATV Songs, LLC.(Goldsmith, Andrew) (Entered: 04/02/2018) |
| 04/02/2018 | 11 | **FILING ERROR NOT ALL CORPORATE PARENTS/OTHER AFFILIATES WERE ADDED -** FIRST RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent AI Entertainment Holdings LLC (formerly known as Airplanes Music LLC), Other Affiliate Access Industries, Inc. for WB Music Corp.. Document filed by WB Music Corp..(Goldsmith, Andrew) Modified on 4/3/2018 (lb). (Entered: 04/02/2018) |
| 04/02/2018 | 12 | FIRST RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Kobalt America Holdings, Inc., Corporate Parent Kobalt London Limited for Kobalt Music Services America, Inc.. Document filed by Kobalt Music Services America, Inc..(Goldsmith, Andrew) (Entered: 04/02/2018) |
| 04/02/2018 | 13 | FIRST RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Vivendi, S.A., Corporate Parent Universal Music Group, Inc. for Universal Polygram International Publishing, Inc.. Document filed by Universal Polygram International Publishing, Inc..(Goldsmith, Andrew) (Entered: 04/02/2018) |
| 04/02/2018 | 14 | ANSWER to 1 Complaint,. Document filed by Edward Christopher Sheeran.(Goldsmith, Andrew) (Entered: 04/02/2018) |
| 04/02/2018 | 15 | ANSWER to 1 Complaint,. Document filed by John "Johnny" McDaid.(Goldsmith, Andrew) (Entered: 04/02/2018) |
| 04/02/2018 | 16 | ANSWER to 1 Complaint,. Document filed by Sony/ATV Songs, LLC.(Goldsmith, Andrew) (Entered: 04/02/2018) |
| 04/02/2018 | 17 | ANSWER to 1 Complaint,. Document filed by Kobalt Music Services America, Inc.. (Goldsmith, Andrew) (Entered: 04/02/2018) |
| 04/02/2018 | 18 | ANSWER to 1 Complaint,. Document filed by Universal Polygram International Publishing, Inc..(Goldsmith, Andrew) (Entered: 04/02/2018) |
| 04/02/2018 | 19 | ANSWER to 1 Complaint,. Document filed by WB Music Corp..(Goldsmith, Andrew) (Entered: 04/02/2018) |
| 04/03/2018 | | ***NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Andrew Mark Goldsmith to RE-FILE Document 11 Rule 7.1 Corporate Disclosure Statement,. ERROR(S): Not All Corporate Parents were added. Please re-file this document and when prompted: Are there any corporate parents or other affiliates?, select the YES radio button and enter the Corporate Parent(s) or Affiliate(s) one party name at a time. (lb)** (Entered: 04/03/2018) |
| 04/03/2018 | 20 | FIRST RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent AI Entertainment Holdings LLC (formerly known as Airplanes Music LLC), Corporate Parent Warner Music Group Corp., Corporate Parent WMG Holdings Corp., Corporate Parent WMG Acquisition Corp., Other Affiliate Access Industries, Inc. for WB Music Corp.. Document filed by WB Music Corp..(Goldsmith, Andrew) (Entered: 04/03/2018) |
| 04/03/2018 | 21 | ORDER: Counsel for all parties are directed to appear for an initial pretrial conference with the Court on April 18, 2018, at 11:15 a.m. The conference will be held in Courtroom |

| | | |
|---|---|---|
| | | 706 of the Thurgood Marshall United States Court House, 40 Foley Square, New York, New York. Counsel who appear at the pretrial conference must be authorized to negotiate terms of settlement. And as set forth herein. SO ORDERED. Initial Conference set for 4/18/2018 at 11:15 AM in Courtroom 706, 40 Centre Street, New York, NY 10007 before Judge J. Paul Oetken. (Signed by Judge J. Paul Oetken on 4/03/2018) (ama) (Entered: 04/03/2018) |
| 04/04/2018 | 22 | LETTER MOTION to Adjourn Conference addressed to Judge J. Paul Oetken from Richard S. Busch dated 4/4/18. Document filed by Sean Carey, Beau Golden.(Busch, Richard) (Entered: 04/04/2018) |
| 04/06/2018 | 23 | NOTICE OF APPEARANCE by Ilene Susan Farkas on behalf of Kobalt Music Services America, Inc., John "Johnny" McDaid, Edward Christopher Sheeran, Sony/ATV Songs, LLC, Universal Polygram International Publishing, Inc., WB Music Corp.. (Farkas, Ilene) (Entered: 04/06/2018) |
| 04/09/2018 | 24 | ORDER granting 22 Letter Motion to Adjourn Conference. GRANTED. THE CONFERENCE CURRENTLY SCHEDULED FOR APRIL 18, 2018, IS ADJOURNED TO APRIL 26, 2018, AT 11:00 A.M. SO ORDERED. (HEREBY ORDERED by Judge J. Paul Oetken)(Text Only Order) (Oetken, J.) (Entered: 04/09/2018) |
| 04/12/2018 | 25 | MOTION for Michael Alexandre Ransom to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-14935758. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Sean Carey, Beau Golden.(Ransom, Michael) (Entered: 04/12/2018) |
| 04/13/2018 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 25 MOTION for Michael Alexandre Ransom to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-14935758. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 04/13/2018) |
| 04/16/2018 | 26 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by McGraw Music, LLC.(Paul, Marcia) (Entered: 04/16/2018) |
| 04/16/2018 | 27 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Sony Corporation for Sony Music Entertainment. Document filed by Sony Music Entertainment.(Paul, Marcia) (Entered: 04/16/2018) |
| 04/16/2018 | 28 | ANSWER to 1 Complaint,. Document filed by McGraw Music, LLC.(Paul, Marcia) (Entered: 04/16/2018) |
| 04/16/2018 | 29 | ANSWER to 1 Complaint,. Document filed by Sony Music Entertainment.(Paul, Marcia) (Entered: 04/16/2018) |
| 04/16/2018 | 30 | ANSWER to 1 Complaint,. Document filed by Samuel Timothy McGraw.(Paul, Marcia) (Entered: 04/16/2018) |
| 04/16/2018 | 31 | ANSWER to 1 Complaint,. Document filed by Audrey Faith Hill.(Paul, Marcia) (Entered: 04/16/2018) |
| 04/19/2018 | 32 | NOTICE OF APPEARANCE by Marcia Beth Paul on behalf of Audrey Faith Hill, Samuel Timothy McGraw, McGraw Music, LLC, Sony Music Entertainment. (Paul, Marcia) (Entered: 04/19/2018) |
| 04/19/2018 | 33 | NOTICE OF APPEARANCE by James Eric Rosenfeld on behalf of Audrey Faith Hill, Samuel Timothy McGraw, McGraw Music, LLC, Sony Music Entertainment. (Rosenfeld, James) (Entered: 04/19/2018) |

| | | |
|---|---|---|
| 04/19/2018 | 34 | NOTICE OF APPEARANCE by Eric Joel Feder on behalf of Audrey Faith Hill, Samuel Timothy McGraw, McGraw Music, LLC, Sony Music Entertainment. (Feder, Eric) (Entered: 04/19/2018) |
| 04/23/2018 | 35 | JOINT PRE-CONFERENCE STATEMENT *Proposed Case Management Plan*. Document filed by Sean Carey, Beau Golden.(Busch, Richard) (Entered: 04/23/2018) |
| 04/26/2018 | | Minute Entry for proceedings held before Judge J. Paul Oetken: Initial Pretrial Conference held on 4/26/2018. Status report regarding settlement due by 6/30/2018. Next conference scheduled for 12/14/2018 at 10:00 a.m. (bh) (Entered: 04/26/2018) |
| 04/26/2018 | 36 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion to amend or to join additional parties shall be filed within 60 days from the date of this Order. Non-Expert Deposition due by 12/24/2018. Expert Deposition due by 2/7/2019. Fact Discovery due by 12/24/2018. Expert Discovery due by 2/7/2019. Case Management Conference set for 12/14/2018 at 10:00 AM before Judge J. Paul Oetken. The parties shall be ready for trial on within two weeks following the submission of the Final Pretrial Order. This case is to be tried to a jury. Counsel for the parties have conferred and their present best estimate of the length of trial is 5-7 trial days. Status Letter by 6/30/18. (Signed by Judge J. Paul Oetken on 4/26/2018) (jwh) (Entered: 04/26/2018) |
| 05/24/2018 | 37 | CERTIFICATE OF SERVICE of Summons and Complaint served on Amy Victoria Wadge on May 2nd, 2018. Document filed by Sean Carey, Beau Golden. (Busch, Richard) (Entered: 05/24/2018) |
| 05/24/2018 | 38 | CERTIFICATE OF SERVICE of Summons and Complaint served on Cookie Jar Music, LLP on May 2nd, 2018. Service was accepted by Stephen Conford, partner of SRLV Accountants. Document filed by Sean Carey, Beau Golden. (Busch, Richard) (Entered: 05/24/2018) |
| 05/24/2018 | 39 | CERTIFICATE OF SERVICE of Summons and Complaint served on Steve McCutcheon pka Steve Mac on May 1st, 2018. Service was accepted by Steven McCutcheon. Document filed by Sean Carey, Beau Golden. (Busch, Richard) (Entered: 05/24/2018) |
| 05/24/2018 | 40 | CERTIFICATE OF SERVICE of Summons and Complaint served on Rokstone Music Limited on May 1st, 2018. Service was accepted by Steven McCutcheon. Document filed by Sean Carey, Beau Golden. (Busch, Richard) (Entered: 05/24/2018) |
| 05/29/2018 | 41 | ORDER granting 25 Motion to Appear Pro Hac Vice. Granted. (HEREBY ORDERED by Judge J. Paul Oetken)(Text Only Order) (Oetken, J.) (Entered: 05/29/2018) |
| 06/20/2018 | 42 | ANSWER to 1 Complaint,. Document filed by Amy Victoria Wadge.(Goldsmith, Andrew) (Entered: 06/20/2018) |
| 06/20/2018 | 43 | ANSWER to 1 Complaint,. Document filed by Steve McCutcheon.(Goldsmith, Andrew) (Entered: 06/20/2018) |
| 06/20/2018 | 44 | ANSWER to 1 Complaint,. Document filed by Rokstone Music Ltd..(Goldsmith, Andrew) (Entered: 06/20/2018) |
| 06/26/2018 | 45 | FIRST RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Rokstone Music Ltd..(Goldsmith, Andrew) (Entered: 06/26/2018) |
| 06/26/2018 | 46 | FIRST RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Cookie Jar Music LLP.(Goldsmith, Andrew) (Entered: 06/26/2018) |

| | | |
|---|---|---|
| 06/26/2018 | 47 | ANSWER to 1 Complaint,. Document filed by Cookie Jar Music LLP.(Goldsmith, Andrew) (Entered: 06/26/2018) |
| 06/26/2018 | 48 | AMENDED ANSWER to 1 Complaint,. Document filed by Amy Victoria Wadge. (Goldsmith, Andrew) (Entered: 06/26/2018) |
| 07/02/2018 | 49 | FIRST LETTER addressed to Judge J. Paul Oetken from Donald S. Zakarin dated July 2, 2018 re: Joint-Status Letter re: Settlement. Document filed by Cookie Jar Music LLP, Kobalt Music Services America, Inc., Steve McCutcheon, John "Johnny" McDaid, Rokstone Music Ltd., Edward Christopher Sheeran, Sony/ATV Songs, LLC, Universal Polygram International Publishing, Inc., WB Music Corp., Amy Victoria Wadge. (Goldsmith, Andrew) (Entered: 07/02/2018) |
| 11/08/2018 | 50 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU - LETTER** MOTION to Stay /*Conditionally Discontinue* addressed to Judge J. Paul Oetken from Richard S. Busch dated November 8, 2018. Document filed by Sean Carey, Beau Golden. (Busch, Richard) Modified on 12/27/2018 (db). (Entered: 11/08/2018) |
| 11/09/2018 | 51 | ORDER: The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days. All filing deadlines and conference dates are adjourned sine die. SO ORDERED. (Signed by Judge J. Paul Oetken on 11/09/2018) (ama) (Entered: 11/09/2018) |
| 11/09/2018 | 52 | AO 121 FORM COPYRIGHT - CASE TERMINATED- SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a final decision was rendered on 11/09/2018 in a court action filed on the following copyright(s) in the U.S. District Court Southern District of New York. Form e-mailed to Register of Copyrights. (Attachments: # 1 Supplement Copyrights Information) (ama) (Entered: 11/09/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/24/2020 14:43:27 | | | |
| **PACER Login:** | 325WestPark | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:18-cv-00214-JPO |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |