# EXHIBIT FOUR (4)

**From:** Stuart Camp <stuart@rocketmusic.com>
**Sent:** Wed, 1 Apr 2015 01:08:46 +0000 (UTC)
**To:** Ed Sheeran ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Subject:** Re: "Thinking Out Loud" -

Yep, I know?it was always ?that Van Morrison song? to me?

Still, need to have brief description of when you wrote it/who did what?  Amy did an interview where she talked about being in a house with you and you went upstairs and she came up with chords etc.

thanks
**Stuart Camp**
**Rocket Music Entertainment Group**

1 Blythe Road, London W14 0HG, UK / tel: +44 (0) 20 7348 4800
skype: stuart-camp
AUS mobile (+61) 476 157 826 - ACTIVE
UK mobile (+44) 7867 783 480
US mobile (+1) 347 324 9335

**From:** Ed Sheeran ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Date:** Wednesday, 1 April 2015 11:33
**To:** Stuart Camp <stuart@rocketmusic.com>
**Subject:** Re: "Thinking Out Loud" -

Simon cowell thins is absolutely bollocks, I hadn't even met him by that point

And it's more van than Marvin, the drums just make it sound Marvin

Sent from my iPhone

On 1 Apr 2015, at 11:18, Stuart Camp <stuart@rocketmusic.com> wrote:

Do NOT worry about this as it?s a bit of premature chest beating from someone connected to the Marvin Gaye estate who made simply made an enquiry as to whether we?d ever got a musicologist to compare thinking to lets get it on?

no one haas made any claim or threat to make a claim.

Oxendale has done an informal assessment as says there is no case but we have to be careful and prepared in light of the pharrell/thicke case

Jim spoke to sony straight away to go over all possible eventualities last night and details below.

What I do need from you is highlighted below : - I?ll speak to lizzie re Amy?that simon cowell thing is bollocks, did you even ever say that?

"From our side, we do urgently need Ed and Amy to give us their written recollections with dates as to how the song came about. Clearly, if Amy's

interview last year is not correct then we need to know sooner rather than later. We will also need to counter the apparent on-line claim (which I have not seen) that the song was written at the request of Simon Cowell based on Marvin Gaye"


thanks


On 01/04/2015 06:34, "Jim Doyle" <jim@responsivemusic.com> wrote:

>Hi Stu
>
>An interesting call. The main conclusion being that they will get written
>reports from the two US musicologists mentioned in the previous
>correspondence. They are hoping/expecting favourable conclusions. They
>are more inclined to wait for a formal written claim before presenting
>them to the Gaye or co-writer Estates. They feel that we are right to
>hold back Oxendale to counter any report from either Estate.
>
>I do want to be able present a report to Marvin Gaye III if he contacts
>you therefore I pushed them to get them completed ASAP.
>
>From our side, we do urgently need Ed and Amy to give us their written
>recollections with dates as to how the song came about. Clearly, if Amy's
>interview last year is not correct then we need to know sooner rather
>than later. We will also need to counter the apparent on-line claim
>(which I have not seen) that the song was written at the request of Simon
>Cowell based on Marvin Gaye.
>
>There was concern expressed about there being footage on line of Ed
>performing a medley of both songs because counsel for Gaye used that type
>of thing very well.
>
>There was a mention about settlement but as William Booth pointed out, it
>was too early to think about this until we see the extent of the claim. I
>also pointed out that if there is an appeal then things can change in our
>favour + I had great reservations about any contact with the other side
>that even hinted about settlement. There is a fear of a jury trial but
>it seems that things were not handled well by Pharrell's side and there
>are lessons to be learned in dealing with this. When the jurors were
>interviewed, it appeared that they preferred to believe Gaye's
>musicologist rather than Pharrell's but the feeling was that Pharrell had
>engaged a poor musicologist. Our choices got widespread approval and it
>was felt would have been a far better choice from Pharrell.
>Interestingly, the jurors may not have liked Thicke but, in the after
>trial interviews, they did not say that his evidence/demeanour made any
>difference to their judgement.
>
>I got a bit of info on the family - M G. III was actually adopted when
>Gaye was with his first wife and his siblings were from Gaye's second
>marriage and 2nd wife seems to be and still is a dominant figure. M G III
>does not appear to be close to second wife or siblings.
>

>Best,
>
>Jim
>Sent from my IPhone
>

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.