# EXHIBIT FIVE (5)

Case 1:17-cv-05221-LLS   Document 154-5   Filed 09/24/20   Page 2 of 2

KATHRYN TOWNSEND GRIFFIN, ET AL. v.
EDWARD CHRISTOPHER SHEERAN, ET AL.

EDWARD CHRISTOPHER SHEERAN
February 01, 2018

Page 77

1   Edward Christopher Sheeran
2   was very familiar with love?
3   A.   Yeah. It's a collaborative song,
4   that's why there's two writers on the song.
5         MS. FARKAS: Objection.
6         Objection.
7   Q.   Who wrote the other portions of
8   the music, the prechorus, the bridge; do you
9   recall?
10  A.   No.
11  Q.   At the time of the writing of
12  "Thinking Out Loud", do you know if you've
13  ever personally heard the song "Let's Get It
14  On"?
15  A.   Of course.
16  Q.   At the time of the writing of
17  "Thinking Out Loud", do you know if Ms. Wadge
18  had ever heard the song "Let's Get It On"?
19  A.   I can't speak for Amy, but, yeah,
20  I would assume so.
21  Q.   When the two of you were finished
22  writing the song, was there any discussion
23  about who would take ownership of the same or
24  who would have the right to release it?
25  A.   I think it was assumed that it

Page 78

1   Edward Christopher Sheeran
2   would be me.
3   Q.   Do you recall how you decided it
4   would be you?
5         MS. FARKAS: Objection. No
6         foundation.
7   A.   I mean, I'm an artist, so...
8   Q.   Is she sort of more of like a
9   support, like a writer?
10  A.   Yeah, she's a writer.
11  Q.   Okay. Thank you.
12        Did either one of you, either
13  when you were writing or at any time
14  thereafter, discuss or recognize any potential
15  perception that the song "Let's Get It On"
16  sounded reminiscent of "Thinking Out Loud",
17  vice versa, "Thinking Out Loud" and "Let's Get
18  It On"?
19        MS. FARKAS: Objection to form.
20        I would ask you to rephrase that
21        question.
22        MS. VIKER: Okay.
23  Q.   At the time that Ms. Wadge and
24  you were writing "Thinking Out Loud", was
25  there any discussion about any similarities or

Page 79

1   Edward Christopher Sheeran
2   possible perceptions to that and "Let's Get It
3   On"?
4   A.   No.
5   Q.   Okay.
6         Any time after that, before it
7   was released?
8   A.   No.
9   Q.   Okay.
10  A.   It was always called the Van
11  Morrison song, always.
12  Q.   Okay.
13        MR. FRANK: Why was it called the
14        Van Morrison song?
15  Q.   Yeah, why was it called the Van
16  Morrison song?
17  A.   It emulates the sounds, I guess;
18  piano, guitar, drums, song about love.
19  Q.   What's your favorite Van Morrison
20  song?
21  A.   "Into The Mystic". Told you we'd
22  get on.
23  Q.   That's mine.
24        Yeah, I like you.
25        MS. FARKAS: Let's just --

Page 80

1   Edward Christopher Sheeran
2         MR. ZAKARIN: Let's just do the
3         questions.
4   Q.   What was it about "Thinking Out
5   Loud" that made you want to add it to your
6   second album; was there anything in particular
7   that struck you?
8   A.   I don't know. I liked it.
9   Q.   During that time frame that you
10  and Ms. Wadge were writing "Thinking Out Loud"
11  and the earlier song you discussed, song
12  number 15 for her, were there any other songs
13  that were written in that session?
14  A.   Yes.
15  Q.   Okay.
16        And what were those, please?
17  A.   I don't know.
18  Q.   Have any of them been released,
19  to your knowledge, by Ms. Wadge, Wadge?
20  A.   No.
21        There was a song called "Young
22  Love". I remember that, just the title.
23  Q.   Just the title, okay.
24        Before releasing "Thinking Out
25  Loud" formally, did you, by chance, make a