# EXHIBIT SIX (6)

Case 1:17-cv-05221-LLS   Document 154-6   Filed 09/24/20   Page 2 of 2

KATHRYN TOWNSEND GRIFFIN, ET AL. v.
EDWARD CHRISTOPHER SHEERAN, ET AL.

EDWARD CHRISTOPHER SHEERAN
February 01, 2018

Page 121

1            Edward Christopher Sheeran
2        Have you hired a musicologist
3 personally to analyze these two songs?
4        MS. FARKAS: Objection to form.
5   A.    **There's been a musicologist**
6 **hired, but that's got nothing to do with me.**
7   Q.    Have you read the report?
8   A.    No.
9   Q.    Do you know who Dr. Alex Stewart
10 is?
11   A.    No.
12   Q.    Dr. Alex Stewart, I will tell
13 you, is a musicologist the plaintiffs have
14 hired.
15        Have you ever been given a copy
16 of the plaintiff's report?
17   A.    No.
18        MS. VIKER: Can you pull that out
19 for me?
20        We'll call this Exhibit 4
21 (handing).
22        (Sheeran Exhibit 4, Plaintiff's
23 Rule 26 Disclosure, marked for
24 identification.)
25        MS. VIKER: Plaintiff's expert

Page 122

1            Edward Christopher Sheeran
2 disclosure.
3   Q.    For the record, what I'm handing
4 you is the Plaintiff's Rule 26 Disclosure
5 pertaining to Dr. Stewart's expert opinion
6 regarding the similarities between the songs.
7 And for the record, have you ever seen this
8 report?
9   A.    (Witness reviewing.)
10        **No. I also don't read music so**
11 **this doesn't really mean -- mean a lot to me.**
12   Q.    Were you aware that this report
13 existed?
14   A.    No.
15   Q.    Okay.
16        MS. VIKER: I'm gonna move that
17 into evidence.
18        MR. ZAKARIN: There is no
19 evidence.
20        MS. VIKER: I'm sorry, as an
21 exhibit.
22        MR. ZAKARIN: It's okay. He
23 hasn't identified it, but you have
24 already given it to us so I don't think
25 it's actually even necessary.

Page 123

1            Edward Christopher Sheeran
2        MS. VIKER: Okay. It's now
3 Exhibit 4.
4        I believe Ms. Ferarra (sic) is
5 conducting the deposition. If you'd
6 like to change your seat, otherwise I'm
7 going to ask you to keep your comments
8 to yourself, please sir.
9        MR. ZAKARIN: I'm going to object
10 to you asking that and I will respond.
11        MS. VIKER: Move to strike,
12 please.
13   Q.    As a professional musician, do
14 you have an opinion one way or the other
15 whether there is anything unique about
16 "Thinking Out Loud" or original?
17        MS. FARKAS: Objection. Lacks
18 foundation.
19   A.    **I have literally no idea what**
20 **that means.**
21   Q.    Okay.
22        You are aware that we are gonna
23 be meeting with the Court in June to decide on
24 a trial date for this matter. We don't have
25 it scheduled yet, but do you intend on

Page 124

1            Edward Christopher Sheeran
2 attending and testifying?
3   A.    **Absolutely. I've got nothing to**
4 **hide.**
5   Q.    I believe you referred earlier to
6 a song "A Team", that someone had accused you
7 of a copyright infringement, but it was, in
8 fact, written four years after "A Team"; do
9 you recall the name of that song?
10   A.    No. No.
11   Q.    In regards to Van Morrison, what
12 song is "Thinking Out Loud" similar to?
13   A.    "Crazy Love".
14        MS. FARKAS: Objection.
15   Q.    "Crazy Love". Thank you.
16   A.    **Which also came about five years**
17 **before "Let's Get It On", but that's neither**
18 **here nor there.**
19   Q.    Don't the root notes for
20 "Thinking Out Loud" match "Let's Get It On"
21 bass line?
22        MS. FARKAS: Objection. Lacks
23 foundation.
24   A.    **The baseline follows the chords,**
25 **which are the same four chords that every song**