ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - -X
KATHRYN TOWNSEND GRIFFIN, HELEN
MCDONALD, and THE ESTATE OF
CHERRIGALE TOWNSEND,

         17 Civ. 5221 (LLS)

        Plaintiff,        PRETRIAL ORDER NO. 3

   - against -

EDWARD CHRISTOPHER SHEERAN, p/k/a
ED SHEERAN, ATLANTIC RECORDING
CORPORATION, d/b/a ATLANTIC
RECORDS, SONY/ATV MUSIC PUBLISHING,
LLC, and WARNER MUSIC GROUP
COPRORATION, d/b/a ASYLUM RECORDS,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - -X

Both sides having briefed the defendants' Third and Fifth Motions in Limine, and good cause appearing, the following in limine rulings are made:

7.

There shall be no reference, mention, evidence or argument concerning any other litigation or claim of infringement between the parties, or any other parties and any defendant, or the outcome of any such claim. The trial shall be devoted entirely to the facts and law involved in this case, and any reference to other claims, copying, infringements or litigations are excluded under Fed. R. Evid. 403 and 404.

8.

There shall be no reference, mention, evidence or argument concerning Mr. Sheeran's or any litigant's wealth, general

success or general revenues. The jury, like the Court, will do equal right to the poor and the rich.

That does not bar evidence of earnings, costs and the like from specific works and performances to establish or limit damages in this particular infringement case.

So ordered.

Dated: New York, New York
       October 5, 2020

                                        *Louis L. Stanton*
                                        ─────────────────
                                         LOUIS L. STANTON
                                            U.S.D.J.