ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/20

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
   KATHRYN TOWNSEND GRIFFIN, HELEN
   MCDONALD, and THE ESTATE OF
   CHERRIGALE TOWNSEND,                17 Civ. 5221 (LLS)

                    Plaintiff,         PRETRIAL ORDER NO. 4

          - against -

   EDWARD CHRISTOPHER SHEERAN, p/k/a
   ED SHEERAN, ATLANTIC RECORDING
   CORPORATION, d/b/a ATLANTIC
   RECORDS, SONY/ATV MUSIC PUBLISHING,
   LLC, and WARNER MUSIC GROUP
   COPRORATION, d/b/a ASYLUM RECORDS,

                    Defendant.
-------------------------------X
```

Having read the parties' submissions, the order in which the case will proceed is as follows:

(1)  Openings on liability, without reference to damages;

(2)  Plaintiffs' witnesses, direct and cross, on liability;

(3)  Defendants' witnesses, direct and cross, on liability;

(4)  Closings, jury instructions and verdict on liability;

(5)  If plaintiffs prevail on liability, openings on damages;

(6)  Plaintiffs' case on damages

(7)  Defendants' case on damages;

(8)  Closings, jury instruction and verdict on damages.

During the first segment of the trial, there is to be no reference, by proof, argument, comment or in any other manner, to the amount of damages or any measurement of the harm claimed to have been inflicted by the defendants' infringement. The

- 1 -

focus will be entirely on whether or not the defendants' work is infringing.

This may result in some witnesses testifying twice. That is not an infrequent occurrence; jurors take it in their stride without confusion; and the two presentations, divided by deliberation and a verdict, will assist in keeping clear and adjudicating separately the issues of infringement and the measure of damages.

So ordered.

Dated: New York, New York
       October 5, 2020

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.