1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

KATHRYN TOWNSEND GRIFFIN, ET AL.,

           Plaintiffs,
    -against-
EDWARD CHRISTOPHER SHEERAN, ET AL.,

           Defendants.
CASE NO:  1:17-CV-05221-RJS/GRIFFIN
----------------------------------------x
                        7 Times Square
                        New York, New York

                        February 1, 2018
                        9:59 a.m.


    Videotaped Deposition of the

Defendant EDWARD CHRISTOPHER SHEERAN,

pursuant to Notice, before CINDY A. AFANADOR,

a Notary Public of the State of New York.




      CINDY AFANADOR COURT REPORTING, INC.
                516-491-2694
         www.cindycourtreporting.com

                                                                26

                       Edward Christopher Sheeran

1
2        A.      September the 9th, 2011.
3        Q.      Okay.
4        A.      Would have been the first album.
5        Q.      Your first album?
6        A.      Yes.
7        Q.      And for the record, what was the
8    name of that album?
9        A.      "+".
10       Q.      And who produced that album?
11       A.      Guy called Jake Gosling.  He
12   produced I think ten -- ten out of 12 songs or
13   maybe 11 out of 12 songs.  And then the other
14   guy was a guy called Charlie Hugall,
15   H-U-G-A-L-L.
16       Q.      When did you first acquire
17   professional management?
18       A.      When I was 15 years old, or maybe
19   I was 16.  It was between the two.  And it was
20   Crown Music Management in London, who are now
21   called Tone First, had them up until the Just
22   Jack tour, and then we parted ways and since
23   then I've been with my manager Stuart Camp.
24       Q.      Stuart Camp?
25       A.      Yeah.

27

Edward Christopher Sheeran

1
2       THE WITNESS:  Sorry.  I'm -- I
3    really need to piss.  I'm sorry.  I'll
4    be back.
5       MS. VIKER:  No, no, we can take a
6    break.  Let's stop.
7       THE WITNESS:  I literally went
8    about ten minutes ago.
9       THE VIDEOGRAPHER:  Going off the
10   record, the time is 10:16 a.m.
11       (Recess taken.)
12       THE VIDEOGRAPHER:  We are back on
13   the record at 10:19 a.m.
14 BY MS. VIKER:
15   Q.    Okay.
16         If I could circle back into your
17 first professional manager, I believe you said
18 it was Chuck?
19   A.    No, it was Crown --
20   Q.    Crown, sorry.
21   A.    Crown Music Management, but they
22 are now called Tone First.  He was a guy
23 called John O'Boyle (phonetic).
24   Q.    How did you come to have him as
25 your manager; did you seek him out or did he

                                                                28

1                Edward Christopher Sheeran
2      contact you out?
3           A.    He found me on Myspace.
4           Q.    And did you enter into a written
5      contract of any kind with him?
6           A.    No.
7           Q.    And your current manager you said
8      you've been with ever since?
9           A.    Stuart Camp.
10          Q.    Stuart Camp.  And what year was
11     that?
12          A.    Officially, 2010, but he -- we
13     were courting each other from 2009.
14          Q.    Okay.
15                Did he approach you?
16          A.    No, he managed Just Jack.
17          Q.    Managed Just Jack.
18                Does he still work with Just
19     Jack?
20          A.    No.  Jack actually teaches at
21     Access to Music now, which is a bit of a full
22     circle thing.
23          Q.    Apart from your managers, do you
24     have anybody else in management; do you have
25     anybody else that works for you?