# FRANK & RICE

A Professional Association
325 West Park Avenue
Tallahassee, Florida 32301
Telephone (850) 629-4168
Facsimile (850)6 29-4184

October 14, 2020

**VIA ECF**

Hon. Louis L. Stanton
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     *Griffin , et. al. v. Sheeran, et. al. //* **Case Number 2017-cv-5221 (LLS)**

Dear Judge Stanton:

We represent the Plaintiffs in the above-captioned matter.  The Defendants, collectively, have filed a Request for Adjournment on or about October 2, 2020 based on health and safety concerns deriving from Covid-19, in conjunction with various travel and/or quarantine-related constraints attendant to a prospective trial.  While the Defendants accurately described the Plaintiffs' opposition to an adjournment and/or continuance at this time, the Plaintiffs would, respectfully, request that, to the extent that this Court is inclined to Grant the requested adjournment/continuance, that the previous filing deadlines set forth in this Court's previous Trial Order be set aside in contemplation of re-setting the same relative to a new trial date.

Respectfully Submitted,

_____
Patrick R. Frank, Esq.

cc:     All counsel of record via ECF filing