ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

KATHRYN TOWNSEND GRIFFIN, HELEN
MCDONALD, and THE ESTATE OF
CHERRIGALE TOWNSEND,

                    Plaintiffs,

          - against -

EDWARD CHRISTOPHER SHEERAN, p/k/a
ED SHEERAN, ATLANTIC RECORDING
CORPORATION, d/b/a ATLANTIC
RECORDS, SONY/ATV MUSIC
PUBLISHING, LLC, and WARNER MUSIC
GROUP COPRORATION, d/b/a ASYLUM
RECORDS,

                    Defendants.

- - - - - - - - - - - - - - - - - - -X

17 Civ. 5221 (LLS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _10/15/20_

On counsels' submissions of October 2 and 14, 2020, the

trial of this action is deferred until next spring. At present

there is no prospect of certainty that the trial will go forward

as scheduled. On the contrary, the number of courtrooms

renovated for trials is small, criminal cases have priority, and

trial-ready civil cases are fed in to gaps left by unexpected

pleas. On the other hand, it seems reasonable to expect that

conditions will have improved by next spring.

At plaintiffs' request, the deadlines in the present pre-

trial order are vacated, to be reset with regards to a spring

trial. However, any party may file any of those of its

-1-

submissions which do not require joint input, at any time

convenient to that party.

So ordered.

Dated:  October 15, 2020
        New York, New York

*Louis L. Stanton*

LOUIS L. STANTON
U.S.D.J.