UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KATHRYN TOWNSEND GRIFFIN, THE
ESTATE OF HELEN McDONALD, and
THE ESTATE OF CHERRIGALE
TOWNSEND,

                    Plaintiffs,

-against-

EDWARD CHRISTOPER SHEERAN, p/k/a
ED SHEERAN, ATLANTIC RECORDING
CORPORATION, d/b/a ATLANTIC RECORDS,
SONY/ATV MUSIC PUBLISHING, LLC and

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Docket No. 17-cv-5221 (LLS)

Motion to Appear
*Pro Hac Vice*

      **PURSUANT TO RULE 1.3** of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, *Ben Crump* Esq., hereby moves this Court for the entry of an Order for admission to practice *Pro Hac Vice* to appear as counsel(s) for Kathryn Townsend Griffin, the Estate of Helen McDonald, and the Estate of Cherrigale Townsend in the above-captioned action.

      I am in good standing of the bar(s) for the State of Florida (A true copy of the certificate of good standing being appended immediately hereto).

Dated: October 13th, 2020.

                                **BEN CRUMP LAW, PLLC**
                                Attorneys for Plaintiffs

                                By: _____
                                Ben Crump, Esq.
                                Florida Bar Number: 72583
                                Ben Crump Law, PLLC

122 South Calhoun Street
Tallahassee, Florida  32301
Telephone:  (850) 224-2020
Facsimile:  (850) 224-2021

1



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida   )

County of Leon    )

In Re:  0072583
Ben Crump
Ben Crump Law, PLLC
122 S Calhoun St
Tallahassee, FL 32301-1518

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **January 18, 1996**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 26th day of **October, 2020**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-106954

