UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KATHRYN TOWNSEND GRIFFIN, THE
ESTATE OF HELEN McDONALD, and
THE ESTATE OF CHERRIGALE
TOWNSEND,

       Plaintiffs,    Docket No. 17-cv-5221 (LLS)

  -against-          Declaration of Attorney in Support
                 of Motion to Appear *Pro Hac Vice*

EDWARD CHRISTOPER SHEERAN, *p/k/a*
ED SHEERAN, ATLANTIC RECORDING
CORPORATION, *d/b/a* ATLANTIC RECORDS,
SONY/ATV MUSIC PUBLISHING, LLC and

       Defendants.

------------------------------------------------------------x

## ATTORNEY AFFIDAVIT/DECLARATION IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

**STATE OF FLORIDA**
**COUNTY OF LEON**

   **PURSUANT TO RULE 1.3** of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Benjamin Crump, Esq., hereby states/declares/affirms as follows:

   a.) I, the undersigned counsel(s)/applicant, have never been convicted of a felony;
   b.) I, the undersigned counsel(s)/applicant, have never been censured, suspended, disbarred, or denied admission or readmission by any Court;
   c.) I, the undersigned counsel(s)/applicant, affirm that I do not have any pending disciplinary proceedings against me; &
   d.) Not applicable.

   Under penalty of perjury, the undersigned counsel(s)/applicant/Affiant verifies that all of the information contained herein is true and correct to the best of his information and/or belief.

Dated: __October 13th__, 2020.

BEN CRUMP LAW, PLLC<br>
Attorneys for Plaintiffs<br><br>
By: _____<br>
Benjamin Crump, Esq.<br>
Florida Bar Number: 72583

**STATE OF FLORIDA**
**COUNTY OF LEON**

**SWORN** and **SUBSCRIBED** before me by Mr. Benjamin Crump, who (X) is personally known to me; or (　) who provided Florida ID#: _____,

as identification.

_____
Notary Public
My Commission Expires:

(SEAL)

Notary Public State of Florida
Michael P Gagliardi
My Commission GG 332615
Expires 05/09/2023

1