UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
KATHRYN TOWNSEND GRIFFIN, THE
ESTATE OF HELEN McDONALD, and
THE ESTATE OF CHERRIGALE
TOWNSEND,

      Plaintiffs,    Docket No. 17-cv-5221 (LLS)

  -against-        Order on Motion to Appear
               *Pro Hac Vice*

EDWARD CHRISTOPER SHEERAN, *p/k/a*
ED SHEERAN, ATLANTIC RECORDING
CORPORATION, *d/b/a* ATLANTIC RECORDS,
SONY/ATV MUSIC PUBLISHING, LLC and

      Defendants.
------------------------------------- x

  **THE MOTION FOR BEN CRUMP**, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

  Applicant has declared that he is in good standing of the bar(s) of the State of Florida; and that his contact information is as follows:

  Applicant's Name:  Ben Crump

  Firm Name:  Ben Crump Law, PLLC

  Address:  122 South Calhoun Street
         Tallahassee, Florida  32301-1518

  Telephone:  (850) 224-2020

  Facsimile:  (850) 224-2021

  E-Mail:  ben@bencrump.com

  Applicant having requested *Pro Hac Vice* to appear for all purposes as counsel(s) for the enumerated Plaintiff in the above-styled action,

**IT IS HEREBY ORDERED** that Applicant is admitted to appear *Pro Hac Vice* in the above-captioned case in the United States District Court of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated this _____ day of _____, 2020

_____
United States District/Magistrate Judge