UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- x
KATHRYN TOWNSEND GRIFFIN, THE
ESTATE OF HELEN McDONALD, and
THE ESTATE OF CHERRIGALE
TOWNSEND,

       Plaintiffs,      Docket No. 17-cv-5221 (LLS)

 -against-          Motion to Appear
                 *Pro Hac Vice*

EDWARD CHRISTOPER SHEERAN, p/k/a
ED SHEERAN, ATLANTIC RECORDING
CORPORATION, d/b/a ATLANTIC RECORDS,
SONY/ATV MUSIC PUBLISHING, LLC and

       Defendants.

--------------------------------------------------------- x

**PURSUANT TO RULE 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Patrick R. Frank, Esq.**, hereby moves this Court for the entry of an Order for admission to practice *Pro Hac Vice* to appear as counsel(s) for Kathryn Townsend Griffin, the Estate of Helen McDonald, and the Estate of Cherrigale Townsend in the above-captioned action.

I am in good standing of the bar(s) for the State of Florida (A true copy of the certificate of good standing being appended immediately hereto).

Dated: October 13th, 2020.

               **BEN CRUMP LAW, PLLC**
               Attorneys for Plaintiffs

               By: _____
                 Ben Crump, Esq.
                 Florida Bar Number: 72583
                 Ben Crump Law, PLLC

122 South Calhoun Street
Tallahassee, Florida 32301
Telephone: (850) 224-2020
Facsimile: (850) 224-2021

1

# Supreme Court of Florida

## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**BEN CRUMP**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **JANUARY 18, 1996**, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*



*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this December 2, 2020.*

_____
Clerk of the Supreme Court of Florida