UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KATHRYN TOWNSEND GRIFFIN, THE
ESTATE OF HELEN McDONALD, and
THE ESTATE OF CHERRIGALE
TOWNSEND,

              Plaintiffs,

-against-

EDWARD CHRISTOPER SHEERAN, p/k/a
ED SHEERAN, ATLANTIC RECORDING
CORPORATION, d/b/a ATLANTIC RECORDS,
SONY/ATV MUSIC PUBLISHING, LLC and

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/2020

Docket No. 17-cv-5221 (LLS)

Order on Motion to Appear
*Pro Hac Vice*

**THE MOTION FOR BEN CRUMP**, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is in good standing of the bar(s) of the State of Florida; and that his contact information is as follows:

    Applicant's Name:    Ben Crump

    Firm Name:    Ben Crump Law, PLLC

    Address:    122 South Calhoun Street
                    Tallahassee, Florida 32301-1518

    Telephone:    (850) 224-2020

    Facsimile:    (850) 224-2021

    E-Mail:    ben@bencrump.com

Applicant having requested *Pro Hac Vice* to appear for all purposes as counsel(s) for the enumerated Plaintiff in the above-styled action,

**IT IS HEREBY ORDERED** that Applicant is admitted to appear *Pro Hac Vice* in the above-captioned case in the United States District Court of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated this 23rd day of December, 2020

_Louis L. Stanton_
United States District/~~Magistrate~~ Judge

1