ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------X
KATHRYN TOWNSEND GRIFFIN, HELEN
MCDONALD, and THE ESTATE OF
CHERRIGALE TOWNSEND,

                    Plaintiffs,         17 Civ. 5221 (LLS)

       - against -                           ORDER

EDWARD CHRISTOPHER SHEERAN, p/k/a
ED SHEERAN, ATLANTIC RECORDING
CORPORATION, d/b/a ATLANTIC
RECORDS, SONY/ATV MUSIC
PUBLISHING, LLC, and WARNER MUSIC
GROUP COPRORATION, d/b/a ASYLUM
RECORDS,

                    Defendants.
------------------X
```

The trial of this action having been deferred in response to the COVID-19 pandemic and that pandemic coming towards a close, the parties are ordered to appear for a status conference on Friday October 7, 2022 at 2:30PM to set a trial date and to set the schedule for the submission of the joint pre-trial order, voir dire questions, proposed jury charges, trial briefs and proposed verdict forms.

    So Ordered.

Dated: New York, New York
      September 29, 2022

                                             Louis L. Stanton
                                        LOUIS L. STANTON
                                            U.S.D.J.