# FRANK & RICE

A Professional Association
325 West Park Avenue
Tallahassee, Florida 32301
Telephone (850) 629-4168
Facsimile (850)6 29-4184

October 4, 2022

**VIA ECF**

Hon. Louis L. Stanton
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Griffin , et. al. v. Sheeran, et. al.* // **Case Number 2017-cv-5221 (LLS)**

Dear Judge Stanton:

    We represent the Plaintiffs in the above-captioned matter. As you will recall, the Status Conference/Case Management Conference attendant to the instant lawsuit has been scheduled for Friday, October 7, 2022.

    Earlier this week, Hurricane Ian directly struck Naples, Florida causing devastating damages and loss of life in the area. Counsel(s) for the Plaintiffs' family is situated in Naples, Florida, as well as a law office overseen by the same. Over the last several days, Plaintiffs' counsel(s) have, by necessity, spent a significant amount of time addressing the aftermath of the hurricane. It is reasonably anticipated that, due to the extent of the impact of the storm, it will be necessary to allocate substantial time with respect to this matter over the next several weeks.

    Accordingly, it is, respectfully, requested that the Friday, October 7, 2022, be briefly continued/adjourned until sometime between November 7, 2022 and November 25, 2022 which is convenient for the Court, as well as counsel(s) for the enumerated Defendants.

    Consistent with the requirements set forth in your Individual Practices, Rule 1.E, we state as follows:  1.) The original date is October 7, 2022; 2.) There have been no previous requests for extensions pursuant to this date; 3.) Previous requests for extension were not granted because they were not requested; 4.) Opposing counsel(s) does not object to the relief requested herein. Further, it is not believed that the request for extension will affect other dates as no other dates have been scheduled as yet.

Thank you for your attention and anticipated assistance with the foregoing. Should you have any questions and/or concerns, please do not hesitate to so advise.

Respectfully Submitted,

/s/ Patrick R. Frank, Esq.
Patrick R. Frank, Esq.
Counsel(s) for the Plaintiffs