ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X
KATHRYN TOWNSEND GRIFFIN, HELEN
MCDONALD, and THE ESTATE OF
CHERRIGALE TOWNSEND,

              Plaintiffs,          17 Civ. 5221 (LLS)

    - against -                 ORDER

EDWARD CHRISTOPHER SHEERAN, p/k/a
ED SHEERAN, ATLANTIC RECORDING
CORPORATION, d/b/a ATLANTIC
RECORDS, SONY/ATV MUSIC
PUBLISHING, LLC, and WARNER MUSIC
GROUP COPRORATION, d/b/a ASYLUM
RECORDS,

              Defendants.
- - - - - - - - - - - - - - - - - - - -X

    In light of Plaintiffs' request for an extension, the conference scheduled for Friday, October 7, 2022 is adjourned. The parties are directed to submit by October 26, 2022 a Proposed Joint Stipulation and Scheduling Order for the filing of the consolidated pre-trial order and other pre-trial materials in compliance with Local Rule 3.A. The proposed order should include a proposed date for the Final Pre-Trial Conference and for the start of trial.

    So Ordered.

Dated:    New York, New York
           October 5, 2022

                                                  *Louis L. Stanton*
                                                  Louis L. Stanton
                                                       U.S.D.J.