# PRYOR CASHMAN LLP

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806  www.pryorcashman.com

**Donald S. Zakarin**
**Partner**
Direct Tel: 212-326-0108
dzakarin@pryorcashman.com

October 26, 2022

**VIA ECF**

Hon. Louis L. Stanton
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: <u>Kathryn Townsend Griffin, et al. v. Edward Christopher Sheeran, et al., No. 17-cv-5221</u>

Dear Judge Stanton:

    In accordance with Your Honor's October 5, 2022 Order (ECF 177), we write on behalf of all parties to enclose a Proposed Joint Stipulation and Scheduling Order.

Respectfully submitted,

Donald S. Zakarin

Cc: Counsel of Record (by email)

Enclosure