UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHRYN TOWNSEND GRIFFIN, THE ESTATE OF CHERRIGALE TOWNSEND and THE HELEN CHRISTINE TOWNSEND MCDONALD TRUST<br><br>*Plaintiffs*,<br><br>-against-<br><br>EDWARD CHRISTOPHER SHEERAN, p/k/a ED SHEERAN, ATLANTIC RECORDING CORPORATION, d/b/a ATLANTIC RECORDS, SONY/ATV MUSIC PUBLISHING, LLC, and WARNER MUSIC GROUP CORPORATION, d/b/a ASYLUM RECORDS<br><br>*Defendants*. | ECF CASE<br><br>17-cv-5221 (LLS)<br><br>**[PROPOSED] JOINT STIPULATION & SCHEDULING ORDER** |

Plaintiffs Kathryn Townsend Griffin, The Estate of Cherrigale Townsend and The Helen Christine Townsend McDonald Trust (collectively, "Plaintiffs") and defendants Edward Christopher Sheeran, Atlantic Recording Corporation and Sony/ATV Music Publishing, LLC now known as Sony Music Publishing (US) LLC[1] (collectively, "Defendants") agree and stipulate as follows:

1. A final Pre-Trial Conference shall be held on March 31, 2023 at 10:00 a.m.

2. Jury selection will begin on Friday, April 21, 2023.

3. A jury trial, as to liability only, will begin on Monday, April 24, 2023 or as soon thereafter as a jury has been empaneled.  In the event the jury finds in favor of Plaintiffs on liability, a jury trial (with the same jury), as to damages, will begin the following business day.

---

[1] As of January 1, 2021, Sony/ATV Music Publishing LLC changed its name to Sony Music Publishing (US) LLC.

1

4.  On or before December 31, 2022, Plaintiffs shall respond, in accordance with "Step 3" of Rule 3A of Judge Stanton's Individual Rules and Practices, to the Proposed Pre-Trial Order on Liability that Defendants furnished to them by email on October 12, 2020, which Defendants shall update by no later than October 31, 2022.  At the same time, Plaintiffs shall inform Defendants whether they object to the admission into evidence of any of Defendants' Proposed Exhibits and, if so, the basis for such objection(s).

5.  On or before January 31, 2023, Plaintiffs shall respond, in accordance with "Step 3" of Rule 3A of Judge Stanton's Individual Rules and Practices, to the Proposed Pre-Trial Order on Damages that Defendants furnished to them by email on October 12, 2020, which Defendants shall update by no later than November 30, 2022.  At the same time, Plaintiffs shall inform Defendants whether they object to the admission into evidence of any of Defendants' Proposed Exhibits and, if so, the basis for such objection(s).

6.  On or before March 15, 2023, the Parties shall file a Joint Pre-Trial Order in the form prescribed in this Court's standing Orders.

7.  On or before March 15, 2023, Plaintiffs and Defendants, respectively, shall file (a) proposed voir dire questions, (b) proposed jury charges, (c) proposed verdict forms, (d) trial briefs on contested issues of law, and (e) sworn statements executed by any expert witnesses, summarizing his or her education and professional background and his or her direct testimony, as well as reference to any documents or sources on which the expert(s) intend to rely.  The expert sworn statements will comply with this Court's Orders of March 24, 2020 and August 18, 2020.

8.  No extensions of these deadlines will be allowed, except upon a showing of good cause not foreseeable at the date of this Joint Stipulation.

Dated: October 26, 2022

PRYOR CASHMAN LLP

By: *Donald S. Zakarin /amg*
    Donald S. Zakarin
7 Times Square
New York, New York 10036-6569
(212) 421-4100
*Attorneys for Defendants*

FRANK & RICE, P.A.

By: *Patrick R Frank /amg*
    Patrick R. Frank
325 West Park Avenue
Tallahassee, FL 32301
(850) 629-4168
*Attorneys for Plaintiffs*

3