UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHRYN TOWNSEND GRIFFIN, HELEN MCDONALD, and THE ESTATE OF CHERRIGALE TOWNSEND,

        *Plaintiffs*,

-against-

EDWARD CHRISTOPHER SHEERAN, p/k/a ED SHEERAN, ATLANTIC RECORDING CORPORATION, d/b/a ATLANTIC RECORDS, SONY/ATV MUSIC PUBLISHING, LLC, and WARNER MUSIC GROUP CORPORATION, d/b/a ASYLUM RECORDS

        *Defendants*.

ECF CASE

17-cv-5221 (LLS)

**NOTICE OF MOTION – DEFENDANTS' SIXTH MOTION *IN LIMINE***

    **PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law, Defendants Edward Christopher Sheeran, Atlantic Recording Corporation and Sony Music Publishing (US) LLC (f/k/a Sony/ATV Music Publishing LLC) will move this Court, before the Honorable Louis L. Stanton at the Daniel Patrick Moynihan United States Courthouse, Courtroom 21C, 500 Pearl Street, New York, New York, 10007, on a date and time to be determined by the Court, for an Order precluding Plaintiffs from introducing at trial any evidence that Sheeran – or any other performer or musician – has "mashed up" *Let's Get It On* ("LGO") with *Thinking Out Loud* ("TOL") or performed a "medley" of LGO and TOL.

    The reasons and grounds for this motion are more fully described in the accompanying papers.

    Oral argument, if any shall be directed by the Court, shall be held on a date and at a time designated by the Court.

Dated: New York, New York
February 7, 2023

                    PRYOR CASHMAN LLP

                    By:*/s/ Donald S. Zakarin*
                        Donald S. Zakarin
                        dzakarin@pryorcashman.com
                        Ilene S. Farkas
                        ifarkas@pryorcashman.com
                        Andrew M. Goldsmith
                        agoldsmith@pryorcashman.com
                  7 Times Square
                  New York, New York 10036-6569
                  Telephone: (212) 421-4100
                  Facsimile: (212) 326-0806

                  *Attorneys for Defendants*

TO:

Frank & Rice, P.A.
325 West Park Avenue
Tallahassee, Florida 32301
(850) 629-4168
*Attorneys for Plaintiffs*