# PRYOR CASHMAN LLP

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806      www.pryorcashman.com

**Donald S. Zakarin**
Partner
Direct Tel: 212-326-0108
dzakarin@pryorcashman.com

February 8, 2023

**VIA ECF**

Hon. Louis L. Stanton
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   Kathryn Townsend Griffin, et al. v. Edward Christopher Sheeran, et al., No. 17-cv-5221

Dear Judge Stanton:

As Your Honor knows, we represent the Defendants in the above-referenced action. Today, we filed Defendants' Sixth Motion *In Limine* for an Order precluding Plaintiffs from introducing at trial any evidence about any "mash-up or medley that Sheeran – or any other performer or musician – performed of *Let's Get It On* ("LGO") and *Thinking Out Loud* ("TOL").

In the course of finalizing this Sixth motion, we reviewed the status of the prior motions *in limine* and realized that Defendants' Fourth Motion *In Limine* (ECF 147-149), which was filed on September 18, 2020 and sought to exclude certain press articles, remains *sub judice*. Plaintiffs never opposed that motion, and Defendants therefore believe it should have been granted in the ordinary course. Accordingly, Defendants respectfully request that their Fourth Motion *In Limine*, unopposed for over two years, now be granted and that the mooted evidence be excluded so that all references to it can be eliminated from the Pre-Trial Order.

Respectfully submitted,

Donald S. Zakarin

Cc:   Counsel of Record