AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York ▾

| Griffin, et. al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 17-cv-05221-LLS |
| Sheeran, et. al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Edward Christopher Sheeran, Atlantic Recording Corporation, Sony/ATV Music Publishing, LLC

Date:    02/07/2023

*Brian Maida*
*Attorney's signature*

Brian Maida (5663307)
*Printed name and bar number*
Pryor Cashman LLP
7 Times Square
New York, NY 10036

*Address*

bmaida@pryorcashman.com
*E-mail address*

(212) 421-4100
*Telephone number*

(212) 326-0806
*FAX number*