**PRYOR CASHMAN LLP**

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806  www.pryorcashman.com

**Donald S. Zakarin**
Partner
Direct Tel: 212-326-0108
dzakarin@pryorcashman.com

February 23, 2023

**VIA ECF**

Hon. Louis L. Stanton
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: <u>Kathryn Townsend Griffin, et al. v. Edward Christopher Sheeran, et al., No. 17-cv-5221</u>

Dear Judge Stanton:

On behalf of the Defendants in this action, we file this letter-motion to request that Defendants' sixth motion *in limine* filed on February 7, 2023 (ECF 180-181) be granted. While we believe the motion is well-founded on the merits and should, in any event, be granted, we request that the motion be granted at this time because Plaintiffs have not opposed the motion and their deadline to do so, consistent with Local Civil Rule 6.1(b), expired two days ago on February 21, 2023.

Similarly, in our letter dated February 7, 2023 (ECF 182), we advised the Court that Plaintiffs also never opposed Defendants' fourth motion *in limine* filed on September 18, 2020 (ECF 147-149) – which has been unopposed for more than two years – and requested that such motion also be granted as unopposed.

Respectfully submitted,

Donald S. Zakarin

Cc: Counsel of Record