UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KATHRYN TOWNSEND GRIFFIN, HELEN MCDONALD, and THE ESTATE OF CHERRIGALE TOWNSEND,

        *Plaintiffs*,

-against-

EDWARD CHRISTOPHER SHEERAN, p/k/a ED SHEERAN, ATLANTIC RECORDING CORPORATION, d/b/a ATLANTIC RECORDS, SONY/ATV MUSIC PUBLISHING, LLC, and WARNER MUSIC GROUP CORPORATION, d/b/a ASYLUM RECORDS

        *Defendants*.

ECF CASE

17-cv-5221 (LLS)

**NOTICE OF MOTION – DEFENDANTS' SEVENTH MOTION *IN LIMINE***

---

**PLEASE TAKE NOTICE,** that upon the accompanying Declarations of Donald S. Zakarin and Dr. Lawrence Ferrara and the accompanying Memorandum of Law, Defendants Edward Christopher Sheeran, Atlantic Recording Corporation and Sony Music Publishing (US) LLC (f/k/a Sony/ATV Music Publishing LLC) will move this Court, before the Honorable Louis L. Stanton at the Daniel Patrick Moynihan United States Courthouse, Courtroom 21C, 500 Pearl Street, New York, New York, 10007, on a date and time to be determined by the Court, for an Order precluding Plaintiffs from introducing at trial their proposed performance of the *Let's Get It On* Deposit Copy as recorded on Audio Exhibit 1 and Audio Exhibit 2, which Audio Exhibits are annexed to the accompanying Declaration of Donald S. Zakarin. The reasons and grounds for this motion are more fully described in the accompanying papers.

Oral argument, if any shall be directed by the Court, shall be held on a date and at a time designated by the Court.

Dated: New York, New York
February 24, 2023

                                       PRYOR CASHMAN LLP

                                       By: */s/ Donald S. Zakarin*
                                            Donald S. Zakarin
                                            dzakarin@pryorcashman.com
                                            Ilene S. Farkas
                                            ifarkas@pryorcashman.com
                                            Andrew M. Goldsmith
                                            agoldsmith@pryorcashman.com
                                       7 Times Square
                                       New York, New York 10036-6569
                                       Telephone:  (212) 421-4100
                                       Facsimile:   (212) 326-0806

                                     *Attorneys for Defendants*

TO:

Frank & Rice, P.A.
325 West Park Avenue
Tallahassee, Florida 32301
(850) 629-4168
*Attorneys for Plaintiffs*