# EXHIBIT 1

# Audio Exhibit

## Available at:

https://pryorcashman.sharefile.com/d-se308824e49584ca6a817c29ccec18aa5