# EXHIBIT 4

# Audio Exhibit

# Available at:

# https://pryorcashman.sharefile.com/d-se308824e49584ca6a817c29ccec18aa5