ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

KATHRYN TOWNSEND GRIFFIN,
HELEN MCDONALD and THE ESTATE OF
CHERRIGALE TOWNSEND,

                Plaintiffs,

   - against -

EDWARD CHRISTOPHER SHEERAN,
p/k/a ED SHEERAN, ATLANTIC RECORDING
CORPORATION, d/b/a ATLANTIC RECORDS,
SONY/ATV MUSIC PUBLISHING, LLC and
WARNER MUSIC GROUP CORPORATION,
d/b/a ASYLUM RECORDS,

                Defendants.

-----------------------------------X

17 Civ. 5221 (LLS)

PRETRIAL ORDER NO. 5

On consideration of the parties' submissions with respect to the defendants' Fourth, Sixth, and Seventh Motions in limine, and good cause appearing, the following in limine rules are made:

9.

Defendants' Fourth motion in limine, for exclusion of evidence or argument relating to (a) the Spin and Billboard articles, and (b) the Let's Get It On (Deluxe) Album Liner notes, and of those items themselves, is meritorious, unopposed, and granted.

10.

Defendants' Sixth motion in limine, for exclusion of evidence of performance of medleys or "mashups" of Let's Get It On with Thinking Out Loud, is denied with leave to renew it at trial, when the Court can evaluate the other evidence and the considerations expressed in Fed. R. Evidence 403.

11.

Defendants' Seventh motion in limine, for exclusion from evidence plaintiffs' proposed performance(s) of the Let's Get It On Deposit Copy, is granted. Omissions, additions and errors in the creations of Exhibits 01 and 02 render them unreliable and inadmissible as evidence of true performances of the Let's Get It On Deposit Copy.

So Ordered.

Dated: New York, New York
March 10, 2023

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.