REDACTED FOR PUBLIC FILING

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHRYN TOWNSEND GRIFFIN, THE ESTATE OF CHERRIGALE TOWNSEND and THE HELEN CHRISTINE TOWNSEND MCDONALD TRUST<br><br>*Plaintiffs*,<br><br>-against-<br><br>EDWARD CHRISTOPHER SHEERAN, p/k/a ED SHEERAN, ATLANTIC RECORDING CORPORATION, d/b/a ATLANTIC RECORDS, SONY/ATV MUSIC PUBLISHING, LLC, and WARNER MUSIC GROUP CORPORATION, d/b/a ASYLUM RECORDS<br><br>*Defendants*. | ECF CASE<br><br>17-cv-5221 (LLS)<br><br>**DEFENDANTS' PROPOSED SPECIAL VERDICT FORM FOR THE POTENTIAL DAMAGES PHASE OF TRIAL** |

In accordance with Paragraph 7 of the Scheduling Order dated October 26, 2022, Defendants Edward Christopher Sheeran, Atlantic Recording Corporation and Sony Music Publishing (US) LLC (f/k/a Sony/ATV Music Publishing LLC) (collectively, "Defendants"), submit the following Proposed Special Verdict Form for the damages phase of trial.

Dated: New York, New York
       March 15, 2023

PRYOR CASHMAN LLP

By: */s/ Donald S. Zakarin*
    Donald S. Zakarin
    Ilene S. Farkas
    Andrew M. Goldsmith
    Brian M. Maida
7 Times Square
New York, New York 10036-6569
Telephone:  (212) 421-4100
Facsimile:  (212) 326-0806

*Attorneys for Defendants*

1

REDACTED FOR PUBLIC FILING

**QUESTION 1**

Have the Plaintiffs proved to you, by a preponderance of the evidence, that there is a causal relationship between the Defendants' gross revenue from "Thinking Out Loud" and the infringement of "Let's Get It On" by "Thinking Out Loud"?

Yes _____        No _____

If you answered "Yes" to Question 1, then proceed to Question 2. If you answered "No" to Question 1, then skip the remaining Questions and sign, date and return this form.

REDACTED FOR PUBLIC FILING

**QUESTION 2**

As reflected in Joint Exhibit 8, the parties have agreed to the admission into evidence, for all purposes, of Joint Exhibits 5, 6 and 7, the Profit and Loss Statements for Ed Sheeran, Atlantic Records and Sony Music Publishing.

As shown on Joint Exhibits 5, 6 and 7, the United States gross revenues of "Thinking Out Loud" are as follows for Mr. Sheeran and Sony Music Publishing:

Ed Sheeran: ▇▇▇▇▇▇▇▇ through 2022

Sony Music Publishing: ▇▇▇▇▇▇▇▇ through December 2021

There is a disagreement between the parties about the United States gross revenues of defendant Atlantic Records through June 2022:

▇▇▇▇▇▇▇▇ (Plaintiffs' position);

▇▇▇▇▇▇▇▇ (Defendants' position).

Select either the Plaintiffs' position or the Defendants' position as to the United States gross revenues of "Thinking Out Loud" for Atlantic Records:

$_____.

Proceed to Question 3.

3

REDACTED FOR PUBLIC FILING

**QUESTION 3**

In Joint Exhibit 8, the parties have also agreed to the amount of the costs and expenses, including taxes, that Ed Sheeran, Atlantic Records and Sony Music Publishing incurred in relation to the United States revenues of "Thinking Out Loud."

As shown on Joint Exhibit 5, Ed Sheeran had expenses of ▮▮▮▮▮ and had taxes of an additional ▮▮▮▮▮

As shown on Joint Exhibit 6, Atlantic Records had expenses of ▮▮▮▮▮ and had taxes of an additional ▮▮▮▮▮.

As shown on Joint Exhibit 7, Sony Music Publishing had expenses of ▮▮▮▮▮ and had taxes of an additional ▮▮▮▮▮

In Joint Exhibit 8, the Plaintiffs reserved their right to challenge whether any of these expenses and taxes are properly deductible against the revenues reflected on Joint Exhibits 5, 6 and 7 under the Copyright Act or applicable law in determining each Defendant's profits.

Have the Plaintiffs proved to you, by a preponderance of the evidence, that the Copyright Act or applicable law bar the deduction of any of the expenses and taxes shown on Joint Exhibits 5, 6 and 7 from the United States revenues of "Thinking Out Loud"?

Yes _____          No _____

If you answered "Yes," please skip Question 4 and proceed to Question 5. If you answered "No," please proceed to Question 4.

4

**QUESTION 4**

If you answered "No" to Question 3, then the undisputed amounts of expenses and taxes identified for Ed Sheeran, Atlantic Records, and Sony Music Publishing in Question 3, when subtracted from the gross revenues identified in Question 2, produces the amounts stated below as the net profits of each Defendant:

Ed Sheeran: ▮▮▮▮▮▮

Sony Music Publishing: ▮▮▮▮▮▮

Atlantic Records (depending on your answer to Question 2):

▮▮▮▮▮▮     Or     ▮▮▮▮▮▮

Please confirm that the foregoing net profits for each of Ed Sheeran, Sony Music Publishing and Atlantic Records is correct by checking "Yes" or "No" below.

Yes:_____          No:_____

If you checked "No" and, in subtracting the deductible expenses and taxes from the gross revenues identified in response to Question 2 you find different amounts than the amounts shown above, please show them below next to Ed Sheeran, Sony Music Publishing and Atlantic Records and please show how you computed the different amount(s).

Ed Sheeran:                    $_____

Sony Music Publishing:         $_____

Atlantic Records:              $_____

Skip Questions 5 and 6 and proceed to Question 7.

REDACTED FOR PUBLIC FILING

**QUESTION 5**

If you answered "Yes" to Question 3, how much of the total expenses and taxes shown on Joint Exhibits 5, 6 and 7 and identified in Question 3, have the Plaintiffs proved, by a preponderance of the evidence, are <u>not</u> properly deductible from the revenues you have identified in response to Question 2?

After you determine the amount of expenses for each Defendant that are not properly deductible, to calculate the expenses and taxes that <u>are</u> deductible, you should subtract from the expenses and taxes identified in Question 3 the amount of expenses you find are not properly deductible. By way of example, if you find that $10,000 of the expenses and taxes of Ed Sheeran are not properly deductible, you would subtract $10,000 from the total amount of his expenses and taxes, and the figure you would write in below would be ▮▮▮▮▮▮ (as shown in Question 3, Sheeran's total expenses and taxes are ▮▮▮▮▮▮; you then would subtract $10,000 from that figure and wind up with ▮▮▮▮▮▮).

State the deductible expenses and taxes of each Defendant:

    Ed Sheeran:    $_____

    Sony Music Publishing:    $_____

    Atlantic Records:    $_____

Proceed to Question 6.

REDACTED FOR PUBLIC FILING

**QUESTION 6**

If you have found the deductible expenses and taxes in response to Question 4, you do not answer this Question but instead proceed to Question 7. Only if you have answered Question 5 do you respond to this Question 6.

To compute the net profits of each Defendant, you now need to subtract from the gross revenues identified in Question 2, the expenses and taxes that you have found in Question 5 are properly deductible from those revenues. Once you make that calculation, write that number in next to each Defendant:

    Ed Sheeran:                     $_____

    Sony Music Publishing:      $_____

    Atlantic Records:           $_____

Proceed to Question 7.

REDACTED FOR PUBLIC FILING

**QUESTION 7**

What percentage of the net profits earned by Ed Sheeran, Atlantic Records and Sony Music Publishing from "Thinking Out Loud" that you have found in answering either Question 4 or Question 6 (a) is attributable to the elements in "Thinking Out Loud" that you have found infringe the copyright in "Let's Get It On," and (b) what percentage is attributable to factors other than the elements in "Thinking Out Loud" that you have found infringe the copyright in "Let's Get It On"?

By way of example, the lyrics of "Thinking Out Loud" are not claimed to be infringing. In addition, you may find that there are other musical elements within "Thinking Out Loud," such as the melodies, that are not infringing. Further, you are entitled to consider whether a percentage of the net profits earned by Ed Sheeran, Atlantic Records and Sony Music Publishing is attributable to the promotional efforts of Ed Sheeran and Atlantic Records, as well as Ed Sheeran's own popularity and stature as a recording artist and his performance of "Thinking Out Loud," among various other factors, that you may find are factors that drove profits for "Thinking Out Loud" that are not attributable to the infringement.

You should determine what percentage of the net profits from "Thinking Out Loud" are attributable to all of these other factors. The total percentage of (a) and (b) should equal 100%:

*[Question 7 continues on next page]*

REDACTED FOR PUBLIC FILING

What percentage of net profits do you attribute to each of the following?

(a) Percentage of net profits solely attributable to infringing elements in "Thinking Out Loud" and to no other factors:

_____%

(b) Percentage of net profits attributable to non-infringing factors, including, but not limited to, lyrics, non-infringing musical elements in "Thinking Out Loud," promotional efforts of Atlantic Records, Ed Sheeran's performance of "Thinking Out Loud" and Ed Sheeran's popularity as an artist:

_____%

Proceed to Question 8.

**QUESTION 8**

Multiply the net profits you calculated for each Defendant in response to either Question 4 or Question 6 by the percentage you assigned in response to Question 7(a) (meaning the percentage of the net profits of "Thinking Out Loud" solely attributable to the infringing elements and no other factors). For example, if you found that 15% of the net profits of each Defendant was attributable to infringing elements, you would multiply the net profits of each Defendant by 0.15.

Having performed the calculation, write the amount of net profits you calculate for each Defendant in the space next to their name below.

Ed Sheeran: $_____

Sony Music Publishing: $_____

Atlantic Records: $_____

Proceed to Question 9.

**QUESTION 9**

Because the Plaintiffs in this case have a 22.22% interest in "Let's Get It On," they can only recover 22.22% of the net profits you have calculated in response to Question 8 (the net profits that you have determined are attributable to the infringement of "Let's Get It On" by "Thinking Out Loud").

To compute the final amount that Plaintiffs can recover, please take the amounts you computed in response to Question 8 above for each Defendant and multiply each amount by 0.22. For example, if you found that Ed Sheeran's net profits solely attributable to the infringing elements were $100,000 in Question 8, you would multiply $100,000 by 0.2222, resulting in the amount of $22,220.

       Ed Sheeran:                              $_____

       Sony Music Publishing:           $_____

       Atlantic Records:                 $_____

REDACTED FOR PUBLIC FILING

**Sign, date and return this form.**

**Foreperson's signature:** _____

**Print foreperson's name:** _____

**Date:** _____