# EXHIBIT 1

**LAWRENCE FERRARA, Ph.D.**
**PROFESSOR OF MUSIC**
**DIRECTOR EMERITUS**
**MUSIC AND PERFORMING ARTS PROFESSIONS**
**THE STEINHARDT SCHOOL**
**NEW YORK UNIVERSITY**

## Educational Background

| | | |
|---|---|---|
| B.A. | Music | Montclair State University |
| M.M. | Music | Manhattan School of Music |
| Ph.D. | Music | New York University |

## Teaching Background

| | | |
|---|---|---|
| 1979-84 | Assistant Professor of Music | New York University |
| 1984-92 | Associate Professor of Music, Tenured | New York University |
| '92-present | (Full) Professor of Music | New York University |
| 1995-2006 | Professor of Music and Department Chair | New York University |
| 2006-2011 | Professor of Music and Director, Music & Perf Arts | New York University |
| 2011 (Sept.)-present | Professor of Music and Director Emeritus | New York University |

1

**Selected Professional Activities**

| | |
|---|---|
| Cambridge, Mass: | 2023, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law, via Zoom |
| Cambridge, Mass: | 2022, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law, via Zoom |
| Los Angeles: | 2022, invited CLE lecture on music copyright for members of the Los Angeles Copyright Society via Zoom |
| Los Angeles: | 2021, invited CLE lecture on music copyright for lawyers at Netflix via Zoom |
| Cambridge, Mass: | 2021, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law, via Zoom |
| New York: | 2021, participation on a panel regarding curricular development in musicology, American Musicological Society GNY, via Zoom |
| New York: | 2020, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright, delivered via Zoom |
| Cambridge, Mass: | 2020, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |
| New York: | 2019, American Musicological Society GNY, peer-reviewed Keynote presentation regarding Music Copyright and Musicology, at New York University |
| Cambridge, Mass: | 2019, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |

2

| | |
|---|---|
| New York: | 2019, Download Digital Tech Conference hosted by Davis Wright Tremaine, invited participation on a panel regarding music copyright |
| New York: | 2018, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| Cambridge, Mass: | 2018, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |
| New York: | 2018, American Musicological Society GNY, invited participation on a panel hosted at Columbia University regarding Leadership and the Future of Musicology |
| New York: | 2017, American Musicological Society GNY, peer-reviewed Keynote presentation regarding Philosophy and Musicology, at New York University (April) |
| New York: | 2017, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| Cambridge, Mass: | 2017, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |
| New York: | 2017, American Musicological Society GNY, invited presentation and participation on a panel hosted at Columbia University regarding Leadership in Musicology (January) |
| Los Angeles, California | 2017, Southwestern Law School Annual Media Law Conference, invited panel member regarding music copyright |
| New York: | 2016, Loeb & Loeb, Annual IP/Entertainment Law CLE Conference, invited panel member regarding music copyright |
| New York: | 2016, The Copyright Society of America (NY), invited panel member regarding music copyright |

| | |
|---|---|
| New York: | 2016, American Musicological Society GNY, peer-reviewed presentation regarding Corpus Analysis in musicology |
| Cambridge, Mass: | 2016, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |
| New York: | 2016, invited lecture on music copyright at Fordham University Law School, class on Advanced Copyright |
| Cambridge, Mass: | 2015, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |
| New York: | 2015, American Musicological Society GNY, invited presentation and participation on a panel hosted by The Juilliard School at Lincoln Center regarding Changes in Music Delivery and Reception in the 21st Century |
| Cambridge, Mass: | 2014, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |
| New York: | 2014, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| New York: | 2014, American Musicological Society GNY, peer-reviewed presentation on musicological issues regarding the composition embodied in a sampled portion of a sound recording in music copyright claims |
| New York: | 2014, International Double Reed Society Conference, invited presentation on the musicological elements and implications in Newton v. Diamond |
| Cambridge, Mass: | 2013, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |
| New York: | 2013, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| New York: | 2013, American Musicological Society GNY, peer-reviewed presentation including an analysis of the musical composition in "The Phantom Song" |

4

| | |
|---|---|
| | from *Phantom of the Opera* by Andrew Lloyd Webber related to *Repp v Webber* |
| New York: | 2012, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| Cambridge, Mass: | 2012, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |
| Sweden: | 2011, interviewed (in New York) and featured in the Swedish TV series, "The Story Behind the Hit Song," regarding music copyright |
| Cambridge, Mass: | 2011, invited lecture on music copyright at Harvard University Law School, class on Music and Media Law |
| New York: | 2010, invited presentation and moderator of a panel on sound recording sampling and music copyright for The Copyright Society of the United States, New York Chapter |
| New York: | 2010, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| Montclair, NJ: | 2010, invited to give the Inaugural Jack Sacher Memorial Research Lecture (on music analysis in music copyright matters) for the opening of the John Cali School of Music at Montclair State University |
| New York: | 2010, invited lecture on music copyright followed by a dialogue with Academy Award winner, F. Murray Abraham, for The Pathfinders Series at The First Presbyterian Church of New York City |
| New York: | 2008, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| Ireland: | 2007, interviewed on Irish radio regarding music copyright |

| | |
|---|---|
| New York: | 2007, Invited opening and closing lectures for a Conference co-sponsored by The New York Philharmonic and the Finnish Consulate on Music regarding Music Learning and Performance in Finland |
| New York: | 2006, invited panelist at the CMJ Conference at Lincoln Center regarding music copyright |
| New York: | 2006, invited panelist at the Remix Conference regarding music copyright |
| New York: | 2006, invited presentation for the New York Institute for the Humanities regarding music analysis and music copyright |
| New York: | 2006, invited Keynote Address for The Mastery of Music Teaching Conference sponsored by The Metropolitan Opera Guild and The New York Philharmonic |
| Washington D.C.: | 2005, invited panelist/presenter at the Future of Music Policy Summit regarding music copyright and *Newton v Diamond* |
| New York: | 2005, invited panel and group discussion leader at the United Nations regarding rhythm in the music of multiple cultures as part of the U.N.'s World Summit on the "Information Society" and the United Nations Information and Communications Technology Task Force |
| Cambridge, Mass.: | 2005, invited panelist/presenter at Harvard University Law School's Berkman Center in a national conference regarding technology and intellectual property |
| New York: | 2005, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| Los Angeles: | 2005, invited lecture regarding music analysis and music copyright in Los Angeles for an NYU Alumni event |
| Orlando: | 2005, invited lecture regarding music copyright and music analysis in Orlando, Florida for an NYU Alumni event |

| | |
|---|---|
| Hawaii: | 2004, invited workshop presentation and session chair regarding methodology for the analysis of a J. S. Bach organ prelude for the International Conference on Arts and the Humanities |
| Norway: | 2003, invited series of lectures on music theory and analysis co-sponsored by the Music Theory and Composition Departments of the Norwegian Music Academy, and the Department of Philosophy at the University of Oslo |
| New York: | 2001, invited presentation and Chair of a panel at The United Nations regarding "Music within a Global Context." |
| Italy: | Summer 1993 & Summer 1994, Visiting Professor at University of Pisa teaching music analysis, performance practices, and philosophy of music |

As a pianist, performed solo recitals and as an accompanist in the United States and Europe including on radio and television, recordings released by Orion Master Recordings and Musique international, and performed for musical theatre shows, accompanist to internationally acclaimed singers, and as a session pianist in pop styles.

At New York University's Steinhardt School: Director of Music Performance Programs from 1980-1985, Director of Ph.D. Programs from 1986-1995, Chair of the Department from 1995 – 2011, and Director of all Music and Performing Arts studies (undergraduate through Ph.D.) in The Steinhardt School at New York University from 2006-2011. Named "Director Emeritus" of Steinhardt Music and Performing Arts in 2011. Currently on the full-time faculty in music theory and music history.

Currently a member of the Editorial Board of the journal *Music and Moving Image* (University of Illinois Press) and on the board of Editorial Consultants for the journal *Philosophy of Music Education Review* (Indiana University Press).

## **Awards**

| | |
|---|---|
| 1972 | Stoekel Fellowship, Yale University Graduate School of Music |

| | |
|---|---|
| 1985 | Presidential Research Fellowship, NYU |
| 1988 | Co-PI, Federal Grant for Research |
| 1989 | Co-PI, Federal Grant for Research renewed |
| 1996 | Daniel E. Griffiths Award for publication regarding the analysis of Arthur Schopenhauer's works on music (Cambridge University Press, 1996). |

**Membership in Professional Organizations**

American Musicological Society

Society for Music Theory

**Publications: Books**

| | |
|---|---|
| Ferrara, Lawrence | *Philosophy and the Analysis of Music: Bridges to Musical Sound, Form and Reference* (Greenwood Press) 1991 |
| Ferrara, Lawrence and Kathryn E. Ferrara | *Keyboard Harmony and Improvisation* (Excelsior Music Publishers) 1986 |
| Phelps, Roger, Lawrence Ferrara and Thomas Goolsby | *A Guide to Research in Music Education*, Fourth Edition. (Scarecrow Press/The Rowman & Littlefield Publishing Group) 1993 |
| Phelps, Roger, Lawrence Ferrara, *et al* | *A Guide to Research in Music Education*, Fifth Edition (Scarecrow Press/The Rowman & Littlefield Publishing Group) 2005 |

**Courses Taught at NYU**

| | |
|---|---|
| Aesthetic Foundations of the Arts: | for Ph.D. students |
| Aesthetic Inquiry: | for Ph.D. students |
| Arts Heritage and Criticism: | for M.M. students |

8

| | |
|---|---|
| Classic Era Music, Analysis: | for M.M. students |
| Contemporary Music, Analysis: | for M.M. and Ph.D. students |
| Dissertation Proposal Seminar: | for Ph.D. students |
| Keyboard Harmony and Improvisation: | for B.M. students |
| Music Copyright, Landmark Cases: | for B.M. students |
| Music Criticism: | for M.M. students |
| Music History III, 19th Century: | for B.M. students |
| Music History IV, 20th & 21st Century: | for B.M. students |
| Music Performance Practices: | for M.M. students |
| Music Reference & Research Methods: | for M.M. and Ph.D. students |
| Music Theory and Analysis: | for B.M. students |
| Seminar in Music Theory & Analysis: | for M.M. and Ph.D. students |

**Music Copyright**

A music expert in music copyright issues for more than twenty-five years providing opinions for plaintiffs and defendants

An active music copyright consultant for record, music publishing, and motion picture companies, and for individuals in the United States and abroad

A regularly invited guest lecturer in music copyright in classes at Columbia University Law School and Harvard University Law School

A conference panelist sponsored by Harvard Law School in 2005, a panel moderator in 2010 and a panel member in 2016 for The Copyright Society of the United States (NY), and a presenter for conferences and meetings regarding music copyright for CLE credits at Loeb and Loeb (NY) in 2016, Southwestern Law School (LA) in 2017, Davis

9

Wright Tremaine (NY) in 2019, Netflix in 2021, and the Los Angeles Copyright Society in 2022.

Peer-reviewed presentations regarding music copyright for the American Musicological Society (GNY) in 2013, 2014, 2016, and 2019.

**Deposition and/or Trial Testimony Since 2016**

    (1) Copeland v. Bieber *et al.* in 2016
    (2) Skidmore v. Led Zeppelin *et al.* in 2016
    (3) Gray, *et al.* v. Perry, *et al.* in 2018
    (4) Gray, *et al.* v. Perry, *et al.* in 2019
    (5) Hall *et al.* v. Swift, *et al.* in 2021
    (6) Ambrosetti v. OCP & Farrell, *et al.* in 2022
    (7) Brunson v. Capitol CMG, Inc., *et al.* in 2022
    (8) Sound and Color, LLC v. Smith *et al.* in 2023

**Fee rates for Professional Services**

$495 per hour plus travel-related time and expenses

11