# EXHIBIT 2

| LGIO Deposit Copy: Form | | | TOL: Form | |
|---|---|---|---|---|
| Verse 1 | 16 bars | 0:00 | Verse 1A & 1B | 16 bars (A/B 8 bars each) |
| Chorus 1 | 16 bars | 0:48 | Pre-chorus 1 | 8 bars |
| Verse 2 | 16 bars | 1:13 | Chorus 1 | 10 bars |
| Verse 3 | 16 bars | 1:43 | Verse 2A & 2B | 16 bars (A/B 8 bars each) |
| Bridge 1 | 32 bars | 2:32 | Pre-chorus 2 | 8 bars |
| Verse 4 | 16 bars | 2:56 | Chorus 2 | 10 bars |
| Chorus 2 | 16 bars | 3:26 | Interlude (gtr solo) | 8 bars |
| Bridge 2 | 8 bars | 3:50 | Chorus 3 | 15 bars |
| Outro | 30 bars | | | |