# EXHIBIT 3



| | bar 1 | | | | bar 2 | | | | bar 3 | | | | bar 4 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LGO** | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 |
| | I | | | iii | | | | | IV | | | V | | | | |

| | bar 1 | | | | | bar 2 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **TOL** | 1 | 2 | 2& | 3 | 4 | 1 | 2 | 2& | 3 | 4 |
| | I | | I/3 | | | IV | | V | | |