# EXHIBIT 4

"You Lost The Sweetest Boy" (1963) by Mary Wells (TSB)



| | measure 1 | | | | | | | | measure 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LGO** | 1 | & | 2 | & | 3 | & | 4 | & | 1 | & | 2 | & | 3 | & | 4 | & |
| | I | | | iii | | | | | IV | | | | V | | | |

| | measure 1 | | | | | | | | measure 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TSB** | 1 | & | 2 | & | 3 | & | 4 | & | 1 | & | 2 | & | 3 | & | 4 | & |
| | I | | | iii | | | | | IV | | | | V | | | |

| | measure 1 | | | | | | | | measure 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOL** | 1 | & | 2 | & | 3 | & | 4 | & | 1 | & | 2 | & | 3 | & | 4 | & |
| | I | | | I/3 | | | | | IV | | | | V | | | |

"Since I Lost My Baby" (1966) by Ray French (LMB)



| **LGO** | bar 1 | | | | | | | | bar 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | & | 2 | & | 3 | & | 4 | & | 1 | & | 2 | & | 3 | & | 4 | & |
| | I | | | | iii | | | | IV | | | | V | | | |

| **LMB** | bar 1 | | | | | | | | bar 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | & | 2 | & | 3 | & | 4 | & | 1 | & | 2 | & | 3 | & | 4 | & |
| | I | | | | iii | | | | IV | | | | V | | | |

| **TOL** | bar 1 | | | | | | | | bar 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | & | 2 | & | 3 | & | 4 | & | 1 | & | 2 | & | 3 | & | 4 | & |
| | I | | | | I3 | | | | IV | | | | V | | | |

"Georgy Girl" (1967) by 101 Strings Orchestra (GG)



| | measure 1 | | | | | | | | measure 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LGO** | 1 | & | 2 | & | 3 | & | 4 | & | 1 | & | 2 | & | 3 | & | 4 | & |
| | I | | | | iii | | | | IV | | | | V | | | |

| | measure 1 | | | | | | | | measure 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **GG** | 1 | & | 2 | & | 3 | & | 4 | & | 1 | & | 2 | & | 3 | & | 4 | & |
| | I | | | | iii | | | | IV | | | | V | | | |

| | measure 1 | | | | | | | | measure 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOL** | 1 | & | 2 | & | 3 | & | 4 | & | 1 | & | 2 | & | 3 | & | 4 | & |
| | I | | | | I/3 | | | | IV | | | | V | | | |

"I've Got Love on My Mind" (1977) by Natalie Cole (LMM)



|  | bar 1 | | | | | | | | bar 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LGO** | 1 | & | 2 | & | 3 | & | 4 | & | 1 | & | 2 | & | 3 | & | 4 | & |
|  | I | | | | iii | | | | IV | | | | V | | | |

|  | bar 1 | | | | | | | | bar 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LMM** | 1 | & | 2 | & | 3 | & | 4 | & | 1 | & | 2 | & | 3 | & | 4 | & |
|  | I | | | | iii | | | | IV | | | | V | | | |

|  | bar 1 | | | | | | | | bar 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOL** | 1 | & | 2 | & | 3 | & | 4 | & | 1 | & | 2 | & | 3 | & | 4 | & |
|  | I | | | | I3 | | | | IV | | | | V | | | |

## Phil Vassar (2000) "Six Pack Summer" (SPS)



| | measure 1 | | | | | | | | measure 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LGO** | 1 | & | 2 | & | 3 | & | 4 | & | 1 | & | 2 | & | 3 | & | 4 | & |
| | I | | | | iii | | | | IV | | | | V | | | |

| | measure 1 | | | | | | | | measure 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SPS** | 1 | & | 2 | & | 3 | & | 4 | & | 1 | & | 2 | & | 3 | & | 4 | & |
| | I | | | I/3 | | | | | IV | | | | V | | | |

| | measure 1 | | | | | | | | measure 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOL** | 1 | & | 2 | & | 3 | & | 4 | & | 1 | & | 2 | & | 3 | & | 4 | & |
| | I | | | I/3 | | | | | IV | | | | V | | | |

## The Contours (1962) "Do You Love Me" (DYLM)



|  | measure 1 | | | | | | | | measure 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LGO** | 1 | & | 2 | & | 3 | & | 4 | & | 1 | & | 2 | & | 3 | & | 4 | & |
|  | I | | | | iii | | | | IV | | | | V | | | |

|  | measure 1 | | | | | | | | measure 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DYLM** | 1 | & | 2 | & | 3 | & | 4 | & | 1 | & | 2 | & | 3 | & | 4 | & |
|  | I | | | | I/3 | | | | IV | | | | V | | | |

|  | measure 1 | | | | | | | | measure 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOL** | 1 | & | 2 | & | 3 | & | 4 | & | 1 | & | 2 | & | 3 | & | 4 | & |
|  | I | | | | I/3 | | | | IV | | | | V | | | |