# EXHIBIT 3

*From: "Ed Sheeran - X"*

# Thinking Out Loud

by

ED SHEERAN and AMY WADGE

Published Under License From

## Sony/ATV Music Publishing

© 2014 Sony/ATV Music Publishing (UK) Ltd and BDi Music Ltd This music has been legally downloaded.
All Rights Reserved. Do not photocopy.

Authorized for use by *Alexander Stewart*

NOTICE: Purchasers of this musical file are entitled to use it for their personal enjoyment and musical fulfillment. However, any duplication, adaptation, arranging and/or transmission of this copyrighted music requires the written consent of the copyright owner(s) and of Sony/ATV Music Publishing. Unauthorized uses are infringements of the copyright laws of the United States and other countries and may subject the user to civil and/or criminal penalties.



http://www.musicnotes.com







# Thinking Out Loud

Words and Music by Ed Sheeran and Amy Wadge

© 2014 Sony/ATV Music Publishing (UK) Ltd and BDi Music Ltd
All Rights Reserved.

musicnotes.com

Authorized for use by *Alexander Stewart*

D5 D/F♯ G5 A5
will your eyes still smile from your cheeks? Dar-lin' I,
I know you will still love me the same. 'Cos hon-ey your
D D/F♯ G Asus2 D D/F♯
will be lov-in' you till we're sev-en-ty,
soul could nev-er grow old, it's ev-er-green,
mf
G A D D/F♯ G Asus2
and ba-by, my heart could still feel as hard at twen-ty three,
and ba-by your smile's for-ev-er in my mind and mem-o-ry.
D D/F♯ G A11
and I'm think-ing 'bout how
I'm think-ing 'bout how

Em7 G6 A7 D Em7 G6
17
peo-ple fall in love in mys-te - ri-ous ways, may-be just the touch of a hand,
peo-ple fall in love in mys-te - ri-ous ways, and may-be it's all part of a plan,
Ped. cont. sim.
A Em7 G6 A Bm
20
well me, I fall in love with you ev - 'ry sin-gle day, and
well, I'll just keep on mak-ing the same mis-takes,
Em7 G6 A7 N.C.
23
I just wan-na tell you I am, so hon-ey now,
hop-ing that you'll un-der-stand that ba-by now,
3
D D/F♯ G A11
25
take me in-to your lov-in' arms,
3

*(m. 27)* kiss me un-der the light of a thou-sand stars,___

*(m. 30)* place your head on my beat-ing heart,___ I'm think-ing out____ loud___ may-be

*To Coda* ⊕ |1. |2.
*(m. 33)* we found love right where_ we are.    where_ we are.

*(m. 36)* La, la,

