# EXHIBIT 5

```
 1                    STEWART
 2   I didn't ask you if have they have
 3   similarities, I asked you if they are
 4   the same structurally?
 5            MR. FRANK:  Objection.  Asked
 6       and answered.
 7            Go ahead.
 8       Q    Are the structures of the
 9   deposit copy of Let's Get It On and
10   Thinking Out Loud the same?
11       A    They have important
12   similarities and they have important
13   differences.
14       Q    What key is the deposit copy
15   of Let's Get It On in?
16       A    E-flat.
17       Q    And what key is the recorded
18   version of Let's Get It On in?
19       A    E-flat.
20       Q    And your transcriptions are
21   the key of D major, correct?
22       A    D major?
23       Q    Yeah.
24       A    Yeah because I transposed
25   them to the same key for comparison
```

Page 134

```
                           STEWART
 1
 2    purposes which is standard
 3    musicological procedure.
 4         Q    And what is the basic chord
 5    progression in Let's Get It On deposit
 6    copy?
 7         A    For the verses and choruses
 8    it is in the key of E-flat.  Should I
 9    give it to you or in the key of D or
10    using Roman numerals?
11         Q    No, Roman numerals.
12         A    One with the capital I
13    meaning major, three with three small
14    Is meaning minor, and then IV major, V
15    major.  So I, III, IV, V.
16         Q    And would I be correct that
17    the V is a V major VII?
18         A    No, it's not.
19         Q    So it's your testimony that
20    the deposit copy, the last chord in the
21    chord progression is not a V major VII?
22         A    It would be my testimony,
23    yes.
24         Q    Would you agree that the
25    basic chord progression in the Let's
```

```
                                          Page 275
 1                   STEWART
 2   passion.  I mean, I've done so many
 3   rock gigs that I can't even begin to
 4   count them.
 5        Q    When you were comparing the
 6   two songs, did you undertake any effort
 7   to exclude elements that are not
 8   original to Let's Get It On when
 9   comparing the two songs?
10        A    I think we covered that.
11             Yeah, I didn't consider that
12   these first three things we were
13   talking about in my report; tempo, key,
14   length, other performance elements,
15   certain improvisational elements, so
16   forth.
17        Q    Do you believe that the two
18   songs as whole works are identical?
19        A    No.
20        Q    Do you believe that they're
21   virtually identical?
22        A    No.  The entire songs -- the
23   songs in their entirety as entire
24   works, no.  The answer is no, which was
25   what your question was.
```