UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHRYN TOWNSEND GRIFFIN, HELEN MCDONALD, and THE ESTATE OF CHERRIGALE TOWNSEND,<br><br>    *Plaintiffs*,<br><br>  -against-<br><br>EDWARD CHRISTOPHER SHEERAN, p/k/a ED SHEERAN, ATLANTIC RECORDING CORPORATION, d/b/a ATLANTIC RECORDS, SONY/ATV MUSIC PUBLISHING, LLC, and WARNER MUSIC GROUP CORPORATION, d/b/a ASYLUM RECORDS<br><br>    *Defendants*. | ECF CASE<br><br>17-cv-5221 (LLS)<br><br>**NOTICE OF MOTION – DEFENDANTS' NINTH MOTION *IN LIMINE*** |

  **PLEASE TAKE NOTICE,** that upon the accompanying Declaration of Donald S. Zakarin and the Exhibits annexed to it and the accompanying Memorandum of Law, Defendants Edward Christopher Sheeran, Atlantic Recording Corporation and Sony Music Publishing (US) LLC (f/k/a Sony/ATV Music Publishing LLC) will move this Court, before the Honorable Louis L. Stanton at the Daniel Patrick Moynihan United States Courthouse, Courtroom 21C, 500 Pearl Street, New York, New York, 10007, on a date and time to be determined by the Court, for an Order precluding Plaintiffs from offering or attempting to elicit any argument, testimony or "evidence" concerning Sheeran's concert revenues.

  Oral argument, if any shall be directed by the Court, shall be held on a date and at a time designated by the Court.

Dated: New York, New York
March 15, 2023

                                            PRYOR CASHMAN LLP

By: */s/ Donald S. Zakarin*
    Donald S. Zakarin
    Ilene S. Farkas
    Andrew M. Goldsmith
    Brian M. Maida
7 Times Square
New York, New York 10036-6569
Telephone:  (212) 421-4100
Facsimile:   (212) 326-0806

*Attorneys for Defendants*

TO:

Frank & Rice, P.A.
325 West Park Avenue
Tallahassee, Florida 32301
(850) 629-4168
*Attorneys for Plaintiffs*