# PRYOR CASHMAN LLP

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806          www.pryorcashman.com

**Donald S. Zakarin**
**Partner**
Direct Tel: 212-326-0108
dzakarin@pryorcashman.com

March 15, 2023

**VIA ECF & FEDEX**

Hon. Louis L. Stanton
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   <u>Kathryn Townsend Griffin, et al. v. Edward Christopher Sheeran, et al., No. 17-cv-5221</u>

Dear Judge Stanton:

On behalf of the Defendants in this action, we write to provide a binder of courtesy copies of the Pretrial Filings that Defendants filed on March 15, 2023 in accordance with the October 26, 2022 Scheduling Order.[1]  In addition, because, when e-filing these documents, ECF required us to select "Events" that did not always conform to the names of the filings required by the Scheduling Order, we write to clarify to what each e-filed document corresponds.

| Binder Tab | ECF No. | Document |
|---|---|---|
| 1 | 193 | Defendants' Letter Motion to Seal/Redact Confidential Financial Information Set Forth In (1) The Damages Pretrial Order; (2) Defendants' Proposed Special Verdict Form For The Potential Damages Phase Of Trial; and (3) The Pretrial Declaration of Barry Massarsky |
| 2 | 194 | The Liability Pretrial Order |
| 3 | 195 | The Damages Pretrial Order [**NOT Publicly Filed**, Sealed Version] |
| 4 | 196 | The Damages Pretrial Order [Publicly Filed Redacted Version] |
| 5 | 197 | Defendants' Proposed Voir Dire Questions |

---

[1] Defendants also filed two additional motions *in limine*, courtesy copies of which will be provided under separate cover.



March 15, 2023
Page 2

| 6 | 198 | Defendants' Proposed Jury Instructions For The Liability Phase of Trial |
| 7 | 199 | Defendants' Proposed Jury Instructions For The Damages Phase of Trial |
| 8 | 200 | Defendants' Proposed Special Verdict Form For The Liability Phase of Trial |
| 9 | 201 | Defendants' Proposed Special Verdict Form For The Damages Phase of Trial [**NOT Publicly Filed**, Sealed Version] |
| 10 | 202 | Defendants' Proposed Special Verdict Form For The Damages Phase of Trial [Publicly Filed Redacted Version] |
| 11 | 203 | Defendants' Trial Brief |
| 12 | 204 | The Pretrial Declaration of Lawrence Ferrara (including Exhibits 1-5) |
| 13 | 205 | The Pretrial Declaration of Barry Massarsky [**NOT Publicly Filed**, Sealed Version] |
| 14 | 206 | The Pretrial Declaration of Barry Massarsky [Publicly Filed Redacted Version] |

Respectfully submitted,

Donald S. Zakarin

Cc:    Counsel of Record (via ECF)
Enclosure (by FedEx only)