UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**KATHY TOWNSEND GRIFFIN**, *et.al.*,

Plaintiffs,

vs.

**EDWARD CHRISTOPHER SHEERAN**, *et.al.*,

Defendants.

ECF CASE
17-CV-5221 (LIS)

NOTICE OF MOTION—
PLAINTIFFS' SECOND
MOTION *IN LIMINE*

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law, and all prior proceedings had herein, the enumerated Plaintiffs, collectively, will move this Court, before the Honorable Louis L. Stanton, at the Daniel Patrick Moynihan United States Courthouse, Courtoom 21C, 500 Pearl Street, New York, New York, 10007, on a date and time to be determined by the Court, for an Order excluding the inclusion and/or admission into evidence of Defendants' Exhibits *217-234*, constituting "mashups" and/or "medleys" from the enumerated Defendant, Edward Christopher Sheeran, purportedly obtained from "YouTube".

The reasons and grounds for this motion are more fully described in the accompanying papers.

Oral argument, if any shall be directed by the Court, shall be held on a date and at a time designated by the Court.

**DATED** this 15th day of March, 2023.

FRANK & RICE, P.A.

Respectfully Submitted,

/s/ Patrick R. Frank, Esq.
Patrick R. Frank, Esq.
Florida Bar Number: 0642770
Keisha D. Rice, Esq.
Katherine L. Viker, Esq.
Frank & Rice, P.A.
325 West Park Avenue
Tallahassee, Florida 32301
Telephone: (850) 629-4168
Facsimile: (850) 629-4184