**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

KATHERINE TOWNSEND
GRIFFIN, *et.al.*,

      **Plaintiffs,**

vs.                                  **CASE NO: 1:17-CV-05221**

                                          **PRETRIAL**
EDWARD CHRISTOPHER         **DECLARATION OF DR.**
SHEERAN, *et.al.*,                       **ALEXANDER STEWART**

      **Defendants.**
_____/

    **I, ALEXANDER STEWART,** declare as follows:

    1.  I have personal knowledge of, and am fully familiar with, the facts set

for in this instant Declaration, which is, respectfully, submitted in accordance with

*Rule 4(a)(5)* of the Individual Practices of the Honorable Judge Louis Stanton, to

my education, professional experience, and anticipated direct testimony at trial.

the following should be construed as a summarization of my anticipated direct

testimony and is not intended to represent an exhaustive proffer of said anticipated

testimony.

    I.     **EDUCATION & PROFESSIONAL EXPERIENCE**

    2.  I am a Professor of Music at the University of Vermont, and serve in the

Capacity of Director of Latin American and Caribbean Studies, as well as the Jazz

Studies Coordinator at the University of Vermont.  I have contributed to numerous

peer-reviewed journals and other publications and I have authored a book

published by University of California Press.  My work encompasses extensive music

transcriptions, musicological analysis, historical research, and other scholarly

1

activities, particularly in popular music.  I earned a Ph.D. in Music (Ethnomusicology

concentration) from the Graduate Center of the City University of New York (CUNY)

and a Master of Music in Jazz and Commercial Music from Manhattan School of

Music.  During 2006-2007, I was a Fulbright Scholar researching traditional and

popular music in Mexico.  As an active professional musician, I have performed with

leading musicians in jazz and popular music for more than thirty (30) years.  I have

provided expert opinions and analysis on music copyright matters for over twelve

(12) years.   A recitation of my education, professional experience, qualifications,

and background, please refer to a true copy of my *Curriculum Vitae*, as appended

immediately hereto and marked as **Exhibit "1"**.

II.     **SUMMARY OF DIRECT TESTIMONY**

3.  I will be testifying at trial that I performed a comparative musicological

analysis of the musical compositions "Let's Get It On", as composed by Ed Townsend,

and the song entitled, "Thinking Out Loud", as composed by the Defendant herein,

Ed Sheeran, and various other third parties.

4.  In addition to reviewing the audio recording of "Let's Get It On", the

audio recording of "Thinking Out Loud", the sheet music for both compositions, the

"Deposit Copy" for "Let's Get It On", as filed with the United States Copyright Office

in 1973 for copyright registration purposes, I also reviewed a live version of

"Thinking Out Loud", in which the Defendant, Ed Sheeran, while performing

the same, interpolates said song with "Let's Get It On".

5.  Thereafter, I also considered reports and/or opinion materials proffered

by the Defendant's, Ed Sheeran's, musicologist, Lawrence Ferrera, including the

'prior art' cited by the same.

6.   In comparing the two (2) subject compositions,[1] I evaluated the

constituent elements of each composition in isolation, as well as taken collectively

within the context of a "total concept and feel" analysis.

7.   In providing my anticipated testimony, I will be providing a "primer", of

sorts, on basic musical terms and concepts that constitute the building blocks of

musical compositions so as to provide the jury a baseline understanding of the

principles at issue and that are significant for purposes of the comparative analysis.

8.   I anticipate identifying the similar elements present in both of the subject

compositions, as well as providing information as to the limited areas in which said

compositions differ.

9.   I will testify that, as it relates to the structure of the two (2) compositions

at issue, that there are significant form and structural similarities between the same

from an objective musicological perspective.

10.   I will also testify that there are significant objective similarities in the

respective compositions and that the prior art cited by Dr. Ferrera in his prior

opinions is invalid for comparative purposes to "Let's Get It On".

11.   I will testify that the harmonic progressions in "Let's Get It On" and

"Thinking Out Loud" are objectively similar from a musicological standpoint.

12.   By way of addition, I anticipate testifying to the similarities in the vocal

---

[1] **Note:** In my original Report submitted pursuant to the *Federal Rules of Civil Procedure, Rule 26*, I had originally provided analysis as it relates to the drum and bass lines of "Let's Get It On". Based on advisory from counsel(s) as to rulings of this Court limiting the scope of copyright protection to the 'Deposit Copy' Registration of "Let's Get It On", these previously-included elements of my comparative analysis will not be proffered in my testimony at trial as regards the musical compositions.

4

melodies between the two (2) compositions, utilizing transcriptions I submitted in my original report pursuant to Plaintiffs' *Rule 26* Expert Disclosures including but not limited to *Example 3* from my December 2017 report depicting the vocal melody and melodic sequence of the respective songs, "Thinking Out Loud" and "Let's Get It On" as well.

13.   Within the context of the harmonic rhythm analysis, I reasonably anticipate providing an explanation as to the nature and significance of the same.

14.   I also anticipate testifying as to the similarities in rhythm and meter between the Compositions.

15.   An analysis of the combination of harmonic progression and harmonic rhythm will be provided demonstrating that the prior art relied upon by the Defendants is invalid and/or inapplicable.  In so doing, I will likely reference Examples 6, 7, 8, and 9 in my original *Rule 26* Report addressing the Defendants' cited prior art including "Georgy Girl", "Hurdy Gurdy Man", "True Love Ways", and "Do It to Me" among others.

16.   Analysis will also be provided with respect to the combination of constituent elements including harmonic progression, harmonic rhythm, and key signature.

17.   I also intend on providing a brief analysis (consistent with my expert *Rule 26* Report) as to the similarities and differences in lyrics and modal qualities of the two (2) subject compositions.

18.   My analysis will include my previous analysis of the Defendant's, Ed Sheeran's, interpolation of "Thinking Out Loud" and "Let's Get It On", in a live

5

performance, and the musicological significance thereof.  In so doing, I anticipate

reference to *Example 5* from my preliminary expert report containing transcriptions

related to the live rendition of "Thinking Out Loud".

     19.   I anticipate providing testimony as to the profits attributable to

infringement *vis a vis* how much of "Thinking Out Loud" is attributable to

infringing upon "Let's Get It On".

     20.   Finally, to the extent permitted[2] by this Court at Trial, and consistent

with the previous rulings of the same, I anticipate evaluating both the sound

recording of "Let's Get It On", as well as the deposit copy of "Let's Get It On", in

comparison to the sound recording of "Thinking Out Loud", within the context of

the probative similarity and 'evidence of copying' analysis/inquiry.

     21.   Notwithstanding the foregoing summary, I would reserve the right to

refute and/or respond to any testimony and/or other evidence proffered by the

Defendants at trial.

     **I DECLARE UNDER PENALTY OF PERJURY** of the United States that the

foregoing is true and correct.

     Dated:    March 17, 2023

     By:  ALEXANDER STEWART, Ph.D

---

[2] Respectfully, it is believed that such proposed testimony is consistent with and will be constrained by the previous evidentiary rulings of this Court—specifically, with the Order of March 24, 2020 (Doc. 121), which bars introduction of the "Let's Get It On" sound recording for purposes of any potential representation that it demonstrates what is protected by copyright.

# EXHIBIT 1

# Alexander Stewart

Department of Music
University of Vermont
Burlington, VT 05405

E-mail: astewart@uvm.edu
Office: (802) 656-7766
Mobile: (802) 310-2009

## EDUCATION

GRADUATE CENTER: THE CITY UNIVERSITY OF NEW YORK
    Ph.D. in Music (Ethnomusicology Concentration), 2000
    Dissertation: *Composition and Performance in Contemporary New York City Big Bands (1989-1999)* Advisor: Stephen Blum

MANHATTAN SCHOOL OF MUSIC
    Master of Music, Jazz and Commercial, 1991

LONG ISLAND UNIVERSITY, C.W. POST
    B.F.A., *summa cum laude*, in Music Education, 1988

## TEACHING EXPERIENCE

UNIVERSITY OF VERMONT
    Professor, 2012-present
    Associate Professor, 2005-2012
    Assistant Professor, 1999-2005
    Jazz Studies Coordinator, 2003-present
    Director, Integrated Fine Arts Program, 2008-2012
    Director, Latin American Studies Program, Spring 2006; 2011-present

LONG ISLAND UNIVERSITY, C.W. POST
    Instructor in Music, 1988-1999
    Director of Jazz Studies

Additional courses at:
    The New School (Jazz and American Culture), 1995-1997
    John Jay College of CUNY (History of Jazz and Rock), 1995

## COURSES TAUGHT

Jazz History
Jazz Improvisation I & II
World Music Cultures
Seminar in Ethnomusicology

Alex Stewart

Music Theory
Musical Avant-Gardes
Music of Cuba, Puerto Rico, and the Dominican Republic
Duke Ellington
Jazz Ensembles (Big Band and Combos)
Seminar in World Music (Honors College)
Music of Latin America and the Caribbean
Latin Jazz Summer Immersion
Music Business & Copyright
Culture and Politics of Latin American Protest Music (team taught with professors from Political
    Science, Romance Languages, and Global Studies)

## PUBLICATIONS

### Books

*Making the Scene: Contemporary New York City Big Band Jazz*, Berkeley: University of
California Press, 2007.

Spanish translation from the French and German: Hans Bodenmann, *El ABC de la Flauta Dulce*.
Zurich: Anton Peterer Music & Books, 2003 (Recorder method book).

### Articles, Book Chapters, Reviews, Entries

"Been Caught Stealing": A Musicologist's Perspective on Unlicensed Sampling Disputes"
*University of Missouri Kansas City Law Review* 83(2): 340-61 (Winter 2014).

"Make It Funky: Fela Kuti, James Brown and the Invention of Afrobeat." *American Studies*
52(4) (2013): 99-118.

"*La chilena mexicana es peruana*: Multiculturalism, Regionalism, and Transnational Musical
Currents in the Hispanic Pacific." *Latin American Music Review/Revista de Música
Latinoamericana* 34(1) (Spring 2013) Austin: University of Texas Press.

"'Funky Drummer': New Orleans, James Brown and the Rhythmic Transformation of American
Popular Music." Reprinted in *Roots Music*, edited by Mark F. DeWitt. London: Ashgate, 2011
(originally published in *Popular Music* 19(3) October 2000 Cambridge University Press).

Review of Ben Ratliff, *Coltrane: The Story of a Sound. Jazz Perspectives* 2(1):103-109 (2008).

"Contemporary New York City Big Bands: Composition, Arranging, and Individuality in
Orchestral Jazz," *Ethnomusicology* 48(2) (Spring/Summer 2004): 169-202.

Review of *The New Grove Dictionary of Jazz* in *Ethnomusicology* 47(3) (Fall 2003):376-80.

"Second Line," *Encyclopedia of Popular Music of the World*. London: Cassell 2003.

2

Alex Stewart

Essay review of Lewis Porter, *John Coltrane: His Life and Music. Annual Review of Jazz Studies 11*, 2000-1 [2002]: 237-52.

"'Funky Drummer': New Orleans, James Brown and the Rhythmic Transformation of American Popular Music," *Popular Music* 19(3) (Winter 2000): 293-318.

Review of Scott DeVeaux, *The Birth of Bebop. Yearbook of Traditional Music* 30 (1998): 135-7.

**Under review or in preparation**

Study of relationship of Music and Anarchism: "Music, Media, and Anarchism in the 'Oaxaca Commune'" (In progress).

## LECTURES, COLLOQUIA, CONFERENCE PAPERS

"Blurred Lines: Legal Considerations When Writing." Canadian Film Centre Slaight Music Residency Panel Talk. Toronto, Canada. August 2, 2017

"Creativity and Copyright," Champlain College, November 11, 2015

Invited Keynote Speaker: Symposium on Hip Hop, Technology, and Copyright. Utah State University. (March 28, 2015).

"Make It Funky: Fela Kuti, James Brown and the Invention of Afrobeat." Annual Conference of the American Studies Association. Washington DC, November 23, 2013.

"Creativity and Copyright," Champlain College, October 25, 2013

"Lila Downs: Music, Culture, and Politics in Oaxaca, Mexico." Pre-Concert Lecture. Flynn Center for the Performing Arts. Burlington, VT. April 26, 2013.

"Music, Media, and Anarchism in the Oaxaca Commune" Paper presented at Music and War Panel. AMS/SEM/SMT Annual Conference. New Orleans. Nov. 2, 2012.

"*Pasos cromáticos en la improvisación del jazz* (Chromatic Passing Tones in Jazz Improvisation)." Lecture/workshop (in Spanish) at Instituto Projazz, Santiago, Chile. May 31, 2012.

"Musicology CSI: Sampling, Interpolation, and Copyright." Thursdays at One Performance/Lecture Series, UVM Music Department.

"Music, Media, and Anarchism in the 'Oaxaca Commune,'" Presentation to University of Vermont Global Village, 15 February 2011.

"*Son de las barricadas*: Protest song and revolution on Oaxaca's Radio APPO." Paper read at the annual conference of Society for Ethnomusicology (SEM) in Los Angeles, CA, Nov. 2010.

3

Alex Stewart

"*Son mexicano*" OLLI (Osher Life Long Learning Institute). Pre-Concert Lecture Sones de México, Lane Series 8 October 2010.

"*Música popular* and the Ideology of *mestizaje* in Postrevolutionary Mexico." 1 October 2010, UVM Hispanic Forum.

Musicology CSI: Sampling, Interpolation, and Copyright." Invited lecture, State University of New York (SUNY) Albany, 28 April 2010.

"La Chilena Mexicana: Transnational Musical Currents in the Hispanic Pacific" Global and Regional Studies Lecture, 17 March 2010 Billings Marsh Lounge.

"Copyrights and Copywrongs: Introduction to Forensic Musicology" Invited lecture, State University of New York (SUNY) Plattsburgh, 11 March 2010.

FLYNNsights: Lecture on Charles Mingus opening the residency of the Mingus Repertory Ensembles (Mingus Dynasty, Mingus Orchestra, and Mingus Big Band along with dance troupe choreographed by Danny Buraczeski at the Flynn Center for the Performing Arts. 17 October 2010.

"Supergenre, genre, subgenre: Mexican *son* and the *chilena* complex." Paper presented at the annual conference of the Society for Ethnomusicology (SEM) in Mexico City, November 2009.

"*Socialismo con pachanga*: Music in Revolutionary Cuba." Hispanic Forum, University of Vermont, 22 October 2009.

"Performing Race: Afro-Mexicans and Multiculturalism in Oaxaca's Guelaguetza." Paper presented at the Latin American Studies Association (LASA) XXVIII International Congress, "Rethinking Inequalities" Rio de Janeiro, Brazil, 12 June 2009.

*La chilena oaxaqueña: "El gusto de mi region."* Paper presented at the annual conference of the Sonneck Society for American Music (SAM), Denver, CO, 19-22 March 2009.

Insights FlynnArts. Pre-concert lecture on Maria Schneider and her Orchestra. 22 January 2009. Amy E. Tarrant Gallery at the Flynn Center for the Performing Arts.

"Performing Race: Afro-Mexicans and Multiculturalism in Oaxaca's Guelaguetza Festival." Paper presented at the annual meeting of the Society for Ethnomusicology (SEM), Wesleyan University, Middletown, CT, 28 October 2008.

"*La Danza de las Diablas*"? Race, Gender, and Local Identity in Afro-mestizo communities of Mexico's Costa Chica. Paper presented at the annual meeting of the Society for Ethnomusicology (SEM), Columbus, OH, 28 October 2007.

"*Son de las Barricadas*": Songs of Protest from the Spanish Civil War to the Present on Oaxaca's Radio APPO." Hispanic Forum, University of Vermont, 10 October 2007.

4

Alex Stewart

"Cross-Cultural Learning through Music and Dance: A UVM Class in Guantánamo, Cuba."
Presentation to the UVM College of Arts and Sciences Advisory Board, April 2004.

"Beauty and the Beast: Maria Schneider's *Wyrgly*." Paper presented at special session of the
joint meetings of Society for Music Theory (SMT) and the American Musicological Society
(AMS), "Women in Jazz: Voices and Roles," Columbus, OH, 1 November 2002.

"On the Edge: Sue Mingus and the Mingus Big Band." Colloquium at the University of Illinois
(Urbana and Champaign), 6 March 2002.

"*Blood on the Fields:* Wynton Marsalis and the Transformation of the Lincoln Center Jazz
Orchestra." Paper read at the 2001 annual meeting of the Society for Ethnomusicology (SEM),
Detroit, October 2001.

"The Jazz Concerto as Collaborative Work: Jim McNeely's 'Sticks.'" Paper read at the joint
meeting of the Society for Music Theory (SMT) and other major music societies in Toronto, 4
November 2000.

"New York City Big Bands and the Professional Jazz Musician." Paper read at the annual
meeting of the Society for Ethnomusicology (SEM) in Bloomington, IN, 24 October 1998.

"From Mardi Gras to Funk: Professor Longhair, James Brown and the Transformation of
Rhythm and Blues." Paper read at joint meeting of the Society for Ethnomusicology (SEM) and
the International Association for the Study of Popular Music (IASPM) in Pittsburgh, PA,
October 1997.

## GRANTS AND AWARDS

Interdisciplinary Experiential Engagement Award for course proposal, *Culture and Politics of
Latin American Protest Music*, to be taught in collaboration with Political Science, Romance
Languages, Global Studies, and Music Departments. January 2013.

Lattie F. Coor Award for International Travel to present paper and chair panel at the Society for
Ethnomusicology conference (SEM) Mexico City. November 2009.

Joan Smith Faculty Research Support Award *Performing Race: Afro-Mexicans,
Multiculturalism, and the "Black Pacific."*

Lattie F. Coor Award for International Travel to present paper at the Latin American  Studies
Association (LASA) Congress in Rio de Janeiro, Brazil. June 2009.

Fulbright Research Fellowship to Mexico, Afro-Mexican music, 2006-7.

Award for Contribution to Vermont Jazz Education, presented by Wynton Marsalis and the
Flynn Center for the Performing Arts, October 2005.

UVM Arts and Sciences Dean's Fund for Faculty Development (to initiate fieldwork in the Costa
Chica of Mexico), Fall 2005.

Alex Stewart

UVM Humanities Center Research Grant, Spring 2004.

UVM Global Outreach Committee Grant, March 2003.

UVM Arts and Sciences Faculty Development Grant for study in Cuba, May 2002.

2001 Barry S. Brook Award for best dissertation in music CUNY.

CUNY Dissertation Year Fellowship 1998-1999.

## SELECTED RECORDINGS

Rick Davies *Thugtet* – Tenor saxophone Emlyn Music EM 1003 (2017)

Rick Davies and Jazzismo, *Salsa Norteña*, - Tenor saxophone (Recorded in Montreal 2011 (2012).

New York Jazz Repertory Orchestra, *Le Jazz Hot*, featuring Dave Liebman and Vic Juris. Planet Arts 310976 - Baritone saxophone, bass clarinet (2009).

Rick Davies and Jazzismo, *Siempre Salsa*, featuring Wayne Gorbea. Emlyn Music EM1001 - Tenor saxophone (2006).

Anne Hampton Callaway, *To Ella with Love,* featuring Wynton Marsalis, Christian McBride, Lewis Nash, Cyrus Chestnut. Touchwood Records TWCD 2006 - Tenor saxophone and clarinet (1998).

Peter Herborn, *Large*, featuring Gene Jackson, Greg Osby, Robin Eubanks, and others. Jazzline JL1154-2 – Baritone saxophone and bass clarinet (1998).

Billy Stritch, *Waters of March: The Brazilian Album*. Sin Drome SD8950 - Tenor saxophone and flute (1998).

Dave Stryker, *Nomad*, featuring Randy Brecker and Steve Slagle. Steeplechase Records SCCD31371 - Baritone saxophone and bass clarinet (1997).

Frankie Lane: *Wheels of a Dream*. Touchwood Records TWCD 2020 - Tenor saxophone, flute, and alto flute (1997).

The Bill Warfield Band, *The City Never Sleeps*. Seabreeze Records CDSB 2048 - Baritone saxophone and bass clarinet (1996).

Alex Stewart

## SELECTED PERFORMANCES: JAZZ AND LATIN

**Burlington Discover Jazz Festival Big Band** (Music Director, Contractor, Performer)

*Birth of the Cool: Music by the Miles Davis Nonet*. Featuring Ray Vega, trumpet. Performances in June 2012 (BDJF), and in September 2012 (UVM), and  May 2013 (SUNY Plattsburgh).

*Textures: Jim Hall with Brass featuring the Jim Hall Trio (Jim* Hall, guitar, Scott Colley, bass and Joey Baron, drums) with brass ensemble, Alex Stewart, conductor.  Flynn MainStage, 2010 Burlington Discover Jazz Festival.

*Paquito D'Rivera Funk Tango*. Produced, co-directed, and played saxophone in concert on Flynn MainStage with 17-piece orchestra with guests: Paquito D'Rivera, alto saxophone; Diego Urcola, trumpet; Alex Brown, piano; Massimo Biocalti, bass; Mark Walker, drums; and special guest Ray Vega, trumpet. Burlington Discover Jazz Festival (1 June 2008). Reviews in *Free Press*, AllAboutJazz, and other media.

*Mary Lou Williams Resurgence* with Cecilia Smith, vibraphone and Amina Claudine, piano, 2007 Burlington Discover Jazz Festival, Flynn Center.

*Music of Jim McNeely* with special guest Jim McNeely, piano 2006 Burlington Discover Jazz Festival, Flynn Center.

*Sketches of Spain: Celebrating the Miles Davis/Gil Evans Collaboration* with trumpeter Randy Brecker and guest conductor, Joe Muccioli 2005 Burlington Discover Jazz  Festival, Flynn Center.

*The Grand Wazoo: Music of Frank Zappa*, with Ernie Watts, Napoleon Murphy Brock, Ike Willis, and Ed Palermo 2004 Burlington Discover Jazz  Festival, Flynn Center.

*Duke Ellington Sacred Concert*, with David Berger, Priscilla Baskerville, Paul Broadnax, and 100-voice Choir, 2003 Burlington Discover Jazz Festival, Flynn Center

***Rick Davies  & Jazzismo***

Featured Performer: Jazz Education Network Conference, San Diego, CA January 2015.

Workshops and concerts, Colectivo Central, Oaxaca, Mexico. June, July 2011.

With guest pianist/composer Arturo O'Farrill (and sons, Zachary, percussion and Adam, trumpet), FlynnSpace. 2010, 2011, 2012, 2013, 2014, 2015. With Jonathan Maldonado, drums, and Papo Ross, vocals and alto saxophone, 2009.

With guest artist Ray Vega, FlynnSpace (July 2003, 2004, 2005, 2006, 2007, 2008).

Appearances at SUNY Plattsburgh Jazz Festival (with Harvie S., 2002; with Chocolate Armenteros 2003; with Ray Vega 2008, 2011; with Curtis Fowlkes 2010 ): Red Square and other venues.

7

Alex Stewart

Oaxaca, Mexico: Colegio Teizcali, Colectivo Central, Spring 2007.

***Other Jazz and Latin***

Featured soloist – SUNY Plattsburgh Jazz Festival December 2013.

James Harvey and Garuda – opening act for Randy Weston in Discover Jazz Festival (2004);
numerous other performances around region.

Beboparaka (featuring poetry of Amiri Baraka) andJazzLit.com – jazz and poetry collaborations
with UVM professors Major Jackson, Tina Escaja, John Gennari  and UVM students.
Performances at the Discover Jazz Festival and local venues. Coverage in the *Burlington Free
Press* and *Vermont Quarterly* (2005, 2006).

Grupo Sabor (Salsa and Merengue) – Performances in UVM's Grand Maple Ballroom and
Brennan's Pub for Alianza Latina (2010), Higher Ground, Burlington; Red Square; Eclipse
Theater, Waitsfield; Onteora Club, New York; Burlington Latino Festival (2001-present).

Performances with UVM jazz faculty (Jeff Salisbury, Joe Capps, Paul Asbell, Patricia Julien,
Ray Vega, John Rivers, Tom Cleary, Rick Davies, Steve Ferraris) at recitals, concerts, and other
events (1999-present).

The Lionel Hampton Orchestra; featured artists: Dizzy Gillespie, Dee Dee Bridgewater, and
others. Extensive tours of Europe and North America and appearances at major jazz festivals
including: North Sea, Nice, Montreal, Newport (NY and Saratoga), Biarritz (1989-1991).
The Bill Warfield Band, The Dorsey Brothers Orchestra, David Berger, Paquito D'Rivera, Clem
DeRosa, Bobby Shew, David Liebman, Andy Farber, Stan Rubin, Lew Anderson, Billy Mitchell,
Roland Hanna, Lew Soloff, Randy Brecker and many more (1985-1999).

The Lehigh Valley Repertory Jazz Orchestra: *Sketches of Spain* featuring Randy Brecker, *An
Evening with David Liebman*, *A Tribute to Benny Goodman* featuring Buddy DeFranco, and
*Celebrating Louis Armstrong* featuring Jon Faddis (1997-2000).

## SELECTED PERFORMANCES: POPULAR AND BLUES

Frankie Valli, Ray Charles (Sweden 1999), Mary Wells, Frankie Avalon (Atlantic City), The
Drifters, Funk Filharmonik, The Funk Collection, Nick Apollo Forte, Little Wilson, Sandra
Wright Band, Jimmy Branca and the Red Hot Instant Combo, Dave Grippo Funk Band, and
others (1985-present).

Contractor, musical director. *Joan Rivers*. Flynn Center for the Performing Arts. April 26, 2012.

Orchestra contractor with Bernadette Peters at the Flynn Center of the Arts October 2011.

Alex Stewart

## CLINICS AND GUEST CONDUCTING

Guest Conductor, Connecticut Valley District Jazz Festival, January 30-31, 2015.

Guest Conductor, Winooski Valley Jazz Festival, February 4-5, 2010.

Adjudicator/Clinician, Vermont All-State Festival, International Association of Jazz Educators (IAJE): 2000-2003.

Guest Conductor, Nassau County (Long Island) All-County Jazz Festival, 1997.


## MEMBERSHIPS

Friends of Indian Music and Dance (FIMD), Burlington VT

Burlington Discover Jazz Festival Advisory Board

Society for Ethnomusicology (SEM)

Society for American Music (Sonneck)

American Musicological Society (AMS)

Latin American Studies Association (LASA)

9