**PRYOR CASHMAN LLP**

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806   www.pryorcashman.com

**Donald S. Zakarin**
Partner
Direct Tel: 212-326-0108
dzakarin@pryorcashman.com

March 21, 2023

**VIA ECF**

Hon. Louis L. Stanton
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  <u>Kathryn Townsend Griffin, et al. v. Edward Christopher Sheeran, et al., No. 17-cv-5221</u>

Dear Judge Stanton:

We represent the Defendants in this action and write pursuant to Standing Order M10-468 of this Court to request permission to bring to Court during the trial of this action scheduled to begin on April 24, 2023 mobile phones, laptops and other technological devices identified in the accompanying form, all of which will assist Defendants during trial. We additionally request that the Court grant the capable devices access to the Court's WIFI internet.

A completed copy of the Court's form application, with an addendum, is respectfully submitted for Your Honor's endorsement. We thank the Court for its consideration.

Respectfully submitted,

*/s/ Donald S. Zakarin*

Donald S. Zakarin

Enclosures

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

---------------------------------------------------------------- x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

Kathryn Townsend Griffin, et al. v. Edward Christopher Sheeran, et al., No. 17-cv-5221 (LLS).

ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

The date(s) for which such authorization is provided is (are) April 24, 2023 to May 12, 2023.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
| Donald S. Zakarin | dzakarin@pryorcashman.com | Mobile Phone and Laptop | 21C | |
| Ilene S. Farkas | ifarkas@pryorcashman.com | Mobile Phone and Laptop | 21C | |
| Andrew M. Goldsmith | agoldsmith@pryorcashman.com | Mobile Phone and Laptop | 21C | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge

Revised: July 1, 2019.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL
———————————————————————x

ADDENDUM TO APPLICATION BY
COUNSEL FOR DEFENDANTS
IN CASE NO. 17-CV-5221

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
| Brian M. Maida | bmaida@pryorcashman.com | Mobile Phone Laptop | 21C | |
| Robert L. Michael, Jr.* (Pryor Cashman; Litigation Paralegal) | rmichael@pryorcashman.com | Mobile Phone Laptop | 21C | |
| Lawrence Ferrara* (New York University; Defendants' Expert Musicologist) | lawrence.ferrara@nyu.edu | Mobile Phone | 21C | |

* Indicates non-attorneys who will be assisting with trial.

| | | | | |
|---|---|---|---|---|
| Barry M. Massarsky* (Citrin Cooperman; Defendants' Damages Expert) | bmassarsky@citrincooperman.com | Mobile Phone | 21C | |
| Scott Duval* (FTI Consulting; Trial Graphics Consultant) and/or others affiliated with FTI Consulting | scott.duval@fticonsulting.com | Mobile Phone<br>Laptops (2)<br>Mouses (2)<br>Monitors (2)<br>Audio Interface<br>Set of Speakers<br>Tech Table<br>HDMI Switch<br>Misc. Cables<br>Extension Chord<br>Electric Piano<br>Music Stand<br>Microphone<br>Mic Stand | 21C | |