UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHRYN TOWNSEND GRIFFIN, THE ESTATE OF CHERRIGALE TOWNSEND and THE HELEN CHRISTINE TOWNSEND MCDONALD TRUST<br><br>*Plaintiffs*,<br><br>-against-<br><br>EDWARD CHRISTOPHER SHEERAN, p/k/a ED SHEERAN, ATLANTIC RECORDING CORPORATION, d/b/a ATLANTIC RECORDS, SONY/ATV MUSIC PUBLISHING, LLC, and WARNER MUSIC GROUP CORPORATION, d/b/a ASYLUM RECORDS<br><br>*Defendants*. | ECF CASE<br><br>17-cv-5221 (LLS)<br><br>**DECLARATION OF DONALD S. ZAKARIN IN OPPOSITION TO PLAINTIFFS' SECOND, THIRD AND FOURTH MOTIONS *IN LIMINE*** |

I, DONALD S. ZAKARIN, declare as follows:

1.  I have personal knowledge of, and am fully familiar with, the facts set forth in this Declaration, which I respectfully submit on behalf Defendants Edward Christopher Sheeran ("Sheeran"), Atlantic Recording Corporation ("Atlantic") and Sony/ATV Music Publishing LLC (n/k/a Sony Music Publishing (US) LLC) ("SMP," together with Atlantic and Sheeran, the "Defendants" and each a "Defendant") in opposition to the second, third and fourth motions *in limine* filed by the Plaintiffs.

2.  A copy of a Declaration executed by Sheeran, dated September 27, 2018 and filed in this action (ECF 87) is annexed as **Exhibit 1**.

3.  Excerpts of Sheeran's deposition in this action are annexed as **Exhibit 2**.

4.  More than two years ago, on October 12, 2020, my colleague emailed a draft of the Liability Pretrial Order to the Plaintiffs which listed every single one of the YouTube videos at issue on Plaintiffs' second motion *in limine* and which included links to each such YouTube video.

1

I was copied on that email, and I have reviewed the email and its attachments.

       5.       Defendants' Proposed Trial Exhibit No. 302 is annexed as **Exhibit 3**.

       6.       Defendants' Proposed Trial Exhibit No. 303 is annexed as **Exhibit 4**.

       7.       Defendants' Proposed Trial Exhibit No. 205 is annexed as **Exhibit 5**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 23, 2023

                                                          DONALD S. ZAKARIN