# EXHIBIT 2

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

KATHRYN TOWNSEND GRIFFIN, ET AL.,

           Plaintiffs,
    -against-
EDWARD CHRISTOPHER SHEERAN, ET AL.,

           Defendants.
CASE NO:   1:17-CV-05221-RJS/GRIFFIN
---------------------------------------x
                     7 Times Square
                     New York, New York

                     February 1, 2018
                     9:59 a.m.

    Videotaped Deposition of the

Defendant EDWARD CHRISTOPHER SHEERAN,

pursuant to Notice, before CINDY A. AFANADOR,

a Notary Public of the State of New York.

       CINDY AFANADOR COURT REPORTING, INC.
                516-491-2694
          www.cindycourtreporting.com

A P P E A R A N C E S:

FRANK & RICE, P.A.

Attorneys for Plaintiffs

    325 West Park Avenue

    Tallahassee, Florida 32301

BY:    KATHERINE L. VIKER, ESQ.

    PATRICK R. FRANK, ESQ.

    KEISHA D. RICE, ESQ.


PRYOR CASHMAN, LLP

Attorneys for Defendants

    7 Times Square

    New York, New York 10036

BY:    DONALD ZAKARIN, ESQ.

    ILENE FARKAS, ESQ.

    ANDREW GOLDSMITH, ESQ.


BRAY & KRAIS, Solicitors

Representing Edward Christopher Sheeran

    Suites 9 & 10 Fulham Business Exchange

    The Boulevard Imperial Wharf,

    London SW6 2TL

BY:    MARK KRAIS

```
                                                                3
 1
 2    ALSO PRESENT:
 3         Jonathan Galletta, Videographer
 4         Bradley Cohen, Atlantic Records
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                              4
 1
 2            IT IS HEREBY STIPULATED AND
 3       AGREED by and between the attorneys
 4       for the respective parties herein,
 5       that the filing, sealing and
 6       certification of the within deposition
 7       be waived.
 8            IT IS FURTHER STIPULATED AND
 9       AGREED that all objections, except
10       as to the form of the question,
11       shall be reserved to the time of the
12       trial.
13            IT IS FURTHER STIPULATED AND
14       AGREED that the within deposition
15       may be sworn to and signed before
16       any officer authorized to administer
17       an oath with the same force and
18       effect as if signed and sworn to
19       before the Court.
20
21
22                   - oOo -
23
24
25
```

5

Edward Christopher Sheeran

1
2     THE VIDEOGRAPHER:  We are now on
3 the record at 9:59 a.m. on February 1st,
4 2018.  This is the testimony of Edward
5 Christopher Sheeran in the case of
6 Kathryn Townsend Griffin, et al., versus
7 Edward Christopher Sheeran, et al.
8     This deposition is being held at
9 Pryor Cashman.  I am the legal
10 videographer, John Galletta, with Cindy
11 Afanador Court Reporting.  The court
12 reporter is Cindy Afanador with Cindy
13 Afanador Court Reporting.
14     Will counsel please introduce
15 themselves for the record and will the
16 court reporter please swear in the
17 witness.
18     MS. VIKER:  Katherine Viker for
19 the plaintiff.  Go ahead.
20     MR. FRANK:  Patrick Frank also
21 for the plaintiffs.
22     MS. RICE:  Keisha Rice also for
23 the plaintiffs.
24     MS. FARKAS:  Ilene Farkas for the
25 witness and the defendants.

6

```
 1            Edward Christopher Sheeran
 2            MR. ZAKARIN:  Don Zakarin for the
 3       witness and the defendants.
 4            MR. GOLDSMITH:  Andrew Goldsmith
 5       for the witness and the defendants.
 6            MR. KRAIS:  Mark Krais for the
 7       witness.
 8            MR. COHEN:  Brad Cohen for
 9       in-house counsel, Atlantic Records.
10
11  E D W A R D   C H R I S T O P H E R
12  S H E E R A N, called as a witness, having been
13       duly sworn by a Notary Public, was
14       examined and testified as follows:
15  EXAMINATION BY
16  MS. VIKER:
17       Q.    Would you please state your name
18  for the record?
19       A.    Edward Christopher Sheeran.
20       Q.    And have you ever been deposed
21  before?
22       A.    No.  First time.
23       Q.    Okay.
24             There's a couple of ground rules
25  just to make the process go easy.
```

```
                                                       20
                    Edward Christopher Sheeran
 1
 2    remember anyone else?
 3          A.    I remember there was a keyboard
 4    player called Luke Judy --
 5                THE COURT REPORTER:  There was
 6          a --
 7          A.    Keyboard player.  And I remember
 8    they switched drummers about three times in
 9    the tour, so I didn't really get to know the
10    drummer.
11          Q.    Sounds very Spinal Tap.
12          A.    Yeah.
13          Q.    All right.
14                Now, when you were touring with
15    Just Jack, was it you and a guitar or did you
16    have any kind of supporting instruments?
17          A.    No, it's always really been me
18    and a guitar for live shows.  Yeah, I have a
19    thing called a loop station, which you can
20    loop songs on.
21          Q.    Did you play cover songs or were
22    you playing your own songs?
23          A.    Early on, no, I didn't touch
24    cover songs when I played, because I was
25    trying to get my music out there.  Apart from
```

21

```
 1              Edward Christopher Sheeran
 2   the last song of the set was a song called
 3   "You Need Me, I Don't Need You" where I would
 4   mash up songs in it.  So I would put in
 5   Dr. Dre's "The Next Episode", 50 Cent's "In Da
 6   Club".  There was a reggae band called Laid
 7   Blak that had a song called "Red" so I would
 8   finish the show mostly because at that time I
 9   was playing urban nights with songs that would
10   surprise people that I knew.
11           Q.      Okay.
12                   When did you first start writing
13   songs?
14           A.      I wrote my first song when I was
15   11.
16           Q.      11.  What was that song?
17           A.      I don't know.  I get asked that a
18   lot.  I don't know.
19           Q.      Do you -- do you recall if you
20   sat down at a piano and wrote it or did you
21   write it on a guitar?
22           A.      I lost the ability to play piano
23   when I picked up guitar.  So I can, like any
24   musician, play the white notes, but that's
25   about it.
```

110

1        Edward Christopher Sheeran
2  particular song, "Thinking Out Loud", has
3  become a very popular choice played at
4  weddings?
5      A.    Again, there is about four or
6  five of my songs that are popular wedding
7  songs as well.  "Perfect" this year -- the
8  song "Perfect" is the most popular song of
9  this year for weddings.  I think I'm an artist
10 that people go to to have wedding songs for.
11     Q.    Okay.
12     Have you ever heard specifically
13 about "Thinking Out Loud" being a choice for
14 weddings?
15     A.    Yes.
16     Q.    Okay.
17     Do you know where you first heard
18 about that?
19     A.    I think -- no, I don't know.  I
20 have no idea.
21     Q.    Have you ever had the occasion to
22 play "Thinking Out Loud" in a medley with
23 "Let's Get It On" during a live show?
24     A.    Yes.
25     MS. FARKAS:  Objection.

111

```
 1            Edward Christopher Sheeran
 2       A.    I did it in France.  I was doing
 3  a tour in France, very small venues, and I had
 4  been playing the same songs every day for a
 5  long time and each song of the set was a
 6  mashup.  So "Don't," for instance, I would
 7  mashup with a song of mine called "Nina",
 8  which I would also mashup with a Chris Brown
 9  song called "Loyal" and then mashup with "No
10  Diggity", Blackstreet and then I'd mash it up
11  with 50 Cent.  Like I spent a tour mashing up
12  songs.
13       Q.    Okay.
14       A.    Because all songs have four
15  chords, you can mashup any song.
16       Q.    Um-hmm.  All right.
17             We've got a disk I just want to
18  enter into evidence of you playing.  That will
19  take me just a second.
20       A.    Yeah, no that's fine.
21             MS. VIKER:  You can go pee, if
22       you want.
23             THE WITNESS:  Yeah, I'm gonna go
24       pee as well.
25             MS. FARKAS:  Going off the
```