# EXHIBIT 5

```
                                                              Page 1

 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ----------------------------------x
     KATHRYN TOWNSEND GRIFFIN,
 4   HELEN MCDONALD, and THE ESTATE
     OF CHERRIGALE TOWNSEND,
 5
                -against-
 6                                Civil Action No.:
                                  1:17-CV-05221-RJS/GRIFFIN
 7
 8   EDWARD CHRISTOPHER SHEERAN,
     p/k/a ED SHEERAN, ATLANTIC
 9   RECORDING CORPORATION, d/b/a
     ATLANTIC RECORDS, SONY/ATV
10   MUSIC PUBLISHING LLC and
     WARNER MUSIC GROUP
11   CORPORATION, d/b/a ASYLUM
     RECORDS,
12
                        Defendants.
13
     ----------------------------------x
14               April 24, 2018
15               3:00 p.m.
16
17       Deposition of HELEN C. MCDONALD, taken by
18   Defendants, pursuant to Notice, held at the law
19   offices of Pryor Cashman, LLP, 7 Times Square, New
20   York, New York, before Judith Castore, a Certified
21   Livenote Reporter and Notary Public of the State of
22   New York.
23
24
25
```

```
                                                        Page 2
 1
 2
 3                  A P P E A R A N C E S
 4
 5      ON BEHALF OF PLAINTIFFS
 6           FRANK & RICE, P.A.
 7           325 West Park Avenue
 8           Tallahassee, Florida 32301
 9           850-591-2461
10           BY:   KEISHA D. RICE, ESQ.
11                 keisha@frankandrice.com
12      ON BEHALF OF DEFENDANTS
13           PRYOR CASHMAN, LLP
14           7 Times Square
15           New York, New York 10036
16           212-421-4100
17           BY:   ILENE S. FARKAS, ESQ.
18                 ifarkas@pryorcashman.com
19                 ANDREW M. GOLDSMITH, ESQ.
20                 agoldsmith@pryorcashman.com
21      ALSO PRESENT:
22           KATHRYN TOWNSEND GRIFFIN GRINAN, Plaintiff
23
24
25
```

Page 3

1
2       IT IS HEREBY STIPULATED AND AGREED, by and
3   among counsel for the respective parties hereto,
4   that the filing, sealing and certification of the
5   within deposition shall be and the same are hereby
6   waived.
7       IT IS FURTHER STIPULATED AND AGREED that all
8   objections, except to the form of the question,
9   shall be reserved to the time of trial;
10      IT IS FURTHER STIPULATED AND AGREED that the
11  within deposition may be signed before any Notary
12  Public with the same force and effect as if signed
13  and sworn to before the court.
14                      * * * *
15
16
17
18
19
20
21
22
23
24
25

                                                              Page 16

 1                      MCDONALD
 2   before 9/11 back to California.
 3        Q    So your moving to California
 4   was not related to 9/11?
 5        A    No.
 6        Q    Who caused you to move back?
 7        A    I got divorced and I was
 8   tired of the snow and the ice and I
 9   just said, it's a good time to go back.
10        Q    Fair enough.
11             Do you have any background in
12   music?
13        A    No.
14        Q    Do you --
15        A    Can't even sing.  Can't even
16   carry a note.  Can't even -- I can see
17   a note, but I can't read it.
18        Q    Okay.
19             Well, that just removed
20   several questions.  Thank you.
21             I think we mentioned this,
22   but your brother was Ed Townsend,
23   correct?
24        A    Yes.
25        Q    He was a songwriter?

|     |   |                                              |
|-----|---|----------------------------------------------|
| 1   |   | MCDONALD                                     |
| 2   | A | Yes.                                         |
| 3   | Q | And he was also a singer?                    |
| 4   | A | Yes.                                         |
| 5   | Q | Did he play any instruments?                 |
| 6   | A | Played the piano.                            |
| 7   | Q | Anything else?                               |
| 8   | A | I don't know of him playing                  |
| 9   |   | anything else other than the piano.          |
| 10  | Q | Do you know if Ed read music?                |
| 11  | A | Yes.                                         |
| 12  | Q | Do you know if he had formal                 |
| 13  |   | training in music?                           |
| 14  | A | My mother taught him piano.                  |
| 15  | Q | Anything else.                               |
| 16  | A | As far as music is concerned?                |
| 17  | Q | As far as formal training,                   |
| 18  |   | yeah.                                        |
| 19  | A | All -- that's all I know is                  |
| 20  |   | that he got his start through her.  Now      |
| 21  |   | how much he improved on it, I don't          |
| 22  |   | know.                                        |
| 23  | Q | Did he ever attend any type                  |
| 24  |   | of school for music?                         |
| 25  | A | I do not know that.                          |

```
                                               Page 18
 1                        MCDONALD
 2      Q    What was the age difference
 3  between you and Ed?
 4      A    Ed was born in '77 and I was
 5  born in -- no, Ed was born in '29, and
 6  I was born in '37, so...
 7      Q    About eight years?
 8      A    '29 and '37.  Seven from nine
 9  is two, so about 12 years.
10      Q    Okay.
11           Maybe I'm doing the math
12  wrong.
13           MS. RICE:  29 and 37 is 8.
14      A    No, that doesn't seem right.
15      Q    It's okay.
16           I have an approximation.  We
17  can look up it.
18      A    He was born in 1929.
19      Q    Okay.
20      A    And I was born in 1937.
21      Q    Do you know who Ed's
22  influences were musically?
23      A    My mother.
24      Q    Anyone else?
25      A    Not that I know of.
```

```
                                           Page 19
 1                    MCDONALD
 2        Q    Do you know what type of
 3   music Ed liked to listen to?
 4        A    All kinds.
 5        Q    Can you give me some
 6   examples?
 7        A    He loved gospel.  He loved
 8   rhythm and blues.  He loved classical
 9   music.  He liked all form of music.  He
10   liked country western.  He liked
11   everything.
12        Q    Were there certain artists or
13   performers that he particularly liked,
14   did he have favorites?
15        A    I'm not sure.
16        Q    So no one stands out as being
17   someone that he really looked up to?
18        A    No.
19        Q    Are you familiar with Curtis
20   Mayfield?
21        A    Yes.
22        Q    Do you know if Curtis
23   Mayfield was an influence of Ed?
24        A    I think.  I don't want to get
25   confused, because I think Curtis
```

MCDONALD

1
2  Mayfield was part of a group that he
3  produced.  It seems like back in the
4  back of my mind that's how that was.  I
5  think Curtis Mayfield may have been a
6  lot younger than Ed.
7       Q    So you think he might have
8  produced some of Curtis Mayfield's
9  songs?
10      A    Yes.
11      Q    Do you know if he, as a
12 general matter, listened to Curtis
13 Mayfield's recordings?
14      A    Did he ever listen to him?
15 Yes.
16      Q    How about -- are you familiar
17 with Buddy Holly?
18      A    Yes.
19      Q    Do you know if Ed listened to
20 Buddy Holly?
21      A    I'm almost sure did he.
22      Q    Are you familiar with the
23 group called the Fleetwoods?
24      A    I don't remember the
25 Fleetwoods.

```
 1                    MCDONALD
 2       Q    Are you familiar with Elton
 3   John?
 4       A    Yes.
 5       Q    Do you know if Ed listened to
 6   Elton John?
 7       A    Yes.
 8       Q    How about Bee Gees?
 9       A    Oh, yes.
10       Q    Okay.
11            Are you familiar with an
12   artist named Donovan?
13       A    Donovan?  No.
14       Q    Neither am I, it's okay.
15            Are you familiar with a group
16   called the Stone Ponies?
17       A    No.
18       Q    Are you familiar with the
19   group called the Ventures?
20       A    The Ventures, no.
21       Q    The Rolling Stones?
22       A    Yes.
23       Q    Do you know if Ed listened to
24   the Rolling Stones?
25       A    I'm sure he did.
```

```
                                                    Page 22
```

Page 22

```
 1                       MCDONALD
 2        Q    The Lovin' Spoonful?
 3        A    I don't know of them.
 4        Q    Peter and Gordon?
 5        A    Peter and --
 6        Q    Gordon.
 7        A    I don't remember.  The name
 8   doesn't ring a bell.
 9        Q    You're familiar with the
10   Beach Boys?
11        A    Yes.
12        Q    Do you know if Ed listened to
13   the Beach Boys?
14        A    Yes.
15        Q    How about the group named
16   Chad and Jeremy, are you familiar with
17   them?
18        A    No.
19        Q    Are you familiar with Van
20   Morrison?
21        A    Doesn't ring a bell.
22        Q    How about, last one, Billy
23   Fury?
24        A    Billy Fury?
25        Q    Yes.  F-U-R-Y.
```

```
 1                      MCDONALD
 2        A    No, I am not familiar with
 3   him.
 4        Q    You're family with the song
 5   Let's Get It On, correct?
 6        A    Yes.
 7        Q    And Ed co-wrote that song
 8   with Marvin Gay?
 9        A    He did not cowrite it with
10   Marvin Gay, Ed wrote the song.
11        Q    Ed wrote the song?
12        A    Yes.  He wrote it -- in fact,
13   he wrote it at my house.
14        Q    When was that?
15        A    In the '70s.
16        Q    Around 1973, does that sound
17   correct?
18        A    It could have been.
19        Q    So do you have any knowledge
20   about the process by which Ed created
21   the song?
22        A    All I know is that he was
23   sitting at the piano, I guess he was
24   writing it at the time.  He came in my
25   room.  He woke me up.  He was staying
```

```
                                                      Page 24
 1                      MCDONALD
 2   with me.  He had just come from
 3   New York, so he was at my house.  And
 4   he came in my room and woke me up and
 5   said, come in here, I want you to hear
 6   something.  And he played Let's Get It
 7   On.  And he hadn't quite finished it.
 8   And then he played another song that
 9   was recorded on the album, If I Should
10   Die Tonight.
11        Q    You said he played the song
12   for you, what --
13        A    On the piano.
14        Q    Did he sing, as well?
15        A    Yes.
16        Q    And did he sing the lyrics or
17   close to the lyrics of the final song?
18        A    Yes.
19        Q    And Marvin Gay ultimately
20   recorded the song, correct?
21        A    He did.
22        Q    How did that come about?
23        A    Ed had called me at work the
24   next day after he played the song for
25   me and asked me if I would cook dinner,
```