UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHY TOWNSEND GRIFFIN, *et.al.*,

**Plaintiffs,**

vs.

EDWARD CHRISTOPHER SHEERAN, *et.al.*,

**Defendants.**

_____/

ECF CASE
17-CV-5221 (LLS)

**PLAINTIFFS' NOTICE OF FILING DEFENDANTS' PROPOSED TRIAL EXHIBIT 205 IN SUPPORT OF THEIR MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' FOURTH MOTION *IN LIMINE***

**THE ENUMERATED PLAINTIFFS**, collectively, hereby proffer the instant Notice of Filing of Defendants' Proposed Trial Exhibit 205, as appended immediately hereto, in Support of the Plaintiffs' Fourth Motion *in Limine* which seeks to exclude Defendants' proposed exhibit 205.

**DATED** this 23rd day of March, 2023.

**FRANK & RICE, P.A.**

Respectfully Submitted,

/s/ Patrick R. Frank, Esq.
Patrick R. Frank, Esq.
Florida Bar Number: 0642770
Keisha D. Rice, Esq.
Katherine L. Viker, Esq.
Frank & Rice, P.A.
325 West Park Avenue

Tallahassee, Florida 32301
Telephone: (850) 629-4168
Facsimile: (850) 629-4184