# FRANK & RICE
A Professional Association
325 West Park Avenue
Tallahassee, Florida 32301
Telephone (850) 629-4168
Facsimile (850)6 29-4184

March 25, 2023

**VIA ECF**

Hon. Louis L. Stanton
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Griffin , et. al. v. Sheeran, et. al.* // Case Number 2017-cv-5221 (LLS)

Dear Judge Stanton:

    We represent the Plaintiffs in the above-captioned matter. Pursuant to Standing Order M10-468 of this Court which requires pre-approval/permission to bring technology into the courthouse, we are requesting said pre-approval/permission for the same in connection with the trial in the above action scheduled to commence on April 24, 2023. Concurrent with this request, we also ask that the Court permit the Plaintiffs' devices access to the Court's WIFI Internet.

    The pertinent application form, with addendum, is, respectfully, submitted herewith for the Court's consideration. Thank you for your anticipated attention and consideration with respect to the foregoing and/or enclosed.

Respectfully Submitted,

_____
Patrick R. Frank, Esq.

Enclosure(s):   *M10-468 Application and Addendum*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL

——————————————————————— x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned __KATHRYN TOWNSEND GRIFFIN, ET. AL. v. EDWARD CHRISTOPHER SHEERAN, ET. AL., No. 17-CV-5221 (LLS)__, No. _____. The date(s) for which such authorization is provided is (are) __April 24, 2023 - May 17, 2023__

| Attorney | Device(s) |
|---|---|
| 1. lawetf@aol.com<br>PATRICK R. FRANK | MOBILE PHONE + COURTROOM<br>LAPTOP   JIC |
| 2. Kiisha.rice@gmail.com<br>KEISHA D. RICE | MOBILE PHONE + COURTROOM<br>LAPTOP   JIC |

6

| 3. v.k.slow@gmail.com KATHERINE Z. VIKER | mobile phone + LAPTOP | courtroom 21C |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

    SO ORDERED:

Dated: _____

                                   _____
                                            United States Judge

Revised: February 26, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**KATHY TOWNSEND GRIFFIN**, *et.al.*,

**Plaintiffs,**

vs.

**EDWARD CHRISTOPHER SHEERAN**, *et.al.*,

**Defendants.**

**ECF CASE**
**17-CV-5221 (LLS)**

**ADDENDUM TO APPLICATION BY COUNSEL(S) FOR PLAINTIFFS**

_____/

| **ATTORNEY** | **E-MAIL** | **DEVICE(S)** | **COURTROOM** | **WIFI GRANTED** |
|---|---|---|---|---|
| BENJAMIN CRUMP | Ben@bencrump.com | Mobile phone & laptop | 21C | |
| ALEXANDER STEWART (Expert) | Alexander.Stewart@uvm.edu | Mobile phone, laptop, and keyboard | 21C | |
| KATHY TOWNSEND GRIFFIN (Plaintiff) | kathryngt@yahoo.com | Mobile phone | 21C | |