UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
KATHRYN TOWNSEND GRIFFIN, HELEN
MCDONALD, and THE ESTATE CHERRIGALE
TOWNSEND,

                      Plaintiffs,

       -against-

EDWARD CHRISTOPER SHEERAN, p/k/a ED
SHEERAN, ATLANTIC RECORDING
CORPORATION d/b/a ATLANTIC RECORDS,
SONY/ATV MUSIC PUBLISHING, LLC and
WARNER MUSIC GROUP CORPORATION
d/b/a ASYLUM RECORDS,

                      Defendants.
---------------------------------------- x

Docket No. 17-cv-5221 (RJS)

**DECLARATION OF PATRICK R. FRANK**
in Opposition to Defendants' Ninth Motion *in Limine*

Patrick R. Frank declares that the following statements are true:

1. I am a partner at Frank & Rice, P.A., counsel(s) for the Plaintiffs in this action. I have personal knowledge of, and am fully familiar with, the facts set forth in this Declaration. I respectfully submit this Declaration in opposition to Defendants' Ninth Motion *in Limine*, seeking to exclude evidence and/or testimony at trial relating to the Defendant's, Ed Sheeran's, concert revenues.

2. Annexed as **Exhibit "1"** is a true copy of the First Request for Production Served upon counsel(s) for the Defendant, Ed Sheeran, on or about October 14, 2017, attendant to this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                Dated: March 28, 2023

                                                PATRICK FRANK