# EXHIBIT 2

                                                                  15

1              Edward Christopher Sheeran
2              And what about the drums?
3       A.     The drums, I never had a
4    teacher, but my mate's brother, and I forget
5    the name now, but he taught me how to play a
6    beat.
7       Q.     Okay.
8              And bass?
9       A.     I never learned bass from a
10   teacher.  It's -- when you play guitar chords,
11   all the bass is is the same note of the chord,
12   so it's not that hard to learn if you play
13   guitar.
14      Q.     Okay.
15             Your mate's whose mother was
16   Melanie Bickton, what was his name or is his
17   name?
18      A.     Ollie.
19      Q.     Ollie.
20             All right.
21             So aside from your regular school
22   and the training we've discussed, is there any
23   other kind of music training that you had in a
24   college setting or the like?
25      A.     I left school at 17 and went to a