UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHY TOWNSEND GRIFFIN, *et.al.*,

Plaintiffs,

vs.

EDWARD CHRISTOPHER SHEERAN, *et.al.*,

Defendants.

ECF CASE
17-CV-5221 (LLS)

PLAINTIFFS' NOTICE OF FILING AMENDED TRIAL SUBPOENA FOR DEFENDANT, EDWARD CHRISTOPHER SHEERAN

_____/

**COME NOW**, the Plaintiffs, collectively, who provide Notice of Filing the Amended Trial Subpoena for Defendant, Edward Christopher Sheeran, as appended immediately hereto and marked as **Exhibit "1"**.

**FRANK & RICE, P.A.**

Respectfully Submitted,

/s/ Patrick R. Frank, Esq.
Patrick R. Frank, Esq.
Florida Bar Number:  0642770
Keisha D. Rice, Esq.
Katherine L. Viker, Esq.
Frank & Rice, P.A.
325 West Park Avenue
Tallahassee, Florida  32301
Telephone:  (850) 629-4168
Facsimile:  (850) 629-4184