UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHY TOWNSEND GRIFFIN, *et.al.*,

Plaintiffs,

vs.

EDWARD CHRISTOPHER SHEERAN, *et.al.*,

Defendants.

ECF CASE
17-CV-5221 (LLS)

PLAINTIFFS' NOTICE OF
FILING PROPOSED SPECIAL
VERDICT FORMS FOR
LIABILITY PHASE OF TRIAL[1]

_____/

     **COME NOW**, the Plaintiffs, collectively, who provide Notice of Filing Proposed Special

Verdict Form for Liability Phase of Trial, as appended immediately hereto and marked as

**Exhibits "A" and "B"**.

Dated this 15th day of April, 2023

                             **FRANK & RICE, P.A.**

                             Respectfully Submitted,

                             /s/ Patrick R. Frank, Esq.
                             Patrick R. Frank, Esq.
                             Florida Bar Number:  0642770
                             Keisha D. Rice, Esq.
                             Katherine L. Viker, Esq.
                             Frank & Rice, P.A.
                             325 West Park Avenue
                             Tallahassee, Florida  32301
                             Telephone:  (850) 629-4168
                             Facsimile:  (850) 629-4184

---

[1] Plaintiffs have retained the respective pages to which the Plaintiffs have not objected and have proffered
amended charges for those deemed objectionable.

1

# EXHIBIT A

## QUESTION 1

The Plaintiffs must also prove by a preponderance of the evidence, that the combination of the compositional elements used in *Let's Get It On* are sufficient to be entitled to copyright protection as a selection and arrangement of musical compositional elements.

Have the Plaintiffs proved by a preponderance of the evidence that the specific selection of the compositional elements in *Let's Get It On* are sufficient to be entitled to copyright protection as an original selection and arrangement claim?

YES _____          NO _____

If your answer is "No", please skip Questions 2, 3, and 4 and proceed to Question 5.  If your Answer is "Yes", please proceed to Question 2.

## QUESTION 2

The Plaintiffs are also required to prove, by a preponderance of the evidence, that the specific combination of compositional elements used in *Let's Get It On* is original.

Have the Plaintiffs proved by a preponderance of the evidence that the specific selection and arrangement of compositional elements in *Let's Get It On* is original?

YES _____          NO _____

If your answer is "No", please skip Questions 3, 4, and 4 and proceed to Question 5.  If your Answer is "Yes", please proceed to Question 3.

## QUESTION 3

If you have answered "Yes" to Questions 1 and 2, the Plaintiffs also have to prove, by a preponderance of the evidence, that in creating *Thinking Out Loud*, Ed Sheeran, and Amy Wadge, the authors of *Thinking Out Loud*, copied from *Let's Get It On*.

Do you find that Plaintiffs have proved by a preponderance of the evidence that, in creating *Thinking Out Loud*, Ed Sheeran and Amy Wadge copied the compositional elements, combinations, arrangements, and/or selections?

YES _____          NO _____

If your answer is "No", please skip Questions 4, and proceed to Question 5. If your Answer is "Yes", please proceed to Question 4.

## QUESTION 4

If you have answered "Yes" to Questions 1, 2, and 3, the Plaintiffs also have to prove, by a preponderance of the evidence the selection and arrangement of compositional elements of *Thinking Out Loud* is substantially similar to *Let's Get It On*.

Do you find that Plaintiffs have proved by a preponderance of the evidence that the selection and arrangement of compositional elements in *Thinking Out Loud* are substantially similar to those found in *Let's Get It On*?

YES _____            NO _____

Regardless of whether you answered "Yes" or "No" to Question 4, please proceed to Question 5.

## QUESTION 5

In creating *Thinking Out Loud*, the Plaintiffs also assert that the Defendants, Ed Sheeran and Amy Wadge, copied certain melodies from *Let's Get It On* and that those melodies in *Let's Get It On* and *Thinking Out Loud* are substantially similar.  Ed Sheeran and Amy Wadge dispute that they copied any of the melodies from *Let's Get It On* and also dispute that the melodies are substantially similar.

In order to find that the melodies in *Thinking Out Loud* infringe upon the melodies in *Let's Get It On*, the Plaintiffs must prove to you by a preponderance of the evidence, that the Defendants, Ed Sheeran and Amy Wadge, copied one or more  melodies from *Let's Get It On* in writing *Thinking Out Loud*.

Do you find that the Plaintiffs proved by a preponderance of the evidence, that in creating *Thinking Out Loud*, Ed Sheeran and Amy Wadge copied one or more melodies from *Let's Get It On*?

YES _____          NO _____

If you answered "No" to any of the Questions 1 through 4 and have answered "No" to Question 5, then stop here and sign and date the last page, and return this verdict form.

If you have answered "Yes" to Question 5, then please proceed to Question 6.

## **QUESTION 6**

If you have answered "Yes" to Question 5, then in order to find infringement with respect to the melodies, the Plaintiffs also must prove to you, by a preponderance of the evidence, that, in creating *Thinking Out Loud*, Ed Sheeran and Amy Wadge wrongfully copied one or more of the melodies at issue from *Let's Get It On*—that is, that one or more of the melodies at issue in *Thinking Out Loud* are substantially similar to one or more of the melodies at issue in *Let's Get It On*.

Have the Plaintiffs proved to you by a preponderance of the evidence, that the one or more of the melodies at issue in *Thinking Out Loud* are substantially similar to one or more of the melodies at issue in *Let's Get It On*?

YES _____          NO _____

You may proceed to the final page and sign and date this Verdict Form.

Sign and Date this Verdict Form Here:


Foreperson's signature: _____

Print Name: _____

Date: _____

# EXHIBIT B

## QUESTION 1

The Plaintiffs have asserted what I have explained to you in my instructions is a selection and arrangement copyright infringement claim.

Have the Plaintiffs proved by a preponderance of evidence, that the specific selection and arrangement of the compositional elements in *Let's Get It On* are enough to be entitled to copyright protection as an original selection and arrangement?

YES _____          NO _____

If your answer is "No", please skip questions 2, 3, and 4 and proceed to Question 6.  If your answer is "Yes", please proceed to Question 2.

## QUESTION 2

Have the Plaintiffs proved by a preponderance of evidence, that the specific selection and arrangement of the compositional elements in *Let's Get It On* was original at the time of its creation?

YES _____          NO _____

If your answer is "No", please skip questions 3, and 4, and proceed to Question 5.  If your answer is "Yes", please proceed to Question 3.

## QUESTION 3

In authoring *Thinking Out Loud*, have the Plaintiffs proved by a
preponderance of evidence, that the specific selection and arrangement of the
compositional elements in *Let's Get It On* were copied by the Defendants,
Ed Sheeran and Amy Wadge?

YES _____          NO _____

If your answer is "No", please skip question 4 and proceed to Question 5.
If your answer is "Yes", please proceed to Question 4.

## QUESTION 4

Have the Plaintiffs proved by a preponderance of evidence, that the specific selection and arrangement of the compositional elements in *Let's Get It On* and *Thinking Out Loud* are substantially similar?

YES _____          NO _____

Regardless of whether you answered "Yes" or "No" to Question 4, please proceed to Question 5.

## QUESTION 5

Have the Plaintiffs proved by a preponderance of evidence that the Defendants copied the melodies in *Let's Get It On* when they wrote *Thinking Out Loud*?

YES _____          NO _____

If you answered "No" to any of Questions 1 through 4 and have answered "No" to Question 6, then stop here and sign and date the last page, and return this Verdict Form.

If you have answered "Yes" to Question 5, then please proceed to Question 6.

**QUESTION 6**

     Have the Plaintiffs proved by a preponderance of evidence that the melodies in *Thinking Out Loud* are substantially similar to the melodies at issue in *Let's Get It On*?

           YES _____           NO _____

     You may proceed to the final page and sign and date this Verdict Form.

**Sign and Date this Verdict Form Here:**

**Foreperson's Signature:** _____

**Print Name:** _____

**Date:** _____