# EXHIBIT A

# Evidence of Copying

Bass Line



Ferrara Transcription

## Graphic Representation of Basic Bass Line

| Beat | 1 | + | 2 | + | 3 | + | 4 | + | 1 | + | 2 | + | 3 | + | 4 | + |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LGIO | D | | | F# | | | | | G | | | A | | A | | |
| TOL | D | | | F# | | | | | G | | | A | | A | | |



Stewart Comparison

Ferrara March 2015 Report, Pgs. 5-6; Stewart Report December 12, 2018 Report, Pgs. 4-5; Stewart Declaration, September 7, 2018, Pgs. 6-12

## Evidence of Copying –bass line

Ferrara transcription (x's are "ghosted" or scratched notes providing rhythm but no pitch)



AB notes circled in blue at end of phrase

### Graphic Representation

| Beat | 1 | + | 2 | + | 3 | + | 4 | + | 1 | + | 2 | + | 3 | + | 4 | + |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LGIO** | D | | | F# | | | | | G | | | A | | A | | AB |
| **TOL** | D | | | F# | | | | | G | | | A | | A | AB | |

"Let's Get It On"



"Thinking Out Loud"



Ferrara March 2015 Report, Pgs. 5-6; Stewart Report December 12, 2018 Report, Pgs. 4-5; Stewart Declaration, September 7, 2018, Pgs. 6-12

19

# Evidence of Copying

## Bass Line







Ferrara March 2015 Report, Pgs. 5-6; Stewart Report December 12, 2018 Report, Pgs. 4-5; Stewart Declaration, September 7, 2018, Pgs. 6-12

## Evidence of Copying

### Bass Line

1. In the "kitchen demo" of TOL, which according to the composer, Mr. Sheeran, is the first recording of TOL, the descending sixth is heard throughout, or 34 times. The ascending third is not heard a single time.

   - The X Acoustic version follows a similar format.

   - As fully explained in my previous report, if Sheeran had wanted an ascending third he could have easily used "drop D" tuning, a form of scordatura (alternate tunings) that has a long history in classical and popular music. Sheeran uses a drop D tuning in "Photograph" *see* https://www.youtube.com/watch?v=53uEE1-2CD8.





Ferrara March 2015 Report, Pgs. 5-6; Stewart Report December 12, 2018 Report, Pgs. 4-5; Stewart Declaration, September 7, 2018, Pgs. 6-12; Ex. 125

## Evidence of Copying

- The important elements of the drum parts in LGIO and TOL are the same. The bass drum or "kick" is played on "one" with two syncopations or off-beat figures on the "and" of two and the "and" of three, with an accented snare (or backbeat) on two and four yielding the following rhythm: **ONE**-and-**TWO**-**AND**-three-**AND**-**FOUR**-and-**ONE**-and-**TWO**-**AND**-three-**AND**-**FOUR**-and." The following chart graphically represents the basic drum parts from both songs:
- After the first measure, the hi hat is generally sounded on every eighth-note in LGIO.



|      |    | 1 | + | 2 | + | 3 | + | 4 | + | 1 | + | 2 | + | 3 | + | 4 | + |
|------|----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|      | hh | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | o |
| LGIO | sn |   |   | X |   |   |   | X |   |   |   | X |   |   |   | X |   |
|      | bd | X |   |   | X |   | X | X |   | X |   |   | X |   | X | X |   |
|      | hh | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x? |
| TOL  | sn |   |   | X |   |   |   | X |   |   |   | X |   |   |   | X |   |
|      | bd | X |   |   | X |   | X |   |   | X |   |   | X |   | X |   |   |

Ferrara January 12, 2018 Report, Pgs. 24-26; Stewart Report December 12, 2018 Report, Pgs. 5-7; Stewart Declaration, September 7, 2018, Pgs. 13-15

## Evidence of Copying



|     |    | 1 | + | 2 | + | 3 | + | 4 | + | 1 | + | 2 | + | 3 | + | 4 | + |
|-----|----|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LGIO | hh | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | o |
|     | sn |   |   | X |   |   |   | X |   |   |   | X |   |   |   | X |   |
|     | bd | X |   |   | X |   | X | X |   | X |   |   | X |   | X | X |   |
| TOL | hh | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x? |
|     | sn |   |   | X |   |   |   | X |   |   |   | X |   |   |   | X |   |
|     | bd | X |   |   | X |   | X |   |   | X |   |   | X |   | X |   |   |



"Let's Get It On"

"Thinking Out Loud"

Ferrara January 12, 2018 Report, Pgs. 24-26; Stewart Report December 12, 2018 Report, Pgs. 5-7; Stewart Declaration, September 7, 2018, Pgs. 13-15

59

## Evidence of Copying

**Bass Line**

Additional syncopated note





Ferrara March 2015 Report, Pgs. 5-6; Stewart Report December 12, 2018 Report, Pgs. 4-5; Stewart Declaration, September 7, 2018, Pgs. 6-12

86

# Evidence of Copying

## Bass Line

**Additional syncopated notes in Bass/Guitar Lines (LGIO mm 9-10 & TOL mm 3-4, 5-6, also "kitchen" demo**

Another important similarity in LGO and TOL is the presence of syncopated notes in the bass melodies in addition to the "3" and "5" which are anticipated with the second and fourth chords. In my report at pgs. 4-5, the reference to important qualities in LGO and TOL included "anticipation of 3 and 5" as well "syncopation" because these are separate creative qualities of the works.  In LGO and TOL, the notes circled below are syncopated (off the beat) in addition the anticipated "3" and "5." Once again the arrows indicate the harmonic rhythm and implied bass line in the deposit copy.



Ferrara March 2015 Report, Pgs. 5-6; Stewart Report December 12, 2018 Report, Pgs. 4-5 ; Stewart Declaration, September 7, 2018, Pgs. 6-12