# EXHIBIT B

# Deposit Copy

> **Lead sheet.** In jazz and popular music, a shorthand score or part. It may provide melody and chord symbols [see *Fake-book notation], along with accompanimental figures and/or lyrics.      B.K.

- Both musicologists' initial analysis dealt with recording of "Let's Get It On" as representative of the "Let's Get It On" composition.

- Until fairly recently, this was standard procedure.

- Court ruled (9th Circuit California) that copyright was limited to expression contained in the Deposit Copy because of 1909 law in effect until US Copyright Law revision in 1976.

- Under the new law, recordings were accepted as deposit copies.

- Prior to law's revision, only written copies were accepted. Most were in the form of "lead sheets."

- Most contain melody, lyrics and chord symbols – no bass, drum, guitar, keyboard, background vocals, and other parts.

## Deposit Copies

- Lead sheet deposit copies of modern popular songs were typically prepared after the song was created in the studio. A person was hired to transcribe (put into music notation) the music on the recording.

- In my experience, often there were errors, omissions, and other problems since this largely depended on the skill of the person hired to transcribe the recording.

- That said, the deposit copy of "Let's Get It On" is fairly accurate in its representation of melody, lyrics, and basic harmony. Of course, it does not contain any other elements that were on the recording and our analysis is limited to what is on the deposit copy.

- As will be seen in the next slide, the transcriber chose to notate the music with the chord progression lasting four bars or measures. If the note values and chord durations are halved and placed in two bars instead of four, all the musical relationships are preserved intact and the music sounds exactly the same.