UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**KATHY TOWNSEND GRIFFIN,** *et.al.,*

Plaintiffs,

vs.

**EDWARD CHRISTOPHER SHEERAN,** *et.al.,*

Defendants.

ECF CASE
17-CV-5221 (LIS)

NOTICE OF MOTION—
PLAINTIFFS' FIFTH MOTION
*IN LIMINE*

_____/

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law, and all prior proceedings had herein, the enumerated Plaintiffs, collectively, will move this Court, before the Honorable Louis L. Stanton, at the Daniel Patrick Moynihan United States Courthouse, Courtroom 21C, 500 Pearl Street, New York, New York, 10007, on a date and time to be determined by the Court, for an Order excluding the presentation, dissemination, and/or admission into evidence of Defendants' Musicologist's Presentation Visual Exhibits, identified as Slides 13-16 ("You Lost the Sweetest Boy"); Slides 19-21 ("I've Got Love on My Mind"); Slide 22 ("Have I Told You Lately"); Slide 40 ("Tore Down a la Rimbaud"/"Why Must I Always Explain"); Slides 48-50 (Francesco Pollini); Slide 51 ("You Lost the Sweetest Boy"/"Sine I Lost My Baby"; "I've Got Love On My Mind"/"Do You Love Me"/"Six Pack Summer").

The reasons and grounds for this motion are more fully described in the accompanying papers.

Oral argument, if any shall be directed by the Court, shall be held on a date and at a time designated by the Court.

**DATED** this 19th day of April, 2023.

FRANK & RICE, P.A.

Respectfully Submitted,

/s/ Patrick R. Frank, Esq.
Patrick R. Frank, Esq.
Florida Bar Number: 0642770
Keisha D. Rice, Esq.
Katherine L. Viker, Esq.
Frank & Rice, P.A.
325 West Park Avenue
Tallahassee,        Florida        32301
Telephone: (850) 629-4168
Facsimile: (850) 629-4184