# SLIDES 13-16

## "You Lost The Sweetest Boy" by Mary Wells (1963) "TSB"





## "You Lost The Sweetest Boy" by Mary Wells (1963) "TSB"






