# SLIDES 19-21



"I've Got Love On My Mind" by Natalie Cole (1977) "LMM"





"I've Got Love On My Mind" by Natalie Cole (1977) "LMM"


