# SLIDES 22

"Have I Told You Lately" by Van Morrison (1989)



