# SLIDES 40

