# SLIDES 48-50



Francesco Pollini (1726-1846), "Espressivo" from "Variations"

Source: https://rism.online/sources/1001192263

Francesco Pollini (1726-1846), "Espressivo" from "Variations"



In D major and down an octave



## Francesco Pollini (1726-1846), "Espressivo" from "Variations"



### In D major and down an octave

