# SLIDES 51

## Prior Songs That Have The Combination At Issue

| Year | Song | Key | |
|---|---|---|---|
| 1963 | You Lost The Sweetest Boy | 🔑 **E Flat Major** *Same as LGO* | ✓ |
| 1966 | Since I Lost My Baby | 🔑 E Major | ✓ |
| 1967 | Georgy Girl | 🔑 **E Flat Major** *Same as LGO* Boston Pops version | ✓ |
| 1977 | I've Got Love On My Mind | 🔑 **D Major** *Same as TOL* | ✓ |
| 1962 | Do You Love Me | | ✓ |
| 2000 | Six Pack Summer | | ✓ |