# EXHIBIT B

# Goldsmith, Andrew M.

| | |
|---|---|
| **From:** | Goldsmith, Andrew M. |
| **Sent:** | Thursday, March 9, 2023 6:44 PM |
| **To:** | lawatf (null) |
| **Cc:** | Zakarin, Donald S.; Farkas, Ilene S.; Maida, Brian M.; vikerlaw@gmail.com; keisha.rice@gmail.com |
| **Subject:** | RE: Griffin: Liability PTO [Final Subject to Client Comments] |
| **Attachments:** | 210 - List of Prior Art Songs.pdf; 211 - Get Off My Cloud Published Sheet Music.pdf; 212 - Sheet Music - People Get Ready, Lo and Behold, Billie Jean.pdf; 213 - Selected Van Morrison Prior Art - Sheet Music.pdf; 214 - Prior Sheeran Anticipations.pdf; 215 - Page 275 of Stewart Deposition.pdf; (1) Copyright App-Reg.PDF; (2) EP 314589 Digitized Deposit.pdf; (4) TOL Published Sheet Music.pdf |

**(Email 2 of 2)**

_____

**ANDREW M. GOLDSMITH**
**PRYOR CASHMAN LLP**
7 Times Square, New York, NY 10036-6569
Direct Tel:  212-326-0419
www.pryorcashman.com
*A member of Interlaw, an International Association of Independent Law Firms*

---

**From:** Goldsmith, Andrew M.
**Sent:** Thursday, March 9, 2023 6:43 PM
**To:** lawatf (null) <lawatf@aol.com>
**Cc:** Zakarin, Donald S. <DZakarin@PRYORCASHMAN.com>; Farkas, Ilene S. <IFarkas@PRYORCASHMAN.com>; Maida, Brian M. <BMaida@PRYORCASHMAN.com>; vikerlaw@gmail.com; keisha.rice@gmail.com
**Subject:** Griffin: Liability PTO [Final Subject to Client Comments]

**(Email 1 of 2 – Due to Attachment Size)**

Pat:

I am attaching (subject to client comments) in Word and PDF what should be the final Liability PTO from our perspective.

Please note the following:

(1) We made a few edits to our Counter-Finding No. 18, which you can see in redline in the attached screenshot.

(2) In our Objections to your Exhibits, to the extent we have filed motions in limine (or intend to), I have indicated the "number" of the motion in limine.  For example, for Exhibit 101, it now says "Defendants have filed a motion *in limine* (their Seventh Motion *In Limine*) to exclude this evidence … ."

(3) We added two Exhibits corresponding to published sheet music for various works (Exhibits 212 and 213), and we added the Official TOL Music Video as an Exhibit (Exhibit 236).  We also reordered the numbering of some of our other Exhibits, but the only additions are the three Exhibits I noted in the preceding sentence.

1

(4) Excluding the Audio files, YouTube links and Ferrara Report (which we will need to redact to excise portions that reference the LGO Recording), I am attaching to this email the Joint Exhibits and Defendants' Exhibits. You should already have all the audio, but we will send the Audio Exhibits via FTP in a separate email. Again, as with the Damages PTO, we have not yet applied "Sticky Labels" to the PDF Exhibits, but we will do so in advance of trial.

If you have any questions or require any clarification, please let us know. Otherwise, if you're set with the attached version of the Liability PTO, please sign and scan it back to us (and, then, assuming our clients have no further comments necessitating changes, we can file it on or before the deadline).

_____

**ANDREW M. GOLDSMITH**
**PRYOR CASHMAN LLP**
7 Times Square, New York, NY 10036-6569
Direct Tel:  212-326-0419
www.pryorcashman.com
*A member of Interlaw, an International Association of Independent Law Firms*

# LIST OF 100 PRIOR ART WORKS
## (All 100 Predate *Thinking Out Loud*; 36 Also Predate *Let's Get It On*)

<u>Pre-LGO (1973), 32 Songs With **I, iii, IV, V** Chord Progression</u>

1. "Christmas Bride" (1959) Ray Conniff

2. "True Love Ways" (1960) Buddy Holly and (1965) Peter & Gordon

3. "Last One to Know" (1961) The Fleetwoods

4. "Mister Lonely" (1962) Bobby Vinton

5. "Big Girls Don't Cry" (1962) The Four Seasons

6. "If I Had a Hammer" (1962) Peter, Paul and Mary

7. "Once Upon a Dream" (1963) Billy Fury

8. "Sugar and Spice" (1963) The Searchers

9. "Christmas (Baby Please Come Home)" (1963) Darlene Love

10. "A Summer Song" (1964) Chad and Jeremy

11. "Fun, Fun, Fun" (1964) The Beach Boys

12. "I Do" (1964) The Castells and The Beach Boys

13. "Downtown" (1964) Petula Clark

14. "I Feel Fine" (1964) The Beatles

15. "I Go to Pieces" (1965) Peter & Gordon

16. "You Didn't Have to Be So Nice" (1965) The Lovin' Spoonful

17. "Turn Around" (1966) Sonny & Cher

18. "Just Like a Woman" (1966) Manfred Mann

19. "Since I Lost My Baby" (1966) Ray French

20. "You, Baby" (1966) The Turtles

21. "Georgy Girl" 101 Strings Orchestra (1967), The Seekers (1966) and The Boston Pops (1968)

22. "Different Drum" (1967) Stone Poneys

23. "Phantom 309" (1967) Red Sovine

24. "Hurdy Gurdy Man" (1968) Donovan

25. "Baby Make It Soon" (1969) Marmalade

26. "Make Your Own Kind of Music" (1969) Mama Cass Elliot

27. "I Started a Joke" (1968) The Bee Gees

28. "Pass It On" (1969) Kurt Kaiser

29. "You Know My Name (Look Up the Number)" (1970) The Beatles

30. "Sooner or Later" (1971) The Grass Roots

31. "Crocodile Rock" (1972) Elton John

32. "Nice to Be With You" (1972) Gallery

Pre-LGO (1973), 4 Songs With **I, I/3, IV, V** Chord Progression

1. "Tuxedo Junction" (1939) Glenn Miller and (1959) Quincy Jones
2. ==“Do You Love Me” (1962) The Contours==
3. "Get Off of My Cloud" (1965) The Rolling Stones
4. "Expressway to Your Heart" (1967) Soul Survivors

2

<u>1973 Through 2013 (before TOL), 47 Songs With **I, iii, IV, V** Chord Progression</u>

1. "I Won't Last a Day Without You" (1974) The Carpenters

2. "Hasta Manana" (1974) ABBA

3. "You" (1975) George Harrison

4. "Moviestar" (1975) Harpo

5. "Xemx" (1975) The Tramps

6. "Knowing Me, Knowing You" (1976) Abba

7. "New England" (1976) Jonathan Richman

8. "Tell Me Now" (1976) Mary Hopkin

9. =="I've Got Love on My Mind" (1977) by Natalie Cole==

10. "Right Time of the Night" (1977) Jennifer Warnes

11. "Sleeping Single in a Double Bed" (1978) Barbara Mandrell

12. "Down in the Tube Station at Midnight" (1978) Jam

13. "Bright Side of the Road" (1979) Van Morrison

14. "Waiting for an Alibi" (1979) Thin Lizzy

15. "Going Underground" (1979) Jam

16. "I Don't Like Mondays" (1979) The Boomtown Rats

17. "Smoky Mountain Rain" (1980) Ronnie Milsap

18. "Our Last Summer" (1980) Abba

19. "Everytime You Go Away" (1980) Hall & Oates and (1985) Paul Young

20. "Amarillo by Morning" (1982) George Strait

21. "Nobody Wants to Be Alone" (1983) Crystal Gayle

22. "That's the Thing About Love" (1983) Gary Nicholson and Richard Leigh

23. "Checkin' It Out" (1984) Van Morrison

24. "Querida" (1984) Juan Gabriel

25. "Happy Hour" (1986) The Housemartins

26. "Hola Mi Amor" (1986) Junco

27. "Angel Eyes" (1988) Jeff Healey Band

28. "If We Hold On Together" (1988) James Horner & Will Jennings

29. "(Song for My) Sugar Spun Sister" (1989) The Stone Roses

30. "Heaven" (1989) Warrant

31. "Crutch Came Slinking" (1995) Guided By Voices

32. "Scattered" (1997) Green Day

33. "Fu\*\*er" (2000) The Eels

34. "Cartoon Heroes" (2000) by Aqua

35. "An Attempt to Tip the Scales" (2000) Bright Eyes

36. "That's the Way I Like It" (2001) from *Sonic Adventure 2*

37. "F-Stop Blues" (2001) Jack Johnson

38. "Pyscho Over You" (2002) The Queers

39. "Yoshimi Battles the Pink Robots Pt. 1" (2002) The Flaming Lips

40. "Stars Are Blind" (2006) Paris Hilton

41. "Torn on the Platform" (2007) Jack Penate

42. "Cool Edge – Day" (2008) from *Sonic Unleashed*

43. "Smokin From Shootin" (2008) My Morning Jacket

44. "Corazón Mentiroso" (2009) Karina

45. "Dark Fantasy" (2010) Kanye West

46. "Ain't Good Enough for You" (written and recorded c.1978, released 2010) Bruce Springsteen

47. "Posh Girls" (2010) Scouting for Girls

4

<u>1973 Through 2013 (before TOL), 17 Songs With **I, I/3, IV, V** Chord Progression</u>

1. "Hoppy Pampy" (1983) Cosmos
2. "Tore Down A La Rimbaud" (1984) Van Morrison
3. "The Power of Love" (1985) Huey Lewis & the News
4. "We Are Singapore" (1987)
5. "Kiss Me Deadly" (1988) Lita Ford
6. "Have I Told You Lately" (1989) Van Morrison
7. "She's In Love with the Boy" (1991) Trisha Yearwood
8. "Streets of Broken Hearts" (1992) Slaughter
9. "I Can Love You Like That" (1995) All-4-One
10. "Neve al Sole" (1997) Enrico Ruggeri
11. "You're Still the One" (1998) Shania Twain
12. "Six Pack Summer" (2000) Phil Vassar
13. "Bing Bang" (2004) from *LazyTown*
14. "The Road and the Radio" (2005) Kenny Chesney
15. "Golf Course Select" (2006) from *Wii Sports*
16. "Gloam Valley" (2007) from *Super Paper Mario*
17. "Better Than Me" (2012) Pete Riley and Amy Wadge

**TOTAL: 100**

18. The chord progression and the harmonic rhythm — but not their specific selection and arrangement in "Let's Get It On" – were not new or novel to "Let's Get It On," and their specific selection and arrangement was used in at least two successful songs that predate "Let's Get It On" – "Georgy Girl" (1967) and "Since I Lost My Baby" (1966, as recorded by Ray French) – and in at least ~~one song~~two songs that ~~postdates~~postdate "Let's Get It On" but ~~predates~~predate "Thinking Out Loud" – "I've Got Love On My Mind" (1977, by Natalie Cole) and "Six Pack Summer" (2000 by Phil Vassar); in addition, at least one successful song that predates "Let's Get It On" uses the same selection and arrangement of the chord progression and the harmonic rhythm used in "Thinking Out Loud," namely, "Do You Love Me?" (1962, by The Contours). (Trial Testimony of Dr. Lawrence Ferrara).[3]