# EXHIBIT E

# Goldsmith, Andrew M.

| | |
|---|---|
| **From:** | Goldsmith, Andrew M. |
| **Sent:** | Wednesday, March 15, 2023 12:31 PM |
| **To:** | lawatf@aol.com |
| **Cc:** | vikerlaw@gmail.com; keisha.rice@gmail.com; Zakarin, Donald S.; Farkas, Ilene S.; Maida, Brian M. |
| **Subject:** | RE: Liability PTO - Revised |

**Attachments for this email are being securely delivered by iManage Share** 

- 213-A - Selected Van Morrison Prior Art - Sheet Music.pdf (4.75 MB)
- 213-B - Van Morrison, Why Must I Always Explain Transcription.pdf (334 KB)
- 213-C(1) - Crazy Love by Van Morrison.mp3 (4.92 MB)
- 213-C(2) - Tupelo Honey by Van Morrison.mp3 (12.9 MB)
- 213-C(3) - Tore Down a la Rimbaud by Van Morrison.mp3 (7.77 MB)
- 213-C(4) - Why Must I Always Explain by Van Morrison.mp3 (7.52 MB)

The file(s) will expire after 6 download(s).

Pat:

Following up on this. We'd prefer to avoid a last-minute filing today. Please provide your signature page or let us know if you have further changes.

Also, please note that I found one error in our section, which I fixed. Specifically, in our Counter-Finding No. 27 (on the mash-ups), we cited the wrong Exhibit numbers. I corrected this.

I also am attaching Exhibits 213-A, 213-B and 213-C. You already should have everything else.

_____

ANDREW M. GOLDSMITH
PRYOR CASHMAN LLP
7 Times Square, New York, NY 10036-6569
Direct Tel: 212-326-0419
www.pryorcashman.com
*A member of Interlaw, an International Association of Independent Law Firms*

---

**From:** Goldsmith, Andrew M.
**Sent:** Tuesday, March 14, 2023 6:57 PM
**To:** 'lawatf@aol.com' <lawatf@aol.com>
**Cc:** 'vikerlaw@gmail.com' <vikerlaw@gmail.com>; 'keisha.rice@gmail.com' <keisha.rice@gmail.com>; Zakarin, Donald S. <DZakarin@PRYORCASHMAN.com>; Farkas, Ilene S. <IFarkas@PRYORCASHMAN.com>; Maida, Brian M. <BMaida@PRYORCASHMAN.com>
**Subject:** RE: Liability PTO - Revised

Pat: