**From:** "lawatf (null)" <lawatf@aol.com>
**Date:** April 26, 2023 at 1:49:42 PM EDT
**To:** "Maida, Brian M." <BMaida@pryorcashman.com>
**Cc:** Michael Lee <Michael_Lee@nysd.uscourts.gov>, stantonnysdchambers@nysd.uscourts.gov, keisha.rice@gmail.com
**Subject: Re: Griffin v. Sheeran - Defendants' Submission re Altered Melodies**

Dear Judge Stanton,

My apologies for the informal response to the matter of slide 48 of the Stewart Presentation.

The premise of the objection appears to be that Dr. Stewart is alleged to have changed the deposit copy in some fashion—as a preliminary matter, this is not accurate.  The deposit copy presented at the top of the slide.

In that deposit copy excerpt, Dr. Stewart identifies/isolates several syllables of the vocal line which are less pronounced due to the tempo and/or values of the notes that present.  Dr. Stewart also points out that the nature of the syllable to be sung—to wit, the vowel "a"—it is difficult to distinguish those particular notes.

The larger point Dr. Stewart is attempting to make is that, despite the limited areas in which the Melodie's might vary, those distinctions are less important because they are virtually imperceivable.

Had the Defendants actually demonstrated that Dr. Stewart had changed or altered the deposit copy and represented them as the actual protected work, the Defendants might, otherwise, have s valid point.

But in this instance, Dr. Stewart is merely illustrating a point based on an actual facial representation of the deposit copy.  Accordingly, the Defendants' position is without merit.  The Defendants' objection goes to the weight of the evidence and/or the validity of the methodology of Dr. Stewart.  Not to its admissibility.

Sent from my iPhone


On Apr 26, 2023, at 1:33 PM, Maida, Brian M. <BMaida@pryorcashman.com> wrote:


Dear Judge Stanton:

Please find Defendants' submission attached.  Plaintiffs are copied.

_____

**Brian M. Maida**
Associate
**Pryor Cashman LLP**
7 Times Square, New York, NY 10036-6569
bmaida@pryorcashman.com

Direct Tel: 212-326-0437
Direct Fax: 212-326-0806

www.pryorcashman.com
*A member of Interlaw, an International Association of Independent Law Firms*

**From:** Maida, Brian M.
**Sent:** Wednesday, April 26, 2023 1:32 PM
**To:** lawatf@aol.com; keisha.rice@gmail.com
**Subject:** Griffin v. Sheeran - Defendants' Submission re Altered Melodies

See attached

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.