UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHRYN TOWNSEND GRIFFIN, HELEN MCDONALD, and THE ESTATE OF CHERRIGALE TOWNSEND,<br><br>     *Plaintiffs*,<br><br>-against-<br><br>EDWARD CHRISTOPHER SHEERAN, p/k/a ED SHEERAN, ATLANTIC RECORDING CORPORATION, d/b/a ATLANTIC RECORDS, SONY/ATV MUSIC PUBLISHING, LLC, and WARNER MUSIC GROUP CORPORATION, d/b/a ASYLUM RECORDS<br><br>     *Defendants*. | ECF CASE<br><br>17-cv-5221 (LLS)<br><br>**NOTICE OF MOTION – DEFENDANTS' SECOND MOTION FOR JUDGMENT AS A MATTER OF LAW** |

**PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law, the trial evidence and oral argument during trial, Defendants Edward Christopher Sheeran, Atlantic Recording Corporation and Sony Music Publishing (US) LLC (f/k/a Sony/ATV Music Publishing LLC) move this Court, before the Honorable Louis L. Stanton at the Daniel Patrick Moynihan United States Courthouse, Courtroom 21C, 500 Pearl Street, New York, New York, 10007, for an Order granting Defendants judgment as a matter of law under Federal Rule of Civil Procedure 50(a).

Dated: New York, New York
       May 3, 2023

                                    PRYOR CASHMAN LLP

                                    By:*/s/ Donald S. Zakarin*
                                          Donald S. Zakarin
                                          Ilene S. Farkas
                                          Andrew M. Goldsmith
                                          Brian M. Maida
                                    7 Times Square
                                    New York, New York 10036-6569
                                    Telephone:  (212) 421-4100
                                    Facsimile:  (212) 326-0806

                                    *Attorneys for Defendants*

2

TO:

Frank & Rice, P.A.
325 West Park Avenue
Tallahassee, Florida 32301
(850) 629-4168
*Attorneys for Plaintiffs*