UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KATHRYN TOWNSEND GRIFFIN, THE ESTATE
OF CHERRIGALE TOWNSEND and THE HELEN
CHRISTINE TOWNSEND MCDONALD TRUST,

               Plaintiffs,

17 CIVIL 5221 (LLS)

-against-

**JUDGMENT**

EDWARD CHRISTOPHER SHEERAN, p/k/a ED
SHEERAN, ATLANTIC RECORDING
CORPORATION, d/b/a ATLANTIC RECORDS,
SONY/ATV MUSIC PUBLISHING, LLC, and
WARNER MUSIC GROUP CORPORATION, d/b/a
ASYLUM RECORDS,

               Defendant.
-----------------------------------------------------------X

The issues in the above-entitled action having been brought on for trial before the Honorable Louis L. Stanton, United States District Judge, and a jury on April 24, 2023; The Court having reserved its decision on Defendants' Fed. R. Civ. P. 50 motion for judgment as a matter of law and renewed Rule 50 motion, and at the conclusion of the trial on May 4, 2023, the jury having returned a special verdict in favor of the defendants, it is,

**ORDERED, ADJUDGED AND DECREED:** That the Complaint be and it is hereby dismissed. The renewed Rule 50 motion for judgment as a matter of law is denied as moot.

DATED: New York, New York
            May 5, 2023

**SO ORDERED**

_Louis L. Stanton_
**USDJ**

**RUBY J. KRAJICK**
Clerk of Court

BY: _____
Deputy Clerk