To:    U.S. Chief Judge Laura Taylor Swain
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Cc:    U.S. District Judge Louis Stanton

Re:    **a)** *Komatsu v. City of New York*, No. 22-cv-424 (LTS) (S.D.N.Y. Jan. 3, 2023)

       **b)** *Griffin v. Sheeran*, No. 17-cv-5221 (LLS) (S.D.N.Y.)

Friday, May 5, 2023

Judge Swain,

    I'm filing this letter to apprise you of the fact that you, Judge Stanton, the U.S. Marshals Service have clearly been illegally discriminating against me in flagrant violation of my First and Fourteenth Amendment rights by illegally not allowing me to keep my cell phone and laptop with me while visiting federal courthouses in Manhattan and to use them partly to take photographs and video recordings in them. This is proven by the fact that the New York Post published a news article yesterday that is entitled "Defiant Ed Sheeran Speaks Out After Jury Clears Him in Copyright Suit" that is available at https://nypost.com/2023/05/04/ed-sheeran-cleared-by-nyc-jury-in-copyright-lawsuit/. The following are a few relevant excerpts from it:

    a.    "The jury was tasked with determining whether Sheeran should be held liable for copyright infringement. If jurors had ruled against Sheeran, a second trial would have been held to determine the amount of damages owed to the Townsend family.

        His popularity was present inside the courthouse building, from **fans asking for autographs in the court hallways to a cafeteria worker posing for a selfie one morning**."

    b.    A jolly Sheeran offered a shy smile and head-nodded at each juror as they exited Judge Louis Stanton's courtroom following the verdict.

        **One of the jurors, Amanda R., even waited around after the case wrapped to snap a selfie with Sheeran in the courthouse hallway**.

(boldface and underline formatting added for emphasis)

You're both aware of the standing order that prohibits that behavior. However, you and others have illegally enforced that against me while that clearly hasn't been enforced against others in flagrant violation of the following excerpt from <u>*Grayned v. City of Rockford*, 408 U.S. 104, 92 S. Ct. 2294, 33 L. Ed. 2d 222 (1972)</u>:

> "Second, if arbitrary and discriminatory enforcement is to be prevented, laws must provide explicit standards for those who apply them.[4] A vague law impermissibly delegates basic policy matters to policemen, judges, and juries for resolution on an ad hoc and subjective basis, with the attendant dangers of arbitrary and discriminatory application.[5]"

| | |
|---|---|
| From, | 1068 Franklin Ave.<br>Bronx, NY 10462 |
| Towaki Komatsu | Tel: 305-784-7450<br>Towaki_Komatsu@yahoo.com |

s_/Towaki Komatsu
*Plaintiff, Pro Se*