UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHY TOWNSEND GRIFFIN, *et.al.*,

**Plaintiffs,**

vs.

EDWARD CHRISTOPHER SHEERAN, *et.al.*,

**Defendants.**

_____/

ECF CASE
17-CV-5221 (LLS)

NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that the Plaintiffs, collectively, appeal to the United States Court of Appeals for the Second Circuit from the following Orders/Judgments of this Court in the above-styled action—

1. Opinion & Order on Defendants' First Motion *in Limine* (Doc. 121), dated March 24, 2020;

2. Order (Doc. 138), dated August 18, 2020;

3. Pretrial Order No. 3 (Doc. 163), dated October 5, 2020;

4. Pretrial Order No. 5 (Doc. 192), dated March 10, 2023;

5. Pretrial Order No. 6 (Doc. 243), dated April 5, 2023;

6. Jury Verdict (Doc. 276), dated May 4, 2023; &

7. Judgment (Doc. 277), dated May 5, 2023.

**FRANK & RICE, P.A.**

Respectfully Submitted,

/s/ Patrick R. Frank, Esq.
Patrick R. Frank, Esq.

Florida Bar Number: 0642770
Keisha D. Rice, Esq.
Katherine L. Viker, Esq.
Frank & Rice, P.A.
325 West Park Avenue
Tallahassee, Florida 32301
Telephone: (850) 629-4168
Facsimile: (850) 629-4184