**MANDATE**

1:17-cv-05221-LLS

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of September, two thousand twenty-three.

_____

Kathryn Townsend Griffin, Helen McDonald, The Estate of Cherrigale Townsend, The Helen Christine Townsend McDonald Trust, dated March 14, 2008,

    Plaintiffs - Appellants,

v.

Edward Christopher Sheeran, personally known as Ed Sheeran, Atlantic Recording Corporation, DBA Atlantic Records, Sony/ATV Music Publishing, LLC,

    Defendants - Appellees,

Warner Music Group Corporation, DBA Asylum Records,

    Defendant.

**ORDER**

Docket No. 23-870

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/2023

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/21/2023